

**Welcome to the Town of Farragut!** We are delighted that you have chosen to join the Town and hope that you will enjoy a long and successful career. We hope that you will find your employment with the Town to be an interesting, challenging and an enjoyable experience.

The Town of Farragut was incorporated in 1980 and is organized under the Board of Mayor and Aldermen form of government. We strive to provide the highest quality municipal services. Quality services, though, depend on each of us committing to do our best, all the time. We hope you will join our effort to build and improve upon our proud history.

The Town attempts to promote a feeling of understanding and respect among our employees. A key to our success lies in the quality and dedication of our employees. Each employee of the Town of Farragut plays a critical role in providing the Farragut community with the best possible service. We sincerely hope you will take pride in being an important part of the Town of Farragut's success.

By working together as a team, the Town hopes to continue our tradition of providing excellent service to the Farragut community. This is your copy of the Town of Farragut's Policies and Procedures Manual. No personnel manual can anticipate every possible situation, but the Town has provided you these general guidelines to give you a better understanding of what the Town expects of you and what you can expect of the Town.

Please refer to this manual for guidance when you have a question about the Town's policies. If you still have questions, your supervisor, Department Head, and the Human Resources Department continue to stand ready to assist you.

This manual <u>does not constitute a contract</u> between the Town and any of its employees. Further, the *Policies and Procedures Manual* can and may be changed, in accordance with the Town's Municipal Code, state and federal laws, and at the Board of Mayor and Aldermen's sole discretion at any time.

The Town also reserves the right to not apply the policies in individual cases where application, in the opinion of the Town, is considered inappropriate. Employment with the Town of Farragut can be terminated at any time, with or without cause, either by the employee or by the Town. Any agreement for a specified period or contrary to the foregoing, if such agreement is to be made, shall be made in writing, and signed by the individual employee and the Town Administrator.

Town of Farragut Policies and Procedures
December 14, 2017 (revised and BMA approved)
December 10, 2020 (revised and BMA approved)
June 30,2022 (revision suggestion)

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 1 of 174   PageID #: 277

2

# Town of Farragut History



The area of East Tennessee, now known as Farragut, was originally part of the greater Campbell's Station area, a fort and stagecoach station built in the late 1700's. Concord, Tennessee, founded in the mid-1800's (though never formally incorporated), was a fairly bustling community located along the Tennessee River (formerly Holston River) where boat and train travel facilitated the movement of people and Marble, the community's largest export. By the late 1880's, Concord was the second largest community in Knox County, second only to Knoxville. With railroad and ferry options, Concord was the transportation center of the region.

During the Civil War, Farragut was the site of the Battle of Campbell's Station, taking place along Kingston Pike and the intersection of Concord Rd. The Historic Campbell Station Inn located nearby was used by both Union and Confederate armies as a field hospital in the aftermath of the short, but influential engagement. The Campbell Station Inn is still located at the intersection of Kingston Pike and Campbell Station Road. Although unrelated to this battle, United States Navy Admiral David Glasgow Farragut born near Campbell's Station, grew to national fame for his leadership during the Civil War. The schools built in this area used his name and over time, he has become known as the namesake for the area



Despite the industry in Concord, however, when the Tennessee Valley Authority created the Fort Loudon Lake in the early 1940's, approximately one third of the town was flooded, the majority of which was its business district. The decline of the community's marble industry because of the Great Depression and the fact that the railroad line stopped providing passenger services combined to lead to the decline of the community. The development of automobiles and completion of the 40/75 interstate system made Concord's rail and ferry options obsolete, pulling development closer to the Interstate, and further from Concord.

Development continued to expand to the outskirts of Concord into the 1960's and 70's, bringing new residents to the area. At that time, the area was considered a bedroom community of Knoxville. And because much of the area was still farmland, developers saw opportunity to purchase large tracts of land and build residential subdivisions.

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 3 of 174   PageID #: 279

The Town of Farragut was incorporated on April 1, 1980 following a referendum vote by community members: 1,020 for, 303 against.

Prior to becoming a legal municipality, residents of the area that now constitutes Farragut were governed by Knox County regulations. Poor planning on the part of developers and a lack of oversight from the County Planning Commission led to issues with flooding, poor road conditions, and signage. Residents were also concerned about a lack of control over where new commercial development would take place.

In 1978 a small group of residents formed The Farragut Community Group and began making plans to gain support for incorporation and to tackle the many tasks involved with that endeavor. Opposed to incorporation, The Concerned Citizens Group worked against them.

At the same time, in preparation for the 1982 World's Fair, the City of Knoxville was annexing commercial property along major roadways, specifically along Kingston Pike and Parkside Drive. The growing frustrations with signage clutter, flooding and stormwater issues, and general lack of control over development of the area all combined to create the impetus for the desire to become a municipality.

Based on rules governing municipal incorporation, community members determined the meets and bounds of the Town, making sure to not be too close to Knoxville or Oak Ridge, yet while capturing as much of the unincorporated area as possible. The Town later annexed Thornton Heights and Concord Hills, but otherwise remains largely the same as it did upon incorporation.

Those opposed to incorporation, among other reasons, feared that becoming a city would mean paying more taxes. However, at the time, Tennessee State law did not require cities to have a property tax. Realizing the opportunity to incorporate without a municipal property tax, The Farragut Community Group proposed the Town rely on other revenue, such as sales tax, to fund the city's expenses. They planned to rely on Knox County for law enforcement and schools, and to allow residents to subscribe individually with First Utility District, Lenoir City Utility Board, and Rural Metro for utilities and fire services.

It was envisioned that the Town government would mostly focus on providing formal, deliberate planning and oversight of zoning and development, road construction, stormwater systems, and providing for public facilities like parks and a Town Hall.



When considering the name for the new town, community members considered the area's history. Schools were already named "Farragut" after the acclaimed civil war hero Admiral David Glasgow Farragut, who was born roughly in the nearby area. Of course, Concord was also considered, given the existing community of Concord and its use as a label on existing maps.

In the end, after realizing that Concord is a very common name and already prevalent across the U.S, and that the village of Concord would not be included in the Town's official boundaries, Farragut seemed a better choice. That is how the Town came to be name Farragut.

From the very beginning, community members agreed the best solution to staffing was to hire a city manager to provide professional leadership. This necessarily influenced the Town to pursue a specific type of charter which acknowledges the relationship between an elected board of aldermen and a professional manager.

When the Town finally incorporated, the Town Attorney and Town Clerk were the only two employees until a Town Administrator could be hired, an arrangement that would remain for several years. However, in order to supplement the very scant staff, the Town created several volunteer citizen committees.

The Town Administrator slowly built the staff to include additional positions which ultimately led to the development of the Town's current departments:

**Administration**- Responsible for financial management, records maintenance, payroll, HR and other essential functions.

**Engineering**- Responsible for stormwater management, road design and maintenance, traffic control management and inspecting on-going construction projects.

**Community Development**- Responsible for enforcing the municipal code, property maintenance, building and other codes, as well as promoting responsible development through enforcing the Town's zoning, subdivision, and architectural and design standards.

**Parks & Recreation**- Responsible for planning for community events and managing the Town's parks and community center.

**Public Works**- Responsible for maintaining the Town's right of ways and property, performing minor road repairs, the landscaping of Town properties and other general maintenance work throughout the Town.

**Summary Timeline:**

**Late 1700's/Early 1800's-** Settlement in the Concord/Farragut area began, Campbell's Station built

**1801-** David Glasgow Farragut was born near Campbell's Station

**1863-** Battle of Campbell's Station was fought November 16th

**1904-** Farragut High School was built

**Early 1970's-** Failed referendum attempt to incorporate

**1979-** Farragut Community Group gathered often as friends to discuss issues and concerns with the area

**October 6, 1979-** The Farragut Community Group was officially formed and decided to pursue incorporation.

**October 26, 1979-** A petition for referendum vote is filed with Knox County

**January 15, 1980-** The Referendum vote is held at Farragut High School

**January 16, 1980-** Town Charter is Certified by The State of Tennessee

**April 1, 1989-** The Town's first election is held for Board of Mayor and Aldermen

**April 7, 1980-** The Town's first Board of Mayor and Aldermen are sworn in

**January 1981-** First Town Administrator is Hired.

**August 1981-** Town Court established

**March 1982**- Board of Zoning Appeals formed, Municipal Planning Commission had been formed by 1981

**September 1984**- First full-time building inspector hired

**June 1987**- 2nd Full-time building inspector hired

**August 1987**- Public Works Department created

**1990**- First Recreation Director hired, also responsible for community engagement

**1996**- Planning & Codes departments merged to form the Community Development Department

**1997**- The Community Program & Recreation Department is renamed the Leisure Services Department

**2008**- First Human Resource Manager is hired



# Vision

Farragut-redefining quality of life with a beautiful, close-knit, connected community where families and businesses thrive.

# Mission

Farragut-an appealing and engaged community set apart by a dedicated team committed to integrity, innovation, and friendly service.

# Critical Success Factors

**Providing Excellent Parks, Recreation, Cultural Amenities and Programs**- Farragut's expanded parks allow for a variety of experiences for residents and visitors. The Town provides events, programs and cultural activities that enhance a sense of community and support tourism. The Town's neighborhoods are connected by greenways and sidewalks to commercial activity hubs and parks.

**Building and Maintaining the Town's Infrastructure and Assets**- The Town of Farragut has established a safe transportation network for pedestrians, bicycles and automobiles. The stormwater system is reliable and well-maintained, and the Town has the resources it requires to meet the needs of a growing community. The Town's investment in technology, parks and buildings is cared for through proper maintenance and improvements.

**Enhancing the Town's Financial Position**- Strong fiscal leadership has enabled the Town to maintain its excellent financial position. Expanded sales tax base will support important programs and services. The Town actively pursues grants and sponsorships to maintain and support programs and assets and sets goals, establishes benchmarks and utilizes best practices to fund priority initiatives.

**Regional Leadership and Collaboration**- The Town of Farragut cultivates relationships with regional partners to ensure it is at the forefront of innovation, process and service delivery. The Town advocates for its interests and the future of the region by participating in decision making with other governmental and non-governmental entities.

**Advancing a High-Quality Built Environment**- The Town ensures a high-quality built environment through deliberate formal planning and community engagement, incentivizing innovation and promoting design before engineering.

**Supporting and Caring for a Committed Workforce**- The Town recognizes that excellent service delivery happens through its dedicated and committed workforce. The Town is a model employer that attracts talent and provides competitive compensation and benefits as well as ongoing training and professional development. The Town encourages innovation and efficiency and has appropriate staffing levels to meet growth and service level expectations.

**Promoting a Convenient Retail and Services Destination**- Farragut is known for family entertainment venues, vibrant commercial centers, mixed-use activity hubs, high building maintenance standards and collaborating with strategic partners to promote business development. Farragut's Town Center is a result of a bold vision and effective public-private partnerships.

# CONTENTS

**Article I – General Provisions** ........................................................................................................................**13**

    Section A.  Purpose ..................................................................................................................13

    Section B.  Policy ....................................................................................................................13

    Section C.  At-will Employment ............................................................................................14

**Article II – Definitions** .....................................................................................................................**14**

**Article III – Coverage** ......................................................................................................................**18**

**Article IV – Administration** .............................................................................................................**19**

**Article V – Classification Plan** ........................................................................................................**20**

    Section A.  Purpose ..................................................................................................................20

    Section B.  Composition of the Classification Plan ...............................................................20

    Section C. Use of Job Titles....................................................................................................20

    Section D. Use of Job Descriptions ........................................................................................20

    Section E.  Use of the Classification Plan ..............................................................................20

    Section F.  Administration of the Classification Plan.........................................................21

    Section G.  Allocation of Positions .........................................................................................21

**Article VI – Recruitment** .................................................................................................................**21**

    Section A.  Policy ....................................................................................................................21

    Section B.  Job Postings; Transfers; Promotions ...................................................................22

    Section C.  Notification ...........................................................................................................22

    Section D.  Minimum Qualifications ......................................................................................22

    Section E.  Rejection of Applicants ........................................................................................22

    Section F.  Examinations .........................................................................................................23

    Section G. Conditional Offer of Employment ........................................................................23

    Section H. Medical Exam .......................................................................................................23

    Section I. Background Checks.................................................................................................23

**Article VII – Appointments** .............................................................................................................**23**

    Section A. Procedure ..............................................................................................................23

    Section B.  Regular Full-time, Regular Part-time and Seasonal Employees..............................24

    Section C. Types of Appointments .........................................................................................24

    Section D: Internship Expectations ........................................................................................25

**Article VIII – Probationary Period** .................................................................................................**25**

    Section A.  Policy ....................................................................................................................25

    Section B. Duration ................................................................................................................25

Section C.  Evaluation and Completion of Probation ................................................................26

Section D.  Dismissal of Probationary Employee ....................................................................26

Section E.  Transferred or Promoted Regular Employees ........................................................26

Section F.  Pay for Performance .............................................................................................26

## Article IX – Compensation Plan .........................................................................................26
Section A.  Policy ...................................................................................................................26

Section B.  Administration of the Compensation Plan .............................................................27

Section C.  Adoption or Rejection of the Compensation Plan ..................................................28

Section D.  Payroll Processing ................................................................................................28

Section E.  Direct Deposit ......................................................................................................29

Section F.  Overtime and Compensatory Time ........................................................................29

Section G.  Emergency Call Back ...........................................................................................30

Section H. On Call Status.......................................................................................................28

Section I.  Holiday Pay ...........................................................................................................32

Section J.  Service Recognition ..............................................................................................32

Section K.  Terminal Pay /Terminal Leave .............................................................................32

Section L. Employee Recognition Program ............................................................................33

## Article X – Promotions .......................................................................................................34
Section A.  Policy and Procedures ..........................................................................................34

Section B.  Promotional Eligibility ...........................................................................................35

Section D.  Promotion Without Examination ...........................................................................35

## Article XI – Performance Evaluation Program ....................................................................36
Section A.  Policy ...................................................................................................................36

Section B.  Frequency of Assessments ..................................................................................36

Section C.  Processing of Employee Evaluations ...................................................................36

Section D. Appeal of Performance Appraisal .........................................................................36

## Article XII – Employee Development and Training ..............................................................37
Section A.  Employee Development and Training ....................................................................37

Section B. Administration of Employee Development Program ................................................37

Section C. Safety Education and Training ...............................................................................38

## Article XIII – Guidelines for Employee Conduct and Discipline ..........................................39
Section A.  Guidelines for Conduct.........................................................................................39

Section B.  Disciplinary Guidelines .........................................................................................40

9

**Article XIV. Complaint and Disciplinary Appeal Procedure** ....................................................................**41**

**Article XV – Non-Disciplinary Transfers, Demotions, Separations and Reinstatements** ..................**42**

Section A.  Transfers ........................................................................................................................42

Section B.  Demotions (Non-disciplinary) ........................................................................................42

Section C.  Types of Separation .......................................................................................................43

Section D. Reinstatements ..............................................................................................................43

**Article XVI – Leaves and Absences** ....................................................................................................**43**

Section A.  Holidays .........................................................................................................................43

Section B.  Annual Leave .................................................................................................................44

Section C.  Payment for Annual Leave .............................................................................................46

Section D. Transfer of Annual Leave ...............................................................................................46

Section E.  Sick Leave ......................................................................................................................46

Section F. Family Medical Leave Act ................................................................................................48

Section G.  Bereavement Leave .......................................................................................................52

Section H.  Jury Duty / Civil Leave ...................................................................................................53

Section I.  Military Leave .................................................................................................................53

Section J.  Leave of Absence ...........................................................................................................54

Section K. Leave without Pay ..........................................................................................................55

Section L. Suspension from Work without Pay ................................................................................56

**Article XVII– Employee Benefits** .......................................................................................................**56**

Section A.  Group Life and AD&D Insurance Program .......................................................................57

Section B.  Group Health Insurance Program ...................................................................................57

Section C.  Wellness Program ..........................................................................................................57

Section D.  Dental Insurance ...........................................................................................................57

Section E.  Vision Insurance .............................................................................................................57

Section F.  Long-term Disability Insurance Program .........................................................................57

Section G.  Voluntary Benefits: Short Term Disability, Accident Insurance, Critical Illness Insurance, Voluntary Life (employee, spouse, child(ren) ..................................................................................58

Section H.  Social Security and FICA Insurance .................................................................................58

Section I.  Retirement Plan: 401K ....................................................................................................59

Section I.  Supplemental Retirement Program .................................................................................59

Section J.  Service Recognition ........................................................................................................59

Section K.  Unemployment Insurance ..............................................................................................59

Section L. Town-Supplied Equipment and Uniforms ...................................................................59

Section M. Employee Assistance Program (EAP) .......................................................................60

Section N. Tuition Reimbursement ..............................................................................................62

Section O. Park and Recreation Discounts ..................................................................................63

**Article XVIII – Workplace Safety / Risk Management ...............................................................64**

Section A. Policy .........................................................................................................................64

Section B. Workers' Compensation .............................................................................................64

Section C. Workers' Compensation Reporting Procedures and On the Job Injury Leave Procedures .......64

Section D. Return to Work ...........................................................................................................65

**Article XX – Harassment, Workplace Violence and Retaliation ...............................................66**

Section A. Definition of Sexual Harassment and Other Forms of Harassment ...........................66

Section B. Workplace Violence and Abusive Conduct.................................................................67

Section C. Making Complaints .....................................................................................................69

Section D. Investigation of Harassment Complaints ...................................................................70

Section E. Obligation of Employee ..............................................................................................71

Section F. Retaliation...................................................................................................................71

Section G. Open Door Policy .......................................................................................................71

**Article XXI – Firearms and Weapons ........................................................................................71**

**Article XXII – ADA/ADAAA .......................................................................................................72**

**Article XXIII – General Policies and Procedures ......................................................................73**

Section A. Employee Conduct .....................................................................................................73

Section B. Political Activity ..........................................................................................................74

Section C. Records .....................................................................................................................74

Section D. Outside Employment ..................................................................................................75

Section E. Business Dealings......................................................................................................76

Section F. Acceptance of Gratuities ............................................................................................76

Section G. Use of Information ......................................................................................................76

Section H. Use of Town Time, Facilities, Resources ...................................................................76

Section I. Use of Position.............................................................................................................76

Section J. Use of Town-Provided Technology and E-mail............................................................77

Section K. Employee Cell Phone Policy.......................................................................................77

Section L. Nepotism ....................................................................................................................78

Section M. Employee Licenses and Certifications .......................................................................78

11

Section N.  Smoking, Vaping and Tobacco Policy ........................................................................78

Section O.  Hours of Work, Attendance, Inclement Weather and Emergency Action Plan ...................79

Section P. Separation and the Return of Town Property .............................................................80

Section Q.  Personal Appearance and Dress .............................................................................80

Section R.  Use of Town-Owned Vehicles.................................................................................82

Section S.  Travel .................................................................................................................82

Section T.  Media Relations ...................................................................................................82

Section U.  Social Media/Social Networking ............................................................................82

Section V.  Obstruction of Rights ...........................................................................................83

Section X.  Impartiality .........................................................................................................83

**Article XXIV – Amendments; Severability; Conflicts**..................................................................**83**

Section A.  Amendments and Changes ....................................................................................83

Section B.  Severability .........................................................................................................84

Section C.  Conflicts .............................................................................................................84

Section D.  All Prior Rules Superseded ....................................................................................84

Section E.  Departmental Rules ..............................................................................................84

Section F.  Implementing These Rules and Regulations .............................................................85

Section G.  Further Implementation ........................................................................................85

Section H.  Provisions for Review............................................................................................85

**Article XXV– Appendices**.........................................................................................................**84**

Appendix A.  Drug and Alcohol Policy

Appendix B. Acceptable use of Information Technology and Security Policy

Appendix C. Cell Phone Policy

Appendix D. Travel Policy

Appendix E. Vehicle and Idiling Policy

Appendix F. Internal Finanical Controls Policy

Appendix G. Ethics Ordinance

# Article I – General Provisions

## *Section A.  Purpose*

It is the declared purpose of these Policies and Procedures to establish and provide normal, orderly, and uniform policies and procedures for employees in their service to the Town of Farragut, Tennessee under the direction of the Town Administrator.

These Policies and Procedures shall apply to all employees of the Town without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, disability, veteran's status, military affiliation or obligation, age, or genetic information, but shall not apply to those persons who are specifically exempted from coverage in accordance with these regulations.  These Policies and Procedures shall be administered by the Human Resources Director under the direction of the Town Administrator.

For simplicity's sake, all employees, whether male or female, are referred to by pronouns suggesting male gender.  All use of the words "he", "him", or "his" is meant to include both genders and is in no way to be construed as being discriminatory.

This policy is not to be construed as a contract between the Town of Farragut and its employees and does not in any way imply or create any rights, contractual or otherwise, on behalf of the Town's employees. The Town may, at its sole discretion, alter or amend this policy or portions thereof at any time.  This policy is established under authority of TCA 6-54-123.

## *Section B.  Policy*

It is hereby the declared personnel policy of the Town of Farragut that:
1. The Town shall neither cause nor permit discrimination because of race, color, religion, national origin, sex, sexual orientation, gender identity, disability, veteran's status, military affiliation or obligation, age, or genetic information.  The Town shall make every effort to employ those individuals who are best qualified and capable of filling authorized vacant positions.  The Town staff shall not practice prejudice, favoritism, discrimination, or cronyism concerning fellow employees, citizens, vendors, or visitors.
2. Continued employment with the Town shall be based on merit, performance, and individual ability and be free of favoritism, discrimination, and political considerations.
3. Just and equitable incentives and conditions of employment shall be established and maintained to promote efficiency and effectiveness in the operation of the Town.
4. Positions having similar duties and responsibilities shall be classified and compensated on a uniform merit basis.
5. Appointments, promotions and other personnel actions or terms or conditions of employment requiring the application of the merit principle shall be based on a comprehensive employee evaluation and examinations where applicable.
6. Every effort shall be made to stimulate high morale by fair administration of this policy and by every consideration of the rights and interests of employees, consistent with the best interests of the public and the Town.  Employees who believe this policy and/or these Policies and Procedures have been violated, either in the administration thereof or in the adherence thereto, should report such belief to their supervisor, Department Head or to the Human Resources Director.

13

## Section C.  At-will Employment

No provision of this Human Resources Policies and Procedures Manual shall be construed as an employment agreement or legal contract.  Employment with the Town of Farragut can be terminated at any time, with or without cause, either by the employee concerned or by the Town. The Town reserves the right to modify or change the policies at its sole discretion without notice. It also reserves the right to not apply the policies in individual cases where application, in the opinion of the Town, is considered inappropriate. Any agreement for a specified period of time or contrary to the foregoing, if such agreement is to be made, shall be in writing and signed by the individual employee and the Town Administrator.

# Article II – Definitions

The following words, terms, and phrases, when used in the Personnel Policies and Procedures Manual, shall have the meanings ascribed to them in this Article II.

**Absence with Pay** – Absence approved by the Supervisor and/or Department Head and for which compensation is received.

**Absence without Pay** – Absence from duty which is without pay due to no accrued annual or sick leave or an approved leave of absence without pay.

**Absence without Leave** – Unauthorized absence for which a leave request was either not made or denied.

**Anniversary Date** - The most recent date of employment in a regular position used to determine seniority or eligibility for promotion.

**Annual Leave** – Paid leave for approved time off from work which does not qualify for other types of paid leave. (See Article XVI, Section B)

**Active Employee** – An employee of the Town who is not on unpaid leave and is not receiving long-term disability benefits from or through the Town.

**ADA** – Federal Americans with Disabilities Act providing certain employment protections for individuals with qualifying disabilities.

**Appeals** – Procedures as prescribed by these regulations for appealing disciplinary actions and other individual grievances.

**Applicant** – An individual who has applied in writing and submitted a resume or has completed an application form for employment in response to an open position advertisement.

**Application** – A form or forms that are prescribed by the Human Resources Director for use in applying for positions with the Town.

**Appointment** - The offer to and acceptance by a person of a position either on a regular full-time, regular part-time or temporary basis.

**Appointment Date or Employment Date** – The original date of appointment to, or employment in, a budgeted position.

**Authorized Representative** – A person or persons possessing authority, authorized, and delegated by the immediate superior, who has the authority and power to delegate such authority.

**Base Salary** – An employee's actual salary amount in each pay range exclusive of all pay differentials and allowances.

**Board of Mayor and Aldermen** – The Mayor and other members of the Town Board of Aldermen who collectively serve as the governing body of the Town and are vested with the power to enact ordinances and resolutions for the Town.

**Classification** – The act of grouping positions into classes about: (1) duties and responsibilities; (2) requirements as to education, knowledge, experience, and ability; and (3) tests of fitness.

14

Classification allows an arrangement of positions whereby equal pay is given for substantially equal responsibility and authority.

**Classification Plan** – The plan approved by the Board of Mayor and Aldermen upon recommendation of the Human Resources Director and the Town Administrator which places positions into pay grades.

**Closing Date** – The last date established for which applications can be received for a particular open position.

**Compensation Plan** – The official schedule of pay approved by the Board of Mayor and Aldermen assigning a range of pay to pay grade**s**.

**Compensatory Time** – Time off from work in lieu of monetary payment for overtime worked.

**Continuous Service** – The most recent period of employment with the Town without a break in service as evidenced by separation from the Town payroll and Human Resources records.

**Counseling** – A verbal statement, which may be documented in written form, made to improve an employee's job performance or job-related behavior. Counseling is not disciplinary action and is not subject to appeal.

**Demotion** – Re-assignment of an employee from one position to another, the latter of which has a lower level of responsibilities and a lower maximum rate of pay and rank than the former.

**Department** – The primary organizational unit which is under the immediate charge of a Department Head.

**Department Head** – The Supervisor immediately in charge of a department, the primary organizational unit.

**Departmental Rules** – Any written policies, procedures or orders established by the Department Head and approved by the Town Administrator which dictate certain expectations, actions, rules or regulations. All departmental rules shall be consistent with these rules.

**Disability** – A physical or mental impairment that substantially limits one or more major life activities; has a record of such impairment or is regarded as having such impairment.

**Disciplinary Action** – Action which may be taken by a supervisor when an employee fails to carry out designated position duties and responsibilities or to follow departmental rules or any provisions of these Policies and Procedures.

**Dismissal** – Disciplinary action which terminates an employee's employment with the Town.

**Employee** – An individual who is employed by the Town and is compensated through the Town payroll for services performed.

**Employee Development** – Training programs for the purpose of improving an employee's quality of service and productivity.

**Evaluation** – The system that has been established for use by supervisors to assess employee job performance.

**Exempt Employee** – A person employed in a bona fide executive, computer, administrative or professional capacity, as these terms are defined in regulations of the Secretary of Labor and the Fair Labor Standards Act (FLSA) and therefore exempt from the overtime requirements of the FLSA. To qualify for an exempt status, the requirements of the employee's position must meet all the pertinent tests relating to duties, responsibilities, and salary as stipulated in the applicable section of Regulations, 29 CFR Part 541.

**Family Medical Leave Act (FMLA)** – The Family Medical Leave Act is a federal law which applies to employers with over 50 employees within a 75 miles radius. This law allows employees who work a minimum of 1,250 hours over the previous 12 months, with one-year service, to take up to 12 weeks <u>unpaid</u> leave on a rolling year basis for their own or their immediate family members' serious medical condition or other qualifying circumstances. Refer to Article XVI Section F.

**Governing Body –** The Board of Mayor and Aldermen of the Town of Farragut.

**Immediate Family –** For purposes of using sick leave and FMLA, "immediate family" shall mean

present lawfully-married spouse, children (including natural, step and adoptive), parents (including natural, step and adoptive), and any other individual residing within the employee's household who is a legal dependent of the employee for income tax purposes.

**Inactive Employee** – An employee of the Town who is either on unpaid leave or receiving long-term disability benefits from or through the Town.

**Inactive Service** – The period of time, if any, during which an employee of the Town is either on unpaid leave or receiving long-term disability benefits from or through the Town.

**Intern** – An individual, regardless of their age, who volunteers to perform services for the Town freely and without the anticipation of compensation for the purpose of gaining real-world experience and exposure to the kind of work tasks that are performed by municipal employees.

**Job Description** - A written document describing the essential functions of a job, additional functions, minimum qualifications and performance indicators.

**Leadership Team** – Consists of the Town Administrator, Assistant to the Town Administrator, Department Heads, and the Human Resources Director.

**Lay-off** – The involuntary, non-disciplinary separation of an employee from a position because of shortage of work, materials or funds.

**Leave** – An approved type of absence from work as provided for by these Policies and Procedures.

**Market Adjustment** – The raising or lowering of all salary ranges for all job classifications based upon a job market analysis of comparable positions, job functions, and salaries.

**Maximum Salary Rate** – The maximum salary authorized by the pay plan for an employee within an assigned salary grade.

**Merit Increase** – An increase in salary above the standard job rate based on service that meets or exceeds the standard and/or expected performance of the assigned position.

**Minimum Salary Rate** – The minimum salary authorized by the pay plan for an employee within an assigned salary grade who meets the minimum requirements for the assigned position.

**Military Training Leave** – In accordance with TCA 8-33-109, the period of up to twenty (20) working days, with pay, per calendar year, granted to employees who are members of a Military Reserve Component. Military Training Leave is not charged to annual leave.

**Municipal Code** – The Town Municipal code can be found online at www.townoffarragut.org/27/Government.

**Nepotism** – Favoritism shown to members of an employee's immediate family because of relationship rather than merit.

**On Call** – Being available for work outside of normal hours or a designated period of time.

**New Hire** – An applicant who has accepted a conditional offer of employment from the Town.

**Non-Exempt Employee** – A person employed in a position that is not in an executive, administrative or professional capacity, as these terms are defined in regulations of the Secretary of Labor. An employee in this position is subject to all provisions of the Fair Labor Standards Act (FLSA).

**Occupational Disability or Injury Leave** – A medically excused absence from duty because of an injury or illness sustained during employment and determined to be compensable (1) by the Town's workers' compensation insurance carrier and (2) under provisions of the Workers' Compensation law.

**Official** – When referring to a person, shall mean a member of the Town of Farragut Board of Mayor and Aldermen.

**Overtime** – Time worked by an employee more than the maximum hours allowed per work period under the Fair Labor Standards Act and as provided for herein. Generally, overtime is paid to non-exempt employees for all hours actually worked over 40 during a seven-day work period.

**Overtime Pay** – Compensation paid to an employee in accordance with federal regulations and these rules for overtime work performed.

16

**Paid Status –** Employees who are actively at work or who are paid by accrued annual and/or sick time.

**Pay Plan -** A schedule of pay ranges arranged by sequential rates including minimum and maximum salaries for each class assigned to a salary range.

**Performance –** The way in which an employee executes assigned duties and responsibilities.

**Personnel File –** An official file which is maintained in the Human Resources Department for each employee and generally consists of such items as application or resume for employment and records of transfers, promotions, demotions, reinstatements, reclassification, changes in pay, training, performance evaluations, leave, disciplinary actions and counseling interviews, etc.

**Position –** Any office or employment, whether occupied or vacant, full-time or part-time, consisting of a group of essential functions, additional functions and responsibilities legally assigned or delegated to one individual.

**Probationary Employee –** An individual who has not yet completed a probationary period.

**Probationary Period –** A trial period served after the initial selection process by all new employees before attaining regular status (the initial period), and upon a current employee's transfer or promotion into a new position (Article VIII, Section E), in which the employee is required to demonstrate his fitness for the position by the actual performance of the duty. The initial probationary period shall be six (6) months for all departments.

**Promotion –** Officially authorized re-assignment of an employee from one position to another, the latter of which has a higher level of responsibility and a higher maximum rate of pay and rank than the former.

**Qualifications –** The requirements of education, experience and other skills prescribed by the job description.

**Rate of Pay -** A specific dollar amount, expressed as an annual rate, a monthly rate, a bi-weekly rate, a weekly rate or an hourly rate.

**Reasonable Accommodations –** Job accommodations required pursuant to State and/or Federal Law.

**Re-Classification –** A classification action of a position by classifying it upward, downward or to a different type of position based on sufficient changes in the type, difficulty, or responsibility of work assigned to the position.

**Records –** All records maintained on each employee, both in the Human Resources Office and the department, such as the personnel file, attendance records, medical records, records of disciplinary actions, counseling records, pay and benefit records, training accomplishments, etc.

**Reprimand –** A type of disciplinary action, oral or written, denoting a violation of personnel regulations, which becomes part of the employee's personnel record.

**Regular Appointment –** Appointment without time limitation or special restrictions as to continued employment.

**Regular Full-Time Employee –** An individual that has (1) satisfactorily completed a probationary period, (2) been scheduled to regularly work at least forty (40) hours per week on a non-temporary basis. Generally, these employees are eligible for the full benefits package, subject to the terms, conditions, and limitations of each benefits program.

**Regular Part-Time Employee –** An individual that has (1) satisfactorily completed a probationary period and (2) been scheduled to work regularly or intermittently less than thirty (30) hours per week on a consistent year-round basis. Regular Part-time employees do not meet the minimum hours required to receive the Town insurance and retirement benefits. However, they are eligible for pro-rated sick and annual leave and holiday pay subject to the terms, conditions, and limitations of each benefits program.

**Resignation –** Termination from the employment of the Town at the request of the employee.

**Retaliation** – Retaliation is any act of reprisal, interference, restraint, penalty, discrimination, intimidation, or harassment against an individual or individuals exercising rights to complain about bullying or harassment, report a workplace injury claim, to request an accommodation for a disability, to request a religious accommodation, or other protected class accommodations. Retaliation may be physical, verbal, or non-verbal, including the use of social media.

**Seasonal Employee** – An employee holding a position other than regular, which is of a temporary, casual nature. The customary annual employment is six (6) months or less and the period of employment begins in approximately the same part of each year. Seasonal employees are not eligible for Town benefits unless specifically stated otherwise in Town policy or are deemed eligible according to benefit plan documents.

**Seniority** – Length of service as a Town employee.

**Separation** – The termination of employment from the Town for any reason.

**Service Awards** – An award given for a period of continued service.

**Sick Leave** – Approved absence due to non-occupational illness, injury, or health maintenance for the employee. Sick leave shall be considered a benefit and not a right for employees to use at their discretion.

**Supervisor** – Any individual having authority on behalf of the Town to assign, direct, discipline, and evaluate the job-related performance of other employees, if the exercise is not a mere routine or clerical nature but requires the use of independent judgment.

**Suspension** – An enforced leave of absence for disciplinary purposes or pending investigation of charges made against an employee, which may be with or without pay as decided by the employee's Department Head or the Town Administrator.

**Terminal Leave** – Leave granted to a retiring employee following his/her last workday and usually consisting of unused, accrued vacation time, one-half of accrued sick time (Article IX, Section J.) and/or compensatory time.

**Terminal Pay** – The compensation paid to a terminating employee following the last workday.

**Terminating Employee** – An employee of the Town who is ending employment due to resignation, layoff, death, retirement, or dismissal.

**Termination** – The cessation of employment with the Town due to resignation, layoff, death, retirement, or dismissal. Also, the separation of a probationary employee for failure to meet legal requirements for employment.

**Town Administrator** – The highest-ranking appointed officer of the Town, appointed by the Town Board of Mayor and Aldermen. Terms and conditions of employment for the Town Administrator shall be governed by an Employment Agreement approved by the Board of Mayor and Aldermen.

**Town** – Shall mean the municipal government of the Town of Farragut, Tennessee.

**Town Business Days** – Shall mean any Monday, Tuesday, Wednesday, Thursday, or Friday, except holidays observed by the Town, of any week.

**Transfer** – Re-assignment of an employee from one position to another position.

**Vacancy** – An unoccupied budgeted position within the Town.

**Volunteer** – An individual, regardless of their age, who volunteers to perform services for the Town freely and without anticipation of compensation for charitable, civic or humanitarian purposes.

**Workday** – Scheduled number of hours an employee is required to work per day.

**Work Week** – The number of hours regularly scheduled to be worked during any seven (7) consecutive days; usually forty (40) hours; beginning on Saturday at 12:00 a.m. and ending Friday at 11:59 p.m.

# Article III – Coverage

All regular full-time employees are covered under these personnel policies and procedures. Part-time,

seasonal, and temporary employees are subject to all regulations but do not have access to benefits except as otherwise noted. Excluded from the provisions of these policies and procedures are:

1. The Board of Mayor and Aldermen.
2. Members of appointive boards, commissions or committees who are not Town employees.
3. Consultants, advisors, and counsel who are engaged by the Town on a fee or contractual basis.
4. Town Attorney.
5. Town Judge.
6. Town Administrator (where applicable)

# Article IV – Administration

The Board of Mayor and Aldermen shall be responsible for establishing and approving personnel policies and the position in the Classification Plan and Compensation Plan and may change the policies and benefits as necessary. They also shall make and confirm appointments when so specified by the general statutes, Town Charter, or Municipal Code.

The Town Administrator shall have the responsibility for the personnel program as set forth in Chapter 4 of the Town Charter and Title 1, Chapter 2 of the Municipal Code and subject to the powers vested in the governing body by charter. The Town Administrator specifically shall:

1. Recommend to the Board specific personnel positions, as may be required for the needs and operations of the Town.
2. Recommend personnel policies and procedures to the Board.
3. Authorize the appointment, dismissal, promotion, or demotion of any employee of the Town in accordance with the personnel policies adopted by the Board.
4. Designate a Human Resources Director who shall be responsible for the administration and technical direction of the Town's personnel program.

The Human Resources Director shall assist in the preparation and maintenance of the position classification plan and the pay plan and perform such other duties in connection with a modern personnel program as the Town Administrator shall require. All matters dealing with personnel shall be routed through the office of the Human Resources Director who shall maintain a complete system of personnel files and records.

Under the authority and direction of the Town Administrator, the Human Resources Director may:

1. recommend rules and revisions to the personnel system to the Board of Mayor and Aldermen for consideration.
2. recommend revisions to the position classification plan, pay plan, and benefit plan to the Board of Mayor and Aldermen for approval.
3. determine which employees shall be subject to the overtime provisions of FLSA.
4. establish and maintain a roster of all persons and authorized positions in the municipal service, setting forth each position and the employee, position title, position grade, salary, any changes in position title and status, and such data as may be desirable or useful.
5. develop and administer recruiting programs as may be necessary to obtain an adequate supply of competent applicants to meet the needs of the Town.
6. ensure annual performance evaluations are conducted for each employee.
7. develop and coordinate training and educational programs for Town employees.
8. investigate periodically the operation and effect of the personnel provisions of this Policy; and

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 19 of 174   PageID #: 295

9.  perform such other duties as may be assigned by the Town Administrator not inconsistent with this policy.

# Article V – Classification Plan

## Section A.  Purpose

The Classification Plan provides a complete inventory of all positions in the Town's service and an accurate description and specification for each class of employment.  The Classification Plan standardizes titles, each of which is indicative of a definite range of duties and responsibilities and has the same meaning throughout the plan.

## Section B.  Composition of the Classification Plan

The Classification Plan shall consist of:
1.  A grouping of classes of positions into a numbered pay grade which reflects the relationship of job duties which are approximately equal in difficulty and responsibility, which call for the same general qualifications, and which can be equitably compensated within the same range of pay under similar working conditions, reflecting the hierarchical structure of the organization.
2.  Written job descriptions for each class of positions; and
3.  Physical standards for performance of the duties of the position.


The grouping of classes will be accomplished by using rating factors of job descriptions based on training and ability, level of work, physical demands, independence of actions, supervision exercised, experience required, human relations skills, working conditions/hazards, and impact on the end results.

## Section C. Use of Job Titles

Job titles are to be used in all personnel, accounting, budget appropriation and financial records of the Town. No person will be appointed or employed in a regular full-time position in the Town service under a job title not included in the Classification Plan.

## Section D. Use of Job Descriptions

Job descriptions are to be interpreted in their entirety and in relation to others in the Classification Plan. Phrases or examples are not to be isolated and treated as a full definition of the class. Job descriptions are deemed to be descriptive and explanatory of the kind of work performed and not necessarily inclusive of all duties performed.

## Section E.  Use of the Classification Plan

The classification plan shall be used:
1.  As a guide in recruiting and examining candidates for employment.
2.  In determining lines of promotion and in developing employee training programs.
3.  In determining salaries to be paid for positions within the classification plan.
4.  In providing uniform job terminology understandable by all Town employees and by the public.

## Section F.  Administration of the Classification Plan

  The Human Resources Director is charged with maintenance of the classification plan to assure that it reflects the duties performed by each employee covered in the plan and the class to which each position is allocated.  It is the HR Director's duty to examine the nature of the classes and to update the classification plan as necessary by changes in the duties and responsibilities of existing positions, and periodically to review the entire classification plan and recommend changes to the Town Administrator. (See also Article IX Compensation Plan).

## Section G.  Allocation of Positions

When a new position is established, or duties of an existing position change, Department Heads shall submit in writing a comprehensive job description describing in detail the duties of such a position. The job description will contain a general description of the position, essential functions, and additional duties of the job. It should be noted that these are not entirely inclusive or descriptive of all duties. The job description will also contain minimum training and qualifications; physical, cognitive, and sensory standards required to perform essential job functions; and whether the position is eligible for telecommuting. The minimum qualification standards on job descriptions should serve as norms for applicants coming into the position to assure that the best qualified individuals are selected for the position based on merit and efficiency.

The Human Resources Director shall thereupon investigate the actual or suggested duties and shall then make a recommendation to the Town Administrator as to the appropriate class allocations or the establishment of a new class.  The Town Administrator shall make the final decision as to reclassification of employees into positions authorized by the Board of Mayor and Aldermen in the Town's Classification and Pay Plan.

# Article VI – Recruitment

## Section A.  Policy

Selection for employment with the Town of Farragut shall be based on qualifications, without regard to race, color, religion, national origin, sex, sexual orientation, gender identity, disability, veteran's status, military affiliation or obligation, age, or genetic information, except where age is a bona fide occupational qualification requirement, and in accordance with other federal or state regulations. No political test or qualification is permitted as a qualification in selection. Appointments to and retention in positions in the Town of Farragut which violate the nepotism policy (Article XXIII Section L) are not permitted.

It is the policy of the Town to promote qualified employees to more responsible positions whenever possible.  When a vacancy exists, the Department Head shall submit a Personnel Requisition to the Human Resources Director. Personnel requisitions must be approved by the Town Administrator before the vacancy is advertised or posted by the Human Resources Director. It is the policy of the Town that the recruitment and selection of an applicant for employment shall be based upon that individual's qualifications, competency, and potential, and shall not be influenced by race, color, religion, national origin, age, sex, veteran's status, military affiliation or obligation, political affiliation, disability, or genetic information.  Individuals shall be recruited from a wide geographic area to assure obtaining well-qualified applicants for various types of positions. Recruitment shall not be limited to the residents of Farragut. The primary objective of this hiring policy is to ensure compliance with the law and to obtain the best qualified individual to serve the citizens of the Town.

## Section B.  Job Postings; Transfers; Promotions

The Human Resources Director shall ensure the posting of all authorized positions as they become vacant for the purpose of informing Town employees. Once a personnel requisition has been filed, the Human Resources Director, in consultation with the Department Head, will determine whether an external competitive search or an internal search will best serve the interests of the Town. Internal vacancies shall be posted Town-wide.

Applications for employment shall be accepted only when a specific vacancy is announced and only until the closing date of the vacancy. All applicants must be required to complete a Town application form either in hard copy or on the Town website. However, resumes, transcripts, training certifications and other certifications may be attached and, in some cases, may be required to judge the applicant's merit and fitness.

Transfer or promotion of an employee within that employee's department shall be reviewed by the Human Resources Director and approved by the employee's Department Head and the Town Administrator.

Lateral transfers shall be made only after evaluating whether the transfer is in the best interest of the Town and the employee. Finding a capable replacement for the employee who is seeking a transfer will be considered.

Transfer or promotion of an employee from one department to another shall be coordinated through the affected Department Heads and the Human Resources Director and shall be subject to the approval of the Town Administrator.  Generally, employees are not eligible for promotion or transfer to another department during the probationary period. Employees with two years of Town service are eligible for transfers and/or promotions.  The employee must have both a satisfactory performance record and no adverse disciplinary action during the twelve (12) months immediately preceding the closing date for application submittal.

## Section C.  Notification

The Human Resources Department shall prepare recruiting notices to publicize vacancies and to secure applicants for vacant positions.

## Section D.  Minimum Qualifications

The Human Resources Director, in consultation with the Department Head concerned, shall review the minimum qualifications as specified in the current job description. Upon approval by the Town Administrator, such requirements shall be announced in all vacancy and/or promotional announcements.

## Section E.  Rejection of Applicants

The Human Resources Director may reject any new applicant for employment if it is determined that the applicant is not qualified for the job.  The reasons for rejection may include, but are not limited to, any one or more of the following: the application was not timely filed on the prescribed form; the applicant does not possess the minimum qualifications; the applicant has established an unsatisfactory employment or personnel record of such a nature as to demonstrate unsuitability for employment; the applicant has made a false statement of any material fact; the

applicant is unable to perform the essential functions of the position with or without reasonable accommodation; the applicant tests positive on a post-offer, pre-employment drug test; the applicant does not reply to mail or telephone inquiry; the applicant fails to accept appointment within the period of time prescribed in the offer; another more qualified applicant is selected for the position; or the applicant was previously employed and was removed for cause or resigned not in good standing.

### *Section F. Examinations*

Applicants may be subject to competitive examination. All examinations shall fairly and impartially test those matters relative to the ability and fitness of the applicant to efficiently perform the duties of the positions to be filled.

Examinations may consist of one or more of the following types: A written test of required knowledge; an oral interview by the supervisor and/or the Department Head and/or an oral interview panel established to assess the knowledge, skills and abilities of the applicants; a performance test of manual skills; or an evaluation of training and experience. The Human Resources Director will make reasonable accommodations in the examination process to disabled applicants requesting such accommodations.

### *Section G. Conditional Offer of Employment*

Following a verbal offer of employment, all offers of employment shall be made in writing by the Human Resources Director or Town Administrator's designee and will specify the conditions that must be met before a they may start work.

### *Section H. Medical Exam*

After a conditional offer of employment and prior to the first day of employment with the Town, all regular full-time new hires shall be required to undergo and pass a medical examination to determine physical fitness to perform the essential functions of the position for which they have been offered employment. Such physicals shall be job-related and in accordance with the Town's drug and alcohol testing policy.

### *Section I. Background Checks*

The Town shall conduct appropriate background checks on all final candidates for employment in accordance with state and federal law. The scope and nature of this background check may vary based upon the type of position being filled. Upon reporting to work, all new hires will have their social security numbers verified along with their ability to legally work in the USA using E-Verify.

Negative results may or may not impede employment depending upon an individualized analysis of the job duties of the position applied for, the nature and gravity of the criminal offense or conduct, the number of offenses, the length of time since the offense or conduct, the age at the time of the offense, and the work history following the offense.

# Article VII – Appointments

### *Section A. Procedure*

The Fair Labor Standards Act requires that employees of state and local government be at least 16 years of age for most non-farm jobs and 18 years of age to work in non-farm jobs declared hazardous by the Secretary of Labor. Minors 14 and 15 years of age may work outside school hours under

certain conditions.

When a vacant position is to be filled, the Human Resources Director will certify a list of qualified candidates for that position. The Department Head will select applicants to interview and subsequently choose a candidate for employment from this list. All offers of employment, except promotions, transfers, and demotions made within the same department, shall be made by the Human Resources Director. In the event a vacancy is filled within the same department, the Department Head may make the offer documenting the action.

The Town Administrator may authorize a temporary promotional appointment of an existing employee. No such employee shall remain in a temporary promotional appointment status for more than six (6) months unless the Town Administrator determines that the situation warrants an extension of time. Employees temporarily promoted will be compensated according to Article IX, Section B of this manual after assuming the full responsibilities and duties of the higher position for more than twenty (20) working days. By the conclusion of six (6) months, the employee shall either be returned to their original position, or an extension must be granted with the approval of the Board of Mayor and Aldermen.

## Section B. Regular Full-time, Regular Part-time and Seasonal Employees

Regular full-time employees shall be paid a weekly salary or at the approved hourly rate for all hours worked. All regular full-time employees are eligible for: (1) group health, vision and dental insurance, group life insurance, and group accidental death and dismemberment coverage under the Town's group policies and optional voluntary benefits; (2) a defined contribution retirement plan; and (3) pay adjustments as specified for all employees.

Regular part-time employees shall be paid an hourly rate for all hours worked per week and are not eligible for group insurance benefits or retirement benefits. Regular part-time employees, scheduled to work a set number of weekly hours (not intermittent hours) year-round may accrue pro-rated sick leave, annual leave, and holiday pay. Regular part-time employees are eligible for pay adjustments as specified for all employees.

A seasonal employee is any employee hired to work on a temporary, casual basis (such as for the growing season, sports season,), regardless of the number of hours worked per week. Seasonal employees do not receive Town benefits, unless specifically stated otherwise in Town policy or they are deemed eligible according to benefit plan documents but may be eligible for market pay adjustments as specified for all employees. Seasonal employees may be dismissed at any time without right of appeal as provided herein for regular employees.

## Section C. Types of Appointments

Original Appointment – When a non-employee passes all the pre-conditions to employment and accepts a final offer of employment with the Town.

Re-employment – When a former employee is reinstated to the same or similar position which may or may not be equal to the original position. Former employees, who leave the Town in good standing and were classified as eligible for rehire, following approval by the Human Resources Director, may be considered for reemployment. An application must be submitted to the Human Resource Director for approval, and the applicant must meet all minimum qualifications and requirements of the position, including an interview, when required. Previous tenure will not be considered in calculating longevity, leave accrual or any other benefits. *An applicant or employee*

24

*who is involuntarily terminated for violating policy or for poor performance, or who resigned in lieu of termination from employment due to a policy violation will be ineligible for rehire.*

<u>Temporary Appointment</u> – The Town Administrator may authorize the appointment of any qualified person to a position in the case of an emergency or when the Town is unable to fill a vacancy because of an insufficient number of applicants.

<u>Promotional Appointment</u> – A promotion is an assignment of an employee from one position to another which has a higher pay grade, rank, and responsibility as described in Article X.

<u>Student / Intern Appointments</u> – The purpose of an internship is to help students gain practical experience, become acquainted with professionals in their field of interest, and develop an understanding of professional responsibilities and effective working relationships. Interns may be assigned to one department or on a rotational assignment to several departments where they are provided with specific job assignments. Interns may be paid or unpaid. Hours for interns are flexible, depending on the intern's needs, but may not exceed 1,040 hours in any consecutive 12-month period. All Interns must sign the appropriate liability release form.

## Section D: Internship Expectations

All Interns are allowed by the Town to participate as Interns on the condition that they are doing so to gain real-world experience and knowledge of the tasks performed by municipal employees, and without the anticipation of compensation. Prior to their participation as an Intern, all individuals will be required to sign a writing stating the foregoing and affirming the following:

- There had been no promise of employment following their time acting as an Intern.
- That the Intern understands that he or she is required to follow all employment policies of the Town even though he or she is not an employee.
- That at all times while acting as an Intern, he or she will conduct themselves professionally, honestly, ethically and will not involve themselves in conflicts or disagreements with others.
- That in the event of an accident or injury, the Intern understands that he or she is not covered by the worker compensation laws or insurance coverage of the Town, and as a condition of participating as an Intern, releases the Town, its employees, officers, agents and volunteers from any and all claims of liability of any kind, regardless of the cause, that occurs during the period of the internship, and assumes the risk of injury or harm inherent in acting in the capacity of an Intern.

Should the writing described herein be misplaced or not be signed by one acting as an Intern, the receipt of these Town of Farragut Policies and Procedures and the act of being in the capacity of an Intern shall constitute an Intern's binding agreement to all the foregoing with respect to the Intern position.

# Article VIII – Probationary Period

## Section A.  Policy

It is the policy of the Town that all new employees in regular full-time, regular part-time and temporary positions be placed in a probationary status upon being hired.  The probationary period is an integral part of the Town's evaluation process and shall be utilized by the Department Head and/or supervisor as an opportunity to observe the probationary employee's work, to train, to aid the probationary employee in adjusting to the position, and to dismiss any probationary employee whose performance or attendance fails to meet acceptable standards.

## Section B. Duration

All new employees in regular full-time and regular part-time positions shall be in a probationary

status for six (6) months from the date of hire.

### Section C.  Evaluation and Completion of Probation

The supervisor shall evaluate the performance of the probationary employee at six (6) month and annually thereafter. Additional evaluations may be completed prior to these intervals, if necessary, to address performance problems. The evaluations shall be documented on a designated form. Upon satisfactory completion of the probationary period, as indicated by a performance evaluation score of "meets expectations" or above, the employee shall be classified as a regular full-time or part-time employee. If the performance evaluation does not "meet expectations", the probation may be extended for up to six (6) additional months in the Town's absolute discretion or the employee may be dismissed.

### Section D.   Dismissal of Probationary Employee

At any time during or following the conclusion of the probationary period, an employee may be dismissed by the employee's respective Supervisor with or without cause and with no right to appeal as provided for regular employees herein.

### Section E.  Transferred or Promoted Regular Employees

Regular full-time or regular part-time employees who are transferred or promoted to a new position at their request must serve a six-month probationary period in the new position. If performance is not satisfactory in the new position, then the employee may again be reassigned if a position for which the employee is qualified is available.  The Town will make every reasonable effort to provide continued employment for the employee. However, the Town makes no guarantee that a position will be available for such employee. The probationary status shall not deprive the employee of any benefits that would have been received had the employee not been placed in the new probationary period (provided the employee successfully completed the initial probationary period from the first date of hire).  Regular full-time and regular part-time, who are transferred by management may serve a six (6) month at management's discretion.

### Section F.   Pay for Performance

An employee will not be eligible for pay for performance salary increases until the employee has satisfactorily completed the probationary period.  Once the probationary period is complete, all regular full-time employees may be eligible for a merit increase based on the range approved by the Board of Mayor and Alderman for the current Fiscal Year. *Note: If the 6-month review is in May or June, the same review score will be used for the annual review of the current year.*

## Article IX – Compensation Plan

### Section A.  Policy

The Board of Mayor and Aldermen shall establish the parameters for salaries and annual merit pay increases as part of the annual budget process and approval. Within the budget appropriations authorized by the Board of Mayor and Aldermen, the Town Administrator will develop and implement a merit pay and cost-of-living program in conjunction with the required performance evaluations. The merit pay program and cost-of-living adjustments are subject to budget restriction and annual Board approval. The Town's Compensation Plan is based upon prevailing wage rates, economic conditions, competitive market salary surveys, labor market influences and internal equity.

The primary objective of the Town's compensation program is to attract, retain, motivate, and reward qualified employees who demonstrate a commitment to the Town of Farragut and its mission to be a leading municipality in the state. Employees are expected to be faithful stewards of the accountabilities, responsibilities, and resources entrusted to them.

In return, the Town is committed to compensating employees fairly based on job responsibilities and accountabilities, and doing so without regard to race, sex, age, religion, national origin, or disability and in compliance with all applicable laws and regulations.

## Section B.  Administration of the Compensation Plan

Human Resources Director, under the direction of the Town Administrator, shall administer and maintain the Town's Compensation Plan. The Compensation Plan for salary and wage administration is as follows:

1. The Town utilizes a total compensation philosophy which includes base pay, performance-related pay, employee benefits, and retirement compensation.

2. To provide compensation that is competitive with other like municipalities and governmental organizations with whom the Town competes for human resources, the Human Resources Director shall be responsible for conducting compensation and benefits surveys, salary surveys and/or reviewing studies of salary ranges and making recommendations for position and salary range changes in order to measure competitiveness of the Town's salary structure in the market.

3. Establishment of a salary range midpoint for each position which corresponds to the competitive market average (or mean) for this position, with appropriate range spreads developed from this midpoint to determine range minimum and maximum salaries. These spreads are to allow flexibility in the administration of actual salaries to be paid individuals recognizing various levels of job performance, contributions, experience and qualifications, and time in position.

4. All starting salaries for new hires shall be a recommendation of the respective Department Head subject to review by Human Resources Director and the approval of the Town Administrator.

5. The minimum of the salary range for the position classification is for new hires with little to no experience.

6. For positions that require special technical knowledge, expertise, or certifications and/or for which there is a small pool of qualified applicants, new hires with proven related experience may be hired above the minimum but generally no more than the midpoint of their respective salary range and not at a salary higher than current employees with comparable experience who are performing satisfactorily in the same position.  A Department Head must submit a written recommendation for any starting salary above the minimum to the Town Administrator for review and approval.

7. The Town Administrator shall document the starting salary in a letter confirming acceptance of a verbal job offer by the selected candidate.

8. Depending upon annual salary budget guidelines and other economic factors, regular employees shall be evaluated for merit-based salary adjustments annually. The individual employee's performance, attendance record, and efforts for self-improvement shall be factors in determining the adjustment of salary within the salary scale.

9. Normally annual rate-of-pay adjustments, including merit-based, cost-of-living (COLA), and market adjustment, if any, may be made effective with the first full pay period in July of each fiscal year subject to budget approval by the Board of Mayor and Aldermen.

10. Recognize that the salary range midpoint for a range represents a fully competitive salary for that position in the market, assuming acceptable job performance by that employee. Salary increases for positions above the midpoint may be awarded for employees achieving exemplary annual performance reviews.
11. Employees may not receive additional base pay increases above the maximum of their salary range. Depending on budgetary constraints, these employees may be eligible for one-time bonuses as approved by the Board of Mayor and Aldermen.
12. The Town, in its sole discretion, may add a cost-of-living adjustment (COLA) depending on budget constraints as approved by the Board of Mayor and Aldermen.
13. When an employee in one classification is promoted to a position in another classification, then the rate of pay upon promotion shall be based upon the following:
    a. When an employee is promoted to a higher salary grade the employee shall receive a pay increase of not less than 5.0% or the minimum rate of pay for the new position range, whichever is greater. The Town Administrator has discretion to establish a higher initial salary not to exceed the maximum rate of pay for the higher classification.
    b. In determining the rate of pay, the Town Administrator shall consider a comparable rate of pay if the position was filled by an external candidate with similar education, experience, and ability. Employees who are promoted shall be placed on probationary status in accordance with Article VIII of this *Human Resources Manual*.
14. In the case of disciplinary demotion, performance-based demotion, voluntary demotion, or demotion through no fault of the employee, the employee's salary shall be reduced accordingly.
15. Occasionally there may be compelling reasons to grant salary increases for reasons other than performance or promotion. Such reasons may be based on labor market conditions or to correct identified salary inequities. Any such salary adjustments will be treated as an exception to policy and must be approved by the Town Administrator.
16. In no case shall an employee's salary be less than the minimum or more than the maximum for their current pay grade.

## Section C.  Adoption or Rejection of the Compensation Plan

The Human Resources Director, under the direction of the Town Administrator, shall develop a uniform and equitable Compensation Plan consisting of a minimum, midpoint, and maximum range of pay for each class of positions. The salary range mid-point for each position corresponds with the competitive market average (mean) for the position. Additionally, the mid-point represents a fully competitive salary for that position in the market. Salary ranges for each class shall be coordinated with the position classification plan and shall be based upon the ranges of pay for other classes, requisite qualifications, general rates of pay for comparable work in public and private employment in the area, cost of living data, maintenance of other benefits received by employees, the financial policy of the Town, and other economic considerations. Salary ranges have a consistent numeric relationship with one another. The Compensation Plan shall be submitted to the Board of Mayor and Aldermen for approval and adoption.

The Compensation Plan may be amended from time to time, as circumstances require, in accordance with the above provisions and approval of the Board of Mayor and Aldermen.

## Section D.  Payroll Processing

The Town processes payroll on a biweekly basis. For pay purposes, the work week for all employees

is Saturday at 12:00 AM through Friday at 11:59 PM. Pay checks and/or stubs will be available on the Friday following the end of each two-week pay period via the provided email. _Pay stubs are password protected using the last 4 digits of your social security number._

It is the policy of the Town to deduct from an employee's paycheck only those amounts that are required by law or authorized by the employee. Employees will be notified of deductions due to court orders, such as child support or garnishments, in accordance with such orders.

It is the Town of Farragut's policy to comply with applicable wage and hour laws and regulations. Improper pay deductions specified in Title 29 of the Code of Federal Regulations 541.602 (a) may not be made from the pay of employees who are subject to the salary basis test under the FLSA. If you believe that an improper or unauthorized deduction has been made from your paycheck, it is your duty to report your complaint to the Human Resources Director. If, upon investigation, the deduction was improper, you will be reimbursed for the deduction and the Town will make the appropriate change to its payroll system. It is the Town's policy that no adverse action (i.e., retaliation) will be taken against any employee who takes advantage of this complaint procedure. Any required corrections identified after the payroll has been processed will be made on the next biweekly payroll.

## Section E.  Direct Deposit
Direct Deposit is available and encouraged for all employees.

## Section F.  Overtime and Compensatory Time
Overtime is computed and paid according to current Federal Fair Labor Standards Act criteria and regulations. Overtime for non-exempt employees shall only be authorized by express advance approval of the supervisor, Department Head, other authorized department designee, or the Town Administrator, except in the case of an emergency.

Non-exempt employees required to work overtime may be compensated with time off (compensatory time) or paid for such overtime as determined by the Department Head. Hours worked does not include holiday, sick and annual leave. Non-exempt employees may accumulate up to a maximum of forty (40) hours of compensatory time. For an employee, who has reached the maximum compensatory time accrual of forty (40) hours and earns additional overtime before any of the accrued compensatory time can be used, said additional overtime shall be paid at the rate of time and one-half (1½).  Compensatory time shall be used before using annual leave time. Employees may use compensatory time on the date they request unless doing so would "unduly disrupt" the operations of the Town. The Town reserves the right at any time to pay an employee accrued compensatory time at time and one-half (1½) the employee's regular rate of pay. Upon termination of employment an employee shall be paid for unused compensatory time at not less than the average regular rate received by the employee during the last three years or the final regular rate at termination, whichever is higher.

Regular full-time employees who are in executive, administrative, or professional positions as defined by the Fair Labor Standards Act are exempt from the overtime provisions of the Act. Whenever a salaried exempt employee requests a period of absence equal to or greater than one-half (½) day, said employee shall obtain approval by the Town Administrator or his designee. Annual leave or sick leave will be utilized for absences of one-half days or longer.

All employees, whether exempt or non-exempt, are required to fully and accurately report hours worked on the appropriate forms and forward to the Department Head or designee for approval. The Administration Department shall maintain all payroll records.

**Nonexempt Employee Electronic Communications outside of Work Hours**
Employees of the Town of Farragut may perform job duties using a variety of electronic communications, including cellphones, laptop computers and email.

As with other types of authorized work, all time, that is not di-minimums, spent by nonexempt employees using electronic communications for work purposes will be considered hours worked; the time is compensable and will count toward overtime eligibility as required by law. Therefore, electronic communications should not be used outside regularly scheduled work hours unless required by management. This includes all types of work-related communication; for example, nonexempt employees should not check for, read, send or respond to work-related e-mails outside their normal work schedules unless specifically authorized based on job duties or direction by management to do so. If management directs an employee to engage in such activities, the employee must report the hours worked as compensable time.

Nonexempt employees using electronic communications for work-related correspondence outside of work hours without authorization will be considered non-compensable time
.

## Section G.  Emergency Call Back

An emergency call back is when a non-exempt employee is called out by his/her supervisor, Town Administrator, security company, or other agent of the Town on official Town business due to an emergency, such as an alarm call on the Town Hall or Public Works Facility, a public works emergency such a tree in the street, reset of a traffic light, or traffic sign replacement due to an accident, etc.

If a non-exempt employee is called back to work for an emergency after the normal work shift has ended and after the employee has left the work premises, on a non-holiday, the employee shall receive a minimum of two (2) hours of compensation at one and a half (1.5) times their regular pay. If on a Town approved holiday, and the employee shall receive a minimum of two (2) hours compensation at two and a half (2.5) times their regular pay A call back is not an extension of regular duty hours or prearranged scheduled overtime by the employee's supervisor or scheduled training or meetings.  No less than two (2) hours shall be granted for such time in a single day.

If an employee is called back to work more than once in a day, there must be a break of two hours between the end of one call and the beginning of the next. If there is not a break of two hours, then the time will be counted from the first call.

## Section H.  On-Call Status

The Town of Farragut requires public works employees to be on call for emergencies within the Town.  Being on call means that the employee is not at work but is available in case they are called back by their employer outside of their normal working hours.

A call-back is when the employer calls an employee back in to work outside of their normal working hours. A call-back can occur whether an employee is on-call or not.

30

This policy establishes the procedure in which public works employees are placed on On-Call Duty, the department's requirement for their conduct while so designated, and establishes a process for public works employees to receive appropriate on-call and call-back compensation.

**ON-CALL PROCEDURES:**
A. General
The Town requires two full-time regular employees (non-exempt) and one full-time supervisor (non-exempt) within the public works department to be always assigned to On-Call Duty outside of the public works department regular schedule. Public works employees are scheduled to be on On-Call Duty on a rotating weekly basis. Switching on-call shifts is not allowed unless approved by the Public Works Director or Public Works Foreman.

B. Employee Responsibilities
1. Employees assigned to On-Call Duty, are free to continue with all their normal off-duty activities provided that they remain mentally and physically fit to perform their duties during the entire period of On-Call Duty.
- Employees assigned to On-Call Duty shall not consume alcoholic beverages.
- If an employee is taking medication that can affect their preparedness, they must inform their supervisor immediately.

2. An on-call employee is subject to the provisions of the Town of Farragut Drug and Alcohol Policy, during the entire on-call period.

3. Employees assigned to On-Call Duty shall be able to arrive at the Public Works Building within one hour or less driving the speed limit.

4. Employees assigned to On-Call Duty, who cannot immediately respond because of illness or other emergency, must contact the Public Works Director or their Foreman as soon as they are aware that they will not be able to respond to a call to duty.

5. An employee who does not respond to a call when contact is attempted or is unable to report to work within the allotted time, one (1) hour for any reason other than illness or emergency, will be subject to disciplinary action.

6. If the supervisor on call is unable to reach the scheduled on-call staff, the Call Back Procedures will be utilized.

C. Compensation
If an employee is called in from an on-call status on a non-holiday, the employee shall receive a minimum of two (2) hours of compensation at one and a half (1.5) times their regular pay. If an employee is called in from an on-call status on a Town approved holiday, and the employee shall receive a minimum of two (2) hours compensation at two and a half (2.5) times their regular pay.

*Public Works Employees:* During snow season, there will be 3 rotating shifts covering 24 hours on call schedule. During the on-call time frames, employee must be free and available to work. Including no alcohol consumption or drug use and must be available to report within one (1) hour.

## Section I.  Holiday Pay

Regular full-time employees shall receive payment for eight (8) hours of holiday pay per holiday. Regular part-time employees, who work a consistent number of hours per week year-round, shall receive up to four (4) hours of holiday pay per holiday. Both regular full-time and regular part-time employees are paid at double their base pay rate for hours worked on a holiday. Seasonal and temporary workers do not receive holiday pay.

Holidays that fall in the middle of periods of paid sick or annual leave will be charged as holidays. Employees are not paid for holidays while on terminal leave, leave without pay, and suspension without pay or workers compensation total temporary disability (TTD).

To be eligible for holiday pay, regular full-time and regular part-time non-exempt employees either must not have been absent from work on the workday before or after the holiday or must be in paid status for the regularly scheduled working day immediately preceding and immediately following the holiday. An exempt employee must be in a paid status on the days immediately preceding and immediately following the holiday to receive holiday pay.

When an employee is required to work on Independence Day to assist in the Town's annual activities, said full-time employee will be compensated as follows:

> -Non-exempt employees are paid for eight (8) hours at their overtime time pay rate (12 hours at straight time rate) plus eight (8) hours annual leave.
> -Exempt employee shall receive twelve (12) hours of annual leave.

If the holiday falls on a weekend, the above applies plus employees who work the Independence Day Parade must take the official Town observed holiday, either Friday or Monday, with the approval of their Department Head.  Annual Leave will be added to the total available annual leave through the payroll system on the pay period following Independence Day. See Article XVI, Section A for the Holiday Schedule.

## Section J.  Service Recognition

Each year, employees who have completed five, ten, fifteen, twenty, and subsequent five-year additional incremental periods of service with the Town will receive a longevity Service Award.  Employees eligible for such service awards will be notified of the time and place of the presentation.

## Section K.  Terminal Pay /Terminal Leave

Employees who are eligible for retirement may be paid for accumulated, unused sick leave allowance as of the effective date of retirement (at the employee's regular straight time rate of pay in effect as of the date of retirement) at a 50% rate of the total accumulated sick leave up to a maximum of ninety (90) sick days plus any accrued annual leave (terminal pay); or they may be granted an equal amount of paid retirement leave (terminal leave) in pay-period increments immediately preceding retirement at the employee's choosing. All benefits cease when retirement pay begins. Only retiring employees are entitled to compensation for accumulated, unused sick leave.

All terminal pay shall be paid at the employee's regular rate of pay at the time of termination from the Town.  Terminal pay shall be paid lump sum, on or by the regular payday for the pay period during which the employee separates from the Town.  The Town shall not match 401(k) contributions on terminal pay. Any        request        to        pay        terminal        pay        other        than        lump        sum        must        be

approved by the Human Resources Director and Town Administrator. All accrued sick and annual leave terminal pay shall be paid by using a separate check(s) from the regular paycheck.

## Section L. Employee Recognition Program

Recognizing and rewarding excellent results and contributions of staff members is important to the Town of Farragut. The Town's total compensation program for regular full-time employees consists of four components: base salary, benefits, retirement, and employee recognition awards. The recognition component provides opportunities to recognize and reward individual employees and teams and to celebrate their successes as we continue to build Farragut as the municipal government of choice in Tennessee.

### Employee Recognition Awards

There are three types of recognition. First is the longevity service award which is presented to employees upon meeting an employment milestone in five-year increments of service. Secondly, employees may be presented Level A or B awards with a value of $25-$100. Finally, individual employees or team/project groups who make exceptional contributions are eligible for the Excellence Awards. Examples of awards are providing outstanding service, implementing a new idea which saves significant time or money, completing a significant project, contributing to the success of a team initiative, or contributing above and beyond what is expected, earning a professional certification or college degree which is not a job requirement.

All nominations shall be reviewed by Human Resources and approved by the Town Administrator. With the Town Administrator's approval, Department Heads may use their discretion to present awards that differ from the suggested amount/form.

### Eligibility/Awards

• Level A: Employees or teams can be nominated for an Employee Recognition Award by a department head or a co-worker with the department head's approval. This award level is a $25 gift card.
• Level B: Employees may be nominated for this Level by a department head or co-worker with the department head's approval. This award level is for a gift card amount up to $100.
• Excellence Awards must be nominated by department heads. Excellence Awards maybe either gift cards or cash bonuses ranging from $100-$1,000.

An Employee Recognition Award should be made as close to the performance or result as possible.

### Award Criteria

Award criteria are designed to monitor performance in five major categories: financial, customer service, efficiency improvement, strategic and organizational development, and applicable personal achievement. Examples of specific measures or results which fall under these categories are illustrated below:

### Financial

Significant individual or team contributions that result in:
• Reduced expenses.
• Energy savings.
• Improved work output within a set time frame.

33

**Customer Service**
• Providing outstanding customer service to citizens, developers, volunteer committees, or co-workers.
• Working above and beyond normal expectations to reduce backlog or support process change and/or conversions.
• Improving timeliness and/or quality of service.

**Operational/Efficiency Improvement**
Developing and/or implementing ideas that improve internal work processes like improvement in communication effectiveness, Citizen Request resolutions across departmental lines, project completion on time and within budget, improvement in the bid process, etc.

**Strategic and Organizational Development**
• Building outstanding relationships with citizens, vendors, and other governmental entities.
• Making substantial strides to obtain needed skills/competencies.
• Significant contributions to the learning and development of Town employees.

**Personal Achievement**
•Acquiring a professional certification which adds to the quality of work that the individual brings to the job.
•Completing a college degree which adds to the quality of work that the individual brings to the job or is necessary for a different Town job.

To nominate an individual, complete the Employee Recognition Award form which is located on the public drive or available through the HR Director. The Town Administrator has the sole discretion to approve (or not approve) all Recognition Awards.

# Article X – Promotions
## Section A.  Policy and Procedures
It is the policy of the Town of Farragut to hire employees for entry level positions, to provide training and development for employees, when necessary, and to offer employees promotions to higher level positions when deemed appropriate. All employees are encouraged to seek advancement opportunities and to obtain promotion and career guidance from their supervisor, Department Head and/or Human Resources Department. An internal candidate's eligibility for promotion will be determined by the requirements of the new open position for which they apply. The employee must have both a satisfactory performance record and no adverse disciplinary actions during the twelve (12) months immediately preceding the closing date for application submittal.

Promotions shall be based on merit, efficiency and fitness (determined by competitive evaluation, if practical). This evaluation shall consider the qualifications of the candidates in relation to the position's qualifications and essential function, seniority and merit rating. It may also include an evaluation of the physical and/or mental condition of the applicant. To select the best available candidate for each position, recruitment may also be made from outside the Town organization.

When a position above entry level becomes vacant, or is to be vacated, the Department Head will notify Human Resources immediately.

The Human Resources Director, after consultation with the Department Head and approval by the

Town Administrator, will determine whether an external competitive examination or an internal examination will best serve the interests of the Town. The Human Resources Director shall post internal vacancies Town-wide. All internal vacancies shall be posted for a period of no less than five (5) working days.

The Human Resources Director, subject to review by the Town Administrator, shall determine the method of selection examination when filling a vacancy by promotion.

The Human Resources Director will certify the names of the qualified candidates, which may be placed in rank order or unranked. The Department Head shall then fill the position(s) from among those qualified candidates. The Department Head is not obligated to select in rank order but should select the best available candidate for the position after considering all of the qualifications.

Promotions in every case must involve a definite increase in duties and responsibilities and shall not be made merely for affecting an increase in compensation. Promotions will be made to vacant, budgeted and/or authorized positions.

All promotional appointments shall be for a six (6) month probationary period. During the probationary period, the employee may be rejected at any time without charges, right of appeal and hearing when, in the judgment of the Department Head, the quality of the employee's work is not such as to merit continuation in the position.

An employee rejected during the probationary period from a position to which he has been promoted or who voluntarily requests to be reinstated to a position in the same grade from which they were promoted may be reinstated to a position in the grade from which he was promoted unless he is discharged as provided in these Rules and provided that such a position is available. The employee shall be reduced to the rate of pay in effect immediately prior to the promotion.

### Section B.  Promotional Eligibility

Regular employees will be considered eligible for promotion if he or she:
1. Is not a probationary employee.
2. Performed at the "meets standards" level or higher in their current position.
3. Meets the minimum qualifications for the position to which promotion is being considered.

### Section C.  Application

The Human Resources Director may require that each employee who wants consideration for the promotional opportunity to apply on or before a specified closing date.

### Section D.  Promotion Without Examination

In exceptional cases, the Town Administrator may authorize the promotion without competition of an eligible employee upon receipt of a written statement from the Department Head showing that the duties performed by the employee nominated are natural preparation for the higher position, that such employee has earned the promotion by reason of service and effective performance and that no other employee of the department meets the foregoing conditions.

Each town employee shall be evaluated during and at the end of the initial six months of service in a new position and thereafter annually on July 1 of each year. The employee will have an opportunity to discuss each evaluation with the supervisor who conducted the evaluation. All evaluations become a part of the permanent personnel file. Performance evaluations may be used in the process of

35

employee counseling and personal development and shall be considered as a means of determining employees who should be promoted, transferred, granted merit pay increases, selected for specialized in-service training, demoted, or dismissed.

# Article XI – Performance Evaluation Program

## Section A.  Policy

The Human Resources Director shall administer a program to evaluate the work performance of each Town employee. The individual employee's performance evaluation shall be completed by the supervisor, subject to review and signature of the Department Head, and shall be relevant to actual job duties and responsibilities. Departments are required to use evaluation forms approved by the Human Resources Director. Each Department Head is responsible for ensuring that employee evaluations are conducted in a timely manner prescribed by the Human Resources Director. The Town Administrator and the Human Resources Director, in consultation with the Department Heads, shall monitor and approve employee evaluations considering clarity of job expectations and documentation of job performance. Performance evaluations of Department Heads and other administrative employees reporting directly to the Town Administrator shall be conducted by the Town Administrator in a manner substantively like other Town employees.

## Section B.  Frequency of Assessments

Each Town regular full-time, and regular part-time shall be evaluated during and at the end of the initial six months of service in a new position and thereafter annually by July 1 of each year. The employee will have an opportunity to discuss each evaluation with the supervisor who conducted the evaluation. All evaluations become a part of the permanent personnel file.

Performance evaluations may be used in the process of employee counseling and personal development and shall be considered as a means of determining employees who should be promoted, transferred, granted merit pay increases, selected for specialized in-service training, demoted, or dismissed.

## Section C.  Processing of Employee Evaluations

The processing of employee performance evaluations will be used in conjunction with merit-based pay increases. Employees are required to sign their evaluation forms indicating that the employee has had an opportunity to discuss the evaluation with the employee's supervisor. All evaluations become part of the Town's official personnel file for that employee. Individual performance evaluations are subject to the Tennessee open records law.

If the Town Board of Mayor and Aldermen approve a merit increase percentage to be applied according to the Performance Evaluations results, a merit-based rate-of-pay adjustments shall be implemented in July of each year. The merit program increase percentage is evaluated annually by the Board of Mayor and Aldermen and implemented by the Town Administrator at his discretion.

## Section D. Appeal of Performance Appraisal

An employee who feels that his/her performance appraisal is not correct shall have the right to appeal the appraisal to the Town Administrator through the Human Resources Director. The appeal shall be submitted to the Human Resources Director by ten (10) Town business days from the date the employee receives the evaluation. The Town Administrator will make the final decision regarding the performance appraisal rating.

36

# Article XII – Employee Development and Training

## Section A.  Employee Development and Training

Both the Town of Farragut and the employees benefit when the employees are well trained.  The importance of training employees within each department unit leads to improved organizational development, increased productivity, and enhanced service. This is generally accomplished best through on-the-job or in-service training with occasional or mandated specialized off-site training. The Department Head will work through Human Resources to provide realistic and effective job-related training to employees. As budgets allow, each department will organize employee training in such a way to assure that adequate and necessary training is provided and that unjustified training activities are not engaged in. Budgeted training opportunities will be provided uniformly, equally, and fairly. To accomplish this objective, each Department Head, as appropriate, utilizing the assistance of Human Resources, shall develop, maintain, and coordinate the following:

1. A written Departmental Training Policy.
2. Comprehensive organizational training plans.
3. A funding request in the annual budget for training and employee time for training activities.
4. A system of reporting and review; and
5. A system of evaluating all training activities undertaken.

Training certifications will be forwarded to Human Resources for inclusion in the employee's personnel file.

## Section B. Administration of Employee Development Program

Working in conjunction with Department Heads and within budgeted funds, the Human Resources Director shall:

1. Assure that policies and procedures are implemented for developing ethical behavior, technical and Directorial skills, and skills and behaviors essential to effective work performance and a favorable work environment.
2. Assure that training, as approved, is carried out and that a certificate or other forms of recognition, if appropriate, are prepared for persons who satisfactorily complete training courses and programs.
3. Keep a record of all training courses and programs, requirements for such courses and an attendance record, and documentation of employees who successfully complete or fail such courses and programs for permanent file.
4. Assist Department Heads in developing and conducting developmental training to meet the specific needs of their departments or common to all departments. Developmental training is a benefit both for the employee and for the Town. The cost of job-specific training that is required for a position must be included within the department's annual budget. The Town pays for the training with the expectation that an employee's increased knowledge and/or skill benefit the Town also. Therefore, prior to beginning training, an employee will be required to sign an Acknowledgment of employee training cost reimbursement to the Town should they voluntarily leave employment in under two years after the completion of each course. The Acknowledgment states that the employee shall reimburse the Town the training cost according to the following schedule: Under one (1) year from course completion at 100% of cost; one to two (1-2) years from course completion at 50% of cost.
5. Assist employees with issues related to wellness and personal growth insofar as these affect the employee's ability to perform his/her duties. Development activities, programs or

37

opportunities are those which:

    a. Inform employees about the Town of Farragut's objectives, programs, organization, policies, procedures and work methods.

    b. Help employees obtain or improve job-related knowledge, skills or competence to improve performance efficiency and effectiveness, preclude obsolescence and cope with changing environments, technology and equipment.

    c. Help employees become qualified for more responsible work within the Town or for work in different fields for which they may be needed by the Town; and

    d. Contribute as appropriate to fulfilling the Town of Farragut responsibilities under its equal employment opportunity policy.

6. Plan in-house employee development activities. The municipality's in-house employee development activities include training programs which, as appropriate, may be planned and administered jointly with other agencies and organizations. The three types of in-house training activities are:

    a. Occupational qualifying training for preparing employees to perform all the duties of a specific job, usually at the entry level.

    b. Technical training for enhancing and upgrading employees' knowledge, skills and abilities related to specific aspects of their current jobs and/or current areas of work.

    c. Developmental training for improving employees' personal, administrative, supervisory, Directorial, and other related, but generally non-technical, skills to improve performance in their current jobs and to assume broader and/or higher-level responsibilities.

7. Assure an adequate supply of trained employees is available to fill job openings created by promotions, expansions, or losses.

8. Encourage and assist employees in the acquisition of additional knowledge and skills which are useful in assuming greater responsibilities.

9. Ensure that essential employee knowledge and skills are identified, maintained, and improved upon to accomplish the best performance on every job through the performance evaluation system. Specific goals for improvement and training needed to accomplish goals will be established on employee performance appraisal forms.

10. Functionally supervise employee development programs and activities, where necessary, throughout the municipal government.

11. Ensure all job descriptions adequately address knowledge, skills and abilities required in each position and that minimum education, training and certification levels are clearly identified; and

12. Maintain copies of employee training records in employees' Human Resources files.

## *Section C. Safety Education and Training*

The Human Resources Director shall have the basic responsibility for coordinating a program of safety education and training. The Human Resources Director shall have enforcement powers at the discretion of the Town Administrator. All employees are required to take every precaution in the prevention of accidents to themselves, other employees, and the public. Department Heads shall actively implement safety programs and practices in cooperation with the Human Resources Director.

All employees whose duties require the operation of office equipment, motorized vehicles, machinery or tools of any kind or nature shall follow safety procedures and instructions and use every precaution in the prevention of accidents to themselves and/or other employees. Such

employees are charged with the responsibility of proper operation of all equipment that is used in the normal function of their duties. Employees who knowingly and willfully violate proper safety precautions may be subject to appropriate disciplinary action. The Town of Farragut Safety Manual governs safety procedures and policies.

# Article XIII – Guidelines for Employee Conduct and Discipline
## Section A.  Guidelines for Conduct

  As an integral part of Town staff, all employees are expected to accept certain responsibilities, adhere to acceptable business principles in matters of personal conduct, and always exhibit a high degree of personal integrity. This not only involves sincere respect for the rights and feelings of others but also demands that both in their work and in their personal life they refrain from any behavior that might be harmful to themselves, their coworkers, and/or the Town, or that might be viewed unfavorably by the public at large.

Whether an employee is on or off duty, an employee's conduct reflects upon the Town. Consequently, all employees are encouraged to always observe the highest standards of professionalism.

Listed below are some of the rules and regulations of the Town. This list should not be viewed as being all-inclusive. Types of behavior and conduct that the Town considers inappropriate, and which could lead to disciplinary action up to and including termination of employment without warning, at the sole discretion of the Town's management staff, include, but are not limited to, the following:

1. Falsifying employment or another Town records.
2. Violating the Town's nondiscrimination and/or harassment policy:
3. Soliciting or accepting gratuities from vendors or citizens in violation of the Town's Ethics Policy.
4. Establishing a pattern of absenteeism or tardiness.
5. Engaging in excessive, unnecessary, destructive, or unauthorized use of Town supplies, equipment, or work time, particularly for personal purposes or other non-Town purposes.
6. Violation of either of the Town's Drug and Alcohol Abuse Policies.
7. Fighting or using obscene, abusive, or threatening language or gestures.
8. Stealing property from the Town, coworkers, or the public.
9. Having unauthorized firearms or dangerous weapons on Town premises or while on Town business not in compliance with the state's firearm and ammunition transportation statute.
10. Disregarding safety or security regulations.
11. Engaging in insubordination or failing to correct inadequate or unsatisfactory job performance.
12. Failing to maintain the confidentiality of coworkers' personal information which is entitled to protection under privacy laws.
13. Failure to process Approval of Outside Employment Form (see Article XXIII, Section D).
14. Neglect of duty, carelessness, or negligence in the use of Town property.
15. Violation of safety rules or Tennessee traffic laws while driving a Town vehicle.
16. Failure to report an accident involving Town Property (including a Town vehicle) regardless of the amount of damage.
17. Failure to personally notify the supervisor within one (1) working day of notification by the courts or Department of Motor Vehicles when the employee's driver's license and driving privileges have been suspended, revoked, or restricted for any reason, or having been cited by a law enforcement agency for DUI or a vehicle accident involving loss of life or serious

bodily injury whether such occurred on or off duty when the operation of a motor vehicle is required by the employee's job description;

18. Gambling on Town property or during work hours.
19. Failure to report within two (2) business days to the employee's Department Head, Assistant Town Administrator (if applicable) and the Town Administrator the employee's receipt from any local, state or federal regulatory agency of an administrative complaint, warning, or other written notice of violation or non-compliance with applicable law or regulations concerning employee's work for the Town.
20. Political pressure or bribery to receive an advantage or appointment, or to influence a Town employee in his/her duties.

If your performance, work habits, overall attitude, conduct, or demeanor becomes unsatisfactory in the judgment of the Town's management staff, based on violations either of the above or of any other Town policies, rules, or regulations, you will be subject to disciplinary action, up to and including dismissal.

## Section B.  Disciplinary Guidelines

It is the policy of the Town to utilize disciplinary action to correct job behavior and/or performance problems. The primary purpose of discipline is remedial in nature and intended to improve performance and/or correct behavior. It may be a dimension of performance evaluation and employee development extended to help the employee develop knowledge, skills and abilities. These Policies and Procedures shall be applied considering the seriousness of the infraction, mitigating circumstances, previous work record, and other relevant criteria.

For disciplinary action to be documented, it must be filed in the Human Resources Department.

Any supervisor may take corrective action by orally counseling employees, as necessary. This action may be taken as an effort to correct a situation that, if uncorrected, may require more serious disciplinary action. In most instances, counseling notices should be written by the employee's immediate supervisor and must be concurred with by the Department Head. Disciplinary action is the basic responsibility of the immediate supervisor in consultation with the Human Resources Director. All supervisors are expected to notify those above them in the chain of command of documented disciplinary action. Furthermore, supervisors are expected to participate in the disciplinary process. Of course, the Town Administrator, as the chief Director of Town staff, also has authority to discipline all employees as he deems is in the best interest of the Town.

An employee will not be disciplined for any of the following reasons:
- Reporting unlawful practices covered by equal opportunity laws, such as discrimination based on race, color, religion, national origin, sex, sexual orientation, gender identity, disability, veteran's status, military affiliation or obligation, age, or genetic information or any other legally protected status, including filing a complaint with the Equal Employment Opportunity Commission or Tennessee Human Rights Commission,
- Reporting occupational health or safety violations, and/or
- Refusing to perform an act that is in clear violation of the law.

Any decision to impose disciplinary actions must be made considering the totality of the circumstances, included, but not limited to, the severity and seriousness of the infraction, any mitigating circumstances, the employee's prior work history, the consequences or potential

ramifications of the infraction to the Town, its citizens and coworkers, as well as other considerations deemed relevant. Disciplinary action can include oral reprimands, written warnings, suspension pending investigation (with or without pay), suspension (without pay), demotion, termination, and other requirements directed by management staff designed, in the opinion of management, to correct performance or behavior. The order, extent, degree and combination that the foregoing actions are to be used is within the discretion of the member of the Town's management staff to whom the offending employee is subordinate, and to be exercised taking into account all of the foregoing circumstances. It is the intent of these guidelines that the Town's management staff will employ the disciplinary options uniformly and consistently to similar circumstances, with the understanding that few, if any, events or infractions are the same or call for identical treatment.

# Article XIV.  Complaint and Disciplinary Appeal Procedure

This Procedure is available to regular full-time regular part-time employees and seasonal employees. Misunderstandings or conflicts can arise in any organization. This can occur as the result of disciplinary action or other work-related circumstances that adversely affects an employee or the Town. To ensure effective working relations, it is important that such matters be resolved before serious problems develop. Most incidents resolve themselves naturally; however, if a situation persists that an employee believes is detrimental to them or to the Town and the situation is not excluded hereafter, the employee should follow the procedure described herein for bringing the concern to management's attention. When used in connection with a disciplinary action, this procedure will only apply to disciplinary actions more severe than a written warning.

This procedure will not be applicable to obtain a review of:

- The details of an employee's performance evaluation.
- Personnel actions pertaining to position classifications and assignments.
- Pay and/or other forms of compensation including employee fringe benefits, or changes thereto.
- Demotions, transfers, and lay-offs because of the abolishment of positions; and
- Harassment or retaliation complaints covered by Article XIX.

**Step One**

Discussing the problem with the employee's immediate supervisor is encouraged as a first step. If, however, the employee does not believe a discussion with the supervisor is appropriate, employee may proceed directly to Step Two.

**Step Two**

If the problem is not resolved after discussion with the supervisor or if employee feels discussion with the supervisor is inappropriate, the employee should request a meeting with the Department Head. In an effort to resolve the problem, the Department Head will consider the facts, conduct an investigation, and may also review the matter with a member of the Human Resources department. The employee should expect to receive a written response regarding the problem within five (5) working days of meeting with the Department Head, unless the circumstances presented by the problem will not allow for turnaround within that time, in which event the written response will be made as soon as reasonably possible.

If the Department Head is the immediate supervisor, or the employee does not believe a discussion with the Department Head is appropriate, employee may skip Step Two.

**Step Three**

If the employee is not satisfied with the Department Head's decision, or has skipped Step Two, and wishes to pursue review of the disciplinary action or adverse circumstance further, employee may prepare a written summary of concerns and request that the matter be reviewed by the Town Administrator or his designee. The Town Administrator or his designee, after a full examination of the facts (which may include a review of the written summary of your statement, discussions with all individuals concerned and a further investigation if necessary), will normally advise the employee of his judgment on the matter within fifteen (15) working days. The judgment of the Town Administrator shall be final.

The Town does not tolerate any form of retaliation against employees availing themselves of this procedure. The procedure should not be construed, as preventing, limiting, or delaying the Town from taking disciplinary action against any individual, up to and including termination, in circumstances (such as those involving problems of overall performance, conduct, attitude, or demeanor) where the Town deems disciplinary action appropriate.

# Article XV – Non-Disciplinary Transfers, Demotions, Separations and Reinstatements

## Section A. Transfers

A transfer is a lateral movement of an employee from one position to another at relatively the same pay range between positions of the same class or a different class. Transfers may be made within a department or between departments. A transfer is not the assignment of an employee from one shift to another without a change in duties or job title. Transfers may be made because of:

1. Layoff.
2. Abolishment of a position.
3. Further training and development of an employee in another position that would be beneficial to the future staffing needs of the Town.
4. Personal request of the regular employee when it is consistent with other requirements of this Rule.
5. To provide accommodation for a disability; and
6. Other reasons determined to be justifiable by the Department Head, Human Resources Director and Town Administrator.

To be transferred, an employee must meet the minimum qualifications for the position and the move must be in the best interest of the Town. Regular full-time and regular part-time employees, who are transferred, may serve a six-month probationary period at management's discretion. (See Article VIII Section E)

## Section B. Demotions (Non-disciplinary)

In accordance with these Rules, a Department Head may demote an employee to a position of lower grade in which the employee meets the minimum qualifications for any of the following reasons:

1. Because the employee's position is being abolished and the employee would otherwise be laid off.
2. Because another employee returning from authorized leave will occupy the position to which the employee is temporarily assigned.
3. The employee does not possess the necessary qualifications to render satisfactory service in the position he/she holds.
4. The employee voluntarily requests such demotion.

5. When a regular employee is demoted, the compensation shall be in accordance with Article IX, Section B. All notices of demotions will be in writing, specifying the reasons for the demotions and placed in the employee's personnel file.

## Section C.  Types of Separation

Types of separation may include, but are not limited to the following:

**Resignation** – Any employee may resign from Town service by presenting a letter of resignation to the Department Head. A minimum two-week written notice for non-supervisory employees is considered appropriate notice to the Town. Any unauthorized absence from work by an employee for a period of three (3) consecutive working days will be considered job abandonment and a voluntary and immediate resignation by that employee.

**Disability** – An employee may be separated from the Town Service or demoted when it has been determined that the employee cannot continue to satisfactorily perform the essential duties of the position due to a physical or mental disability and no reasonable accommodation can be made. All determinations of physical or mental disability will be by a licensed, practicing medical doctor or medical doctors.

**Retirement** – When an employee is 60 or more years of age, the employee may set a date to retire from employment. Official notice of such intended action must be submitted by the employee in writing to the Department Head or the Human Resources Director one month in advance. Retiring employees who qualify may be eligible for retirement leave (see Article XVII, Section H).

**Termination** – Termination of regular employees shall be in accordance with Article XIII. Dismissal of probationary employees shall be in accordance with Article VIII, Section D.

**Lay-offs -** Nothing herein shall be construed as affecting the power of the Board of Mayor and Aldermen to abolish positions in the classification plan upon recommendation of the Town Administrator as prescribed in Title 4, Chapter 1 of the Municipal Code. Whenever the lay-off of one or more employees is necessary, the Town Administrator shall notify each employee at least ten (10) days in advance of the intended actions.  Lay-offs shall be made within positions and all temporary and probationary employees in the affected position or positions shall be laid-off prior to the lay-off of any regular non-probationary employee. When more than one individual is employed in a position determined for lay-off, the said lay-off will be based upon many factors including, but not limited to, performance, ability to perform the work remaining and length of service.

## Section D. Reinstatements

Reinstatement is a return to employment status without competitive selection or examination. Any regular or probationary employee in good standing who has been laid off is eligible for reinstatement to the same class of position in accordance with applicable state and federal laws. Following a break in service, a reinstated employee shall be credited with prior accumulated service for retirement purposes and longevity service calculations. For purposes of vacation, sick leave, and other benefits he/she shall be considered a new employee.

# Article XVI – Leaves and Absences

## Section A.  Holidays

The following days shall be declared official holidays for the Municipal Government employees and other such days as may be designated by the Board of Mayor and Aldermen:

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 43 of 174   PageID #: 319

| | |
|---|---|
| New Year's Day | January 1 |
| Martin Luther King's Birthday | 3rd Monday in January |
| Good Friday | Friday before Easter |
| Memorial Day | Last Monday in May |
| Independence Day | July 4th |
| Labor Day | 1st Monday in September |
| Thanksgiving Day | 4th Thursday in November |
| Friday after Thanksgiving | 4th Friday in November |
| Christmas Eve | December 24th |
| Christmas Day | December 25th |

When a holiday falls on a Saturday, the Friday before the holiday shall be observed as the holiday. When a holiday falls on a Sunday, the following Monday shall be observed as a holiday. When the July 4th holiday is on a weekend, a Department Head may designate for their department that either Friday or Monday be used as their holiday, regardless of whether July 4th falls on a Saturday or Sunday, to consider work requirements for the department. Floating holidays are not allowed.

Employees required to work when their scheduled shift falls on any Town-observed holidays shall receive compensation in accordance with Article IX, Section H of these Policies and Procedures.

### Section B. Annual Leave

All active regular full-time and regular part-time employees, who work a consistent number of hours year-round, and all active employees in a probationary period for regular full-time positions of the Town, shall accrue annual leave monthly.

An employee must be in a paid status with the Town for at least 50% of the month to accrue annual leave for that month. Employees on unpaid leave including medical leave, terminal leave, job related disability / injury leave, layoff, leave without pay, absent without leave, or any combination of the above for more than 50% of the month will not accrue annual leave time during that month. Employees on suspension pending investigation or disciplinary hearing (unpaid) shall not be eligible to accrue annual leave during the month of suspension. Employees may not borrow against future annual leave before it is earned and accrued.

Annual leave shall be accrued on the following basis unless otherwise designated by the Town Administrator:

| | |
|---|---|
| Less than three years | 8 hours per month |
| Three to ten years | 12 hours per month |
| Ten to twenty years | 16 hours per month |
| Over twenty years | 20 hours per month |

Regular part-time employees who consistently work 20 or more hours per week on a year-round basis shall earn four (4) hours annual leave per month for uninterrupted continuous service. Seasonal, temporary, intern or emergency workers shall not earn annual leave.

Annual Leave will be computed on the number of standard work hours in a week. For annual leave purposes, the term "workday" as it applies in this section shall be computed on an eight (8) hour basis for 40 hours per week.

44

Annual leave shall not accrue until the end of the first full calendar month of employment or appointment. An employee starting to work at any time after the first working day of the calendar month shall not have accumulated annual leave until the end of the following calendar month.

For annual leave purposes, reemployed employees shall be considered as new employees. Additionally, if an employee moves from a part-time status to a full-time status, the years of service will be credited for the accrual amount.

Regular full-time annual leave may be accrued up to a maximum of 240 hours (30 days) at the end of each calendar year. Regular part-time annual leave may be accrued up to a maximum of 120 hours (15 days) at the end of each calendar year. Any unused annual leave above the maximum limit on January 1 of each year shall be forfeited.

Accrued annual leave time may be taken at a minimum of two (2) hours at a time and in increments of fifteen (15) minutes thereafter. Annual leave can be taken throughout the year to cover periods of absence needed for recreation, rest, or for other personal reasons. Requests for annual leave shall be given to the employee's department head with at least 24 hours' notice prior to the taking of the time requested.

Annual leave may be taken subject to the approval of the Town Administrator, who shall schedule annual leave as to meet the operational requirements of the town. Employees on annual leave will continue to accrue annual and sick leave.

Annual leave, which is to be scheduled as far in advance as possible, may be used at the employee's discretion, provided the Department Head approves it. Department Heads may approve earned annual leave if the operational requirements of the department can still be met despite the employee's absence. Any annual leave may be scheduled at the approving supervisor's discretion and in accordance with any approved departmental guidelines. Generally, annual leave should not exceed ten (10) consecutive working days. However, under unusual or special circumstances, Department Heads may approve requests for more than (10) consecutive days of vacation after considering the following:

- Whether the annual leave is being asked in lieu of sick leave as maternity leave or for military service beyond military leave.
- The effect of the employee's absence on the functioning and workload of the organization.
- The time needed by the employee to complete a special project or trip.
- The lapse in time from the employee's last extended vacation.

All employees are encouraged to use annual leave in the year in which it is earned. Department Heads should ensure that work schedules allow employees to use annual leave in a timely manner.

Employees separating from Town service, who are in good standing, shall be paid for their unused annual leave; provided, however, voluntarily resigning employees must give reasonable notice of intent to resign to receive payment of such unused accrued leave. Payment will be figured at the straight time rate in effect on the termination date. Employees who are not retiring will be paid at the next regularly scheduled pay day after the Department Head verifies that all uniforms, keys, and equipment have been returned. Also, any money owed under the Tuition and Employee Development Reimbursement policies will be deducted according to Article XVII, Section N and Article XII, Section B.

## Section C.  Payment for Annual Leave

When an employee has accumulated a minimum of fifteen (15) days of annual leave, an employee may request payment in lieu of actual leave for up to ten (10) days subject to the following conditions:

1. Employee shall have previously taken at least one (1) week (five workdays) of actual leave within the current calendar year.
2. The request shall be submitted in writing to the Town Administrator.
3. The request shall be submitted by November 30 for each calendar year.

## Section D. Transfer of Annual Leave

Accumulated leave may be transferred from one employee to another employee under the following specific conditions:

1. The contributing employee must have a remaining accumulated balance of twelve (12) days of annual leave after the transfer is made.
2. The recipient of the annual leave must have exhausted all of his/her annual leave and must be out from work on authorized leave from employment due to personal illness or injury or to an illness with an immediate family member which prevents the employee from returning to work at this time.
3. The annual leave days will be traded as equal days regardless of any differential in compensation rates for the two positions.  The annual leave which is given by another employee is compensated at recipient employee's current rate of pay.
4. A confidential request must be submitted to the Town Administrator in writing for approval.  If approved, the contributing employee must sign a written acknowledgement prepared by the Town prior to the transfer.
5. The recipient of annual leave must sign a written acknowledgement that payment for said annual leave was received.

## Section E.  Sick Leave

All active regular full-time and regular part-time employees, who work a consistent number of hours year-round, and all active employees in a probationary period for regular full-time and regular part-time positions, shall accrue monthly sick leave. All active regular full-time employees shall earn eight (8) hours for each completed month of service. Employees on part-time status shall earn four (4) hours of sick leave for each completed month of service. *Part-time employees must work 20 hours per work week year-round to be eligible for this benefit.*

Regular full-time sick leave may be accrued up to a maximum of 720 hours (90 days) at the end of each calendar year. Regular part-time sick leave may be accrued up to a maximum of 360 hours (45 days) at the end of each calendar year. Any accumulated sick leave over the designated maximum number of hours listed above will be forfeited at the end of each calendar year and said employee shall not accumulate any additional sick leave until the accumulated total falls below the designated maximum number of hours listed above. Unused sick leave above the maximum limit on January 1 of each year shall be forfeited. No payment will be made for accrued sick leave upon separation from the Town.

Sick leave shall not accrue until the end of the first full calendar month of employment or appointment. An employee    starting    to    work    after    the    first    workday    of    the    calendar    month    shall    not

have accumulated any sick leave until the end of the following calendar month. Doctor's certifications are required for sick leave during the first six (6) months of employment. Employees may not borrow against future sick leave before it is earned and accrued. Sick leave taken that extends beyond earned sick leave credits shall be charged to annual leave or to leave without pay.

Sick leave must be taken at minimum fifteen-minute increments. An employee must be in a paid status with the Town for at least 50% of the month to accrue sick leave for that month. Employees on sick leave, terminal leave, job related disability / injury leave, layoff, leave without pay, or absent without leave for more than 50% of the month will not accrue sick leave time during that month. Employees on suspension pending investigation for a disciplinary hearing (unpaid) shall not be eligible to accrue sick leave during the month of suspension.

The employee may use sick leave for the following purposes:
- for personal illness, non-occupational injury, or absence due to pregnancy, childbirth, or related medical conditions.
- for the illness of any members of the employee's immediate family (see Article II, the definition of "Immediate Family").
- for personal doctor and dental appointments.
- for doctor and dental appointments for any members of the employee's immediate family (see Article II, definition of "Immediate Family") whenever the employee must accompany that family member to that appointment.

Sick leave is considered a benefit and privilege and not a right for the employee to use at his discretion. Sick leave may not be used as personal time and may not be used at any time while an employee is at work on a second job, regardless of health status. Use of sick leave following notice of resignation must be supported by a valid doctor's statement. Sick leave may be paid out to a full-time employee at a rate of 50% for the entire bank at retirement only in accordance with the terminal pay policy (Article IX, Section J). This can only occur at eligible retirement age as set forth in the Town's retirement plan. Other than terminal leave or pay, any accrued and unused sick leave shall become null and void upon an employee's termination.

To utilize sick leave, the employee must notify the immediate supervisor or the Department Head no later than thirty (30) minutes before the beginning of the scheduled work shift for the department. Employees must notify their supervisor as far in advance as possible of foreseeable sick leave usage such as doctor appointments, therapy sessions, etc. Furthermore, employees are expected to make every effort to schedule such foreseeable absences in such a way as to not unduly disrupt Town operations.

If the absence is for three (3) consecutive working days or longer, a written statement from a licensed physician shall be required. Additionally, after the equivalent of three (3) occurrences of sick leave have been taken in any twelve (12) month period, the Department Head may require a physician's statement for the approved use of any sick leave during the next twelve (12) month period. All doctor's excuses and sick leave slips shall be forwarded to the Human Resources Director by the Department Head.

Employees who abuse sick leave or deliberately make or cause to make false or misleading statements or claims regarding the necessity for sick leave shall be subject to the loss of such benefits, dismissal or such other disciplinary action as the Department Head deems necessary. All

47

supervisors confirming an absence as sick leave, knowing the cause not to be justified, or failing to report the absence, shall be liable to the same disciplinary action as the employee.

## Section F. Family Medical Leave Act

The following content outlines the Town of Farragut's policies in compliance with the federal Family and Medical Leave Act of 1993 (FMLA). Not every detail can be included in this policy; however, it is our intent to comply with the provisions of the FMLA, as may be amended from time to time. Any changes to the law shall supersede this policy. The following policy and all terms and conditions set forth herein shall be construed and applied in accordance with the FMLA.

### 1. General Provisions

It is the policy of The Town of Farragut to grant up to 12 weeks of family and medical leave during a rolling calendar year 12-month period in accordance with the Family and Medical Leave Act of 1993 and up to 26 weeks of leave in a rolling calendar year 12-month period in compliance with the expansion of FMLA under The National Defense Authorization Act. The leave may be paid, unpaid, or a combination of paid and unpaid leave, depending on the circumstances of the leave as specified in this policy.

### 2. Eligibility

Employees who have worked for the Town for a minimum of twelve (12) months and worked a minimum of 1,250 hours in the preceding twelve (12) months may be eligible for family and medical leave. The Town calculates family and medical leave on a 12-month rolling period. Hence, each time an employee takes family and medical leave, the remaining FMLA leave entitlement would be any balance of the twelve (12) weeks which has not been used in the preceding twelve (12) months.

Employees on military leave will be given credit for any months and hours of service he or she would have been employed while on military leave for purposes of determining eligibility for FMLA.

Eligible part-time employees may take FMLA leave in proportion to the number of hours they normally work for the Town per week.

If the leave is requested for the purposes of caring for a newborn child or a newly placed adopted or foster child, the leave must be taken before the end of the twelve (12) months following the birth or placement.

If the employee and the employee's spouse are employed by the Town, they are entitled to a combined leave of up to twelve (12) weeks in a 12-month period for the birth, adoption, or placement of a child for foster care or to care for a sick parent.

### 3. Basic Leave Entitlement

Eligible employees may take family and medical leave for up to 12 weeks for one of the reasons listed below:
   a. the birth of the employee's child and to care for that child
   b. placement of a child with the employee for adoption or foster care and to care for the newly placed child
   c. to care for the employee's spouse, child, or parent who has a serious health condition (see Serious Health Condition, below)
   d. the employee's own serious health condition (see Serious Health Condition, below)

48

## 4. Military Family Leave Entitlements

Eligible employees may take leave up to 12 weeks to address certain qualifying exigencies when a spouse, son, daughter, or parent is on active duty or is called to active-duty status in the National Guard or Reserves in support of a contingency operation. Qualifying exigencies include non-medical and non-routine activities such as attending military events, counseling activities, post-deployment activities, making financial and legal arrangements, or childcare arrangements.

Eligible employees may take up to 26 weeks of leave to care for a spouse, son, daughter, parent, or next of kin who is a service member in the Regular Armed Forces, National Guard, or Reserves and has incurred a serious injury or illness in the line of duty while on active duty.

## 5. Intermittent Leave and Reduced Leave Schedules

Leave due to a serious health condition may be taken intermittently or on a reduced leave schedule when that type of scheduling is medically necessary as certified by the healthcare provider. Intermittent or reduced leave schedules for routine care of a new child can be taken only with the Town's approval. The employee and his or her supervisor must mutually agree upon the schedule. Employees on intermittent or reduced leave schedules may be temporarily transferred to an equivalent alternate position that may better accommodate the intermittent or reduced leave schedule. Intermittent or reduced leave may be spread over a period of time longer than twelve (12) weeks, but it will not exceed the equivalent of twelve (12) workweeks total leave in a 12-month period.

Leave due to qualifying exigencies may also be taken on an intermittent basis.

## 6. Serious Health Condition

A serious health condition, as defined by the Department of Labor, means an illness, injury, impairment, or physical or mental condition that involves one of the following:

   a. any period of incapacity or treatment connected with inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility.
   b. a period of incapacity requiring absence of more than three (3) consecutive calendar days from work, school, or other regular activities that also involves continuing treatment by or under the supervision of a health care provider.
   c. any period of incapacity due to pregnancy, or for prenatal care.
   d. any period of incapacity or treatment thereof due to a chronic serious health condition (e.g., asthma, diabetes, epilepsy, etc.).
   e. a period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective (e.g., Alzheimer's, stroke, terminal diseases, etc.).
   f. any absences to receive multiple treatments (including any period of recovery there-from) by, or on referral by, a health care provider for a condition that would likely result in incapacity of more than three consecutive days if left untreated (e.g., chemotherapy, physical therapy, dialysis, etc.).

## 7. Leave Request and Notification Procedures

Procedure for Requesting Leave for 1) the birth of a child or in order to care for the child; 2) the placement of a child for adoption or foster care and to care for the newly placed child; 3) to care for a spouse, child, or parent with a serious health condition; or 4) the serious health condition of the employee:

## 8. Designation as FMLA

49

The Town may designate leave as FMLA entitled leave if information received by Human Resources indicates that the employee's absence from work qualifies under the Family and Medical Leave Act regardless of whether the employee requested FMLA leave. A Designation Notice will be provided to the employee by the HR department.

## 9. Medical Certification

The Town reserves the right to verify an employee's request for FMLA leave. If employee requests leave because of a serious health condition or to care for a family member with a serious health condition, the Town requires that the request be supported by certification from the healthcare provider of either the eligible employee or the family member, as appropriate. If the Town has reason to question the original certification, it may, at the Town's expense, require a second opinion from a different healthcare provider chosen by the Town. That healthcare provider may not be employed by the Town on a regular basis. If a resolution of the conflict cannot be obtained by a second opinion, a third opinion may be obtained, at the Town's expense, from another provider and that opinion will be final and binding.

This certification must provide the date on which the serious health condition began, its probable duration, and appropriate medical facts within the knowledge of the healthcare provider regarding the condition. The certification must also state the employee's need to care for the son, daughter, spouse, or parent and must include an estimate of the amount of time the employee is needed to care for the family member. Medical certifications will be treated as confidential and privileged information.

Any required certifications or other documentation must be furnished by the date he or she is notified that such certification or documentation is required. Any costs associated with completion of the medical certification will be the responsibility of the employee. If the certification is for the employee's serious health condition and is the result of a work-related injury, the Town will reimburse the employee for this cost upon presentation of the applicable receipt.

Certification is not required for parental leave; however, employees may be required to provide documents evidencing birth, adoption, legal custody, or foster placement.

## 10. Certification of Qualifying Exigency for Military Family Leave

Employees requesting this type of service member FMLA leave must provide proof of the qualifying family member's call-up or active military service. Completion of a certification form will be requested as well as documentation such as a copy of the military orders or other Armed Forces communication.

## 11. Certification for Serious Injury or Illness of Covered Service member for Military Family Leave

Employees requesting this type of service member FMLA leave must provide documentation of the family member's or next of kin's injury, recovery or need for care. Completion of a certification form will be requested. Additional documentation may include a copy of the military medical information, orders for treatment, or other official Armed Forces communication pertaining to the service member's injury or illness incurred on active military duty that renders the member medically unfit to perform his or her military duties.

## 12. Use of Accrued Leave and Coordination with Other Leave

Sometimes more than one type of leave may apply to a situation. Where allowed by law, leaves shall run concurrently and be counted against the employee's FMLA entitlement.

An employee who is taking FMLA leave because of the employee's own serious health condition or the serious health condition of a family member must use all accrued sick and annual leave prior to being eligible for unpaid leave. All leave will run concurrently with FMLA leave if the reason for the FMLA leave is covered by the established sick leave policy.

An employee who is taking leave for the adoption or foster care of a child must use all paid vacation leave prior to being eligible for unpaid leave.

Workers' compensation leave, to the extent that it qualifies, will be designated as FMLA leave.

**13. Benefits Continuation**

The Town will maintain health and dental insurance benefits during periods of FMLA leave without interruption. During this time, the employee must pay for his or her share of the premiums and/or any other payroll deductible insurance policies or the benefits may be placed under COBRA.

The Town has the right to recover from the employee all health insurance premiums paid (including the Town's share of the premiums) during the unpaid leave period if the employee fails to return to work after leave. Employees who fail to return to work because they are unable to perform the functions of their job due to their own serious health condition or because of the continued necessity of caring for a seriously ill family member may be exempt from the recapture provision.

**14. Return to Work**

While on leave for FMLA qualifying reasons, the employee is required to contact his or her immediate supervisor or Department Director periodically. The purpose of this contact is to report the status of the leave and the approximate return to work date.

If FMLA leave is for the employee's own serious health condition that may prevent him or her from performing the essential functions of the job, the employee will be required to provide a fitness-for-duty statement from the treating medical professional before returning to work. After receipt of this statement, the Town may, at its discretion and expense, require a second opinion. Employees in safety sensitive positions who have been absent from duty due to medical leave of a nature or duration that could affect his or her ability to perform the job may be required to undergo evaluation by a physician chosen by the Town before returning to regular duty.

At the end of the FMLA leave, employees will be reinstated to their regular job or to an equivalent position. Employees cannot be guaranteed return to their exact previous duties and/or assignment. Employees are expected to promptly return to work when the circumstances which necessitated leave no longer exist.

If an employee does not return to work at the end of his or her qualified leave, they may request additional leave in accordance with Article XVI, Section J of the Town Policies and Procedures.

**15. Key Employee**

Certain highly compensated key employees may be denied reinstatement when necessary to prevent "substantial and grievous economic injury" to the Town's operations. A "key" employee is a salaried eligible employee who is among the highest paid ten (10) percent of employees within 75 miles of the worksite. Employees will be notified of their status as a key employee, when applicable, after they request FMLA leave. A key employee may be denied reinstatement if such reinstatement will cause substantial and grievous economic injury to the Town.

51

**16. Extended Leave after Exhaustion of FMLA Leave**

Any request to extend an absence from work for an employee's own serious medical condition beyond the twelve (12) weeks in a rolling 12-month period must be directed to the Human Resources Director to be considered under the ADA/ADAAA. Refer to Article XXII.

**17. Consequences of Failure to Comply**

If an employee fails to provide notices and certifications set forth in this Section, leave may be delayed or denied.

**18. Working Second Job While on Leave**

FMLA leave is intended for a time of rest and recovery due to an employee's serious illness that has the purpose of allowing the employee to regain their health and return to work healthy. Employees are prohibited from working a second job while on FMLA medical leave. Employees who violate this policy are subject to disciplinary action up to and including termination.

**EMPLOYEE RESPONSIBILITIES** - Employees requesting FMLA leave under Section 7 (a) must provide verbal notice of the needed leave to the Human Resources Director. Employees must provide sufficient information (state a qualifying reason, explain reason leave is needed, provide anticipated timing and duration) to allow the HR department to determine if the leave may qualify for FMLA protection. When subsequently requesting leave for the same FMLA-qualifying reason for which leave has previously been provided, employee must specifically reference the qualifying reason or state "FMLA" leave.

If the leave is foreseeable, the employee is required to notify the Human Resources Director at least thirty (30) days prior to the requested leave. Otherwise, such request must be submitted as soon as is practicable. This 30-day advance notice is not required in cases of emergency or other unforeseen events such as premature birth or sudden changes in a patient's condition. Parents who are awaiting the adoption of a child and are given little notice of the availability of the child may be exempt from this 30-day notice.

An employee who is to undergo planned medical treatment is required to make a reasonable effort to schedule the treatment in order to minimize disruptions to the City's operations.

Employees may also be required to provide a certification and periodic recertification supporting the need for leave.

**EMPLOYER RESPONSIBILITIES** - The HR department will provide individual notice of eligibility as well as rights and responsibilities to each employee requesting leave within five (5) business days or as soon as practicable. If not eligible, the employee will be notified of the reason for ineligibility.

## *Section G. Bereavement Leave*

Regardless of length of employment, regular full-time employees shall be allowed up to **three (3)** days paid leave in the event of the death of a member of the employee's immediate family. For using bereavement leave, "immediate family" shall include present spouse, children (including natural, step and adoptive), parents (including natural, step and adoptive), siblings, parents-in-law, siblings-in-law, grandparents and grandchildren, and any other individual residing

within the employee's household who is a legal dependent of the employee for income tax purposes.

If death in the employee's immediate family requires additional time for an out-of-town trip or for other good and sufficient reasons, the Town Administrator may authorize up to two (2) additional days of bereavement leave. For the death of an employee's aunt, uncle, cousin, niece, nephew, or grandparents-in-law, one (1) day shall be allowed. If additional time is justifiable as determined by the employee's Department Head, it may be charged to their annual leave. Annual leave may be granted to attend additional funerals. Verification of the death may be required for approval of leave under this policy.

## Section H.  Jury Duty / Civil Leave

An employee's supervisor or Department Head shall authorize civil leave with pay in order that employees may serve required jury duty, provided that the need for such leave is requested by the employee as far in advance as possible. The employee shall have the option of receiving full pay from the Town for civil leave by assigning to the Town the amount earned from the court. Otherwise, the Town shall pay the difference between the employee's regular salary and the amount earned from the court. If the employee is released from jury duty after serving less than three (3) hours of jury duty, he/she is expected to return to the work location. Employees on night shift will be excused from work on the shift immediately preceding the first day of jury duty. After the first day, if the employee serves more than three (3) hours then the employee shall be excused from his next scheduled shift within twenty-four (24) hours of such day of jury duty.

## Section I.  Military Leave

Any regular employee of the Town who is a member of the United States Army Reserve, Navy Reserve, Air Force Reserve, or Marine Reserve, or the Tennessee National Guard is entitled to military leave with pay while engaged in "duty or training [including weekend drills] in the service of this state, or of the United States, under competent orders." Such an employee should notify their Department Head at least two (2) weeks in advance of the leave, if possible, or immediately if orders are received less than two (2) weeks from departing for duty.

Upon presentation to the Town of official orders, such an employee shall be allowed such leave with pay for any such duty or training not exceeding twenty (20) working days in any one calendar year (T.C.A. 8-33-109). In the event such duty or training exceeds twenty (20) days in a calendar year, then the employee may request in writing that such excess time be charged to the employee's accrued and unused annual leave or compensatory time, if any, but not to any accrued and unused sick leave. It shall be the employee's responsibility to arrange to attend monthly Reserve or Guard meetings on regular off time.

In addition to the twenty (20) days of paid leave as provided by state law, an employee called into active military duty who so requests shall be paid by the Town on a monthly basis for up to six (6) months the difference, if any, between the employee's monthly military compensation and the employee's base monthly compensation by the Town, which shall not exceed $1,000 per month per employee. An employee called into active military duty who so requests shall be allowed while on active duty to maintain all insurance benefits available through or provided by the Town to the employee on the terms and conditions as if the employee remained actively employed by the Town. At the time the employee provides Human Resources with a copy of active-duty orders, the employee shall also provide Human Resources with written documentation verifying base military pay amount. If the employee's base military pay        exceeds        his        or        her        base        Town        pay,        no        supplement

will be provided.

Any supplement provided by the Town will be paid in the same manner as a normal payroll check and will be paid on normal Town paydays. The supplemental pay will be subject to all applicable payroll taxes. If the employee's supplemental pay is not sufficient to cover all current voluntary deductions (i.e. insurance, deferred compensation, etc.) the employee must either notify the Town to cease those deductions, if allowed by law, or the employee may make a payment directly to the Town to cover those deductions.

The employee has the option to use accrued vacation time during the military leave to continue receiving full pay from the Town. If vacation time is used, any Town supplemental pay would only begin after vacation time has been exhausted. Since the employee will receive paid leave benefits from the military, accrual of Town vacation and sick leave will not continue for any employee receiving an active-duty military pay supplement from the Town.

For the first thirty (30) days of active-duty military leave, the employee will continue to be covered under the Town's group health insurance plan. As provided by federal law, the employee will be covered under the military's insurance program and cease to be covered under the Town's group insurance plan after the first thirty (30) days. The employee will be eligible to re-enroll in the Town's group insurance plan upon return to Town employment.

If an employee covers a spouse or other dependents under the Town's group health insurance plan, the spouse and/or dependents will have the option of switching to the military insurance program after the first thirty (30) days or continuing coverage under the Town's group health insurance plan as provided by federal law. If the employee's spouse and/or dependents choose to continue coverage under the Town's group health insurance plan, the spouse and/or dependents will be placed in the appropriate COBRA coverage tier (i.e. individual, individual plus children). The employee will be required to pay the same amount towards spouse and/or dependent COBRA coverage as he was paying under the group plan, and the Town will pay the remaining amount. The employee's share may be paid either via payroll deduction from the supplemental pay provided for above, if applicable, or direct payment to the Town.

Employees ordered or enlisted to full-time military duty will be re-employed in accordance with the provisions of current State and Federal law, including the Uniformed Services Employment and Re-employment Rights Act (USERRA).

## Section J. Leave of Absence

The Town is aware that special problems of a personal nature often prompt employees to request a leave of absence. The Town will also consider a request for a medical leave of absence when the employee is not eligible for FMLA leave, or an extension of medical leave where the employee has exhausted FMLA leave, as a request for a reasonable accommodation under the ADA/ADAAA. All requests for accommodations, whether for an initial or extended medical leave or for working conditions accommodations, must be directed to the Human Resources Director. The Town will hold the employee's job during the period of medical leave granted as an ADA accommodation unless holding the job open creates an undue hardship for the Town. To clarify the Town's position on granting a leave of absence, the following conditions shall apply to all regular employees who have completed the probationary period:

1. A leave of absence shall <u>not</u> be granted to probationary, temporary, seasonal, or part-time employees except as a reasonable accommodation under the ADA as determined on a case-by-case basis and regardless of the employee's length of employment with the Town.
2. A leave of less than two (2) work weeks shall <u>not</u> be treated as a leave of absence but as an "excused absence" without pay and shall be granted only when all accrued leave is exhausted.
3. A request for a personal leave of absence must be made in writing to the employee's supervisor or Department Head, and a request for a family or medical leave of absence must be made to the Human Resources Director.
4. The employee's Department Head, Assistant Town Administrator (if applicable), the Human Resources Director, and the Town Administrator must evaluate each request for a leave of absence in advance. The Town shall grant or deny the petition based on the factors of the individual case.
5. A leave of absence shall not exceed three (3) months unless it has been extended as a reasonable accommodation to an employee's disability under the ADA that does not create an undue hardship. Sick leave (where applicable) and annual leave shall be used until exhausted and then the leave shall be without pay. Failure to report back to work at the expiration of any leave of absence, without approval, shall be considered a voluntary termination of employment, in which case the date of termination shall be considered the last day worked before the leave of absence expired. The leave of absence may be extended upon written request if circumstances justify granting a reasonable accommodation under the ADA. Such extensions require the approval of the Town Administrator.
6. After returning from a leave of absence, the Town shall make every effort to return an employee to the same job. If the Town finds that a leave of absence approved under the ADA creates an undue hardship on Town operations, this situation may necessitate hiring someone else to fill the position. Depending on the situation there may not be another comparable job opening available at the end of the leave of absence; therefore, the Town cannot guarantee reemployment after a leave of absence. Prior to hiring a replacement employee, the Town shall invite the employee to return to work and paid status before filling the employee's former position. The employee shall have ten (10) calendar days to respond to the offer to return to work.
7. During leaves of absence not considered FMLA leave, employees shall not receive credit for, or accrue, any paid holidays, annual leave or sick leave, or 401(k) longevity matching.
8. Employees are prohibited from working a second job while on FMLA medical leave. Employees who violate this policy are subject to disciplinary action up to and including termination
9. This Section does not apply to Military Leave.

### Section K. Leave without Pay

Leave without pay is a temporary, unpaid, approved absence from work that lasts two work weeks or less. A regular full-time or regular part-time employee who has completed the probationary period may request leave without pay, which will be approved at management's discretion. This policy does not guarantee that approval will be granted. Notification of approval or denial will be provided in writing.

The request for leave without pay must be written and include the beginning and end dates of the requested leave and its purpose.

Leave without pay may be taken for personal reasons, family issues and emergencies, educational purposes, community service and other activities approved by management. Leave without pay will not generally be granted to allow an employee to engage in other employment or explore other job opportunities. All paid leave must be exhausted before an employee can request leave without pay, and all leave without pay must be taken in full day increments.

55

An employee will continue to accrue annual and sick leave during a leave without pay as long as he or she is in paid status for at least 50% of the month during which leave is taken (see Article XVI, Section B, and Article XVI, Section E).

An employee's employment status remains intact for the duration of the leave. He or she will be allowed to return to the same position with the same pay upon completion of the leave in accordance with this section.

An employee is required to return from the leave without pay on the originally scheduled return date. If the employee is unable to return, he or she must request an extension of the leave in writing. If the Town declines to extend the leave, the employee must then return to work on the originally scheduled return date or be considered to have voluntarily resigned from his or her employment. Extensions of leave will be considered on a case-by-case basis.

This section applies only to leave without pay other than FMLA, military and worker's compensation leave without pay. For information on FMLA, military and worker's compensation leave, consult Article XVI, Section F; Article XVI, Section I; and Article XVIII, Section B, respectively. Absences of longer duration than two work weeks are covered by Article XVI, Section J (*Leave of Absence*).

### Section L. Suspension from Work without Pay

Suspension from work without pay, also known as unpaid suspension, is the temporary removal of an employee from job duties and cessation of his or her pay. Unpaid suspension may be the result of an investigation of employee conduct or of disciplinary action. All Town employees may be subject to suspension from work without pay where permitted by law, and any such unpaid disciplinary suspension must be imposed in full-day increments.

Unpaid suspension permits the Town to review or investigate actions that warrant removing the employee from the worksite. These actions include, but are not limited to, theft or misappropriation of funds or Town property, drug or alcohol use while on the job, gross safety negligence or acts endangering others, illegal acts and violations of the Town's Harassment, Workplace Violence and Retaliation or Abusive Conduct policies (see Article XX and Article XIX, respectively).

Suspension may begin with or without notice but will be confirmed in writing. Such confirmation will include the reason for and the expected duration of the leave. Upon conclusion of an investigation, the employee will receive written notice of the result of the Town's investigation, the actual dates of leave and if any backpay for time on unpaid suspension will be awarded. Information on suspensions without pay due to disciplinary reasons is included in Article XIII Section B.

# Article XVII– Employee Benefits

Regular full-time employees may be eligible to receive benefits above and beyond salary for time worked. The Town of Farragut has a valuable benefits program that has been established to attract high-caliber personnel and to retain experienced, valued employees.

All benefits are subject to annual review in the Town's budget process. Sustainment of the benefits listed below depends on available money and Board of Mayor and Aldermen's approval. The following represent summaries of current benefits available to eligible town employees. Where information in this manual conflict with the actual plan documents, the plan documents control.

Employees should always consult the plan documents for information concerning benefits. Insurance carriers, policy specifications, and benefits are subject to change. The Town of Farragut reserves the right to modify, amend or terminate any of these benefit plans at any time with Board of Mayor and Aldermen approval. Employees are enrolled in benefits during new hire orientation. Employee

questions regarding benefits should be addressed to the Human Resources Director.

## Section A.  Group Life and AD&D Insurance Program

The Town offers life insurance and accidental death and dismemberment (AD&D) insurance coverage under a group policy at no cost to each regular full-time employee. The insurance carrier establishes the terms and conditions of the policy. Eligible participants must designate a beneficiary and may change their beneficiary at any time by notifying the Human Resources Department in writing.

## Section B.  Group Health Insurance Program

The Group Health Insurance Program shall be available to all regular full-time employees. Coverage for the employee and family (if applicable) will begin the first day of the month following hire. Employees are responsible for a portion of premiums.

*Post-Retirement Health Benefits:*
The Town will provide post-retirement health benefits to employees who have twenty (20) or more years of service and are between the ages of 60-65. The Town will cover these benefits, minus what the employee is responsible for, until the employee is eligible for Medicare.

## Section C.  Wellness Program

Benefit Eligible full-time employees can participate in the Town provided wellness program.

## Section D.  Dental Insurance

In conjunction with the group health insurance program, the Town provides dental insurance under the same terms and conditions as the group health insurance program.

## Section E.  Vision Insurance

In conjunction with the group health insurance program, the Town provides vision insurance under the same terms and conditions as the group health insurance program.

## Section F.  Long-term Disability Insurance Program

The Town provides, at no cost to the employee, a long-term disability insurance program for full-time employees. All active, full-time employees who have completed thirty days (30) of continuous service with the Town of Farragut and who become totally disabled to perform the essential duties of their job by reason of injury, sickness, or pregnancy may become eligible for long-term disability benefits subject to all the terms and conditions of the policy and as provided. Long-term disability benefits are payable only following a 90-day period of total disability and shall provide up to 60% of the employee's base salary including a combination of workers compensation, disability pensions, and any other sources of income up to a maximum of $7,000 per month.

All claims for long-term disability benefits shall be governed by the specifications of the long-term disability insurance policy in its entirety.

Long Term disability is portable and can be transferred upon termination, regardless of reason.

57

### Section G.  Voluntary Benefits: Short Term Disability, Accident Insurance, Critical Illness Insurance, Voluntary Life (employee, spouse, child(ren)

The Town provides, at cost to the employee, a short-term disability insurance program for full-time employees. All active, full-time employees who have completed thirty days (30) of continuous service with the Town of Farragut and who become disabled to perform the essential duties of their job by reason of injury, sickness, or pregnancy may become eligible for short-term disability benefits subject to all the terms and conditions of the policy and as provided. Short-term disability benefits are payable only following a 7-day period of disability and shall provide up to $1,000 a week for a maximum of thirteen (13) weeks.

All claims for short-term disability benefits shall be governed by the specifications of the long-term disability insurance policy in its entirety.

The Town provides, at cost to the employee, an accident insurance program for full-time employees. All active, full-time employees who have completed thirty days (30) of continuous service with the Town of Farragut are eligible. The accident insurance covers hospital bills and accidental death and dismemberment coverage.

The Town provides, at cost to the employee, a critical insurance program for full-time employees. All active, full-time employees who have completed thirty days (30) of continuous service with the Town of Farragut are eligible. The Critical Illness insurance covers either $10,000 or $20,000 of benefit to cover costs associated with critical illness. The rate for this coverage is associated with tobacco or non-tobacco use.

The Town provides, at cost to the employee, additional life insurance for full-time employees, spouse and/or child(ren).  All active, full-time employees who have completed thirty days (30) of continuous service with the Town of Farragut are eligible. The additional life insurance is available in increments of $10,000 up to $300,000- or 5-times annual salary for employee, increments of $5,000 up to $150,000 not to exceed 50% of employee coverage for spouse and increments of $5,000 up to $10,000 for children.

### Section H.  Social Security and FICA Insurance

Town employees voted in an irrevocable Social Security Divided Vote Referendum on February 21, 2012, to join or not to join Social Security. Therefore, employees who voted to remain out of the Social Security system will permanently remain out of Social Security while Town employees. Employees who voted to join the Social Security system and all part-time, temporary, seasonal and paid intern employees hired after the February 21, 2012, vote was taken are members of the Social Security system. The Town provides the employer's share of Social Security contributions at the current federal rate and the employee provides the employee's share at the current rate by payroll deduction. All employees hired after the Social Security Referendum will be members of Social Security.

The Town participates in the Federal Insurance Contributions Act (Medicare).  The Town and employees are required by law to make appropriate contributions according to current rates and regulations.

## Section I.  Retirement Plan: 401K

The Town shall provide a retirement plan for all regular full-time employees. Currently, the Town offers a defined contribution retirement plan for all regular full-time employees.

For employees in the Social Security system, the Town will provide a 6% contribution upon hire and match up to 8% of gross wages for employee contributions into a 401k plan.

This matching opportunity is based upon years of service according to the following schedule:

> 0-4 years of service =   2% matching
> 5-8 years of service =   4% matching
> 9-12 years of service = 6% matching
> 13+ years of service = 8% matching

Employees are 100% vested in the retirement plan after three (3) years of service. The employee contribution will have an automatic 1% increase annually, unless declined in writing.

When an employee meets the conditions set forth in the retirement plan regulations, the employee may elect to retire and receive all benefits earned in the Town's retirement plan. The Board of Mayor and Aldermen shall periodically designate the authorized carrier for each of the above benefits. Employees must give a thirty (30) days' notice of retirement.

*NOTE: For employees who voted in the Social Security Referendum to remain out of Social Security, the Town will deposit 10% of gross wages into a 401(k) plan. Also, the Town will match these employees' contributions up to 2%.*

## Section J.  Supplemental Retirement Program

Any regular full-time employee may contribute a portion of their salary on a pre-tax basis to a 457 plan. Participation in the 457 plan is completely voluntary. Employees may enroll in the 457 plan at any time during their employment.

## Section K.  Service Recognition

See Article IX, Section I for details regarding service recognition.

## Section L.  Unemployment Insurance

The Town adheres to the Tennessee Unemployment Compensation Act. The Town is required by law to make appropriate payments.

## Section M.  Town-Supplied Equipment and Uniforms

In many circumstances, the Town issues equipment such as cell phones, computers, personal safety devices or other equipment deemed necessary to perform the job duties required by the employee's positions.

The Town provides or pays a portion of the cost of uniforms and equipment (such as cell phones, computers, personal safety devices, etc.) deemed necessary for employees to carry out their day-to-day work.

The Town requires employees, whose uniforms are assigned by an outside vendor, to sign a Uniform and Equipment Agreement upon issuing such uniforms or equipment. If an employee loses or damages the equipment or uniforms, other than in the line of duty, or if they are not returned in good condition at the time of termination, then the Town may require the employee to pay for replacement items in accordance with the Uniform and Equipment Agreement. From time to time, any/all employees may be required to wear collared shirts, tee shirts, and/or jackets with the Town logo embroidered or embossed on them. These garments will be issued to employees by the Town.

*Uniform Policy*
The following guidelines are to be followed by all employees that are provided uniforms:
1. The type, style and quantity of uniforms and positions eligible to be provided by the Town shall have the approval of the Town Administrator for each Department.
2. Uniforms provided by the Town may be considered as taxable income to the employee by the IRS and subject to taxation as such.
3. Uniforms provided by the Town through a contracted uniform service, shirts and work pants, jackets, etc. are not considered taxable income to the employee.
4. All Town employees that are provided uniforms are to wear them at all times when performing their job duties.
5. Safety shoes (commonly called steel-toed boots) are to be worn at all times by all Town employees that are subject to foot/toes injuries.   On an annual basis, the Town may provide safety shoes or a shoe allowance to Town employees for the purchase of quality, waterproof shoes that meet A.N.S.I. / O.S.H.A. standards.  The Town Administrator must approve any exception to this guideline.
6. Uniforms are the property of the Town of Farragut or the contracted uniform service and are provided as an employee benefit.  Loss of, willful damage to, and/or neglect of Town uniforms are not acceptable and may result in disciplinary action.
7. To control the number and condition of these uniforms, employees will be required to return laundered older uniforms when provided with new uniforms.
8. Employees are not allowed to wear Town uniforms on personal time away from the job, except when traveling to and from work.  Anytime a Town uniform is worn, the employee is representing the Town and should act accordingly.
9. Uniforms, T-shirts and polo shirts must be clean and in good condition.  Torn or sleeveless T-shirts are not permitted.
10. Coveralls, overalls, rain gear, gloves, and heavy coats are always permitted and encouraged during bad weather.
11. Shorts will only be permitted when recommended by the Department Head and approved by the Town Administrator.  Such approval will be based on the type of work assignment and safety issues.
12. All uniform purchases, including safety shoes, must be coordinated through the employee's Department Head.  Any exception must be approved by the Town Administrator.

## Section N.  Employee Assistance Program (EAP)

Confidential professional assistance is offered to any employee or family member of an employee who feels an experienced counselor could help resolve a personal problem. The EAP offers assistance in the areas of marital, family, children, financial, legal, alcohol abuse, drug and substance

abuse, grief, anxiety, depression, stress, and any other personal or emotional problems. Although there is no charge for this service, costs may be incurred if a counselor recommends outside help. However, the EAP will work to minimize the employee's costs by locating a qualified referral source that may be covered in part or completely by insurance. The Human Resources Director will connect employees with the EAP professional.

The Town of Farragut also recognizes that a wide range of problems not directly associated with one's job function can affect an employee's job performance. In most instances, such personal problems can be overcome independently and the effect on the job performance will be minimal. In other instances, normal supervisory counseling will provide the needed motivation or guidance by which such problems can be resolved so that job performance will return to an acceptable level. In some cases, regardless of the efforts of the employee or supervisor, where unsatisfactory job performance persists over a period of time, either constantly or intermittently, the Town may make a mandatory supervisory referral to EAP.

It is the policy of the Town of Farragut to handle such problems through a <u>mandatory</u> supervisory referral to an EAP provider within the following framework:

1. The Town of Farragut recognizes that almost any human problem can be successfully treated, provided it is identified in its early stages and appropriate referral is made, whether the problem is one of physical, mental or emotional illness, finances, marital or family distress, alcoholism, drug abuse, legal problems or other concerns.
2. When an employee's job performance or attendance is unsatisfactory, and the employee is unable or unwilling to correct the situation, either alone or with normal supervisory assistance, a cause outside of the realm of job responsibilities may be the basis of the problem.
3. The purpose of this policy is to assure employees that, if personal problems are the cause of unsatisfactory job performance, the employee may receive careful consideration and an offer of assistance to help resolve these problems in an effective and confidential manner.

The procedure for implementing the mandatory supervisor referral is as follows:

1. When an employee's work performance or attendance is unsatisfactory, it will be called to his/her attention per the regular procedure by the Department Head or immediate supervisor.
2. If low performance or attendance problems continue, the Department Head/supervisor will discuss the problem formally with the employee, whereby the employee may be referred to the EAP for mandatory assistance following corrective action procedures. This discussion will consist of a written counseling statement as outlined in the corrective action policy (Article XIII). Both the job-related problem and the offer of EAP must be documented. A supervisory referral to EAP is <u>mandatory</u> and a condition of continued employment. The Department Head will notify the Human Resources Department and request assistance in making a referral.
3. The initial assessment with the EAP may be scheduled during regular work time, provided that the time away from the employee's department is approved by the Department Head. The employee will be paid for this time away from the department at the same rate received as if working his/her regular schedule and applies to the initial assessment only. Counseling time extending past the employee's regular scheduled work shift will not be compensated. The employee may use sick leave for subsequent visits.
4. If the employee successfully completes EAP counseling and the job performance or attendance problems improve to a satisfactory level, no further action will be taken. If the

employee's job performance or attendance problems continue, the regular disciplinary procedures will apply. (See Article XIII)

5. When the Department Head or Human Resources Director refers the employee for <u>mandatory</u> assistance, further communications will be made to the Department Head **or** Human Resources Director by the counselor after the employee has signed a required Release of Information. Generally, the only information that is released is whether the employee made the appointment and is following the treatment plan.

The Town of Farragut's EAP Program is operated by outside consultants and available free of charge to employees and family members living in the immediate household. Except under the circumstances outlined above, all information is confidential.

## Section O. Tuition Reimbursement

Tuition reimbursement for employees is a plan which offers financial assistance to an employee who takes accredited courses on a for-grade basis directly related to his/her work or to a position the employee may conceivably be considered for in the future and which is likely to increase his/her value to the Town. Courses or professional development seminars taken for certifications do not need a grade to qualify for Town reimbursement.

This program is not specifically intended to support a full-time course of study but is designed to enhance the quality of work that the individual brings to the job. It is provided to those employees classified as regular full-time who have satisfactorily completed the probation period and after approval as provided below.

Tuition reimbursement is available when the following requirements have been met:

1. Employee is regular full-time. Reimbursement will not be approved for employees whose last annual performance evaluation is not at or above "meets standards".

2. Written notice of intention to use the Tuition Reimbursement Program shall be presented to the Department Head prior to March 1 to be included in the following fiscal year. This notice should be presented to the Town Administrator for approval to be included in the budget. Each individual department head is responsible for allocating funds to cover the Tuition Reimbursement Program for his/her employees.

3. Employee has submitted a Tuition Reimbursement Request Form for preapproval from his/her Department Head and Town Administrator to enroll in a class. The Tuition Reimbursement Request Form shall be submitted no later than five (5) working days before the course begins. Tuition Reimbursement Request Forms are available from the Human Resource/Administrative Office. Additionally, the employee must sign a Town reimbursement form that requires full reimbursement of Town training costs if the employee voluntarily leaves Town employment in less than one (1) year and 50% reimbursement if the employee voluntarily leaves Town employment between one (1) and two (2) years of completing the class (see item number 9, below).

4. Upon completion of the preapproved course, the employee must submit proof that he/she has received a grade C or better. The employee must also submit the tuition receipt verifying cost and payment of the tuition.

5. The employee shall affirm that he/she has <u>not</u> been reimbursed for this approved educational training by some other funding source. Persons being supplemented under any other program(s) (i.e. state supplements, G.I. Bill, scholarships, government funding, etc.) are not eligible for course reimbursement under the Town's Tuition Reimbursement program.

62

6. Employees will be reimbursed for educational tuition and required fees upon submission of a transcript as follows:

   | For-Grade Basis | % Reimbursement |
   | --- | --- |
   | • A or B | 100% of Tuition |
   | • C | 50% of Tuition |
   | • Below C | No reimbursement |

7. Employees will be limited to a reimbursement of up to $3,000 per fiscal year. The reimbursement will be presented in a lump sum check after the course is completed and notification of completion of the course has been received. The reimbursement is subject to IRS regulations and may be considered taxable income.

8. This reimbursement amount is for tuition and required fees only. The reimbursement amount shall not include books, departmental fees, or any other associated fees. Books excluded fees and other associated costs are the responsibility of the employee.

9. Employees participating in the program are required to sign an Agreement to refund 100% of the cost to the Town if he/she voluntarily leaves Town employment within one (1) year of receiving tuition reimbursement. Should the employee voluntarily resign within 1-2 years of taking the class, the former employee must reimburse the tuition money to the Town at the pro-rated amount of 50%. If an employee leaves service during the course, he/she shall not be entitled to any reimbursement.

## Section P.  Park and Recreation Discounts

The Town provides, at no cost to the employee, park and recreation discounts. All active, full-time, part-time and seasonal employees are eligible for the discount.

The discounts include the following:
- Free drop-in use of community center for employee and their immediate family. Including: Open gym basketball, volleyball, cornhole and toddler takeover)
- 50% off rental- one per year (pavilions, community center classrooms, community center assembly hall, gym or community center birthday party)
- 50% off rental- one per month (tennis or pickleball courts)
- 50% off league entry fee (this is for individual or team-different sports require different registrations)

How to use:

Drop in use: staff and/or immediate family need to check in at the community center front desk and must have a membership (this is free and can be done anytime, needs to be renewed annually).

Rentals: Call 865-218-3376 to rent (no online registrations). Let the recreation staff know that you are Town of Farragut staff when you call.

**NOTE:**  The Town reserves the right in its sole discretion to amend, modify or discontinue the benefits and plans offered under this Article XVII, including making any changes to the benefits, eligibility, and employee premium and/or contribution requirements for the group health insurance and welfare plans provided for herein.

# Article XVIII – Workplace Safety / Risk Management

## Section A.  Policy

It is the policy of the Town to provide a safe and secure work environment for all Town employees. The Town has established workplace safety procedures and regulations that comply with regulatory requirements, and which are intended to increase safety consciousness among all employees. It is Town policy to maintain a constant vigilance of all safety programs, and where safety standards are found to be deficient, the Town shall take immediate action to correct the situation. The Town adheres to the philosophy that the safety of the employees and the public is a high priority.

## Section B.  Workers' Compensation

The Town covers all employees under Workers' Compensation Insurance. The Town adheres to the provisions and requirements of the Division of Workers' Compensation of the Tennessee Department of Labor.

When an employee is injured while working and being compensated by the Town and requires medical attention, the employee should seek medical attention from a physician on the panel of physicians approved by the Town's workers' compensation insurance carrier. The panel of approved physicians will be posted in each location. In a life-threatening emergency situation, the injured employee may use the most convenient medical service or hospital.

Employees off work on temporary total disability (TTD) or on-the-job injury leave shall receive compensation in accordance with the Tennessee Department of Labor regulations. The Human Resources Director under the direction of the insurance carrier or its representatives shall coordinate all workers' compensation claims. The employee shall be required to communicate to and coordinate all activities (i.e., medical care, restricted duty, return to work, etc.) through the Human Resources Director. Failure to follow proper procedure may result in disciplinary action.

The Town of Farragut Human Resources Director will assist the employee in scheduling medical provider appointments, if requested by the employee. For injured employees who return to work on light duty status, up to two hours spent at medical or physical therapy appointments as follow-up treatment for any occupational injury or illness shall be considered Town work and shall not be charged against any of the employee's accrued paid sick leave. Any time over two hours away from work shall be charged against the employee's accrued paid sick leave.

## Section C.  Workers' Compensation Reporting Procedures and On the Job Injury Leave Procedures

Employees shall adhere to the Town's Workers' Compensation Reporting and On the Job Injury Leave Procedures that are found in the Safety Manual. Employees shall report immediately any injury incurred in the course of their employment, however minor, to their supervisor or Department Head, and take necessary first aid or medical treatment. It is mandatory that within twenty-four (24) hours the employee (or supervisor if the employee is deemed unable) shall complete and sign the *Employee Injury Report*). Next, the employee will complete and sign Form C-42 in order to choose a treating physician. An employee determined to have been able and who fails to complete these forms shall not be eligible for occupational disability or injury leave.

When an employee is injured on the job, the supervisor or Department Head shall, immediately after receiving the Employee Injury Report, complete the Supervisors' Accident Investigation Section of the report. The original of each report must be submitted to the Human Resources Director within twenty-four (24) hours of the incident. The Department Head may keep a copy for his/her file. Where an accident causes serious bodily injury or death to an employee, the supervisor shall immediately notify the Department Head and the Human Resources Director.

## Section D.  Return to Work

Prior to return-to-work following a work-related injury or illness or a personal injury or illness, employees must present the Human Resource Director a medical release from their treating physician. The medical release to return-to-work must specify work restrictions (if any).

If the medical return-to-work release states that the employee is fully recovered and able to perform the essential functions of their job, the HR Director shall notify the Department Head appropriately.

If the medical return-to work release specifies restrictions, the Human Resource Director, in conjunction with the Department Head, will determine if the Town can accommodate the restrictions. If an accommodation can be made, a temporary light duty work assignment will be assigned. The work assignment may or may not be within the employee's current department but will be paid at their regular rate of pay.

In all cases of occupational disability, the responsibility of determining the character, degree, and potential duration of an injury shall rest with the licensed practicing medical doctor(s) designated by the Town. The medical doctor(s) may make periodic examinations, progress reports, and recommendations as deemed necessary by the Human Resources Director. The employee shall be required to return to work upon the approval of the medical doctor(s) with or without reasonable accommodations unless the employee qualifies for additional leave under state or federal law.

An employee who suffers a work-related illness or injury and is unable to return to work shall be granted worker's compensation leave that will run concurrently with the Family Medical Leave Act (FMLA) and will be governed by the Town's FMLA policy (see Article XVI, Section F). While on worker's compensation leave, the employee must follow the treating physician's orders. If the treating physician orders include time off work, the physician's order includes both their regular job and their secondary job (if any).

Employees on worker's compensation leave will be required to use sick or annual leave during the first seven (7) days of an on-the-job injury. If the absence from the injury exceeds 7 days, a reimbursement to the employee's leave balance may occur. The employee shall continue to accrue sick leave and vacation pay at the employee's regular rate while he/she is on any paid worker's compensation leave up to the maximum allowable benefit.

Before an employee is returned to full duty, the employee must be certified by the attending physician as capable of performing the essential functions of the job. The attending physician will be furnished a copy of the job description, including a list of the essential job functions and required capabilities. The attending physician must certify the employee's ability to perform the essential job functions and state clearly any medical     restrictions     placed     on     the     employee     and     the     duration     of     such

restrictions. The Town reserves the right to obtain a second medical opinion from the physician of it's choosing before a final decision is made on a return to duty.

If an employee is unable to return to the position held at the time of the injury, with or without a reasonable accommodation, the Town Administrator may take reasonable steps to place the individual in a comparable position, if one is available, for which he/she is qualified and able to perform the essential functions, with or without reasonable accommodations. However, the Town is not required to create a "light duty" position.

Should an employee be unable to return to full duty after FMLA leave or leave granted as a reasonable accommodation under the ADA is exhausted, and no comparable position for which the employee is qualified is available, the employee may be subject to separation if:
   a) he/she cannot perform the essential functions of the employee's position or any vacant available position due to a disability that cannot reasonably be accommodated without an undue hardship; or
   b) the employee poses a direct threat of injury to himself/herself and/or others.

### Section E. Drug and Alcohol Testing

The Town has two substance abuse testing policies. The first is for CDL holders. The second is for all other employees. Employees shall adhere to the Town's Drug and Alcohol Testing Policies found in Appendix A.

# Article XIX – Harassment, Workplace Violence and Retaliation

It is the policy of the Town of Farragut that all employees have a right to work in an environment free from discriminatory harassment. The Town prohibits any form of harassment of its employees by other employees and will take immediate and appropriate action to prevent and to correct behavior that violates that policy. The Town also strives to protect its employees from any form of harassment by third parties, including citizens and vendors.

Consequently, this policy applies to officers and employees of the Town of Farragut, including but not limited to, full and part-time employees, elected officials, and seasonal/temporary employees, employees covered or exempt from the *Personnel Policies and Procedures Manual* or other regulations of the municipal government and employees working under contract for the municipality.

### Section A. Definition of Sexual Harassment and Other Forms of Harassment

Sexual harassment is defined as sexually offensive or inappropriate conduct, including unwelcome sexual advances, requests for sexual favors and other verbal or physical conduct of a sexual nature. This conduct constitutes unlawful sexual harassment when: (1) submission to such conduct is either explicitly or implicitly made a term or condition of an individual's employment; (2) submission to or rejection of such conduct is used as the basis for an employment decision; or (3) such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment. While sexual harassment usually involves members of the opposite sex, it also includes same sex harassment (i.e., males harassing males and females harassing females because of the recipient's sex).

Sexual harassment does not refer to behavior or occasional compliments of a socially acceptable nature. It refers to behavior that is not welcome, that is personally offensive, that fails to respect the

rights of others, that lowers morale and that, therefore, interferes with our work effectiveness. Sexual harassment may take different forms. One specific form is the demand for sexual favors. Other forms of harassment include:

*Verbal:* Sexual innuendos, suggestive comments, joke of a sexual nature, sexual propositions, threats, and offensive language.
*Non-Verbal:* Sexually suggestive objects or pictures, graphic commentaries, suggestive or insulting sounds, leering, whistling, obscene gestures either in person or on any form of electronic media.
*Physical:* Unwanted physical conduct, including touching, pinching, brushing the body, coerced sexual intercourse, assault.

Sexual harassment may be overt or subtle. Some behavior which is appropriate in a social setting may not be appropriate in the workplace. But whatever form it takes, verbal, nonverbal or physical, sexual harassment can be insulting and demeaning to the recipient and cannot be tolerated in the workplace. Sexual harassment by an employee, Director, supervisor, or third-party non-employee will not be tolerated by the Town of Farragut. All employees, Directors and non-supervisors will be expected to comply with this policy and take appropriate measures to ensure that such conduct does not occur. Based on the seriousness of the offense, disciplinary action, up to and including termination, will be taken against any employee who violates this policy. In furtherance of this policy, the Town of Farragut prohibits Directors and supervisors from dating or otherwise having a romantic or sexual involvement with any subordinate employee.

The Town also has a strong policy against harassment based upon race, sex, national origin, color, disability, age, veteran's status or religion. This harassment might include words, gestures, behaviors, or actions which diminish employees, make the job environment hostile, affect employment decisions, and/or interfere with work performance. It is the intent of this policy to treat all harassment complaints seriously and to utilize the same complaint processing procedure regardless of the type of complaint. The Town of Farragut *encourages* any employee to raise questions he or she may have regarding harassment with the Town Administrator or Human Resources Director.

## Section B.  Workplace Violence and Abusive Conduct

It is the policy of the Town of Farragut to promote a productive, safe, and healthy work environment for all employees, customers, vendors, contractors, and members of the public and to provide for the efficient and effective operation of the Town's activities. The Town of Farragut will not tolerate verbal or physical conduct by an employee which harasses, disrupts, or interferes with another's work performance or which creates an intimidating, offensive or hostile environment.

No employee or non-employee shall be allowed to harass, threaten, bully, or engage in violent conduct toward a co-worker, subordinate or superior employee, or non-employee by exhibiting behavior including, but not limited to, the following:

**Verbal:**  Verbal threats toward persons or property; the use of vulgar or profane language directed towards others; disparaging or derogatory comments or slur; offensive flirtations or propositions; verbal intimidation (bullying); exaggerated criticism or name-calling; spreading untrue and malicious gossip about others.
**Non-verbal:** The use of suggestive body language, use of hand signs, or any additional suggestive, intimidating, or lewd gestures such that any reasonable person would deem them inappropriate; derogatory or offensive posters, cartoons, publications, or drawings, including electronic harassment

67

via any form of social media or email.

**Physical:** Any physical assault, such as hitting, pushing, kicking, holding, impeding, or blocking the movement of another person.

The Human Resources Director is charged with investigating all cases of workplace violence and harassment. Depending on the severity of the charges or whether a crime is committed, the Town Administrator may request that the Knox County Sheriff or legal counsel aid the Human Resources Director or assume responsibility for the investigation.

The Town retains the right, based upon reasonable suspicion of a violation of these policies, or out of business necessity to locate needed materials, documents or other things, to search an employee's office, desk, locker, and other Town property under the control of the employee.
Reasonable suspicion sufficient to justify a search may be based upon a clear and reasonable belief, through observation or information provided by a reliable and credible source, that a violation of Town policies is occurring and that in furtherance of the investigation of such violation access to such areas is necessary.

A decision to search shall be made by the Town Administrator in consultation with the employee's Department Head and the Human Resources Director.

Searches of Town property under the control of an employee (offices, desks, filing cabinets, lockers, etc.) are subject to being conducted without notice to the employee, once the reasonable suspicion standard has been satisfied, or the need to search has been established by the Town Administrator.

**Definition of Abusive Conduct**
Abusive conduct includes acts or omissions that would cause a reasonable person, based on severity, nature, and frequency of the conduct, to believe that an employee was subject to an abusive work environment, which can include but is not limited to:
- Repeated verbal abuse in the workplace, including derogatory remarks, insults, and epithets.
- Verbal, nonverbal, or physical conduct of a threatening, intimidating, or humiliating nature in the workplace; or
- The sabotage or undermining of an employee's work performance in the workplace.

A single act generally will not constitute abusive conduct unless such conduct is determined to be severe and egregious.
Abuse conduct does not include:
- Disciplinary procedures in accordance with adopted policies of the Town.
- Routine coaching and counseling, including feedback about and correction of work performance.
- Reasonable work assignments, including shift and overtime assignments.
- Individual differences in styles or personal expressions.
- Passionate, loud expression with no intent to harm others.
- Differences of opinion on work-related concerns.
- The non-abusive exercise of Directorial prerogative.

**Employer Responsibility**
Supervisors and others in positions of authority have a particular responsibility to ensure that healthy and appropriate behaviors are always exhibited and that complaints to the contrary are addressed in a timely manner. The Supervisor will:

68

- Provide a working environment as safe as possible by having preventative measures in place and by dealing immediately with threatening or potentially violent situations.
- Provide good examples by treating all with courtesy and respect.
- Ensure that all employees have access to and are aware of the abusive conduct prevention policy and explain the procedures to be followed if a complaint of inappropriate behavior at work is made.
- Be vigilant for signs of inappropriate behaviors at work through observation and information seeking and take action to resolve the behavior before it escalates.
- Respond promptly, sensitively, and confidentially to all situations where abusive behavior is observed or alleged to have occurred.

**Employee Responsibility (including witnesses)**

Employees shall treat other employees with dignity and respect. No employee shall engage in threatening, violent, intimidating, or other abusive conduct or behaviors. Employees are expected to assume personal responsibility to promote fairness and equality in the workplace and report any incidents of abusive conduct in accordance with this policy.

Employees should co-operate with preventative measures introduced by supervisors and recognize that a finding of unacceptable behaviors at work will be dealt with through appropriate disciplinary procedures.

## Section C.  Making Complaints

Employees have the responsibility to *immediately* bring any form of unwelcome workplace harassment or violence to the attention of either the Town Administrator or the Human Resources Director at the option of the employee. Both Town officials are trained to respond promptly and effectively to any complaint. Although employees are free to address inappropriate conduct with the offending person, an employee does not have to complain first to the offending person.

All complaints will be handled in a timely manner. A thorough and independent investigation will be conducted based on the employee's statement of what has occurred. The Town will not tolerate harassing, threatening, bullying, or violent conduct toward its employees. The Town will take immediate, positive steps to stop it when it occurs. The Town may also be responsible for the acts of non-employees, with respect to the harassment of employees in the workplace, where the municipal government (or its agent or supervisory employees) knows or reasonably should have known of the conduct and failed to take immediate corrective action. Prevention is the best tool for the elimination of harassment. Therefore, the following rules shall be strictly enforced. An employee who feels that he/she is being subjected to harassment should immediately contact one of the persons below with whom the employee feels the most comfortable.  Complaints may be made orally or in writing to the Town's Human Resources Director or the Town Administrator.

Should the harassment involve the Town Administrator, the employee may report the unwelcome harassment or workplace violence to the Human Resources Director or the Town attorney. Both the Human Resources Director and the Town attorney are trained to respond promptly and effectively to any complaint. Employees have the right to circumvent the employee chain of command in selecting which person to whom to make a complaint of harassment. Regardless of which of the above Town officials the employee complains to, the employee should be prepared to provide the following information:

1. Official's or employee's name, department, and position title.
2. The name of the person(s) committing the harassment, including their job title(s).

3. The specific nature of the harassment, how long it has gone on and any employment action (demotion, failure to promote, dismissal, refusal to hire, transfer, etc.), taken against the employee because of the harassment, or any other threats made against the employee as a result of the harassment.
4. Witnesses to the harassment; and
5. Whether the employee has previously reported the harassment and, if so, when and to whom.

### Section D.  Investigation of Harassment Complaints

The Human Resources Director, or their designee, is the person designated by the Town to be the investigator of complaints of harassment or workplace violence against employees. In the event the complaint is against the Human Resources Director, the investigator shall be appointed by the Town Administrator. The investigator shall make and keep a written record of the investigation, including notes of verbal responses made to the investigator by the person complaining of harassment or workplace violence, witnesses interviewed during the investigation, the person against whom the complaint was made, and any other person contacted by the investigator in connection with the investigation.  The notes shall be made at the time the verbal interview is in progress. Upon conclusion of the investigation, the investigator shall submit a report of the findings to the Town Administrator. The report shall include the statement of the person complaining of workplace violence or harassment, the written statement of witnesses, the written statement of the person against whom the complaint was made, all the investigator's notes connected to the investigation and a recommendation for disciplinary action, if any.

Upon receipt of the investigator's report, the Town Administrator shall immediately review the report and may discuss it with the investigator. If the Town Administrator determines that the report is not complete in some respect, he/she may request additional statements to be taken from the person complaining of harassment, the person against whom the complaint has been made, witnesses to the conduct in question or any other person who may have knowledge about the harassment. Based upon the report and his/her review of the information, the Town Administrator shall, within a reasonable time, determine whether the conduct of the accused violated the workplace violence and harassment policy constitutes harassment. In making that determination, the Town Administrator shall look at the record as a whole and at the totality of circumstances, including the nature of the conduct in question, the context in which the conduct, if any, occurred and the conduct of the person complaining. The determination of whether harassment occurred will be made on a case-by-case basis.

If the Town Administrator determines that the complaint of harassment or workplace violence is founded, he/she shall take immediate and appropriate disciplinary action against the guilty employee, consistent with his authority under the municipal charter, ordinances or rules governing his authority to discipline employees. Disciplinary action for harassment shall be governed by the same rules governing disciplinary actions generally (see Article XIII). The disciplinary action shall be consistent with the nature and severity of the offense, the rank of the employee and any other factors the Town Administrator believes relate to fair and efficient administration of the municipal government, including, but not limited to, the effect of the offense on employee morale and public perception of the offense, and the light in which it casts the municipality. Disciplinary action up to and including termination of employment shall be taken. A determination of the level of disciplinary action shall also be made on a case-by-case basis. A written record of disciplinary actions taken shall be kept, including verbal reprimands. In all events, an employee found guilty of harassment shall be warned not to retaliate in any way against the person making the complaint                 of               harassment,               witnesses               or               any

70

other person connected with the investigation of the complaint of harassment. In cases where the harassment is committed by a non-employee against a municipal government employee in the workplace, the Town Administrator shall take whatever lawful action against the non-employee is necessary to bring the harassment to an immediate end.

### Section E.  Obligation of Employee
All employees, Directors, supervisors, and non-supervisors will be expected to comply with this policy and take appropriate measures to ensure that such conduct does not occur. Approval of, participation in or acquiescence in conduct constituting workplace violence or harassment will be considered a violation of this policy. Additionally, employees are obligated to report instances of workplace violence or harassment. Employees are also required to cooperate in every investigation of workplace violence and/or harassment. The obligation includes, but it is not necessarily limited to, coming forward with evidence, both favorable and unfavorable for a person accused of such conduct and fully and truthfully making written reports or verbally answering questions when required to do so by an investigator. Employees are also obligated to refrain from making bad faith accusations of workplace violence and harassment. Based on the seriousness of the offense, appropriate disciplinary action, up to and including termination, will be taken against any employee who violates this policy.

### Section F.  Retaliation
The Town of Farragut prohibits all forms of retaliation against any individual who complains in good faith about workplace discrimination or harassment or reports in good faith conduct which violates Town policy. This zero-tolerance policy also protects individuals who participate in the investigation of any such complaint or report.

It is the Town's policy to encourage discussion of workplace issues and to help protect others from being subjected to inappropriate behavior. Violation of this policy may result in severe disciplinary action up to and including dismissal.

Any employee who believes he or she has been retaliated against shall *immediately* report the retaliation to the Town Administrator or the Human Resources Director.

### Section G.  Open Door Policy
The Town of Farragut recognizes that the question of whether a particular action or incident produces a discriminatory employment effect requires a factual determination based on all facts in the matter. Given the nature of this type of discrimination, the Town also recognizes that false accusations of workplace violence or harassment can have serious effects on innocent individuals. We trust that all employees of the Town will continue to act responsibly to establish and maintain a pleasant working environment, free from discrimination, for all. The Town of Farragut *encourages* any employee to raise questions he or she may have regarding these issues with the Town Administrator or Human Resources Director. The Town of Farragut Human Resources Department has an open-door policy and employees are welcome to discuss any aspect of their employment without fear of retaliation.

# Article XXI – Firearms and Weapons
The Town of Farragut is committed to providing a safe, healthy working environment, and to making adequate provisions for the safety and health of our employees, citizens, and the public. It will not permit employees to act in ways that may endanger themselves or others.

All employees are prohibited from possessing, carrying, trading, or showing weapons of any kind, including firearms, fireworks, guns, explosives, bows and arrows, knives, chains or other items carried for purposes of inflicting injury or intimidation, etc. while on premises, while on duty, while operating Town vehicles or equipment, or while operating personal vehicles for Town purposes.

Employees are also prohibited from keeping weapons in their personal vehicles parked on the Town's premises, unless the weapon is stored in the employee's personal vehicle in accordance with Tennessee state law. Town premises include any property owned operated, controlled, or managed by it. Individuals are permitted to carry mace, pepper spray and pocketknives with blades no longer than four inches as long as they are stored in a pocket, purse, briefcase or their personal belongings.

This policy does not apply to those who are expressly authorized by the Town to use firearms and explosives (and other authorized tools that could be viewed as weapons) in the performance of their jobs.

The Town reserves the right, based upon reasonable suspicion of a violation of this policy, to search an office desk and other property under the control of the employee, as well as the packages, purse, lunch boxes, briefcases, and employees' vehicles parked on its premises. Individuals may also be required to remove a jacket or sweater and to turn out their pockets. Reasonable suspicion sufficient to justify a search may be based on a clear and reasonable belief, through observation or information provided by a reliable and credible source, that an employee is in violation of this policy. Searches of Town property under the control of the employee are subject to being conducted without notice to the employee once the reasonable suspicion standard has been met.

It is not a violation of this policy to possess chains, dangerous chemicals, etc. on Town property where issued or sanctioned by the Town for use in the performance of the employee's job.

# Article XXII – ADA/ADAAA

**Purpose**
The Americans with Disabilities Act (ADA) and the Americans with Disabilities Amendments Act (ADAAA) are federal laws that require employers with 15 or more employees to not discriminate against applicants and individuals with disabilities and, when needed, to provide reasonable accommodations to applicants and employees who are qualified for a job, with or without reasonable accommodations, so that they may perform the essential job duties of the position.

It is the policy of the Town of Farragut to comply with all federal and state laws concerning the employment of persons with disabilities and to act in accordance with regulations and guidance issued by the Equal Employment Opportunity Commission (EEOC). Furthermore, it is the Town policy not to discriminate against qualified individuals with disabilities regarding application procedures, hiring, advancement, discharge, compensation, training or other terms, conditions and privileges of employment.

**Procedures**
When an applicant with a disability requests accommodation and can be reasonably accommodated without creating an undue hardship or causing a direct threat to workplace safety, he or she will be given the same consideration for employment as any other applicant. Applicants who pose a direct threat to the health, safety and well-being of themselves or others in the workplace when the threat cannot be eliminated by reasonable accommodation will not be hired.

The Town will reasonably accommodate qualified individuals with a disability so that they can perform the essential functions of a job unless doing so causes a direct threat to these individuals or others in the workplace which cannot be eliminated by reasonable accommodation or if the accommodation creates an undue hardship to the Town.

Contact the ADA Coordinator in the Human Resources department with any questions or requests for accommodation. The ADA Coordinator/HR Director shall initiate an interactive process in which the employee, health care provider and employer each share information about the nature of the disability and the limitations that may affect the employee's ability to perform the essential job duties. The interaction process entails a good-faith effort by the employer and the employee to discuss the limitations or performance issues the employee's disability may pose. The purpose of this discussion is to determine what (if any) accommodations may be needed that are reasonable. If needed, an employee or applicant may follow the Town ADA Grievance Procedure which is available on the Town website.

All employees are required to comply with the Town's safety standards. Current employees who pose a direct threat to the health or safety of themselves or other individuals in the workplace will be placed on leave until the Town's organizational decision has been made regarding the employee's immediate employment situation.

Individuals who are currently using illegal drugs are excluded from coverage under the Town ADA policy.

The HR department is responsible for implementing this policy, including the resolution of reasonable accommodation, safety/direct threat and undue hardship issues.

# Article XXIII – General Policies and Procedures

## Section A.  Employee Conduct

Employees of the Town shall not engage in any criminal, dishonest, infamous, immoral, or notoriously disgraceful conduct or behavior, activity, or association, either on or off duty, which discredits him/her and/or the Town. Each employee is expected to conduct himself/herself both on and off the job in such a manner as to reflect positively on both himself/herself and the Town.

No person shall seek or attempt to use any political endorsement in connection with any appointment to a position, or demotion, or dismissal from a Town position.

No person shall use or promise to use, directly or indirectly, any official force or influence whether possessed or anticipated, to secure or to attempt to secure for any person an appointment to a position within the Town or any increase in wages or other advantage in employment for influencing the vote or political action of any person or for any other consideration. (See Appendix G: Ethics Ordinance)

No person shall, directly or indirectly, give, render, pay, offer, solicit, or accept any money, service, or other valuable consideration for or on account of any appointment or promotion, or any advantage in, a position within the Town employment. Any officer or employee who violates any of the provisions of this section shall forfeit his office or position.

## Section B.  Political Activity

In accordance with T.C.A. Sections 7-51-1501 through 7-51-1503, all Town employees shall:

1. Enjoy the same rights of other citizens of Tennessee to be a candidate for and to hold any federal, state or local political office except for any elected office of the Town of Farragut; and
2. Enjoy the right to participate in political activities by supporting or opposing political parties, political candidates, and petitions to governmental entities. Provided, however, that:

   a. Employees of the Town shall not participate in any such political activities while on-duty for the Town; and
   b. Employees shall not use Town equipment, including wearing Town uniforms, or any other Town resources either on or off duty while participating in political activities; and
   c. Employees shall not seek election or appointment to Town of Farragut Board of Mayor and Aldermen.

Any willful violation or violations through negligence of any of this policy shall be sufficient grounds for the discharge of any employee guilty of such violation.

## Section C.  Records

Personnel records including the employee's social security number, bank account and routing numbers, medical records, and driver's license information (unless driving is part of the employee's duties or job description), home and personal cell number and residential address are confidential under T.C.A. Title 10, chapter 7.  Additionally, employee drug tests are generally protected from disclosure under T.C.A. 50-9-109.

Information including salary, disciplinary records, and employment applications are open records for public inspection. These records shall be open for public inspection during regular office hours in accordance with such procedures as the Town Administrator may prescribe. The Human Resources Director shall retain records necessary to the proper administration of the personnel system and the Town Administrator shall prescribe necessary forms and report for all necessary personnel changes and actions. The Human Resources Director shall maintain adequate records of all personnel activities and transactions, the proceedings of all hearings and appeals as they relate to personnel administration, this *Human Resources Policy and Procedures Manual*, the record of every applicant as required by applicable record retention standards, and the employment record of every employee.

*Personnel Records Request*

As required by State Law, any Tennessee resident may have access to personnel information for the purpose of inspection, examination, and copying, during the regular business hours, subject only to such rules and regulations for the safekeeping of public records.

The following provisions govern access to such information:

- All disclosures of records will be requested in writing to the Town Recorder per Municipal Code Section 1-307 and will be documented and placed in the employee's file.
- Employees shall be notified in writing of the disclosure of their personnel records within 3 days of request.
- Any individual examining a personnel record may copy the information.
- Available photocopying facilities may be provided, and the cost will be   assessed to the individual per Municipal Code Section 1-307.

74

Confidential Information: All information contained in a Town employee's personnel file will be maintained as confidential in accordance with the requirements of State and Federal Law and is open to public inspection only in accordance with these laws.

Records of former employees: The same provisions for access to records apply to former employees as well as present employees.

HR Director responsibility: Pursuant to the current state and federal legislation regarding open records, the HR Director, as personnel records custodian, will redact confidential employee information and copy the requested personnel file. This ensures that all confidential employee information is protected.

Employee access: All employees may inspect their own personnel file during normal business hours by contacting the HR Manager. Files will be inspected in the HR Manager's office with the HR Director present. In the absence from work by the HR Manager, the Town Recorder can be contacted to follow the above procedure.

Department Head access: A department head may request access to their department's personnel files or that of an employee requesting transfer or promotion into their department. The department head will contact the HR Director during normal business hours and review the file in the HR Manager's office with the HR Director present. In the absence from work by the HR Manager, the Town Recorder can be contacted to follow the above procedure.

Remedies of employees objecting to material in file: An employee who objects to material in his/her file may place in the file a statement relating to the material considered being inaccurate or misleading.

**Destruction of records regulated: No public official, including Town employees, may destroy, sell, loan, or otherwise dispose of any public record except in accordance with State and Federal Law. This includes removal of documents from any personnel file by an employee.**

## *Section D. Outside Employment*

No regular, full-time employee of the Town of Farragut shall accept or engage in additional employment outside the official hours of duty without the written approval of the Department Head and Town Administrator with concurrence by the Human Resources Director. The Outside Employment Form must be renewed by January 31st of each year. Approval may be granted after determining whether outside employment will cause or can cause a conflict of interest; is incompatible with the employee's position with the Town; will interfere with the satisfactory performance of the employee's duties; or is likely to reflect discredit upon or create embarrassment for the Town. If the second job interferes with performance at the Town, the employee will be counseled and appropriate steps to correct the deficiencies will be taken.

Employees may not accept or continue any outside employment if the work unreasonably inhibits the performance of any duty of their position. Employees are to be reminded that the Town is their primary employer, and that the Town will not schedule around the requirements of the employee's second job. Further, employees may not perform outside employment while on sick leave, FMLA leave, or worker's compensation leave and worker's compensation restricted duty. Exceptions may be granted if an employee is returned to limited duty by a physician and the Town cannot accommodate the work constraints, but the secondary employer can without further injury or increased recovery time.

## Section E.  Business Dealings

Except for the receipt of such compensation as may be lawfully provided for the performance of Town duties, and except as noted below, no officer or employee of the Town shall have any financial interest in the profits of any contract, service, or other work performed by the town; or shall personally profit directly from any contract, purchase, sale, or service between the Town and any person or company; or serve as an agent to provide any surety, bail, or bond required by law or subject to the approval of the Board of Mayor and Aldermen.

No officer or employee shall accept any free or preferred services, benefits, or concessions from any person or company which person or company could in any manner directly or indirectly profit from action or inaction by the Town.  Any official or employee who violates the provisions of this section shall be guilty of misconduct and be subject to disciplinary action.  All officials and employees shall comply with the Code of Ethics in effect.

## Section F.  Acceptance of Gratuities

No Town officer or employee shall accept or solicit any money or other consideration or favor from anyone other than the Town for the performance of an act which the officer or employee would be required or expected to perform in the regular course of employment; nor shall any officer or employee accept, directly or indirectly, any gift, gratuity, or favor of any kind which might reasonably be an attempt to influence the individual's actions with respect to Town business. For further explanation see Title 1, Chapter 5, Section 1-505 of the Municipal Code.

## Section G.  Use of Information

Employees may not disclose any information obtained in their employment that is made confidential under state or federal law except as authorized by law. Furthermore, employees may not use or disclose information obtained in their employment for financial gain for themselves or any other person or entity. For further explanation see Title 1, Chapter 5, Section 1-506 of the Municipal Code.

## Section H.  Use of Town Time, Facilities, Resources

No Town officer or employee shall use or authorize the use of Town time, facilities,  supplies, inventory, materials, tools, machinery, equipment or other resources for private gain or advantage to himself/herself or any other private person or group; provided, however, that this prohibition shall not apply when the Board of Mayor and Aldermen has authorized the use of such  resources of the Town, and the Town is paid at such rates as are normally and customarily charged by private sources for comparable services. For further explanation see Title 1, Chapter 5, Section 1-507 of the Municipal Code.

## Section I.  Use of Position

No Town officer or employee shall make or attempt to make private purchases in the name of the Town, nor otherwise use or attempt to use status as a Town employee to secure unwarranted privileges or exemptions.  For further explanation see Title 1, Chapter 5, Section 1-508 of the Municipal Code.

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 76 of 174   PageID #: 352

## Section J.  Use of Town-Provided Technology and E-mail

Employees are encouraged to use authorized electronic communication systems and equipment responsibly and productively in performing their jobs. However, such use is a privilege and not a right, and it must be done properly and ethically in accordance with all applicable licenses, copyrights, patents, rules, laws, and regulations.

The Town of Farragut owns, leases, maintains, or operates various electronic communication systems and equipment, including but not limited to cell phones, smart phones, computers, software, telephones, voice mail, facsimiles, telecopiers, copiers, postage meters, e-mail, the Internet, the Web or other electronic communication systems, network or equipment. Employees may not copy or remove any town related information from electronic systems for any purpose other than a work-related purpose authorized by the Town Administrator. Town computers, email, internet-enabled phones, and voice mail are for business purposes and not to be used for illegal or inappropriate purposes and may be searched or monitored at any time. Employees can have no expectation of privacy on Town business equipment. The use of these Town-provided electronic communication systems and equipment for personal or a non-work-related purpose during work hours is prohibited. Employees are responsible for the content of all text, messages, images, information, and communications that they create, send, receive, or download.

Any employee who abuses the company-provided access to email, the Internet, or other electronic communications systems or networks, including social media, may be denied future access and, if appropriate, be subject to disciplinary action up to and including termination.

All electronic mail is a local government record and may be considered a "public record" for the purposes of the Tennessee Public Records Act. Under the Public Records Act, certain email communications may be open to public access and inspection. In addition, such communication may be subject to discovery under the Tennessee or Federal rules of Civil Procedure.

The Town may also restrict or block an employee's access to certain websites while using an electronic communication device supplied or paid for by the Town.

For more detailed information, see Appendix B, *Acceptable Use of Information Technology and Security Policy*

## Section K.  Employee Cell Phone Policy

Employees whose job duties include the frequent need for a cell phone may receive a Town issued cell phone or a cell phone allowance to cover business-related costs on their personal cell phone. No further reimbursement for cell phone costs is available to employees who receive such an allowance. The Town shall maintain a limited number of cell phones assigned to a specific department or piece of equipment. Town reimbursed personal cell phone expense is subject to open records. Cell/smart phones are not to be used while operating Town vehicles or machinery except in the event of an emergency. When driving on Town business in a Town vehicle, Town employees will focus on safe vehicle operation and therefore, shall not use cell/smart phones, PDA/laptop computer, and like technology. Pursuant to the T.C.A. 55-8-199, employees must not text while driving. (Appendix C: Cell Phone Policy).

## Section L.  Nepotism

No applicants for employment shall be hired and no employees shall work or be placed in positions within the Town if the applicant's immediate family (as defined in Article II) as related through blood, adoption or marriage currently works for the Town. An applicant applying for a seasonal position and whose immediate family member works for the Town can only be hired if they are not directly or indirectly supervised by their family member.

If, after adoption of these Policies and Procedures, two employees in the same department or under the same direct supervision or accountability should marry or otherwise become in violation of this section by marriage or adoption, then those employees shall be asked to determine which of them will transfer within ninety (90) days to any vacant position in another department, division, or shift for which the employee is qualified and which would resolve the violation of the Town's nepotism policy. An employee who is allowed to transfer under these circumstances must meet the minimum qualifications of a vacant, budgeted position and must have had an overall satisfactory rating on the last performance evaluation. If such a transfer cannot be arranged within ninety (90) days for either of the employees, then the employees shall be asked to determine which of them will leave Town employment. In the event the employees cannot decide between them who will leave, and if a transfer cannot be arranged, then the Town Administrator shall resolve the issue at his discretion.

## Section M.  Employee Licenses and Certifications

All employees are responsible for maintaining current and valid licenses and certifications necessary to perform job duties. For example, any employee required to operate a Town vehicle or equipment must always possess the appropriate type of valid driver's license. An employee's failure to immediately report expiration or revocation of a required certificate or license shall be subject to disciplinary action in accordance with Article XIII. The Town shall conduct periodic checks of required licenses and certification to insure employees keep them valid and current.

## Section N.  Smoking, Vaping and Tobacco Policy

It is the policy of the Town of Farragut to prohibit use of all tobacco products, smoking and vaping on all Town premises in order to provide and maintain a safe and healthy work environment for all employees. The Town defines smoking as the act of lighting, smoking or carrying a lighted or smoldering cigar, cigarette or pipe of any kind. Vaping refers to the use of electronic nicotine delivery systems or electronic smoking devices such as e-cigarettes, e-pipes, e-hookahs and e-cigars.

The smoke-free workplace policy applies to:
- All buildings owned and maintained by the Town of Farragut are tobacco free. Smoking is prohibited within twenty-five (25) feet of all entrances, passageways, operable windows, and ventilation systems owned and maintained by the Town of Farragut.
- All Town-sponsored off-site conferences and meetings.
- All vehicles owned, operated, maintained, or leased by the Town are tobacco-free.
- All visitors (customers and vendors) to the company premises.
- All contractors and consultants and/or their employees working on the company premises.
- All employees, temporary employees, and student interns.

Smoking and vaping are permitted in parking lots only.
While performing job duties, whether in or out of uniform, an employee may not smoke, vape or use

smokeless tobacco. Employees who violate this policy will be subject to disciplinary action up to and including immediate discharge.

## Section O. Hours of Work, Attendance, Inclement Weather and Emergency Action Plan

**Hours of Work:** The Town Administrator shall establish hours of work per work period for each budgeted position and the hours during which offices shall be opened for business. The needs of service and the reasonable needs of the public who may be required to do business with the various Town Departments always shall be considered before the personal wishes of employees. Although the regular work week for all positions shall be 40 hours, an hourly employee shall be considered a full-time employee if the individual works a minimum of 34 hours per work week for benefits purposes. For pay purposes, the workweek for all employees is Saturday, 12:00 AM through Friday, 11:59 PM.

Whenever a salaried exempt employee requests a period of absence equal to or greater than one-half day, said employee shall obtain approval by the Town Administrator or his designee. Annual leave or sick leave will be utilized for absences of one-half day or longer.

**Attendance:** All employees shall attend assigned workstations or locations at established starting times in accordance with general departmental regulations and these *Policies*. Employees are required to adhere to the Town's time and attendance procedures, including but not limited to punching in and out at time clocks and completing leave slips. All departments shall keep daily attendance records of their employees which shall be reported to the Administration Department on Mondays by a time specified by the Town Finance Director/Recorder.

When an unexpected personal illness or situation arises, an employee is required to notify their Department Head at a minimum of one half (½) hour before their work shift begins. Notification may be by phone, voice mail on their Department Heads' Town issued phone or an email to their Department Heads' Town email address. All employees are subject to discipline, up to and including termination, for failure to attend work as required. Any unauthorized absences from work for a period of three (3) consecutive days or more may be considered by the Town Administrator as a voluntary resignation.

**Inclement Weather:** Generally, inclement weather does not warrant the closing of Town facilities or activities, and every employee is expected to make every attempt to report to work as usual. Some Town operations and activities must continue regardless of, or because of, the weather conditions. Employees who must perform these activities are considered emergency personnel and are designated as such under specific or all circumstances by the Town Administrator in conjunction with individual Department Heads. These employees may be asked to report to work under the most severe weather conditions. Emergency personnel who fail to report to work will be charged with leave without pay.

If an employee is late due to severe weather conditions, the employee will not lose paid time unless the delay is longer than one (1) hour. Delays of longer than one (1) hour will be charged to annual leave or compensatory leave, or made up within the workweek, with the approval of the Department Head.

If weather conditions become progressively worse during the day, only the Town Administrator can approve closing all activities, operations, and functions in any department, facility, and/or building.

**Emergency Action Plan:** The Risk Manager and the Town Administrator are the Emergency Action Plan contacts and will provide information and clarification of any emergency.

When a fire or tornado alert is made, all employees shall exit their work area via designated passageways and exits. Employees are requested to familiarize themselves with the fastest route of exit from their own work area.

*Employee Assembly Locations:* Following exit from the facility, all employees shall assemble in a pre-designated area and report to their Department Head. A "head count" will be conducted for all employees along with the reporting of any missing persons to the Risk Manager. Periodic drills will be conducted, and employee participation is mandatory.

*Rescue and Medical Duties:* Area hospitals and ambulance service will provide emergency assistance. Employee first aid responders (if available) shall be responsible for providing interim care until professional help arrives.

*Reporting Emergencies:* In a life-threatening emergency, a call to 911, followed by notifying the Department Head and the Town's first aid responders (if available) is required.

## Section P. Separation and the Return of Town Property

The separating employee must return all Town property at the time of separation, including uniforms, cell phones, keys, PCs and identification cards. Failure to return items may result in deductions from the final paycheck. Employees will be required to sign the Wage Deduction Authorization Agreement to deduct the costs of such items from the annual leave and wages owed in their final paycheck.

The separating employee shall contact the Human Resource department as soon as notice is given to schedule an exit interview. The interview will be on the employee's last day of work or another day, as mutually agreed on.

Accrued annual leave will be paid in the last paycheck unless the employee resigned and failed to give at least a full two (2) weeks' notice.

Health insurance terminates the last day of the last month of employment unless an employee requests immediate termination of benefits. Information for Consolidated Omnibus Budget Reconciliation (COBRA) continued health coverage will be provided.

## Section Q.  Personal Appearance and Dress

In all of our dealings with citizens of the Town and others with whom we come in contact; it is important that we are viewed as professionals in whom all those we deal with can have confidence.  People with whom each employee deals will make judgments about our professionalism based on his or her appearance, dress, and hygiene.

The Town expects all employees to dress in a manner that is appropriate to the duties and responsibilities of their positions and conveys an image of self-pride, pride in the organization and

respect for other employees and the public. In addition, clothing should be clean, neat, pressed, and well-maintained.

Non-uniformed administrative and office staff regardless of department shall wear business casual attire. Business attire is required for Board, Town Committee, and citizen meetings. The Town Administrator shall declare "special occasion" days which may include Fridays, days before holidays, and days where a significant portion of the workday will be spent outdoors or engaged in manual labor indoors. On "special occasion" days, casual attire (blue jeans) is acceptable for such staff.

The following items are prohibited for non-uniformed administrative and office staff unless specifically authorized by the Department Head and Town Administrator:
- Suggestive attire, see-through fabrics, low cut blouses or shirts, midriff shirts, miniskirts, clothing that is not the proper fit, or any other revealing apparel
- Overalls
- Wind pants
- Tank tops, spaghetti straps, or tube tops (unless worn under a blouse)
- Athletic wear such as sweatshirts, sweatpants, jogging suits, yoga pants, and sports jerseys
- Printed t-shirts not assigned to the employee as part of their uniform
- Casual flip-flops
- Large belt buckles that draw attention or belt buckles with words or symbols
- Pants with frayed hems, holes, rips or obvious patches
- Overly worn, torn, or tattered clothing
- Clothing or accessories that promote political affiliations that are a violation of Section B. "Political Activity" of this Article.
- Subjective or inflammatory symbols or any offensive clothing that is a violation of the Town's Harassment and Workplace Violence Policy (Article XX).
- Shorts
- Denim blue jeans

Open toed shoes or sandals are not permitted in work areas where the exposure to chemical, environmental, or crushing hazards exist. Employees assigned to the Public Works Department, codes officers, and engineering technicians are required to wear non-athletic type boots which possess a sole with gripping capacity and safety toes. Other employees requiring the wear of such boots, as deemed necessary by the Town Administrator may be also covered. This policy applies to both full-time and part-time employees.

Employees with sincerely held religious beliefs that require clothing that may or may not be addressed here may speak to the Human Resources Director regarding accommodations.

**Town-Issued Clothing:**
All Town uniforms shall be approved by the Town Administrator, in accordance with Article XVII, Section L. *Town-Supplied Equipment and Uniforms.* Employees required to wear a Town-issued uniform from an outside uniform rental company will be required to sign a Uniform and Equipment Agreement. If issued a uniform, the employee shall wear such uniform while on duty, unless otherwise specified by their supervisor or Department Head.

Furthermore, employees are prohibited from wearing their uniform while not on duty (unless they are

traveling to or from work). Town uniforms shall not be altered. Any employee wearing a Town uniform shall conduct themselves in a manner prescribed by the Town. Upon termination, all rental uniforms must be returned to the Human Resources Director.

From time to time, a Department Head may choose to order clothing with the Town of Farragut logo for their employees. Such items should never be given to charities or individuals not employed by the Town of Farragut. Should an employee be separated from employment at the Town of Farragut, these items should be returned to Human Resources prior to the employee receiving their final paycheck.

Violations of the Town's personal appearance policy may be grounds for disciplinary action.

## Section R.  Use of Town-Owned Vehicles

The Town of Farragut employees who drive a town owned or leased vehicle will always operate them in a safe manner, adhering to all Town, State, and Federal traffic laws. Employees are always expected to extend common driving courtesies to fellow motorists. No employee will operate a Town vehicle unless he/she possess a valid driver's license.  See Appendix E, *Vehicle & Idling Policy*

## Section S.  Travel

See Appendix D, *Travel Policy*

## Section T.  Media Relations

From time to time, as an employee of the town, you may receive inquiries from the media (e.g., newspapers, television stations, radio stations, magazines, or other periodicals). To ensure that the Town of Farragut maintains the appropriate public image and that communications to the media are accurate and in line with applicable town policies, if you are contacted by the media, you should refer the individual making the inquiry to the Town Administrator. No employees are authorized to give statements on behalf of the Town of Farragut to any representative of the media without the express authorization of the Town Administrator.

## Section U.  Social Media/Social Networking

Social media is a term that encompasses the various activities that integrate technology, social interaction, and content creation. It includes, but is not limited to, social networking, and the use of websites that allow users to share content, interact, and develop communities around similar interests.

Here are guidelines to ensure that social media tools are used properly, and to address potential risks. Every Town employee is responsible for reviewing and complying with the following policy at work and outside of work.

The lines between public and private, personal, and professional are blurred in online social networks, and whatever you post on your personal account has potential to reflect on the Town. Therefore, be mindful of your association with the Town and thoughtful of how you present yourself online. A personal social media account, while an appropriate place to share personal opinions, is not a place to present an individual opinion as an official Town view. Be mindful that despite all privacy controls, whatever you publish can be seen by many different people, including your supervisors, coworkers, and the public.

• Personal use of social media must be consistent with the terms of use outlined in the Employee Acceptable Use of Information Technology and Security Policy, available in Appendix B of the Town of Farragut Policies and Procedure Manual. Town employees cannot use personal social media sites for political purposes, to conduct private commercial transactions, or to engage in private business activities during business hours or with Town-issued property. Town employees are also prohibited from using social media to violate any other applicable state, federal, or local laws, policies, and regulations.

• Certain positions have job functions which require or permit authorized postings on behalf of the Town. When posting on behalf of the Town for an official purpose, employees must abide by these rules and only post authorized messages.
• Employees' personal use should not be attributable to an agency or department of the Town of Farragut or the employee's job function. An employee's use and comments made on social media sites are subject to First Amendment protections. However, any personal use must be conducted in such a manner that a reader would not think that the employee is speaking for or on behalf of his/her employer. If you list the Town of Farragut as your employer on your personal social media profiles, any information you post will be held to a higher level of scrutiny.
• An employee's use of social media must be in conformance with relevant portions of Town workplace policies, laws, and regulations, including but not limited to harassment and discrimination policies, confidentiality policies, ethics rules, code of conduct, workplace violence, etc.
• Employees shall not give employment references online, no mention of dates of employment, status of employment nor performance. Such references must be handled by the human resources department.
• Any information that is considered confidential shall not be released on any social media account.
• Employees shall not use the Town of Farragut logo or any agency logo on any personal postings.
• Employees' social media accounts may be subject to monitoring without notice or consent if these sites are accessed on Town property.
• Violation of any of these policies may result in disciplinary action, up to and including termination.

### Section V.  Obstruction of Rights

No employee of the Town of Farragut shall consciously and by overt action(s) deprive any person of any rights to which such person is entitled under any law, ordinance, rule, or regulation of the Town.

### Section X.  Impartiality

Each employee of the Town shall discharge his duties fairly and impartially. Determinations and decisions shall be made without discrimination on account of race, color, creed, national origin, sex, ancestry, age, disability, veteran's status, military affiliation or obligation, religious belief, genetic information, political or organization affiliation, kinship, or friendship.

# Article XXIV – Amendments; Severability; Conflicts

### Section A.  Amendments and Changes

The provisions of this *Policy and Procedures Manual* may be amended by formal resolution of the Board of Mayor and Aldermen. The Board of Mayor and Aldermen has the right to amend the *Policy and Procedures Manual,* in accordance with the Municipal Code and state and federal laws, at any time. No employee or other person enjoys any contractual or vested right to the continuation of any

rules, regulations, policies, procedures, provisions or employee benefits contained within this *Policy and Procedures Manual*. The provisions of all employee benefits covered in this document are subject to annual appropriation by the Board of Mayor and Alderman. In addition, all benefits offered through third parties are subject to the terms and conditions of the service contract between the Town and the provider, which may be changed in the future, including the actual benefits offered, and any employee premiums and/or contribution rates.

Any of the provisions of this *Policy and Procedures Manual* that are intended to comply with State or Federal laws or regulations shall be administered and implemented so as to always remain in compliance with such laws or regulations as may be amended in the future, regardless of whether this document is actually modified to reflect such amendments in the laws or regulations.

## Section B.  Severability
The provisions of this *Policy and Procedures Manual* are hereby declared to be severable.  Should any rule or regulation, section or subsection, provision, exception, sentence, clause, phrase or part of this Manual be held by any court to be invalid or unconstitutional, then the same shall not invalidate or impair the validity, force and effect of any other rule or regulation, section or subsection, provisions, exception, sentence, clause, phrase, or part of this Manual unless it clearly appears that such other part or parts are wholly or necessarily dependent for its operation upon the part or parts so held invalid and unconstitutional, and the remainder of this *Manual* shall continue in full force and effect, it being the corporate intent, now hereby declared, that this *Manual* would have been passed, approved and adopted even if such unconstitutional or void matter had not been included herein.

## Section C.  Conflicts
Should any rule or regulation, section or subsection, provision, exception, sentence, clause, phrase or part of this *Policy and Procedures Manual* conflict with any provision of the Town Charter or Municipal Code, then the Town Charter and Municipal Code shall prevail.

## Section D.  All Prior Rules Superseded
These Policy and Procedures shall be the Human Resources Policy and Procedures for all Municipal Government employees of the Town of Farragut, Tennessee, and shall supersede all previous Personnel rules and regulations.  Those employees specifically excluded by Section 4 of the Municipal Code may not enjoy benefits and privileges of specific sections of the *Human Resources Policies and Procedures*.  Any Rule or parts of Rules in conflict with the Human Resources Rules and Regulations or the Municipal Code are repealed to the extent of such conflict.

## Section E.  Departmental Rules
Individual Town Departments may have supplemental rules and regulations that are specific to the work-related goals and mission of that department.

Supplemental rules and regulations shall not be inconsistent with the Town's *Human Resources Policy and Procedures Manual* and are subject to review and approval by the Human Resources Director and the Town Administrator.

The departmental policies and procedures must be submitted to the Town Administrator through the Human Resources Director for approval before implementation, and a copy shall be always available to all employees of that department. Human Resources activities arising out of the administration of

84

departmental policies and procedures are subject to the complaint and appeals procedures in accordance with these Rules and Regulations.

## Section F.  Implementing These Rules and Regulations

It is the responsibility of the Department Heads to carry out these rules and regulations in consultation with the Human Resources Director. Department Heads and the Human Resources Director shall be held accountable to the Town Administrator for failure to carry out these rules and regulations as written. The Town Administrator and the Human Resources Director will advise and assist the Department Heads in enforcing and interpreting these rules and regulations.

## Section G.  Further Implementation

The Human Resources rules and regulations contained herein are an outline covering personnel policies and procedures and may be further amended by specific policies and procedures duly adopted by the Board of Mayor and Aldermen.

## Section H.  Provisions for Review

It shall be the duty of the Town Administrator to review and/or modify any action taken by the Human Resources Director.

# Article XXV – Appendices

Appendix A.  Drug and Alcohol Policy

Appendix B. Acceptable use of Information Technology and Security Policy

Appendix C. Cell Phone Policy

Appendix D. Travel Policy

Appendix E. Vehicile and Idiling Policy

Appendix F. Internal Finanical Controls Policy

Appendix G. Ethics Ordinance



**DRUG AND ALCOHOL TESTING POLICY WITH DEPARTMENT OF TRANSPORTATION (DOT)
SPECIFICATIONS**

*The provisions of this policy may be amended at any time with or without prior notice to
employees to comply with federal or state law or regulations. Absent a written agreement to the
contrary, employment at the Town of Farragut is "at will" and nothing in this policy is intended to
alter that employment relationship.*

**I. PURPOSE**

The Town of Farragut (the "Town") is committed to providing a safe drug-free working
environment by making adequate provisions for the safety and health of our employees at their
place of employment. The Town is also dedicated to operating in a responsible and efficient
manner for the benefit of our citizens and the public. As a result of the societal problem concerning
drug and alcohol misuse, to which the Town is not immune, the Town has implemented a
comprehensive drug and alcohol prevention and testing program designed to combat substance
abuse.

The Town is further committed to complying with all applicable laws and regulations including, but
not limited to, adopting the State of Tennessee's Drug-Free Workplace Program and conforming to
the Department of Transportation ("DOT") regulations. The catalyst for this anti-drug and alcohol
abuse policy is the DOT Federal Motor Carrier Safety Administration Controlled Substances and
Alcohol Use and Testing Regulations, 49 CFR Part 382 (hereinafter "FMCSA regulations" or "Part
382"), which require the Town to conduct substance abuse testing of its employees who are
required to maintain commercial driver's licenses ("CDLs"). The FMCSA regulations also require the
Town to follow DOT's drug and alcohol testing procedures, 49 CFR Part 40 (hereinafter "Part 40"),
which specifies the procedures to be followed in conducting the DOT drug and alcohol testing.

The overall purpose of this policy is to prevent accidents that result from the abuse of drugs or
alcohol, thereby reducing fatalities, injuries, and property damage. **This policy is intended solely to
implement FMCSA drug and alcohol testing regulations.**

To achieve the health, safety, and efficiency goals outlined above, the Town has also
**developed a comprehensive substance abuse policy which is applicable to all Town employees
and applicants. This "General Drug and Alcohol Testing Policy" is not required by DOT but rather
is expressly and solely the policy of the Town. The General Drug and Alcohol Policy should also be
thoroughly reviewed by the employee to get a better understanding of the Town's standards,
goals and efforts to provide employee education/awareness of the harmful consequences of drug
use. Disciplinary actions for violating any of the Town's drug and alcohol policies are ultimately
controlled by the General Drug and Alcohol Abuse Policy.**

**II. DEFINITIONS**

For the purposes of this drug and alcohol abuse policy, the following definitions apply:

1. "Accident" means an accident as defined in FMCSA regulations, which means any reportable accident involving a Town commercial motor vehicle where the driver receives a citation for a moving traffic violation and the accident results in either bodily injury which requires treatment away from the scene or disabling property damage, or where there is a fatality even if the driver is not cited for a moving traffic violation.

2. "Alcohol confirmation test" means a subsequent test using an EBT, following a screening test with a result of 0.02 or greater, which provides quantitative data about the alcohol concentration.

3. "Breath alcohol technician (BAT)" means a person who instructs and assists individuals in the alcohol testing process and operates an evidential breath testing device ("EBT").

4. "Chain of custody" means the procedure used to document the handling of the urine specimen from the time the employer gives the specimen to the collector until the specimen is destroyed. This procedure uses the Federal Drug Testing Custody and Control Form (CCF).

5. "Collector" means a person who instructs and assists employees at a collection site, who receives and makes an initial inspection of the specimen as provided by those employees, and who initiates and completes the CCF.

6. "Commercial driver's license (CDL)" means a driver's license required to operate the Town's commercial motor vehicles.

7. "Commercial motor vehicle" means a motor vehicle or combination of motor vehicles and towed vehicles used in commerce to transport passengers or property when the vehicle has a gross vehicle weight rating or gross combination weight rating of 26,001 or more pounds, including a towed unit with the gross vehicle weighing more than 10,000 pounds, or a gross vehicle weight rating of 26,001 or more pounds or is designed to transport 16 or more passengers.

8. "Confirmation (or confirmatory) test" in drug testing means a second analytical procedure performed on a different aliquot of the original specimen to identify and quantify the presence of a specific drug or drug metabolite. In drug testing, a confirmation test employs the techniques and principles of gas chromatography/mass spectrometry ("GS/MS"), which uses a different technique and chemical principle from that of the initial test to ensure reliability and accuracy. In alcohol testing, a confirmation test means a second test, following an initial or screening test with a result of 0.02 or greater, which provides quantitative data of alcohol concentration.

9. "Covered CDL function (safety-sensitive function)" means any on-duty functions by a covered employee set forth in 49 CFR § 395.2, including: (a) waiting to drive a Town commercial motor vehicle; (b) inspecting, servicing, or otherwise conditioning any Town commercial motor vehicle; (c) driving a Town commercial motor vehicle; (d) being in or upon a commercial motor vehicle; (e) loading or unloading a Town commercial motor vehicle or assisting in the loading or unloading, attending a vehicle being loaded or unloaded, or remaining in readiness to operate the vehicle; (f) performing driver requirements related to accidents; or (g) repairing, obtaining assistance, or remaining in attendance of a disabled commercial motor vehicle.

10. "Covered employee" means any Town employee who is required to maintain a CDL to operate the Town's commercial motor vehicles. This includes all Town employees who

regularly, intermittently, or occasionally are required to operate the Town's commercial vehicles.

11. "Fail a test" or "test positive" means that the test result shows positive for a prohibited drug or alcohol in a person's system in an amount equal to or greater than the cutoff concentrations.

12. "Prohibited drug" means amphetamines (specifically including MDMA), cocaine, marijuana, opiates (specifically including 6-Acetylmorphine), phencyclidine ("PCP") and semi-synthetic opioids (specifically hydrocodone, oxycodone, hydromorphone, oxymorphone).

13. "Refusal to submit to a test" means refusal by an individual, who after receiving notice of the requirement to be tested in accordance with this policy and without a valid medical explanation, refuses to provide adequate breath for an alcohol test or refuses to provide a urine sample for a drug test, or otherwise engages in conduct that clearly obstructs the testing process.

14. "Substance abuse professional" means a licensed physician (i.e., a medical doctor), a licensed or certified psychologist, social worker, employee assistance professional, or addiction counselor (certified by the National Association of Alcoholism and Drug Abuse Counselors Certification Commission) with knowledge and clinical experience in the diagnosis and treatment of drug and alcohol-related disorders

III.    POLICY

 Pursuant to FMCSA regulations, this policy covers any applicant or employee required to maintain a CDL.

 Employees covered by this policy are those employees performing safety-sensitive functions (CDL functions) when they are performing, ready to perform, or immediately available to perform such functions.  Consequently, covered employees are required to follow this policy at any time they report to work, are actually working, or have immediately completed work in a covered classification.

 This policy is communicated to each covered employee by furnishing a copy of this policy to the individual and verbally discussing the policy in training sessions.  These sessions will be repeated as needed to ensure that the Town's employees are informed and aware of this policy and of the effects of drug and alcohol abuse.  New employees covered by this policy will be given a copy of this policy when hired, and they will also be included in the next available training session.

 Before administering an alcohol or drug test under this policy, the Town will inform the covered employee that the test is required by this policy and applicable FMCSA regulations.  Should an employee governed by this policy fail an alcohol test, the employee will be removed immediately from the covered position.  Should a covered employee fail a drug test under this policy, the employee will be removed immediately from the covered position upon notification to the Town by the Medical Review Officer ("MRO") of the positive test results of the drug test.  Refusal of an employee to submit to an alcohol or drug test in accordance with this policy for any purpose required under FMCSA regulations will require that the employee be immediately removed from his or her covered position.

**Violation of this policy is automatically a violation of the Town's General Drug and Alcohol Abuse Policy and will lead to disciplinary action up to and including termination under the General Policy.** Failing an alcohol or a drug test or refusing to be tested will result in a potential forfeiture of workers' compensation benefits as authorized by Tenn. Code Ann. §50-9-101 et. seq. and §50-6-110. Every employee who violates this policy shall be advised by the Town of the resources available to the employee in evaluating and resolving problems associated with the misuse of alcohol and the use of controlled substances. An employee who is not terminated will be mandatorily referred to a substance abuse professional and may be referred to rehabilitation as described in Section VI of this policy.


It is a condition of employment for an employee to refrain from reporting to work or working with the presence of drugs or alcohol in the employee's body, and if an injured employee refuses to submit to a test for drugs or alcohol or receives a confirmed positive drug or alcohol test, the employee may forfeit eligibility for workers' compensation medical and indemnity benefits. Tenn. Code Ann. §50-9-101 *et. seq.* Pursuant to Tenn. Code Ann. §50-6-110(c) if an employee tests positive on either a drug or alcohol test it is presumed that the presence of either the drug or the alcohol was the proximate cause of a workplace injury. This presumption may be rebutted by a preponderance of the evidence that such drug or alcohol was not the proximate cause of the injury.

**A. Drug Policy**
  No covered employee shall unlawfully manufacture, distribute, dispense, possess, or use a prohibited drug while on Town properties, while on duty for regularly scheduled or emergency work, while operating Town vehicles or equipment, or off the job to affect the employee's job performance or integrity on the job as a representative of the Town. An amount of a prohibited drug in an individual's body equal to or higher than the cut-off levels detected by a drug test, for the purposes of this policy, is the use of drugs by the individual.

**B. Alcohol Policy**
  No covered employee shall report to work under the influence of alcohol or use or be under the influence of alcohol while on Town properties, while on duty for regularly scheduled or emergency work or while operating Town vehicles or equipment. No covered employee shall report for duty or remain on duty in a covered position while having an alcohol concentration of 0.02 or greater. No employee may use alcohol while performing functions in a covered position.

  Moreover, covered employees are prohibited from using alcohol within four (4) hours prior to reporting to duty. If a covered employee is called to duty to respond to an emergency, the employee is prohibited from using alcohol after the employee has been notified to report for duty. A covered employee being paid to be on call for a period is prohibited from consuming alcohol during that time.

  A covered employee involved in an accident in which his or her performance has not been discounted as a factor contributing to the accident shall not use alcohol for eight (8) hours following the accident, unless he or she has been given a post-accident alcohol test or the Town has advised the employee that it has determined that his or her performance could not have contributed to the accident.

**The Town will not knowingly allow an employee to perform covered functions where the employee has violated any of the foregoing provision.**

## IV. RESPONSIBILITY

The Town Administrator has overall responsibility for this program and for approving disciplinary actions that occur because of a refusal to be tested or as a result of a positive test. The Town Administrator has the functional responsibility for the administration of the program established by this policy, coordinating with the medical review officer and the laboratory selected to do the testing, keeping records relative to drug and alcohol testing, and for coordinating and initiating testing of employees under Return-to-Work agreements.

## V. EMPLOYEE AWARENESS AND NOTIFICATION

The Town has developed a drug and alcohol awareness program to inform covered employees about the dangers of drug and alcohol abuse, the availability of counseling and treatment for employees who voluntarily seek such assistance, and the sanctions that the Town will impose for violations of its drug and alcohol policies. This program will be monitored on an on-going basis and revised as new materials and information become available.

The Town has held training sessions for its managers and department supervisors on drug and alcohol awareness, identification of drug and alcohol misuse, and the proper procedures to be followed for drug and alcohol testing. The Town will ensure that managers and department supervisors designated to determine whether reasonable suspicion exists to require a covered employee to undergo drug or alcohol testing, will receive training on the physical, behavioral, speech, and performance indicators of probable drug and alcohol misuse. During new-hire orientation, the employee will be instructed on stress and the workplace. 2. Safety and the workplace. 3. Warning signs. 4. The most commonly abused drugs in the workplace (e.g.; marijuana, cocaine/crack, inhalants, alcohol, opiates, hallucinogens, or prescription drugs, opioids, etc.). 5. The physical and psychological effects related to the abuse of the above drugs, and others. 6. The health & medical risks of substance abuse. 7. Avoiding substance abuse through wellness, exercise, diet, etc. The employee will receive a copy of the Town of Farragut Drug and Alcohol Testing Policy either in hard copy or as a PDF.

## VI. SUBSTANCE ABUSE COUNSELING

Information concerning substance abuse counseling will be included in the training sessions conducted with managers, supervisors, and covered employees. Information concerning substance abuse counseling includes the names, addresses, and telephone numbers of substance abuse professionals and counseling and treatment programs approved by the Town. Details on substance abuse counseling are available through the Town Administrator.

The Town strongly encourages employees using illegal drugs or misusing alcohol to voluntarily refer themselves to a counseling and/or rehabilitation program. A covered employee wishing to voluntarily refer himself to counseling or treatment may contact an approved counseling or treatment program directly or may place a confidential call to the Town Administrator for assistance.

A voluntary referral will not be allowed once an employee has failed a drug or alcohol test or has otherwise violated this policy. Employees are not subject to disciplinary action for voluntary referral, even if the problem involves drug or alcohol abuse, as long as they have not otherwise been found in violation of this policy.

Other violations of Town work rules or policies may subject the employee to disciplinary action. Note: covered employees who voluntarily refer themselves to a substance abuse professional and, who are in turn referred for drug and/or alcohol rehabilitation or treatment, and who release or otherwise disclose that information to the Town, will be monitored by the substance abuse professional, in partnership with the Town Administrator, to help ensure they continue to follow the treatment recommendations. Where the employee fails to follow the requirements, the Town reserves the right to mandatorily refer the employee to a substance abuse professional.

The Town reserves the right to mandatorily refer a covered employee to substance abuse counseling when work performance or the ability to safely perform in a covered position has been affected by alcohol or prohibited drugs or when the employee has otherwise violated this policy. An employee who fails either an alcohol or drug test, and who is not terminated, will be mandatorily referred to a substance abuse professional. In the case of a mandatory referral, substance abuse counseling is not confidential, and information will be given to the Town from the substance abuse professional as allowed by DOT regulations.

Costs of counseling or rehabilitation may be covered under the Town's group health insurance plan, subject to the eligibility requirements, limitations, and conditions of the plan. **All costs of counseling and rehabilitation, whether incurred because of a voluntary or mandatory referral, that are not paid or covered by the Town's group health insurance plan will be the responsibility of the employee.**

Disciplinary action related to the actions necessitating the mandatory referral to a substance abuse professional may occur prior to, during, or following the mandatory referral. Employees returning to work following a mandatory referral and rehabilitation for drug and/or alcohol misuse will be subject to a Return-to-Work agreement to help ensure the employee continues to follow the treatment recommendations of the substance abuse professional. Failure of the employee to comply with and complete the recommended treatment plan outlined by the rehabilitation facility or substance abuse professional or the terms of the Return-to-Work agreement will lead to disciplinary action up to and including termination.

An employee who is approved to enter a rehabilitation program, whether on a voluntary or mandatory referral basis, will be allowed to use accumulated off-time pay which the employee had accrued at the time of entering the program. If no paid days are available, the employee will be approved for absence without pay, as long as the employee is continuing in the rehabilitation program.

In accordance with FMCSA regulations, any covered employee or applicant for a covered position who has engaged in conduct prohibited by this policy will be advised of the resources available to him or her for evaluating and resolving problems associated with the misuse of drugs or alcohol, including the names, addresses, and telephone numbers of substance abuse professionals and counseling and treatment programs approved by the Town. Where the employee is not terminated for violating this policy, or is hired by the Town, the Town will mandatorily refer the employee to an approved substance abuse professional who will determine what assistance, if any, the employee needs in resolving problems associated with the misuse of drugs or alcohol. (See the Mandatory Referral Provision of Section VI, Substance Abuse Counseling.) Before an employee will be returned to a covered position, the substance abuse professional must certify that the employee has properly followed any rehabilitation program prescribed by that professional. Employee assistance is available by contacting any one of the following agencies:

Tennova Behavioral Services
900 E. Oak Hill Ave.
Knoxville, TN  37917
Phone:  545-7863

Metropolitan Drug Commission
501 W. Main Street
Knoxville, TN  37902
Phone: 588-5550

Alcohol and Drug Referral (in patient referral)
Hotline:  1-800-252-6465

Alcoholics Anonymous (AA)
Hotline:  522-9667 (Knoxville)

Narcotics Anonymous (NA)
Hotline:  1-844-409-3762

Helen Ross McNabb Center, Inc.
Alcohol and Drug Program
5310 Ball Camp Pike
Knoxville, TN  37920
Phone:  523-4704
Metro Main number: 637-9711

United HealthCare Employee Assistance Program
Myuhc.com to access provider's names

**Nothing contained herein should be construed as restricting the Town's right to terminate a covered employee for violating this policy or the Town of Farragut's General Drug and Alcohol Abuse Policy.**

### VII. TESTING PROCEDURES AND METHODOLOGY

The Town will conduct drug and alcohol testing under this policy in accordance with the procedures set forth in Part 40. The Town has implemented the Part 40 procedures in a separate document entitled, "The Town of Farragut's Drug and Alcohol Testing Procedures" (hereinafter sometimes called the "Testing Procedures"), which is hereby referenced and made a part of this policy the same as if it had been fully rewritten herein. A copy of the Testing Procedures is available to any employee (or applicant) upon request directed to the Town Administrator. A summary of the Testing Procedures is as follows:

### A. Drug Testing Procedures

Drug testing under this policy will involve the screening of urine samples for the prohibited drugs. The initial test performed on the urine sample will be an enzyme-multiplied-immunoassay technique ("EMIT") screen which will be used to eliminate negative urine specimens from further consideration. All specimens identified as positive through the EMIT screen will be confirmed by using gas chromatography/mass spectrometry ("GC/MS") techniques at the cutoff levels set forth in the Testing Procedures.

The collection of urine samples for drug testing under this policy will occur at the offices of **Occupational Health Systems, 9135 Middlebrook Pike Knoxville, TN 37923** or at another designated collection site in the discretion of the Town Administrator. A designated collection site, including properly equipped mobile facilities, will be any suitable location where a urine specimen can be collected under conditions set forth in the Testing Procedures.

Personnel trained in the process of collecting the urine samples and seeing that correct chain of custody procedures are followed will be available at the collection site. The Town, or any subsequent contractor performing the Town's urine specimen collection, shall have all necessary personnel, materials, equipment, facilities, and supervision to provide for the collection, security, temporary storage, and shipping of urine specimens to a certified drug testing laboratory designated by the Town. These personnel shall follow standard prescribed laboratory procedures and the Town of Farragut's Drug and Alcohol Testing Procedures to ensure that the drug test results of the urine samples are attributable to the correct employee and to preserve the integrity of the testing process and validity of the test results.

At the time of the publication of this policy, **Medtox, St. Paul, MN**, a DHHS-certified laboratory, has been selected by the Town to perform the testing of urine samples collected under this policy. The laboratory shall provide services in accordance with Parts 40 and 382. If a need arises for a confirmation of a positive result by another laboratory, or for the purpose of analyzing split sample specimens, another DHHS-certified laboratory will be selected from the published list of DHHS-approved laboratories in the Federal Registry or latest DOT publication. Even further, if business needs of either the Town or its Medical Review Officer require or call for change of laboratory, the Town and the MRO may select another DHHS-certified laboratory from the DHHS-approved list at any time. It is the employee or job applicant's responsibility to notify the laboratory of any administrative or civil action brought pursuant to the State of Tennessee's Drug Free Workplace Program.

The results of the drug test performed by the laboratory will be forwarded to the Town's designated MRO who, among other things, is responsible for reviewing the results of the drug test before they are reported to the Town. Verified results of the drug test will be communicated by the MRO to the Human Resource Director. A verified positive, adulterated or substituted test result

communicated to the Town will result in the employee being immediately removed from performing any covered functions. Disciplinary action will be imposed pursuant to and in accordance with the Town's General Drug and Alcohol Abuse Policy and will involve discipline up to and including termination. Further details concerning the MRO's responsibilities, the communication of the results of drug tests to the Town, and the ability of an employee to request that a retest of the split specimen by a different laboratory be conducted, are set forth in this policy and the Town's Drug and Alcohol Testing Procedures.

**B. Alcohol Testing Procedures**

Alcohol testing will be conducted using evidential breath testing ("EBT") devices which have been approved by the National Highway Traffic Safety Administration ("NHTSA") and placed on NHTSA's "Conforming Products List of Evidential Breath Measurement Devices." Alcohol testing may be conducted by either the Town or its authorized agents, who will use an EBT device capable of printing out the results, date and time, sequential test number, and the name and serial number of the EBT to ensure reliability of the results. The locations for testing will afford sufficient privacy to the individual being tested to prevent unauthorized persons from seeing or hearing test results. The Town (or its agents) may utilize mobile collection facilities which meet the DOT privacy requirements.

An initial or screening test will be performed by a qualified BAT utilizing an EBT. Any screening test result with an alcohol concentration less than 0.02 is considered a negative test result, and no further action will be taken. However, if the alcohol concentration in the screening test is 0.02 or greater, a second or confirmation test will be conducted after a 15-minute waiting period.

The confirmation test may be conducted on the same EBT or different EBT by the BAT, but it must be performed no sooner than 15 minutes and no later than 30 minutes after the screening test. The confirmation test result is deemed to be the result upon which any action will be taken under this policy. The employee and BAT will complete and sign the alcohol testing form in accordance with the Town's Drug and Alcohol Testing Procedures, and the BAT will report the test results to the Human Resource Director. A confirmation test result with an alcohol concentration of 0.04 is considered a positive test, and the employee will be immediately removed from performing any covered functions. Where a covered employee is found to have an alcohol concentration of greater than 0.02 but less than 0.04, the employee will not be allowed to perform or continue to perform covered functions until the start of the next regularly scheduled shift, but in any event not less than 24 hours following the administration of the confirmation test. Any disciplinary action taken for a violation of this policy will be imposed pursuant to and in accordance with the Town of Farragut's General Drug and Alcohol Abuse Policy and not DOT regulations or this policy. Disciplinary action in accordance with the Town of Farragut's General Drug and Alcohol Abuse Policy may involve discipline up to and including termination.

**VIII. PRE-EMPLOYMENT DRUG TESTING**

In accordance with FMCSA regulations, a pre-employment drug test is required before an applicant is employed in a covered position or an employee transfer or is promoted from a non-covered to a covered position. Urine specimens will be screened for the prohibited drugs as defined in this policy. Procedures for taking urine samples and handling of the specimens will be in accordance with the Town's Drug and Alcohol Testing Procedures. The test will be conducted after the Town

Appendix A: Drug and Alcohol Policy (DOT)

makes an offer of employment or transfer, and such offer of employment or transfer will be contingent on the employee passing the pre-employment drug test.

Applicants for a covered position (or employees transferred/promoted to a covered position) will be given a summary of this policy and will be advised where the entire policy and testing procedures can be reviewed if they so request. Individuals subject to pre-employment drug testing under this policy will acknowledge having read or had this policy explained to them and should understand that they are subject to its contents as a condition of employment.

A negative test result is required before employment or transfer/promotion into the covered position. Applicants who test positive on the drug test or who refuse to take the test will not be hired and will not be eligible to be considered for employment at the Town until the applicant shows proof of successful completion of a drug rehabilitation program. **Employees transferring or being promoted to a covered position who test positive in the drug test will be in violation of the Town of Farragut's General Drug and Alcohol Abuse Policy and will be subject to disciplinary action up to and including termination.**

In addition to pre-employment testing, covered employees who have a CDL at the time of employment and/or before any employee begins to perform safety-sensitive work will be required to sign consent forms authorizing previous employers to release to the Town information within the preceding three years concerning (i) any positive alcohol test (0.04 or above) for the employee; (ii) any positive drug test for the employee; and (iii) any refusals by the employee to tested. If it is not feasible for the Town to obtain and review this information prior to the time the employee begins to perform safety-sensitive functions, such information must be obtained and reviewed by the Town within 30 calendar days after the employee first performs safety-sensitive functions. The Town will not permit a CDL employee to perform safety-sensitive functions after 30 days without first obtaining and reviewing the required information.

The above information may be obtained by the Town from previous employers either orally or in writing. The Town will maintain a written, confidential report with respect to each employer contacted and will ensure the confidentiality of the information provided by the previous employers. The Town will not permit a CDL employee to perform safety-sensitive functions who has either previously tested positive for alcohol, tested positive for drugs, or refused to be tested, unless and until the Town obtains (i) information that the employee has subsequently tested negative on a return-to-duty test; and (ii) records pertaining to a subsequent determination by a substance abuse professional concerning the employee's need for assistance and compliance with recommendations of the substance abuse professional. If the Town is unable to obtain the required information on such an employee, the employee may be terminated.

## IX.     RANDOM DRUG AND ALCOHOL TESTING

In accordance with FMCSA regulations, all covered employees will be subject to random drug and alcohol testing. Beginning upon the effective date of this policy, covered employees will be tested for prohibited drugs at a rate equal to 50% of those employees employed as of the first day of the calendar year. Covered employees will also be tested for alcohol misuse as specified in this policy at a rate equal to 10% of the covered employees employed as of the first day of the calendar year. These testing rates are subject to change at the beginning of each calendar year pursuant to FMCSA regulations. The Town will advise covered employees of any change in the random rate before such change is implemented.

Appendix A: Drug and Alcohol Policy (DOT)

The frequency of testing dates will vary, and testing will be reasonably spread throughout the year. The process will be unannounced as well as random, and employees will be notified that they have been selected for testing only **after** they have reported for duty on the day of testing.

The testing will be done using a random selection of dates coupled with a random number table or computer-based random number generator that is matched with an employee's social security number or other appropriate identification number. The Town reserves the right to create multiple pools of covered employees if it will ensure that all covered employees are subject to the appropriate alcohol testing rate of 10% and drug testing rate of 50%. All testing will be conducted in accordance with the Town's Drug and Alcohol Testing Procedures.

Since covered employees are subject to both random drug and alcohol testing, the Town reserves the right to conduct random drug and alcohol testing simultaneously, provided that the covered employees, who are tested simultaneously for drug and alcohol misuse, are selected at the appropriate annual rate for drugs and alcohol, respectively. For example, where the annual drug testing rate is 50% and the annual alcohol testing rate is 10%, the Town reserves the right to create a pool of covered employees and will randomly select twenty percent of the employees identified for both drug and alcohol testing, while the remaining eighty percent will be drug tested only. In the case where an employee is tested for both alcohol and drugs, the alcohol test will be performed first.

An employee who refuses to take a random alcohol or drug test will be in violation of this policy and will be immediately removed from his or her covered position. Refusal to take the test is a violation of the Town of Farragut's General Drug and Alcohol Abuse Policy and will subject the employee to immediate termination under that policy. Any covered employee who fails an alcohol or drug test will be immediately removed from a covered position and will be in violation of the Town of Farragut's General Drug and Alcohol Abuse Policy which provides that failing an alcohol and/or drug test will result in disciplinary action up to and including termination. If the employee is not terminated, the employee is subject to the provisions of Section VI, Substance Abuse Counseling, and the provisions of Section XII, Return-to-Duty and Follow-Up Testing.

## X.     REASONABLE SUSPICION TESTING

FMCSA regulations and the Tennessee Drug-Free Workplace Program require testing of covered employees upon reasonable cause or suspicion that the employee is using prohibited drugs or misusing alcohol. Whenever the Town reasonably suspects that a covered employee has violated the provisions of this policy, the Town will require the employee to submit to either an alcohol or drug test or both. Tests administered based on reasonable suspicion will be conducted in accordance with this policy and the Town of Farragut's Drug and Alcohol Testing Procedures.

The Town's determination that reasonable suspicion exists will be based on specific and contemporaneous observations concerning the appearance, behavior, speech, or body odors of the employee, indicating that the employee is in violation of this policy. Reasonable suspicion sufficient to justify either or both an alcohol or drug test may be based on, but is not limited to, direct observation by a manager or department supervisor of symptoms of alcohol or drug use such as slurred speech, unsteady walk, impaired coordination, displays of violent behavior, argumentative, improperly talkative, loud or uncontrolled laughter; information provided by reliable and credible sources; job performance; behaviors over a period of time; or similar conduct or appearance indicative of alcohol or drug use. In determining reasonable suspicion, a manager or department supervisor can consider job performance over a period or continued deterioration of job

Appendix A: Drug and Alcohol Policy (DOT)

performance if that has resulted in a pattern of events identifiable with alcohol or drug misuse, or information provided by a reliable or credible source, but the decision to test must be grounded in the manager or department supervisor's contemporaneous observations. In addition, the occurrence of a serious or potentially serious incident or accident that may have been caused by human error, or flagrant violations of established safety, security, or other operational procedures can constitute grounds for testing under this section.

The determination to administer either or both a drug or alcohol test based on reasonable suspicion must be made by at least two managers or department supervisors, one of whom is trained in the detection of possible symptoms of drug or alcohol use. Both managers and supervisors must substantiate and concur in the decision to test. The observations giving rise to the decision to administer a drug and/or alcohol test must be made during, just preceding, or just following the period of the workday that the covered employee is required to follow this policy. The requirement of having two supervisors observe the conduct can be reduced to one supervisor when it is not feasible for two supervisors to witness the conduct.

*NOTE: If the alcohol test is not administered within two hours following the reasonable suspicion determination, the Town will prepare a written record stating the reasons why the test was not promptly administered. If the test is not administered within eight hours following the reasonable suspicion determination, the Town will cease attempts to administer the test and will record, in writing, the reasons for not administering the test. If the reasonable suspicion test is not administered, the Town will, nevertheless, not permit a covered employee to remain on duty in a covered position while the employee is under the influence of alcohol as shown by behavioral, speech, or performance indicators and will not allow an employee to perform in a covered position until an alcohol test is administered and the employee's alcohol concentration measures less than 0.02 on the start of the employee's next shift but, in any event, not less than twenty-four hours following the reasonable suspicion determination.*

Within 24 hours of the reasonable suspicion determination, the managers or department supervisors will document the covered employee's conduct, in writing, which led to the determination to conduct a reasonable suspicion drug test. A copy of this documentation shall be given to the employee upon request and the original documentation shall be kept confidential by the Town pursuant to Tenn. Code Ann. § 50-9-109 and shall be retained by the Town for at least one (1) year. The managers or department supervisors witnessing the conduct must have received training in the identification of actions, appearance, or conduct of an employee indicative of the use of a prohibited drug or alcohol. Once it is determined that an employee should be subjected to a reasonable suspicion test, the verifying manager or department supervisor shall contact the HUman Resource Director to coordinate the testing and to obtain any necessary instructions.

Any covered employee who refuses to take a reasonable suspicion drug or alcohol test will be in violation of this policy and will be immediately removed from his or her safety-sensitive position. Refusal to take a test is a violation of the Town's General Drug and Alcohol Abuse Policy and will subject the employee to immediate termination under that policy. An employee who agrees to be tested will be transported to and from the collection test site. Where a reasonable suspicion drug test is administered or administered in addition to a reasonable suspicion alcohol test, the employee will be removed from covered activities pending receipt of the drug test results even if the employee passes the alcohol test.

If an employee is subjected to a reasonable suspicion drug test, or fails a reasonable suspicion alcohol test, the employee should decide to be transported home. The employee should be instructed not to drive any motor vehicle due to the reasonable belief that he or she may be under the influence of a prohibited drug or due to the positive alcohol test result. If an employee who has failed a reasonable suspicion alcohol test insists on driving, the proper local enforcement authorities should be notified that an employee whom the Town believes to be under the influence of alcohol is leaving Town premises driving a motor vehicle.

An employee who tests positive on a reasonable suspicion test will be in violation of this policy and the Town's General Drug and Alcohol Abuse Policy. Violation of the Town's General Drug and Alcohol Abuse Policy subjects the employee to disciplinary action, up to and including termination. If the employee is not terminated, the employee is subject to the provisions of Section VI, Substance Abuse Counseling, and the provisions of Section XII, Return-to-Duty and Follow-Up Testing.

### XI.    POST-ACCIDENT DRUG AND ALCOHOL TESTING

The Town will conduct post-accident drug and alcohol testing under this policy only for those accidents where a CDL employee driving a Town commercial motor vehicle is involved in an accident where there is the loss of human life or where the employee receives a citation for a moving traffic violation arising from the accident and the accident results in either bodily injury which requires treatment away from the scene or disabling property damage. Post-accident drug and alcohol tests will be conducted in accordance with the Town's Drug and Alcohol Testing Procedures. **Accidents which do not meet the definition of this policy, but which involve Town employees, may require post-accident drug and alcohol testing under the Town's General Drug and Alcohol Abuse Policy. Covered employees will be advised whether they are being tested under this policy or under the Town's General Drug and Alcohol Abuse Policy.**

A covered employee may not consume any alcohol for eight (8) hours following the accident or until an alcohol test has been conducted. A covered employee subject to post-accident testing under this policy who fails to remain readily available for testing may be deemed by the Town to have refused to submit to the required testing. But nothing herein is intended to require the delay of necessary medical attention for injured people or prohibit a covered employee from leaving the scene of the accident for the period necessary to obtain assistance or necessary emergency medical care.

If an alcohol test is not administered within two (2) hours following the accident, the Town will prepare written records stating the reasons why the test was not properly administered. If the test is not administered within eight (8) hours following the accident, the Town will cease attempts to administer an alcohol test and will prepare a written record for the reasons for not administering the test. If a drug test is not administered within thirty-two (32) hours following the accident, the Town will cease attempts to administer the test and will prepare a written record for the reasons for not administering the test.

If a covered employee refuses to submit to post-accident testing, the employee will be immediately removed from the covered position. Under the Town's General Drug and Alcohol Abuse Policy, the employee will be charged with insubordination and subject to immediate termination. If an employee agrees to be tested, he or she will be transported to and from the collection test site. Any employee selected for post-accident testing under this policy will not be allowed to proceed alone to or from the collection test site. Because a post-accident drug test will

be administered in addition to an alcohol test, the employee after returning from the collection site will not be allowed to perform covered functions pending the results of the drug test even if the result of the alcohol test is negative.

   If an employee fails the alcohol test, the employee should plan to be transported home.  The employee should be instructed not to drive any motor vehicle due to the positive alcohol test.  If the employee who has failed the alcohol test insists on driving, the proper local law enforcement authorities should be notified that an employee, whom the Town believes to be under the influence of alcohol, is leaving Town premises driving a motor vehicle.

   An employee who tests positive on a post-accident alcohol or drug test will be removed immediately from his or her covered position.  The employee will be in violation of the Town's General Drug and Alcohol Abuse Policy, which provides that failing an alcohol or drug test subjects the employee to disciplinary action, up to and including termination.  If the employee is not terminated, the employee is subject to the provisions of Section VI, Substance Abuse Counseling, and the provisions of Section XII, Return-to-Duty and Follow-Up Testing.   A positive test or a refusal to test may result in a forfeiture of workers' compensation benefits.

## XII.    RETURN-TO-DUTY AND FOLLOW-UP TESTING

   Any covered employee who has either refused to take or has failed a drug or alcohol test, or who has otherwise violated this policy, but who has not been terminated, must pass a return-to- duty drug and/or alcohol test administered under this policy before the employee will be allowed to return to work in a covered position.  The alcohol or drug test administered for return-to-duty testing will be conducted in accordance with the Town of Farragut's Drug and Alcohol Testing Procedures.

   Covered employees, who have engaged in conduct prohibited by this policy concerning alcohol, shall undergo a return-to-duty alcohol test immediately before returning to work, and the covered employee must have a test result indicating an alcohol concentration of less than 0.02 before returning to duty.  Covered employees, who have engaged in conduct prohibited by this policy concerning prohibited drugs, shall undergo a return-to-duty drug test with the result indicating a verified negative test result before returning to duty.

   In addition, if as a result of a mandatory referral under this policy, a substance abuse professional makes a determination that some form of further evaluation and/or treatment is required, then the covered employee must comply with the recommendations of the substance abuse professional to be considered eligible to return-to-duty.  Following a determination by a substance abuse professional approved by the Town that a covered employee, who has failed a drug or alcohol test, is in need of assistance in resolving problems associated with alcohol or drug abuse, a covered employee returning to duty will be subject to unannounced follow-up alcohol and/or drug testing as recommended by that substance abuse professional.

   The follow-up testing may include testing for both drugs and alcohol, as directed and determined by the substance abuse professional.  Follow-up testing may be continued for up to 60 months, but it will consist of at least six tests in the first twelve months following the employee's return-to-duty.  The duration and extent of the follow-up testing will be determined by the Town, in consultation with the substance abuse professional or MRO, and will be based on the extent of the employee's substance abuse problem and nature of the employee's position.  All follow-up drug and alcohol testing will be conducted in accordance with the Town's Drug and Alcohol Testing Procedures.

Appendix A: Drug and Alcohol Policy (DOT)

A covered employee will be required to sign a Return-to-Work agreement before returning to work, which will include, among other things, any follow-up testing and other conditions pertinent to that employee's continued employment with the Town. If a covered employee refuses to submit to return-to-duty or follow-up testing, the employee will not thereafter be used in a position covered by this policy and will be subject to immediate discharge for insubordination as set forth in the Town's General Drug and Alcohol Abuse Policy. Likewise, any covered employee who has a confirmed positive test result for a return-to-duty or follow-up test will not thereafter be used in a position covered by this policy and will be subject to immediate termination under the Town's General Drug and Alcohol Abuse Policy.

**Return-to-duty and follow-up testing are not options under this policy if the Town terminates an employee who has tested positive or has refused to submit to a test.**

### XIII.    USE OF PERSONS WHO FAIL A DRUG OR ALCOHOL TEST OR WHO REFUSE TO TEST

Compliance with this policy is a condition of employment. Refusal of a covered employee to take a drug or alcohol test or failing a drug or alcohol test will result in removal from a covered position under this policy. Refusing to take or failing to take a drug or alcohol test are violations of the Town's General Drug and Alcohol Abuse Policy and subjects the employee to disciplinary action under that policy up to and including termination and will result in a potential forfeiture of workers' compensation benefits as authorized by Tenn. Code Ann. § 50-9-101 *et. seq.* and § 50-6-110.

Before a covered employee can be returned to duty requiring the performance of covered functions, the employee must pass a return-to-duty test and be evaluated by a substance abuse professional who will certify that the employee has properly followed any rehabilitation program prescribed by that professional. Nothing herein entitles an employee to be returned to duty if the employee is terminated under the Town's General Drug and Alcohol Abuse Policy.

Any employee who fails or refuses to take a second test required by this policy (*i.e.*, either a return-to-duty or follow-up test after returning to duty) will not thereafter be used in a position covered by this policy and will be subject to immediate termination under the Town's General Drug and Alcohol Abuse Policy.

### XIV.    MEDICAL REVIEW OFFICER ("MRO")

At the time of publication of this policy, the Town has designated **Christopher Copeland, M.D., Occupational Health System, 9135 Middlebrook Pike, Knoxville, TN 37923** as its Medical Review Officer. If business needs of the Town require or call for change of MRO, the Town Administrator may select another qualified MRO at any time, provided that the newly selected MRO has and maintains all necessary certifications and qualifications.

The MRO will be responsible for reviewing the results of drug tests before the results are reported to the Town; reviewing and interpreting each confirmed positive test to determine if there is an alternative medical explanation for the positive result; conducting an interview with the individual who has tested positive; reviewing the individual's medical history and all medical records made available to him or her by the individual to determine if the positive result occurred from legally-prescribed medication; requiring a retest of the original specimen if the MRO deems it is necessary; verifying that the laboratory report and assessment are correct; determining when an employee who tested positive or refused to test can return-to-duty; determining an appropriate schedule of

follow-up unannounced testing in accordance with the follow-up testing provisions; and ensuring that an employee has passed an appropriate return-to-duty drug test conducted in accordance with this policy and the Town's Drug and Alcohol Testing Procedures before returning to work.

If the MRO determines that there is a legitimate medical explanation for the positive test result other than the use of a prohibited drug, the MRO will conclude that the test is negative and will report the test result to the Town as negative. If the MRO concludes that a particular drug test is scientifically insufficient, the MRO will conclude that the test is negative for that individual. If the MRO determines that there is no legitimate explanation for the positive test result other than the use of a prohibited drug, the MRO will communicate the result of the verified positive test to the Human Resource Director. It is the employee's responsibility to inform the MRO that prescription drug use may have affected the drug test result.

An applicant or employee who receives a positive or confirmed test may contest or explain the result to the MRO within five (5) working days after receiving written notification of the test result. If the applicant's or employee's explanation or challenge is unsatisfactory to the MRO, the MRO shall then report the positive test result to the Human Resource Director and will maintain complete confidentiality, except as otherwise permitted by the individual employee (or applicant) or other applicable federal or state law.

Employees and job applicants may consult with the MRO for technical information regarding prescription and non-prescription medication.

Because the Town will utilize the split sample method of collection under this DOT Policy, a covered employee (or applicant) can request that the MRO direct the retest of a split specimen by a different DHHS-certified laboratory, and the MRO will abide by such a request, provided such a request is made within seventy-two (72) hours of the employee (or applicant) having been notified of the verified positive result. The MRO is responsible for informing the employee (or applicant) of his or her right to request the retest. If the retest does not confirm the original test, the MRO will cancel the test and report the reasons for the cancellation to the Human Resource Director, DOT, and the employee (or applicant). The person requesting the retest is responsible for paying the cost of the second test, but if the retest is negative, the cost will be reimbursed.

Results of negative tests will be communicated by the MRO to the Human Resource Director, who in turn will advise the appropriate manager as indicated by the employment status of the person tested. Further details concerning the MRO's responsibilities are set forth in the Town's Drug and Alcohol Testing Procedures.

## XV.    RETENTION OF SAMPLES

Urine samples that yield positive results and which have been confirmed by the MRO will be retained by the laboratory and properly secured (long term), frozen and stored for at least 365 days. Within this 365-day period, the employee, FMCSA or state agencies within their jurisdiction, or the Town's may request in writing that the sample be retained for an additional period. The laboratory may discard the sample if no such request is received within the 365-day period.

## XVI.    USE OF PRESCRIPTION DRUGS

The Town recognizes that use of prescription drugs under the supervision of appropriate health care professionals is protected under the Americans with Disabilities Act ("ADA"). However, legal use of certain prescription drugs by employees in covered positions may cause impairment and create dangerous situations in the work place. Accordingly, employees who are required to take

Appendix A: Drug and Alcohol Policy (DOT)

prescription drugs which may cause impairment must strictly conform to the limits prescribed by a licensed medical practitioner familiar with the employee's medical history and assigned duties. Failure to do so, e.g., by taking prescription drugs without a prescription, or in amounts greater or more frequently than that prescribed or otherwise in violation of the foregoing requirements, is conduct prohibited by the Town's General Drug and Alcohol Abuse Policy and subjects the employee to disciplinary action, up to and including termination. Moreover, all employees are directed to advise their prescribing physician of any safety-sensitive responsibility that they perform for the Town before taking prescribed medication which may prevent them from performing their jobs in a safe manner.

It is the responsibility of any employee who tests positive in a drug test to inform the MRO of any prescription or non-prescription drug use that may have affected the results of the drug test. The purpose of this disclosure will assist the MRO in determining whether such prescription or non-prescription drug use is the source of any positive test result.

Any records of prescription drugs in the possession of the MRO will be maintained in a confidential manner and disclosed to the Town only to the extent necessary to address any work-related safety risks.

Records of Town employee reports of prescription drugs in the possession of the MRO are recognized to be private and sensitive records. These records will be maintained by the MRO in a secure fashion to ensure confidentiality and will be disclosed to the Town Administrator or Human Resource Director only to the extent necessary to address any work-related safety risks occasioned by the prescription drug use. The Town will maintain any such records in a secure fashion to ensure confidentiality.

## XVII.    RECORD RETENTION -- CONFIDENTIALITY

Records of the Town's drug and alcohol abuse prevention and testing program are recognized to be private and sensitive records and will be maintained separate and apart from personnel records in a secure fashion to ensure confidentiality. The Human Resource Director, Town Administrator, or their appropriate designee shall be deemed the custodian of these confidential records. Access to these records shall be obtained only through these individuals. These records will be handled on a strict "need to know" basis.

The Town and the MRO will maintain records which comply with the requirements of FMCSA regulations. In summary, records shall be maintained in accordance with the following schedule:

(1)   **Five Years** -- The following records shall be maintained for a minimum of five (5) years: (i) alcohol test results indicating an alcohol concentration of 0.02 or greater, or records of verified positive drug test results; (ii) documentation of refusal to take the required alcohol or drug test (including substituted or adulterated drug test results); (iii) SAP reports, and (iv) all follow-up tests and schedules for follow-up tests.

(2)   **Three Years** – Information obtained from previous employers under §40.25 concerning drug and alcohol tests of employees

(3)   **Two Years** -- Records related to drug and alcohol testing collection process and training, including the inspection, maintenance, and

calibration of EBTs, shall be maintained for a minimum of two (2) years.

(4) **One Year** -- Records of negative and cancelled drug and alcohol test results shall be maintained for a minimum of one (1) year.

Any of the records listed above may be maintained for an indefinite period of time beyond the above-specified minimums at the Town's discretion.

   Information regarding an individual's drug or alcohol use, including testing results and rehabilitation or treatment, will not be released by the Town except upon written authorization by the covered employee or as hereinafter provided.  The Town will make the records available to a subsequent employer upon receipt of written request from the covered employee.  The Town may also disclose, regardless of consent, such information to proper representatives of FMCSA and/or other federal or state agencies within their jurisdiction.  Such consent must include the following information:  the name of the person authorized to obtain the information; the purpose of disclosure; the precise information to be disclosed; the duration of the consent; and the employee's signature.  Information regarding an individual's alcohol or drug use and testing information may also be disclosed regardless of consent to the decision-maker of a judicial or administrative tribunal in the event of a lawsuit, grievance, civil service, unemployment compensation, workers' compensation, or other proceeding brought by or on behalf of the covered employee arising from the results of a test or violation under this policy.  Statistical data related to drug testing and rehabilitation -- without identifying the names of the individuals and with all personal identifies removed -- will be made available to the proper representatives of FMCSA and/or the Tennessee Public Service Commission, including its successor entity, upon request.

## XVIII.   REPORTING RESULTS TO FMCSA

As required by FMCSA, the Town will prepare and maintain an Annual Calendar Year Summary of the results of its drug and alcohol testing programs in the form required by FMCSA.  This Annual Calendar Year Summary will be completed by March 15 for the previous calendar year, and if the Town is notified by FMCSA to report this information, it will do so within the time and in the format requested.

Appendix A: Drug and Alcohol Policy (DOT)



**Information Security Policy**
**Subject:**
Acceptable Use of Information Technology Assets Policy
**Purpose:**
The purpose of this policy is to inform users of the Town of Farragut's (the Town) Information Technology Assets of what Information Technology uses are permissible and what uses are prohibited. Compliance with this policy drives the Town's ability to protect government resources, services, employees and the citizens of the Town.
**Definitions:**
Certain capitalized terms used in this policy have specific meanings as defined by the Glossary section of this document.
**Policy:**
1. **Access and Use**
    1.1. User Access – All User access to Information Technology Assets:
       - Shall be approved by Department Head,
       - Shall be limited to the Information Technology Assets necessary and appropriate for the User to perform the job duties and functions assigned to him or her.

2. **Sensitive Information**
    2.1. User responsibility
       Users shall be required to know the Classification of the Information of the Town to which they have access, and which they are permitted to work. Users shall understand the appropriate Security Controls that should be applied to that Information.
    2.2. Dissemination and Confidentiality
       Sending, transmitting, or otherwise disseminating Sensitive Information shall be strictly prohibited unless authorized by the Department Head. Users shall not publish or disclose any Sensitive Information to others using personal email, or to any Internet sites, or through Internet blogs or sites such as Facebook or Twitter. Users shall immediately return any documents or media containing Sensitive Information to their Department Head or Human Resource Director upon termination.  Users shall have no right to any ownership interest in any Sensitive Information accessed or created by the User during and in the scope of the User's work at the Town. Users shall maintain the confidentiality of Sensitive Information after termination of employment.
    2.3. Access from External Devices
       A User shall not access Sensitive Information from a Device other than one issued to the User by the Town or an Approved User Owned Device. Any exceptions to this rule must be approved by the Department Head in conjunction with the Information Technology Manager.

3. **Security**
    3.1. Use of Passwords or other Authenticating Information
       Users shall be responsible for keeping Authenticating Information, including passwords, private and protected. Authenticating Information shall not be printed, kept near the Device in handwritten form, stored online or shared with others, including managers or

1
Appendix B: Acceptable use of Information Technology and Security Policy

supervisors. A User shall not use an "AutoComplete" feature that allows a device to remember usernames or user id's and passwords to access Sensitive Information.

Users shall be responsible for ensuring the proper use of their account and any actions performed with a User's account shall be the responsibility of that User. Users shall not be permitted to allow other Users to have access to their Authenticating Information unless explicitly approved by the User's Department Head. Users shall be responsible for following all standards with regard to Authenticating Information. Immediately following instances of sharing Authenticating Information, User's password(s) must be reset.

3.2 Use of Authenticating Mechanisms such as Logical Locks
All Town Devices that provide access to the Network or to Sensitive Information shall employ Authenticating Mechanisms such as software that allows the Device to be locked so that access to the operating system or application requires the User to re-enter Authenticating Information. Users are required to use this software feature.

3.3 Use of Authenticating Mechanisms for Physical Access
Users shall not use physical access to mechanisms to permit any User not similarly authorized to gain access to any secure area.

3.4 Virus Protection
A User shall never download files from the Internet from unknown sources, open attachments to email from unknown sources, use Removable Media from unknown sources, or otherwise risk virus infection, except where permitted by the Users Department Head or the Information Technology Manager. If a User has any reason to suspect material may be infected, the User shall immediately contact the Information Technology Manager or the Town's approved helpdesk vendor so that the material can be virus scanned. Users shall not knowingly or negligently store, send or create destructive programs, including any virus, self-replicating code or any other program that operates in a similar fashion. Users shall not disable or modify the existing Town supported anti-virus software.

3.5 Prohibited Acts
   3.5.1 Personal Use
   Information Technology Assets are intended for business purposes. Users shall not use Information Technology Assets to engage in Internet gambling, post in non-business-related chat rooms or on non-business-related Internet Web logs (blogs), or to view pornographic or other inappropriate material as discussed below in 3.5.2. Occasional, limited, reasonable, and appropriate personal use shall be permitted when such use does not:
   - Interfere with the User's work performance;
   - Interfere with any other User's work performance;
   - Unduly impact the operation of the Town and/or its Information Technology;
   - Violate any Federal, State, or Local law, rule regulation or court order; or
   - Violate any provisions of this policy, or any other Town Policy, standards or practices.

   3.5.2 Inappropriate Material

Appendix B: Acceptable use of Information Technology and Security Policy

Information Technology Assets shall not be used to upload, download, communicate, create, store, send or intentionally, view, access or display material that is fraudulent, libelous, harassing, embarrassing, sexually explicit, profane, obscene, intimidating, defamatory, or otherwise unlawful or inappropriate. The above prohibition shall not apply where such treatment of such material has been explicitly authorized by the Town Administrator for the purpose of preserving evidence, or for other good reason.

Sending messages with derogatory or inflammatory remarks, including, but not limited to , remarks about race, color, national origin, gender, age, religion, sexual orientation or disability may violate Federal, State or Local laws rule and policies on discrimination and sexual harassment. Such messages shall not be transmitted or forwarded using Information Technology Assets except where authorized by the Town Administrator for the purpose of preserving evidence or for other good reason, or as otherwise expressly required by their assigned job duties. Users encountering or receiving any such prohibited messages or material shall report the incident to a supervisor or a Department Head.

3.5.3 Intellectual Property Rights

The illegal duplication of software is strictly prohibited. Users shall not make, acquire, use, or provide to others unauthorized copies of computer software. Information Technology Assets shall not be used to illegally obtain, store, or copy computer software or information protected by copyright, including, without limitation, music, video, web casts, streaming media, audio content, software, designs, or other intellectual property.

3.5.4 Relocation and Modification of Information Technology Assets

Relocating or modifying Information Technology Assets including, but not limited to, network equipment, software, or peripherals, shall be coordinated through the Information Technology Manager or the Town approved help desk vendor.

3.5.5 Unauthorized System Access

The Ability to read, alter or copy a file belonging to another User shall not imply permission to access that file. Use of Information Technology Assets to obtain unauthorized access to the computer systems of other individuals, companies or entities (i.e., "hacking") are strictly forbidden.

3.5.6 Proper Storage of Town Information

Critical Business Information shall be stored on Network drives located on Town supported servers that are backed up and where access to this information can be secured. Storage of Town Critical Business Information to local storage on a desktop system shall be allowed when explicitly approved by the Department Head and shall be consistent with applicable data retention policies. The storage of Information of the Town to third party hosted Network storage areas, such as Microsoft SkyDrive, Google Docs, Dropbox or other cloud storage mechanisms, shall not be allowed without prior approval of the Information Technology Manager.

3.5.7 Waste and Abuse

Users shall not monopolize or otherwise deliberately perform acts that waste, impair, damage or prevent the use by other Users of Information Technology Assets or Information belonging to the Town, or attempt to do any of the above.

3.5.8 Unauthorized Distribution of Information on the Internet
Unless specifically authorized by the User's Department Head, all Users shall be prohibited from making any representations pertaining to or on behalf of the Town or from distributing or utilizing in any manner Information of the Town.

## 4. Privacy

4.1. Acknowledgement of and Consent to No Expectation of Privacy
Except as otherwise provided by applicable law, Users shall not have an expectation of privacy in any Information they create, store, send or receive on Information Technology Assets. The Town retains the right, but not the duty, to monitor any and all aspects of its Information and Information Technology Assets, including, without limitation, monitoring Internet sites visited by Users, monitory chat groups and newsgroups, reviewing materials downloaded or uploaded electronically and reviewing files and Email created, stored, or received by a User. Such activity is to be consistent with applicable laws and performed in accordance with any Town policies and procedures governing these actions. Specifically, any correspondence of the Town in the form of email may be a public record under the public records law and may be subject to public inspection. Except for the Town's right to retrieve and read any email message as provided in this policy, email shall be accessed only by the intended recipient. Emails and their content are occasionally visible to the Information Technology Manager and the Town's approved Information Technology vendor engaged in routine maintenance and problem resolution.

4.2. Passwords and Privacy
Use of a password does not imply that Users have an expectation of privacy in the Information they create, store, send or receive on Information Technology Assets. The Town may utilize global passwords that permit access to any and all Information stored on its Information Technology Assets, regardless of whether access to that Information has been restricted by a requirement that a particular User's password must first be entered.

## 5. Email Guidelines

5.1. Footer Language
Use of any email footer or signature block requires the approval of the Department Head. Users may be required by their Department Head to use an approved footer or signature block.

5.2. Mass Email Distribution
Except where necessary for legitimate Town business purpose, the transmission of emails to a general, non-specific audience of Town Users is prohibited. Request to send emails to all Town employees must be approved by the User's Department Head, and, where necessary, by the Department of Human Resources. Requests to send Department-wide emails must be approved by the applicable Department Head.

5.3. Actions Upon Commencement of Investigation or Litigation

4

Automatic deletion or manual deletion by Users of emails with potentially relevant information shall be suspended to preserve responsive records once a formal investigation or litigation is reasonably anticipated or has commenced, upon receipt of a notice of litigation hold, or upon receipt of a public records request with regard to records responsive to it while it is pending. The obligation to preserve such records may be imposed by request of the Information Technology Manger, the Department Head, or by the Town Administrator. Even in the absence of such a request, Users aware of litigation, or that litigation is reasonably anticipated, or of a pending public records request should not delete any potentially relevant information.

5.4. Spoofing or Other Methods to Conceal Identity

Users shall not, under any circumstances, use "Spoofing" or other means to disguise their identities in sending email or engaging in other activities, such as altering online content, posting to blogs, social media sites, etc. Notwithstanding the foregoing, it is permissible for Users to grant "delegate" access rights to certain other Users (typically by a Department Head to his or her Administrative Assistant).

## 6. At Work Network Access

At work Network access, wired or wireless, to a Town supported Network, except for the public use network, shall be limited to Town issued and supported Devices or Approved User Owned Devices. The Department Head shall accept all responsibility for any activity or issues stemming from the use of Approved User Owned Devices. Access to Approved User Owned Devices shall be provided to the Town Information Technology Manager when deemed necessary by the applicable Department Head. All Approved User Owned Devices connecting at work to the Network shall meet Town minimum security requirements and Users shall maintain their Approved User Owned Devices security on an ongoing basis.

At work Network access, wired or wireless, to a Town supported Network designed for public use shall not be used by Town Users during work hours, including breaks and lunchtimes. The public use Network is meant to provide services to the public. Use of the public Network shall be limited to intended purpose.

## 7. Permitted Forms of Network Access

External access to the Network shall utilize a Town approved Virtual Private Network (VPN), except for Information Technology Assets specifically configured for external access, such as applications accessible outside the Network, email, etc.

Remote access from Town approved vendors (i.e. TekLinks, Incode, etc.) is acceptable.

## 8. Removable Media

Users shall only use Removable Media that has been supplied by the Town. Any Removable Media that is used for the storage of Sensitive Information shall be encrypted with encryption software approved by the Information Technology Manager. The User shall return the Removable Media to the issuing Department consistent with Departmental requirements.

8.1. Physical Security

Removable media shall be secured if not in the possession of the User. Removable Media taken off-site and in transit shall not be left unattended. The theft or loss of any

Removable Media containing Sensitive Information shall be reported immediately to the User's Department Head.

8.2. Information Storage

Users who store Information belonging to the Town on Removable Media shall first ensure that they are fully aware of the content and Classification of that Information.

## 9. Destroying Information When No Longer Needed

Town Information stored on any of the following Devices shall be removed using a Town approved method: hard drives, CDs, DVDs, Copiers, computer memory, flash drives, etc. This should be done prior to the Device being retired or disposed of, and in a manner that is consistent with applicable laws and a records retention schedule approved by the Board of the Mayor and Aldermen.  See also, the provisions of paragraph 5.3 above regarding pending public records requests, or where litigation has commenced or is reasonably anticipated.

## 10. Approved Cell Phones, PDAs or Tablets

Any Mobile Device, such as a mobile phone, PDA, Tablet, etc., that will be used to store or access Information of the Town shall be connected to a Town approved Network or wireless cellular data connection. These devices are required to be PIN protected and shall allow remote wiping in the event of theft or loss of Device. The theft of any Device used to store or access Sensitive Information shall be reported to the User's Department Head immediately.

## 11. Social Media and Social Networking

Social media consists of Internet-based applications including web and mobile based technologies that allow for the creation and exchange of user-generated content. Examples of social media include, but are not limited to, Facebook, blogs, Twitter, LinkedIn, YouTube, Flickr and comments following online news articles. Social networks are communities of people or organizations that share interests and/or activities and use a wide variety of Internet technology to interact. The Town uses social media as a means of communicating its services, events, and performance to the public.

11.1. Town Use of social media

An employee must be authorized by the Town Administrator or his/her designee to represent the Town prior to authoring content on the Town's social media sites. Employees representing the Town through social media will conduct themselves as a representative of the Town. The Town's rules, policies and standards of conduct apply to all employees who engage in social media/networking activities while conducting Town business

## 12. Miscellaneous

This policy shall supersede all previous Town of Farragut acceptable use policies. This policy may be amended or revised at any time. Users are responsible for periodically reviewing this policy for any revision and for adhering to those revisions. This policy does not supersede any policies that address areas not defined in this policy as long as the requirements of such Departmental policies equal or exceed the minimum requirements set forth in this policy. This policy does not waive the User's responsibility to follow all applicable legal and/or regulatory requirements. Violation of this policy may result in disciplinary action up to and including termination of employment.

**Glossary**

**Approved User Owned Devices** – any device owned by a User, where connection to a non-public Network by the User using that Device has been approved by the User's Department Head.

**Authenticating Information** – any information that can be used to verify the identity of a User, process, or Device, often as a prerequisite to allowing access to resources in an information system, such as passwords, PINs, fingerprints, etc.

**Authentication Mechanism** – hardware or software-based mechanisms that force Users, Devices, or processes to prove their identity before accessing data on an information system, such as encryption software, smart cards, fingerprint readers, etc.

**Classification** – the security classifications of Information as provided in the Information Classification Policy.

**Critical Business Information** – vital Information, without which the Town of Farragut could suffer serious financial, legal or other damages or penalties and/or incur a disruption of service.

**Department** – one of six distinct units consisting of Public Works, Human Resources, Town Recorder/Treasurer, Parks and Leisure, Engineering, and Community Development.

**Department Head** –the applicable director of a Department.

**Device** – computing and communications hardware with information storage capability (e.g. computers, servers, PDAs, tablets, cellular phones, smart phones)

**Information** – Any communication or representation of knowledge such as facts, data, or opinions in any medium or form, including textual, numerical, cartographic, narrative or audiovisual.

**Information Technology Assets** –any and all electronic devices, communication and information systems and similar technology (as listed below), owned, leased or licensed by the Town and provided to Users for their use in connection with, or concerning, business of the Town, including but without limitation:

- Computer hardware, Devices, network equipment, telephones, printers, copiers, and fax machines, calculators, Removable Media, etc.
- Software, Intellectual property, operating systems, firmware, source code, applications, middleware, tec.
- Procedural Information, configuration or documentation of any of the above.

**Logical Locks** – The prevention of User access to data that is provided through the use of software, as opposed to physical locks.

**Mobile Devices** – Portable Devices (e.g., tablets, notebook/laptop computers, PDAs, cellular telephones, smart phones, digital cameras, audio/video recording devices)

**Network** – Town supported Network, comprised of information systems implemented with a collection of interconnected components. Such components may include routers, hubs, cabling, telecommunication controllers, distributions centers, technical control Devices and the Information Technology Assets and Information of the Town that this infrastructure supports.

**Personal Identification Number (PIN)** –An alphanumeric code or password used to authenticate an identity.

**Removable Media** –Storage media which is designed to be removed from the computer without powering the computer off. This includes, but is not limited to, DVDs, CDs, memory cards, floppy disks, zip disks, tapes, USB flash drives, external hard disk drives.

7

Appendix B: Acceptable use of Information Technology and Security Policy

**Security Controls** – Management, operational and technical measures prescribed for an Information Technology system which, taken together, satisfy the specified security requirements and protect the confidentiality, integrity and availability of the system and its information.

**Sensitive Information** – Any information of the Town of Farragut classified as "Confidential" or "Restricted" as defined by the Information Classification Policy.

**Spoofing** – 1. Faking the sending address of a transmission to gain illegal entry into a secure system; 2. The deliberate inducement of a user or resource to take incorrect action.

**User** – All Town of Farragut employees, independent contractors, consultants, temporary or part-time employees, leased employees, interns, and other persons or entities to whom the Town has explicitly granted access to the Town's Information Technology Assets and Information.

Appendix B: Acceptable use of Information Technology and Security Policy



**Cell Phone Policy**

1. **Policy: Town–owned, Town-issued cell phones and personal cell phone allowances are provided as a tool to enhance productivity and improve our ability to serve the public.** Employees whose job duties include the frequent need for a cell phone may receive a Town issued cell phone or a cell phone allowance to cover business-related costs on their personal cell phone. No further reimbursement for cell phone costs is available to employees who receive such an allowance. Additionally, the Town shall maintain a limited number of cell phones assigned to a specific department or piece of equipment. These town issued phones are intended to be used only during work hours and personal use of these phones is strictly prohibited.

2. **Cell Phone Allowance:**
   a. **Allowance Amount:** The standard monthly cell phone allowance amount shall be $30.00. No further reimbursement for cell phone costs is available to employees who receive an allowance.
   b. **Allowance Payment**: The approved cell phone allowance will be paid monthly as part of the employee's paycheck and will be subject to all applicable payroll taxes. This allowance does **not** constitute an increase to base pay, and will **not** be included in the calculation of percentage increases to base pay due to salary increases, promotions, etc.

3. **Employee Responsibilities:** Employees that receive a town issued cell phone or allowance must provide their department head and the Town Receptionist (for distribution) with their current cell phone number and immediately notify both parties if the number changes. Employees receiving a cell phone allowance are expected to carry the cell phone on their person both on and off duty, respond when called for Town business, and must retain an active cell phone contract if a cell phone allowance is in place.

   Because the employee owns the cell phone personally, and the allowance provided is taxable income, the employee may use the phone for both business and personal purposes, as needed. Use of the phone in any manner contrary to local, state, or federal laws will constitute misuse, and will result in immediate termination of the cell phone allowance.

4. **Department Assigned Cell Phones:** Town issued cell phones assigned to departments may be used by multiple employees on an as-needed basis during the workday and are intended solely for Town business use.

5. **Open Records:** All documents, papers, letters, maps, books, photographs, microfilms, electronic data processing files and output, films, sound recordings or other material, regardless of physical form or characteristics, made or received pursuant to law or ordinance or in connection with the transaction of official business by any governmental agency is an

1

open record. Therefore, **r**egardless of whether the designated cell phone user possesses a town supplied cell phone or uses their personal cell and/or smart phone, employees have no expectation of privacy in connection with the use of these electronic communication systems and equipment or with the creation, transmission, receipt or storage of information for Town business purposes.

6. **Safety:** It is recognized that an increasing number of vehicle accidents have been attributed to cell phone usage while driving. Cell/smart phones <u>are not</u> to be used while operating Town vehicles or machinery except in the event of an emergency. Pursuant to the T.C.A. 55-8-199, employees must also not text while driving. An exception may be made when business circumstances dictate that employees use their cell phone to talk while they are driving and the employee uses a hands free device or speakerphone.

7. **Monitoring, Reporting and Investigation:** All use of Town-owned cell phones and two-way communication systems is treated as being related to Town business and subject to monitoring.
   All reports of alleged policy violations, regardless of the source, are to be directed to department heads or the Human Resources Office. Alleged policy violations will be thoroughly investigated.

   Other Town policies including, but not limited to, EEO, harassment prevention, conflicts of interest, e-mail, voice mail, telephone, hours of work, overtime, FLSA, software, Internet, etc. also apply to cell phone use. Employees are absolutely forbidden to use Town-owned cell phones for illegal purposes or to harass anyone.

2



## Travel Policy

# Section 1. Policy
**Purpose**
  This policy is intended as a guide for decision involving travel for Town employees and elected officials who submit business related expense reports and those who approve such expense reports. The responsibility to observe and comply with the policy rests with the traveler and the traveler's supervisor who, by approving an expense report, certifies its conformance with this policy. Reimbursement should be sought and authorized only for expenses that have been legitimately expended and contribute to the Town's objectives.

All municipal travel and expense reimbursement policies and any amendments thereto, shall be filed with the Office of the Comptroller of the Treasury or the Comptroller of the Treasury's designee. Such policies and amendments are not subject to  the  approval of, but shall not be effective until filed with, the Office of the Comptroller of the Treasury.  (Tennessee Code Annotated §6-54-903)

*Responsibility*
  A clearly stated Town policy on travel expenses is necessary for cost control and for  effective reporting of financial results related to departmental budgeting and  Town-wide cost containment. In general, the quality of travel, accommodations and related expenses should be governed by what is "responsible and appropriate" to the business purpose involved. The Town does not require sacrifice on the part of its personnel where comfort, safety, and convenience are concerned; nor  does it  permit extravagant  spending.  The Town respects the  personal integrity of each employee and conducts the approval of the expense accounts accordingly. The Town also expects that expense reports will be completed honestly and accurately. While this policy is intended to  be comprehensive, it is impossible to anticipate every situation encountered by a traveler. Employees are expected to  apply the guidelines on a conservative basis, consistent with normal living standards and, where the policy is not specific,  to  exercise good business judgment.

## Expense Reporting and  Receipt  Requirements
  For the employee to be reimbursed for business expenses, the  expenses must satisfy all the fl owing

- Have been actually spent.
- Fulfill a legitimate business purpose.
- Be responsibly  consistent  with normal living standards.
- Be supported with adequate documentation.
- Be submitted on an approved expense report form.
- Be approved by the Town Administrator.

Only expenses actually incurred will be reimbursed. Amounts should be recorded by day and by category.

*Receipts are required for the following items*:
- Any cash expense  items.
- Any charges made with the credit card; the amount of the expenditure must have the charge slip attached to the expense report.
- Airline tickets purchased away from the Town require both the  credit card charge slip as well as the  passenger coupon of the airline ticket

1

- Lodging.
- Rental car charges.
- Purchase of gasoline, oil changes, tires, repair work for Town-owned vehicles.
- Luggage Charges and Parking Fees

*Expenses Not Paid by the Town*
The following list is given only as a guideline and is not necessarily a complete list:
- Airline or other travel insurance.
- Barbers and hairdressers.
- Kennel costs for dogs and other pets.
- Golf fees.
- Alcoholic beverages.
- Car wash for employee-owned automobiles.
- Traffic fines and parking tickets.
- Accidents and breakdowns in employee-owned vehicles.

## Automobile Rental

Cars may be rented by employees traveling on Town business when other means of transportation are unavailable, more costly, or impractical. A car is to be rented about business need and safety rather than personal convenience. Cars are not to be rented exclusively for use in the evenings for transportation to restaurants, entertainment, etc. It is more economical in this case to use taxis and to be reimbursed on an expense report.

The size of the automobile rented should depend upon safety considerations, length of trip, traffic conditions to be encountered, number of people to be transported and the physical sizes of the individuals. In nearly all cases, an intermediate size automobile is the most appropriate.

When renting a car while on Town business, an employee should observe the following guidelines:

When picking up the rental car, verify that the lowest available rate is offered. When turning the car, verify that the correct mileage rate was charged. Travelers are requested to fill the fuel tank before returning the car to the rental agency since rental agencies assess a costly surcharge for this service.

## Theft of Personal Property (Other than Vehicles)

If an employee has personal property stolen while on a business trip, the employee must first file a claim for reimbursement with their personal (homeowners) insurance coverage. The Town may elect to reimburse the employee for the difference between that claim and the total loss.

Reimbursement will not be made where employee negligence was a principal contributing factor to the loss. Any request for reimbursement must include proof of loss and a copy of the police theft report.

## Regulation Details

   The following regulations shall constitute the official policy regarding travel at the expense of the Town of Farragut. Authorization for travel will not be granted and expense will not be reimbursed unless the travel is made, and reimbursement is claimed in accordance with these regulations. All exceptions must receive prior approval from the Town Administrator.

# Section 2. Overnight Travel

## Authorization and Procedures

Travel, if significant distance, that requires an overnight stay shall not be undertaken unless in accordance with the following procedures:

- Elected Officials and Town Administrator shall request travel approval on a Travel Request Form submitted to the mayor's office. Approved Travel Request Forms will be returned to the requesting official and represent authority to travel. The official will retain the original copy and submit a copy to the Town Recorder.
- Department Directors shall request travel approval on a Travel Request Form submitted to the Town Administrator's office. Approved Travel Request Forms will be returned to the requesting department and represent authority to travel. Departments will retain the original copy and submit a copy to the Town Recorder. Departments need to distribute these copies at the time of approval. Separate travel requests are required for each person traveling.
- Supervisors or other employees of each department shall obtain authorization from the department director prior to traveling out of town on official business and shall provide the same information as required above. All travel not specifically authorized in the current budget shall be approved in advance by the Town Administrator for all employees.
- Employees are expected to commence the return trip to the Town as soon as possible after the conclusion of their business, provided that no employee will be required to travel between the hours of 10:00 P.M. and 7:00 A.M.

Additional travel days required due to automobile travel rather than air travel, when automobile travel is selected rather than by air travel as a matter of personal preference by the traveler, shall be taken as annual leave or other appropriate leave.

Where air fares can be obtained at a reduced rate for weekend stays, the Town will reimburse the employee for the related additional expensed for the weekend stays, provided that the additional expenses do not exceed that savings realized for such weekend travel. Approval shall be at the discretion of the Town Administrator.

Employees will not be reimbursed for any fines for traffic violations or parking tickets. Costs incurred to private vehicles due to accidents, or the cost of repairs due to breakdowns of private vehicles will not be reimbursed to employees.

## Mode of Transportation

Transportation for persons traveling singly out of state should be by common carrier (air, train, bus) whenever practical, and the fare must not exceed the regular tourist fare charged to the public. Advance purchase rates must be obtained when available. A receipt must accompany the expense claim. The use of air travel shall be encouraged when the trip is so long that other methods of travel would prove more expensive because of subsistence allowance.

Automobile Travel -Officials and employees should make use of Town owned cars whenever possible. When transportation is by personally owned vehicles, the authorized mileage allowance shall be the prevailing IRS government rates allowable per mile. The IRS rate includes all operating expenses such as gas, oil, and repairs. The total cost of an out-of-town trip in a personally owned car shall not

3

exceed the total cost for the same trip by commercial transportation, including taxi fares and/or limousine charges, calculated at a seven day advance purchase rate.

If a private vehicle is used by two or more official travelers on the same trip, only the traveler having custody of the vehicle will be reimbursed for mileage in accordance with the terms of this policy. Mileage rates shall apply only to mileage related to official business. If a Town vehicle is used, the Town will pay the cost of actual expenses for gasoline, oil and emergency repairs.

If not previously approved, charges for automobile rental shall be at most reasonable rates available for a mid-size vehicle.

## Taxi/Ride Share **Fares**

If an individual travels by common carrier, reasonable taxi fares will be allowed for necessary transportation. It is expected that shuttle service to and from airports will be used when available and practical. In traveling between hotel or lodging and meeting or conference, reasonable taxi fees will be allowed.

## Parking

Necessary charges for parking will be allowed provided that airports parking fees do not exceed normal taxi fare to and from the airport. Receipts must be furnished on airport and hotel parking if available.

## Unnecessary Expenses

Unnecessary meals and lodging expenses which are occasioned by the use of an automobile for reasons of the employee's personal convenience, or which are due to travel by an indirect route, will not be allowed or must have prior approval.

## Meals

The Town will reimburse the employee for meal expenses incurred **when** on approved travel, in accordance with the following provisions:
The employee may claim a per diem amount for meals according to the following scale:

1. Breakfast:     $12.00
2. Lunch:         $18.00
3. Dinner:        $30.00

The total per day allowance shall not exceed $60.00. Individual receipts will not be required when claiming the per diem amount. If the per diem amount is not taken, receipts are required for reimbursement. For each trip only one method may be used-either per diem or receipt reimbursement.

If a meal is included as a part of the official program for which the Town has paid, the employee shall not be reimbursed for that meal allocation.

*Alcoholic beverages will not be reimbursed by the Town.*

**Departure and return time for meal reimbursements is shown on the chart below. The** departure hour and date and the return hour and date must be shown on the Training/Travel Expense Form.

Employees will not be reimbursed for meals outside the travel time shown on the chart:

|  | Departure Must be Before | Return Must be After |
|---|---|---|
| Breakfast | 7:30 AM | 8:00 AM |
| Lunch | 11:30 AM | 1:30 PM |
| Dinner | 5:30 PM | 6:30 PM |

Appendix D: Travel Policy

## Tips
Tips may not exceed twenty percent {20%) of actual expense for meals.

## Lodging
Reimbursement for actual expenses for out-of-state lodging will be on the following basis:

- Out-of-state lodging rate will be subject to the Town Administrator's approval; however, in-route lodging will be allowed for only one day each way on trips of long duration.
- Higher rates for lodging at the location of a convention or conference will not be allowed, without approval by the Town Administrator, beyond the amount indicated in the convention or conference brochure. The employee should attempt to receive a government rate for the lodging. If the lowest rate indicated in the convention or conference is unavailable, advance approval of the higher rate must be obtained from the Town Administrator. The convention or conference brochure which indicates the lodging rates must be included with the travel claim.
- If a room is shared by another employee, each employee should claim their share of the total room on their own expense report and include an explanation detaining dates and other employees with whom the room was shared. One of the employees may use a copy of the hotel bill as their supporting document.

## Registration
All registration fees for employees attending approved workshops, seminars, conventions, conferences and other business meetings will be allowed including costs of any official breakfast, luncheons, banquets or other associated meeting programs.

## Spouses and Family
No expenses of spouses or related parties accompanying employees or officials on travel will be subject to reimbursement.

## Credit Cards
If a Town credit card is used for meals, lodging, gasoline and other travel related expenses, receipts must be forwarded to the Accounts Payable clerk along with the department account numbers and department head approval.

## Miscellaneous Expenses
Expenditures for entertainment such as movies, theatre, etc. are personal charges and will not be allowed for reimbursement unless an approval for an expenditure of this nature is received in advance by the Town Administrator upon a showing that said entertainment is for or on behalf of the Town.

## Travel Advances
Travel advances are subject to the following procedures:
- After receiving travel approval, the department director may request a travel advance by submitting a copy of the approval to the Town Recorder. Requests for travel advances must be received by Monday of the week prior to the travel.
- *Travel* advances requesting funds for "Other Expense" or "Miscellaneous" shall not exceed $10.00 per day in those categories unless detailed justification is provided. An Expense Report Form must be prepared and submitted to the Town Recorder within ten {10) working days of return.

2

Appendix D: Travel Policy

Failure by a department or individual to adhere to these requirements will result in the loss of travel advance privileges and withholding of subsequent paychecks until the account is clear.

- The Town Recorder may refuse an advance to any employee if that employee is or has been delinquent in accounting for previous advances.
- Travel advances must be kept at a minimum whenever possible. Pre-payment of registration fees and billing of the Town for expenses are authorized and encouraged to keep travel advances to a minimum.
- The Town Recorder will prepare a monthly report of all outstanding travel advances for
- Submittal to the Town Administrator.
- Travel advances will not be made from petty cash.

## Expenditure Reimbursement

Within ten (10) working days following the return from the approved travel, the employee must submit an expense report with required receipts (including credit card receipts previously submitted to the Accounts Payable Clerk), justifications, etc., to the Town Recorder as required by this policy for reimbursement. (Reimbursements will not be made through petty cash.) Failure to submit required expense reports will result in immediate revocation of travel privileges. Failure to submit a required expense report within thirty (30) days shall be deemed a waiver of expense claims by the employee. Any reimbursements due the Town shall be payable immediately and may result in such fees being withheld from the employees next scheduled paycheck.

# Section 3. Local travel

## Applicability

These procedures apply to travel for official business conducted and completed in one day that does not require lodging.

## Approval

Prior written approval is not required for local travel. However, travelers are advised that Department Head approval is required before reimbursement can be made. It is in the best interested of the traveler, therefore, to discuss plans and estimated expenses with the Department Head before incurring any cost.

## Mileage

Mileage may be claimed for reimbursement per the IRS government rates allowable per mile. The Town asks that employees carpool if two or more persons will be attending the same conference or meeting. When two or more persons share an automobile, only the driver may claim reimbursement for mileage. Town of Farragut automobiles may be used for official business. No mileage reimbursement is paid when a traveler uses a Town of Farragut automobile. Employees receiving an automobile allowance, mileage reimbursement will occur when traveling outside of Knox County.

## Parking

Reasonable charges for necessary parking while on official business are allowed. Receipts are required for reimbursement.

## Meals

3

Appendix D: Travel Policy

Lunches are not provided with local travel.  The exception to this is if the meal is included with a meeting and is part of the registration fee.

## Conference and Meeting Registration

Actual costs of registration fees for meetings and conferences are reimbursed.  Receipts and other appropriate documentation, such as an agenda or program, are required. A check for theregistration fees may be obtained from Accounts Payable by submitting a request for payment form with copies of documentation (flyers, brochure or application, tee.) attached. The requestfrmmust be turned in to accounts payable two weeks prior to the meeting.

## Advances

Cash advances are not given for local travel expenses.

## Claiming Reimbursement

Local travel expenses are reimbursed on a travel expense form or mileage log.  Completed, approved forms should be sent to the Town Recorder for reimbursement within ten {10) working days.

## Documentation Required

- Parking Receipts.
- Receipts for registration fees for meetings or conferences.
- Copy of agenda or program if meals are included.
- Proof of mileage (odometer readings or MapQuest, etc).

## Signatures

The traveler must sign the travel expense form or mileage log
The traveler's Department Head must sign the travel expense form or mileage log.

**Failure to comply with the provisions of this Policy shall be grounds for disciplinary action up to and including termination.**

4

Appendix D: Travel Policy

5

Appendix D: Travel Policy



# Town of Farragut Vehicle Use Policy

## SECTION 1. DEFINITIONS

Employee or Employees: Regular full-time and part-time employees, paid interns, and non-paid interns.

Idling: When an engine is running without moving or using equipment that requires the engine.

Town Vehicle or Town Owned Vehicle: Any vehicle or piece of equipment which the Town of Farragut leases or holds title and /or ownership. This includes but is not limited to, pick-up trucks, SUVs, dump trucks, bucket trucks, vans, and mobile equipment.

Vehicular Equipment: Any vehicle or piece of equipment which the Town of Farragut leases or holds title and /or ownership. This includes but is not limited to, pick-up trucks, SUVs, dump trucks, bucket trucks, vans, and mobile equipment.

## SECTION 2. POLICY

Town of Farragut employees who drive a Town owned, or leased vehicle will always operate them in a safe manner, adhering to all Town, State, and Federal traffic laws. Employees are expected to always extend common driving courtesies to fellow motorists. No employee will operate a Town vehicle unless he/she possess a valid driver's license. This policy may be supplemented with a more restrictive policy by any officially adopted and approved Department manual.

Failure of any employee to fully comply with the vehicle use policies as stated below may result in disciplinary action which may include a written reprimand, suspension, demotion, termination, or loss of driving privileges. An employee whose job requires the operation of a vehicle may be terminated upon the loss of driving privileges.

Employees who operate Town vehicles or vehicular equipment must be insurable at ordinary rates under the Town's insurance policy. In the event an employee's driving record, conditions of driver's license or insurable status should change, the employee must report the occurrence to the department head within one (1) working day (*Policies and Procedures*; Article VII, Section C.).

Disclosure of personal driving records for employees, whose responsibilities include the operation of a motor vehicle, will be a condition of continued employment with the Town. All changes in driving status must be reported to the employee's department head immediately. An employee's eligibility to drive a Town vehicle and an applicant's eligibility for employment based on his / her personal driving record will be determined as follows:

- Satisfactory: The employee is eligible to drive a Town vehicle while conducting Town business. The employee's driving record indicates not more than one moving violation in the previous 12 months.
- Probationary: The employee is eligible to drive while conducting Town business with the stipulation that the employee's motor vehicle record will be checked periodically over a probationary period. The employee's driving record indicates more than one moving

violation in the previous 12 months but no more than two moving violations in the previous 24 months. Any violation during the probationary period may result in disciplinary action, up to and including termination.

- Unacceptable: The employee may lose driving privileges. An employee whose job requires the operation of a vehicle may be terminated upon the loss of driving privileges. An applicant for employment will not be hired due to an unsatisfactory driving record. Examples of unacceptable infractions include but are not limited to:
    a. Suspended or revoked license
    b. Three or more moving violations in the previous 36 months
    c. Any violations involving drugs, alcohol, and/or controlled substances within the previous 24 months
    d. Leaving the scene of an accident within the previous 24 months
    e. Reckless driving within the previous 24 months
    f. At fault accident resulting in fatality or serious injury within the previous five years.

The driver of a Town vehicle is solely responsible and will be held accountable as to the use and operation of the vehicle assigned in compliance with all State and local laws and these regulations. Specifically, Employees are solely responsible for the following:

- All traffic laws while operating any Town vehicle or vehicular equipment.
- Any violation of such laws which result in speeding, parking, or other moving violation.
- Tickets or citations shall be paid by the employee.

## SECTION 3. TOWN DRIVERS' PROCEDURES AND RULES

a. Authorization for the use of vehicles must be approved by the immediate supervisor.
b. Unauthorized personnel are not to operate any Town vehicle at any time.
c. Unattended Town vehicles will be always locked. When vehicles are not in use, keys must be removed, and vehicles locked.
d. Town vehicles are not to be used for personal purposes at any time by an employee while on or off duty except as noted in Section 9 below.
e. When operating a Town vehicle, all employees must have seat belts fastened when driving. Passengers must also fasten seat belts.
f. No employee of the Town will operate a Town vehicle while under the influence of alcohol or drugs, including prescription or over-the-counter medication, which could impair his/her ability to operate the vehicle safely. Town employees are prohibited from the use, possession, and sale of drugs, alcohol, or any other controlled substance on Town property or in Town vehicles. Failure to comply with the intent or provisions of this policy may be used as grounds for disciplinary action, up to and including termination.
g. Employees are responsible for adhering to the following safety rules while driving Town vehicles and/or operating machinery:
    i. Avoid unnecessary cell/smart phone or two-way radio use.
    ii. Keep two-way radio traffic and cell/smart phone conversations brief.
    iii. When business necessitates the use of a cell/smart phone while driving, a hands-free or speakerphone must be used.
    iv. The use of personal cell/smart phones is restricted to non-duty time, such as breaks, lunch, etc.
    v. Personal cell/smart phones may not be used while operating a Town vehicle or Town machinery.

h.  Employees are prohibited from the use of tobacco products while riding or driving in Town owned vehicles.
i.  No employee or passenger is permitted to ride in or on any area of a Town vehicle or vehicular equipment not equipped with seat belts or which is not designated as proper occupant space while on a public street.  This includes the beds of pickups, dump trucks, running boards, fenders, hoods, etc.
j.  Bumper stickers or window stickers are not permitted on Town vehicles.  The Town of Farragut may authorize decals or other seals and identification deemed necessary; however, employees should not affix any advertisement, printed or pictures, to any part of the Town vehicle or any vehicular equipment.
k.  Employees shall not attach aftermarket devices to any Town vehicle or vehicular equipment without approval of the Department Head and Town Administrator.  Any installation of add-on accessories for Town vehicles and vehicular equipment must be installed by the Public Works Department or otherwise approved by the appropriate Department Head.
l.  All Town vehicles are subject to random inspection and/or searches at any time without notice in order to ensure compliance with this policy.
m.  All accidents (on or off the road), whether at fault or not at fault, shall be reported to the employee's supervisor, the department head, and the Town's Risk Manager as soon as possible.  The employee and his/her supervisor should complete all applicable forms such as Accidents Involving Vehicles form, Owner Operator's Report (Tennessee Department of Safety), and the Employer's Injury Form (Workman's Compensation) as soon as possible after the accident.  The Accidents Involving Vehicles form must be forwarded to the Risk Manager immediately. All other forms including the Owner Operator's Report (Tennessee Department of Safety) and the Employer's Injury Form (Workman's Compensation) must be forwarded to the Human Resources Manager.
n.  An employee involved in an accident (on or off the road) must stop and get the names, addresses, phone numbers of other drivers, and insurance carriers involved, as well as driver's license number of the drivers, registration numbers of other cars involved, and names and addresses of occupants.  It is important to get names, streets, and city addresses of all witnesses. Express no opinion as to who was at fault and give no information except as required by the police.  If the accident results in a serious injury, call a doctor or an ambulance.

If the accident occurs outside Farragut, the employee should call the local authorities and notify the Risk Manager.  The Risk Manager will obtain a copy of the jurisdiction's accident report.  In all cases, the employee must take the primary responsibility for notifying the Risk Manager and the handling of the claim will be done by the Risk Manager.  The employee should make no statement without the Town representative's approval.

## SECTION 4.  TAKE HOME VEHICLES

a.  Vehicles assigned to employees for taking home may be recommended by the Department Head and must be approved by the Town Administrator.
b.  Only those employees who are "on call," i.e., those who will respond to calls of Town business after hours, or who are designated by the Town Administrator to be vital to the continuation of Town government shall be considered for "take home use".
c.  Any employee who takes a Town vehicle home is subject to all IRS, Town of Farragut, state, and local laws.  All employees required to take home. Town vehicles, who are not exempt from IRS

filing regulations, will be informed of the IRS options available to them, choose an option, and give notification to the Finance Department to ensure IRS compliance. The employee is solely responsible and will be held accountable as to the use, safety, and the operation of the vehicle.

## SECTION 4.  CARE & MAINTENANCE

a.      All Town vehicles shall be kept clean and in orderly condition and shall be the responsibility of the Department Head.  He/she may delegate this responsibility to the individuals assigned a vehicle.

b.      Maintenance of Town vehicles requires the cooperation of the employee using such vehicles. Employees shall notify the Public Works Director of all mechanical or other unsafe problems.  The employee operating the vehicle is responsible for regularly checking the following:  oil level, anti-freeze/coolant level, battery water level, fuel and tires.  If he/she cannot do this they are to ask a Public Works employee to look at it.  No employee is allowed to authorize any service work or parts replacement without the Public Works Director's authorization.

c.      The Public Works Director may periodically request all Town vehicles and vehicular equipment be brought to the Public Works building or the vehicle's Dealer for preventive maintenance scheduling.  This preventive maintenance will be scheduled with the Department Head and/or designee.

d.      The cost for maintaining Town vehicles will be charged to the Public Works budget.

## SECTION 5.  INTRA-DEPARTMENT and INTER- DEPARTMENT TRANSFERS

a.      It is the desire of the Town of Farragut to maintain its vehicle fleet in optimum performance condition and to operate the fleet in the most efficient manner possible.  Therefore, the Town of Farragut will from time-to-time transfer Town vehicles from one department to another department within the Town, as well as from one division to another division within the same department.

b.      All transfers must be approved by the department transferring the vehicle, as well as the department receiving the vehicle and the Town Administrator.

c.      Proper transferal forms must be signed by all parties and delivered to the Town Administrator for appropriate transfer of assets.

d.      When purchasing replacement vehicles, any trade-in vehicle will be considered for transfer prior to a trade.  The Town will keep the vehicle of higher value and sell or trade the vehicle of lesser value even though that vehicle may be in a different department.

## SECTION 6.  TOWN POOL CAR USE

Town vehicles may be assigned within a department for use during normal work hours.  If daily use is required and as the frequency increases, the Department Head will be expected to identify and justify designation as a permanently assigned vehicle.  The Town pool car may be assigned specifically to one individual or to several individuals within the Town for on-duty use only.  The Pool car may be assigned to an employee to attend Town approved conferences including out of town conferences.

## SECTION 7.  CAR ALLOWANCE and MILEAGE REIMBURSEMENT

a.      The Town Administrator may at his discretion provide certain employees a car allowance in lieu of assigning a Town vehicle to those employees.  The amount of the allowance shall be determined by the Town Administrator.  Employees receiving a car allowance are expected to have a personal car available for use on Town business.  Town vehicles may not be used by an employee receiving a car allowance.

b.        Employees who are required to drive their personal vehicles on Town business and who do not receive a car allowance shall be reimbursed at the current rate recognized by the IRS for each mile driven.  Employees using personal cars must keep accurate mileage records and submit the mileage to their supervisor for approval before reimbursement will be made.

c.        Car allowance and mileage reimbursements must be included in the Town's Fiscal Year Budget for approval by the Board of Mayor and Aldermen.

## SECTION 8.  ACCEPTABLE PERSONAL USE

a.        Generally, Town-owned vehicles are not assigned nor shall be used for the convenience of the employee about personal transportation needs or other non-business activities.

b.        Due to the continuing need for immediate access the following are authorized to use a vehicle for any type of personal use within a 50-mile radius of Farragut, TN:

1.  Mayor
2.  Town Administrator
3.  Alderman may be assigned a Town vehicle for short-term assignments.

## SECTION 9. ANTI-IDLING

No Town owned vehicle shall be permitted to idle for prolonged periods of time.  Idling increases fuel consumption and pollution emitted by Town vehicles.  Consuming less fuel by not idling enables Town vehicles to operate more efficiently and reduces fuel costs.  Additionally, emitting less pollution protects public health and the natural environment by protecting local air quality.

Except when an exemption applies, Town vehicles must be turned off when stationary for longer than 60 seconds and/or when engaged in the following activities:

- Loading or unloading unless the engine is required to load or unload.
- Working on reports
- Making phone calls
- When the vehicle is unattended
- When the vehicle is parked for general purposes.  Vehicles are not permitted to idle while parked to operate heating or air conditioning unless exempted below.

Once a vehicle becomes stationary for longer than 60 seconds, the engine is to be turned off unless one of the following exemptions applies:

- When idling in traffic
- When operating emergency lights in traffic
- To operate electrical equipment on the vehicle
- During emergency situations

## SECTION 10. PERSONAL VEHICLE

In cases where an employee uses a personal vehicle for company business, the employee's personal auto liability insurance policy would provide primary coverage in the event of a collision. Employee's who use their personal vehicle for business are required to maintain primary personal auto insurance limits for bodily injury liability, per person per accident, of at least $100,999 and $300,000 total per accident or $300,000 combined single limit (CSL) for incidental driving exposures. A few examples of incidental driving exposures are listed below:

- An auto owned by a co-worker to run an errand for the Town.
- An employee makes a run to the post office for Town business.
- Employee goes to store to purchase office supplies.

Employer has the right to request a copy of insurance declaration.

## SECTION 11. EXCEPTIONS

The Town Administrator may approve exceptions to this policy upon written justification by the Department Head.



TOWN OF FARRAGUT, TENNESSEE

**INTERNAL FINANCIAL CONTROLS POLICY**

Adopted September 30, 2015

## INTRODUCTION

The Town of Farragut has adopted and implemented this Internal Financial Controls Policy to safeguard public funds and to provide clear instructions to City officers and employees as to how such funds should be processed and recorded. All city officers and employees handling city funds shall be subject to the requirements of this policy. This Policy may be amended from time to time by the Town Administrator.

## RECEIPTS AND DEPOSITS OF FUNDS

**The Receptionist/Administrative Assistant** shall be responsible for **opening all incoming** mail and **stamping** "For Deposit Only" on all checks immediately upon receipt. A receipt shall accompany all checks.

All cash payments should be received by the Receptionist/Administrative Assistant who shall be responsible for preparing a written receipt and duplicate for all such funds. All cash and duplicate receipts should be locked in the vault not later than the end of the business day. A daily collection report should be prepared by the Accounting Clerk by  source.

All deposits of cash, checks or other payments should be posted to the Town's cash receipts by Receptionist/Administrative Assistant. The Accounting Clerk shall be responsible for making deposits and all collections must be deposited no later than three (3) working **days after initial receipt.** Deposit receipts should also be retained and matched against the collection reports.

## CHECK WRITING AND DISBURSEMENTS

All persons with authority to write and sign checks on the behalf of the Town shall be approved by resolution of the governing body of Town. The Town Recorder/Treasurer, who is responsible for **reconciling the bank statements,** shall **not be authorized to write** checks.

Two (2) authorized **signatures are required** for all checks. Before signing checks, each signatory should review the supporting documentation (such as vendor invoices, purchase authorizations, etc.) to verify that the expenditure is legitimate before the check is  signed.

All debit/credit card statements should be reviewed and approved by the department head to

1

Appendix F: Internal Financial Controls Policy

ensure the legitimacy of the charges. All persons using Town **credit** cards shall comply with the Town's credit card policy.

## PETTY CASH

Petty cash disbursements are only allowable for legitimate purposes, are not for personal use and must be properly documented. An invoice/receipt, accompanied by a written petty cash request, signed by the requester and approved by the department head, showing the items purchased is required. The amount on hand and the petty cash vouchers and related invoices/receipts written must total to the originally authorized amount. The Accounting **Clerk and Town Recorder/Treasurer** shall be responsible for monitoring the petty cash account and shall "audit" the petty cash account for any **discrepancies at least** once a week. These employees shall not make any withdrawals from petty cash. The petty cash account may be used only for withdrawals of less than $40 and the total account balance shall not exceed $400.

## CONCLUSION

All Town employees are responsible for **safeguarding public funds** and the **public trust.** Any violations of this policy observed by any Town employees shall be reported to the Town Administrator. Any employees found to have violated this policy may be disciplined up to and including termination.

APPROVED THIS 30TH DAY OF SEPTEMBER 2015

TOWN OF FARRAGUT, TENNESSEE

ALLISON MYERS, TOWN RECORDER/TREASURER

APPROVED:

DAVID SMOAK, TOWN ADMINISTRATOR

2

Appendix F: Internal Financial Controls Policy

| | |
|---|---|
| **ORDINANCE:** | **07-01** |
| **PREPARED BY:** | **Hale** |
| **REQUESTED BY:** | |
| **1ST READING:** | January 25, 2007 |
| **2ND READING:** | February 8, 2007 |
| **PUBLISHED IN:** | Farragut Press |
| **DATE:** | February 15, 2007 |

**AN ORDINANCE TO AMEND TITLE 1 OF THE <u>FARRAGUT MUNICIPAL CODE</u> AND TO ADOPT A CODE OF ETHICS ESTABLISHING ETHICAL STANDARDS FOR THE TOWN'S OFFICERS AND EMPLOYEES, AS REQUIRED UNDER SECTION 8-17-103 OF THE <u>TENNESSEE CODE ANNOTATED</u>.**

**BE IT ORDAINED** by the Board of Mayor and Aldermen of the Town of Farragut, Tennessee, that the Farragut Municipal Code is hereby amended as follows:

**SECTION 1.**

Title 1 of the Farragut Municipal Code is amended by adding the following as Chapter 5:

Chapter 5

## CODE OF ETHICS[1]

**1-501. <u>Applicability.</u>** This chapter is the code of ethics for personnel of the municipality. It applies to all full-time and part-time elected or appointed officials and employees, whether compensated or not, including those of any separate board, commission, committee, authority, corporation, or other instrumentality appointed or created by the municipality. The words "municipal" and "municipality" include these separate entities.

---

[1] State statutes dictate many of the ethics provisions that apply to municipal officials and employees. For provisions relative to the following, see the Tennessee Code Annotated (T.C.A.) sections indicated:

Campaign finance – T.C.A. Title 2, Chapter 10.

Conflict of interests – T.C.A. §§ 6-54-107, 108; 12-4-101, 102.

Conflict of interests disclosure statements – T.C.A. § 8-50-501 and the following sections.

Consulting fee prohibition for elected municipal officials – T.C.A. §§ 2-10-122, 124.

Crimes official misconduct, official oppression, misuse of official information – T.C.A. § 39-16-401 and the following sections.

Ouster law – T.C.A. § 8-47-101 and the following sections.

**1-502. Definition of "personal interest."** (1) For purposes of Sections 503 and 504, "personal interest" means:

(a) Any financial, ownership, or employment interest in the subject of a vote by a municipal board not otherwise regulated by state statutes on conflicts of interests; or

(b) Any financial, ownership, or employment interest in a matter to be regulated or supervised; or

(c) Any such financial, ownership, or employment interest of the official's or employee's spouse, parent(s), step parent(s), grandparent(s), sibling(s), child(ren), or step child(ren).

(2) The words "employment interest" include a situation in which an official or employee or a designated family member is negotiating possible employment with a person or organization that is the subject of the vote or that is to be regulated or supervised.

(3) In any situation in which a personal interest is also a conflict of interest under state law, the provisions of the state law take precedence over the provisions of this chapter.

**1-503. Disclosure of personal interest by official with vote.** An official with the responsibility to vote on a measure shall disclose during the meeting at which the vote takes place, before the vote and so it appears in the minutes, any personal interest that affects or that would lead a reasonable person to infer that it affects the official's vote on the measure. In addition, the official may recuse himself from voting on the measure.

**1-504. Disclosure of personal interest in non-voting matters.** An official or employee who must exercise discretion relative to any matter, other than casting a vote, and who has a personal interest in the matter that affects or that would lead a reasonable person to infer that it affects the exercise of the discretion shall disclose, before the exercise of the discretion when possible, the interest on a form provided by and filed with the recorder. In addition, the official or employee may, to the extent allowed by law, charter, ordinance, or policy, recuse himself from the exercise of discretion in the matter.

**1-505. Acceptance of gratuities, etc.** (1) An official or employee may not accept, directly or indirectly, any money, gift, gratuity, or other consideration or favor of any kind from anyone other than the municipality:

(a) For the performance of an act, or refraining from performance of an act, that he would be expected to perform, or refrain from performing, in the regular course of his duties; or

(b) That might reasonably be interpreted as an attempt to influence his action, or reward him for past action, in executing municipal business.

(2) It shall not be a violation of this section for officials or employees to accept gifts given as an expression of general thanks for the work of public service performed by the official or employee, which are reported to the Town Administrator in writing and which have a value, the amount of which would not reasonably influence the official or employee to act favorably toward the donor on official matters within the responsibility of the official or employee. For purposes of this section the "value" of Thirty-Five Dollars ($35.00) at the time of enactment of this section, or as increased by 3% for each year thereafter, shall be defined as the amount which would not reasonably influence an official or employee.

(3) It shall not be a violation of this section for officials or employees to accept invitations to openings of new businesses or facilities, open-houses or similar events at which refreshments or meals are served to which many members of the local community are also invited, or complimentary passes to events hosted by not-for-profit organizations.

**1-506. Use of information.** (1) An official or employee may not disclose any information obtained in his official capacity or position of employment that is made confidential under state or federal law except as authorized by law.

(2) An official or employee may not use or disclose confidential information obtained in his official capacity or position of employment with the intent to result in financial gain for himself.

**1-507. Use of municipal time, facilities, etc.** (1) An official or employee may not use or authorize the use of municipal time, facilities, equipment, or supplies for private gain or advantage to himself.

(2) An official or employee may not use or authorize the use of municipal time, facilities, equipment, or supplies for private gain or advantage to any private person or entity.

(3) For purposes of this ordinance "private gain or advantage" shall not include

(a) a benefit to a private person or entity that is authorized in writing by the Town Administrator or in official action by the Farragut Board of Mayor and Alderman, or

(b) a mere incidental benefit to a private person or entity that flows secondarily to said person or entity as the indirect result of any action by any official or employee taken primarily and in the course of the performance of his or her authorized duties and responsibilities, and for the benefit of the municipality and the community at large.

**1-508. Use of position or authority.** (1) An official or employee may not make or attempt to make private purchases, for cash or otherwise, in the name of the municipality.

(2) An official or employee may not use or attempt to use his position to secure any privilege or exemption for himself or others that is not authorized by the charter, general law, or ordinance or policy of the municipality.

**1-509. Ethics complaints.** (1) The Town attorney is designated as the ethics officer of the municipality. Upon the written request of an official or employee potentially affected by a provision of this chapter, the Town attorney may render an oral or written advisory ethics opinion based upon this chapter and other applicable law.

(2)(a) Except as otherwise provided in this subsection, the Town attorney shall investigate any credible complaint against an appointed official or employee charging any violation of this chapter, or may undertake an investigation on his own initiative when he acquires information indicating a possible violation, and make recommendations for action to end or seek retribution for any activity that, in the attorney's judgment, constitutes a violation of this code of ethics.

(b) The Town attorney may request the governing body to hire another attorney, individual, or entity to act as ethics officer when he has or will have a conflict of interests in a particular matter.

(c) When a complaint of a violation of any provision of this chapter is lodged against a member of the municipality's governing body, the governing body shall either determine that the complaint has merit, determine that the complaint does not have merit, or determine that the complaint has sufficient merit to warrant further investigation. If the governing body determines that a complaint warrants further investigation, it shall authorize an investigation by the Town attorney or another individual or entity chosen by the governing body.

(3) The interpretation that a reasonable person in the circumstances would apply shall be used in interpreting and enforcing this code of ethics.

(4) When a violation of this code of ethics also constitutes a violation of a personnel policy, rule, or regulation or a civil service policy, rule, or regulation, the violation shall be dealt with as a violation of the personnel or civil service provisions rather than as a violation of this code of ethics.

**1-510. Violations.** An elected official or appointed member of a separate municipal board, commission, committee, authority, corporation, or other instrumentality who violates any provision of this chapter is subject to punishment as provided by the municipality's charter or other applicable law. An appointed official or an employee who violates any provision of this chapter is subject to disciplinary action.

## SECTION 2.

This ordinance shall take effect from and after its final passage and publication, the public welfare requiring it.

_W. Edward Ford, III_
W. Edward Ford, III, Mayor

_Allison Myers_
Allison Myers, Town Recorder



**TOWN OF FARRAGUT**

**Purchasing Policy**

# Contents

INTRODUCTION ............................................................................................................................................3

   DEFINITIONS ..........................................................................................................................................3

   ADMINISTRATION DEPARTMENT'S RESPONSIBILITIES ............................................................................3

   USING DEPARTMENT'S RESPONSIBILITIES ..............................................................................................4

   GLOSSARY ..............................................................................................................................................5

   ANTI-TRUST LAWS .................................................................................................................................8

   BIDS, QUOTATIONS, PROPOSALS POLICY .............................................................................................10

   CONFLICT OF INTEREST POLICY ...........................................................................................................12

   EMERGENCY PURCHASES POLICY .........................................................................................................13

   GAS CARD POLICY ................................................................................................................................14

   PURCHASING CYCLE .............................................................................................................................15

   REQUISTION POLICY .............................................................................................................................16

   SOLE SOURCE PURCHASES POLICY .......................................................................................................17

   SALE AND DISPOSAL OF SURPLUS PROPERTY POLICY ...........................................................................18

ORGANIZATION AND RESPONSIBILITY ........................................................................................................19

   DEPARTMENT PURCHASING RESPONSIBILITIES ...................................................................................19

   PROCUREMENT AWARD AUTHORITY ..................................................................................................20

   PURCHASING ORGANIZATION CHART ..................................................................................................21

   SIGNATURE AUTHORITY ......................................................................................................................22

PURCHASING PROCEDURES ........................................................................................................................23

PROCEDURES ..............................................................................................................................................24

   EMERGENCY PURCHASES PROCEDURE ................................................................................................24

   REQUISITION – PREPARATION PROCEDURE .........................................................................................25

   SOLE SOURCE PURCHASE PROCEDURE ................................................................................................27

   SPECIFICATION PREPARATIONS PROCEDURE .......................................................................................28

   SALE AND DISPOSAL OF SURPLUS PROPERTY PROCEDURE ..................................................................31

   WRITTEN QUOTATIONS PROCEDURE ..................................................................................................32

SAMPLE FORMS APPENDIX .........................................................................................................................35

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 137 of 174   PageID #: 413

# INTRODUCTION

This manual has been prepared to provide information and direction to the various departments of the Town. Its primary purpose is to communicate policies and give guidance to purchasing personnel.

The manual will be revised and supplemented, as required, to meet new need and conditions. Revised pages will be dispensed to all holders who are responsible for keeping the manual current. An important part of this updating process depends on the constructive comments, information, and suggestions received from you, the users. Your comments are encouraged.

## DEFINITIONS

Policies:    Policies, as referred to in this manual, are pre-decisions made by administration for the purpose of giving information and direction. Policies establish basic philosophies and climate and determine the major values upon which the Town must operate.

Procedures:    Procedures are the prescribed means of accomplishing policy. Their intent is to provide Town personnel with the guidelines and, where appropriate, the specific action sequences to ensure uniformity, compliance, and control of all policy-related activities.

If there are any questions, please contact the Town Recorder or Accounts Payable Clerk. Requests for additional copies should be addressed to the same office.

## ADMINISTRATION DEPARTMENT'S RESPONSIBILITIES

- Develop written operating policies, procedures and standards for the procurement of goods and services.
- Comply with appropriate State and Federal laws on procurement.
- To achieve maximum integration with other departments of the Town.
- To aid and cooperate with all departments in meeting their needs for operating supplies, equipment, and services.
- To process all requisitions with the least possible delay.
- To know the sources and availability of needed products and services and maintain current vendor files.
- To process and maintain order and requisition files.
- To assist in preparation of specifications.
- To prepare and advertise requests for bids and maintain bid files.
- To keep items in sufficient quantities to meet normal requirements of the town for a reasonable length of time within space availability.
- To transfer or dispose of surplus property.

3

## USING DEPARTMENT'S RESPONSIBILITIES

- To allow ample lead time for the Accounts Payable Clerk to process the requisition.
- To prepare a complete and accurate description of materials to be purchased.
- To plan purchases in order to eliminate avoidable emergencies.
- To initiate specification preparation on items to be bid.
- To obtain prices on comparable materials.
- To inspect merchandise upon receipt, and complete a receiving report noting any discrepancies in types, numbers, condition, or quality of goods.
- To advise the Accounts Payable Clerk of defective merchandise or dissatisfaction with vendor performance.
- To advise the Town Recorder of surplus property.

4

## GLOSSARY

For purpose of this manual, the following terms, phrases, words, and their derivations shall have the meanings given here in:

**Authorized Personnel:**  Those persons approved to perform designated functions.

**Bid:**  A price offer by an intended seller or an intended buyer.

**Bid Advertisement:**  A public notice placed in a newspaper of general circulation containing information about an Invitation for Formal Bid (IFB) or Request for Proposal (RFP)

**Bidders List:**  A list of vendors who have signified in writing an interest in submitting bids for particular categories of goods and services.

**Bid Opening:**  The act of publicly opening the bid envelopes and making the bids available for public inspection.

**Capital Expenditure:**  An expenditure that results in the acquisition of, or an addition to a fixed asset.

**Change Order:**  The written order to a contract authorizing an addition, deletion or revision in the work, price or contract time, issued after the execution of the purchase or contract.

**Contract or Agreement:**  A formal written agreement executed by the Town and a Vendor containing the essential terms and conditions under which goods or services are to be furnished to the Town.

**Contractor:**  Any person or business having a contract with the Town.

**Department:**  An organizational unit within the Town government that is responsible to the Town Administrator, or designee.

**Emergency Purchase:**  The purchase of supplies and/or services whose immediate procurement is essential to prevent delays which may vitally affect the life, health, safety, or convenience of citizens or serious loss or injury to the Town.

**Employee:**  An individual employed by the Town and compensated with wages.

**Fixed Assets:**  Individual tangible items, either original or replacement that have useful life expectancy beyond one year and a cost of $1,000.00 or more.

**Goods:**  Includes property to be purchased by the Town, including equipment, supplies, materials, and component or repair parts.

**Invitation to Bid (IFB):**  Formal bidding documents issued by the Town, accompanied by a bid advertisement requesting pricing from vendors for specified goods or services.

**Lease:**  A contract for the use of real estate or personal property for a term in return for a specified rent or other compensation.

**Lowest Responsible Bid:**  The lowest bid or offer meeting all requirements of the specifications, terms, and conditions of the invitation for bid. It is expressly understood that the lowest responsible bid includes

5

any related costs to the Town in a total cost concept. The term "responsible" refers to the financial and practical ability of the bidder to perform the contract.

**May:** Denotes the permissive.

**Municipal Officer:** Municipal officer is a person who holds or occupies a municipal office. The holding of a municipal office is in accordance with the mandates provided by any statute or a charter. A municipal officer on occupying the office is required to take an oath and is obliged to exercise sovereign authority in carrying out public duties.

**Board of Mayor and Aldermen:** The legislative and governing body of the Town.

**Performance Bond:** A bond provided in connection with a contract that guarantees the performance and fulfillment of all the terms, conditions, and agreements contained in the contract.

**Policies:** Policies, as referred to in this manual, are pre-decisions made by administration for the purpose of giving information and direction. Policies establish basic philosophies and climate and determine the major values upon which the Purchasing Policies and Procedures Manual functions must operate.

**Procedures:** Procedures are the prescribed means of accomplishing policy. Their intent is to provide company personnel with the guidelines and, where appropriate, the specific action sequences to ensure uniformity, compliance, and control of all policy-related activities.

**Procurement:** Purchasing, renting, leasing or otherwise acquiring any supplies, services or construction.

**Purchasing Agent:** The director of the Town's purchasing program.

**Purchase Requisition:** A request generated by a user department which authorizes a contract to be entered into with a vendor to purchase goods or services for the Town and to charge the appropriate user department budget or project. This is for internal use and cannot be utilized by the user department to order materials directly from a supplier.

**Purchasing:** The act, function, and responsibility for the acquisition of goods and services.

**Responsible Bidder:** A person or business that has the capability in all respects to perform fully the contract requirements, and has integrity and reliability that will assure good faith performance.

**Responsive Bidder:** A person or business that has submitted a bid that conforms in all material respects to the bid solicitation.

**Sealed Bid:** An offer submitted in a closed envelope to be opened at a specific time and place.

**Shall**: Denotes the imperative.

**Services:** Includes all work or labor performed for the Town on an independent contractor basis, including maintenance, construction, manual, clerical or professional services.

**Sole Source:** That only one supplier of an item or service exists.

6

**Specification:**  A statement containing a detailed description or enumeration of particulars, as to the terms of a contract, detailed description of the physical or functional characteristics of goods or services.

**Statutes:**  These are laws passed by Congress or a state legislature and signed by the President of the United States or the Governor of a State, respectively, that are codified in volumes called "Codes" according to subject matter.

**Surplus Property:**  Town owned property that is no longer required or has no practical use by the Town.

**Town:**  The Town of Farragut, Tennessee.

**Town Administrator:**  The chief administrative officer of the Town, appointed by the Board of Mayor and Aldermen.

**User Department:**  The organizational unit within the Town that utilizes supplies, services or construction.

**Vendor:**  Any individual or Business conducting business or seeking to do business with the Town.

7

## ANTI-TRUST LAWS

I. **PURPOSE**

To provide guidance to employees engaged in the purchasing function concerning the antitrust laws.

II. **SCOPE**

This policy applies to all Town personnel involved in the procurement process.

III. **ANTITRUST**

This policy of the Town is to comply with the letter and spirit of all laws applicable to the Town's business and interest.

Violation of the antitrust laws in any area of the Town's operations may have far-reaching effects, causing substantial injury to the company in lengthy and expensive litigation, damage liability, and injunctions. An employee who participates in a violation is individually and personally subject to fine or imprisonment.

The Town's compliance with these laws depends on the employees occupying positions of responsibility, especially in a procurement capacity.

It is, therefore, the policy to comply strictly in all respects with the antitrust laws. There shall be no exception to this policy, nor shall it be compromised or qualified by anyone acting for or on behalf of the Town.

Each employee is obligated in his/her area of responsibility to adhere to the above policy. The Town's purchasing personnel is not expected to have the knowledge of a lawyer, but are expected to be guided by the Town's past practices and policies and by his or her own common sense. When he or she is faced with a new problem with unknown legal implications, he or she is expected to refer to their immediate supervisor who will consult the Town's legal counsel for advice and handling.

**LAWS**

There are laws, mostly federal statutes that have as their main objectives the preservation of competition.

**The Sherman Antitrust Act**
Congress passed the Sherman Antitrust Act in 1890. It prohibits contracts and conspiracies in restraint of trade, conspiracies to monopolize trade, and attempts to monopolize. The United States Department of Justice, the states' attorney general and private parties may sue to enforce it. The act makes illegal price fixing, bid rigging, territorial market allocation and some types of tying arrangements and boycotts.

**The Clayton Antitrust Act**
Congress enacted the Clayton Antitrust Act in 1914. It prohibits price discrimination and also precludes tying arrangements, certain mergers and interlocking directorates between

8

competing companies, and certain exclusive deals and refusals to deal where their effect is to substantially lessen competition or to monopolize interstate commerce.

**The Federal Trade Commission Act**
The Federal Trade Commission Act, which Congress passed in1914, prohibits unfair competition. It created the Federal Trade Commission, which prosecutes through administrative action conduct that restrains trade but may not rise to the level of a violation of antitrust law.

**BIDS, QUOTATIONS, PROPOSALS POLICY**

I.     **PURPOSE**

To give a brief description of the three most used forms of procurement by the Town.

II.    **SCOPE**

This applies to specific forms of procurement.

III.   **GENERAL**

The purpose of obtaining bids, quotations, or proposals is to obtain the quality of materials and/or services consistent with the Town's needs, in a timely manner, and at the best value.

The process will involve communications between the using department, Town Administrator, Town Recorder, Accounts Payable Clerk, vendors and consultants.

Potential vendors will be given an opportunity to provide bids, quotations, or proposals and will be treated fairly in the process of doing so.

IV.    **TYPES OF SOLICITATIONS**

Competitive Formal Bid or Invitation for Bid:

An Invitation for Bid is the solicitation of competitive, written, sealed bids, based on specifications of the required equipment, material, and/or service. These are sometimes called "Competitive Formal Bids" because bids are submitted to the Town Recorder or designee where they are held until there is a public opening of the bids, and because bids are reported to the Town of Farragut Board of Mayor and Aldermen for award at a Board meeting.

This method of solicitation is used when the cost of the goods, materials, and/or services will be $10,000 or greater.

Written Quotation:

A Written Quotation is the solicitation of three written offers and/or pricing based on specifications of the required equipment, material, and/or general services. These are sometimes called "informal bids" because there is usually not a public opening, and the award is generally not made by the Town Board of Mayor and Aldermen.

This method of solicitation is used when the cost of the goods, materials, and/or services will be between $4,000 and $9,999.99.

Verbal Quotations:

Sometimes referred to as "phone quotes", these are verbal requests for pricing. This type of price solicitation is usually used for readily available parts, supplies, and/or general services of a nontechnical nature for which no written record of the quotation is deemed necessary.

10

This method of solicitation is used when the cost of the goods, materials, and/or services will be between $3999.99 and $1,000.

Request for Proposals (RFP):

This is the solicitation of proposals to furnish equipment or services. Proposals are requested based on general requirements and/or guidelines and those persons or companies submitting proposals may offer the equipment or services they have determined to be best suited to the general requirements stated in the RFP. Proposals will usually differ in the details of what is offered by those submitting proposals; the details and/or pricing of proposals are usually subject to negotiation.

An RFP may also be used for the purchase of equipment that is designed and built for a specific project, or if more than one type of equipment will suit the intended purpose and "results" along with "performance" is the emphasis of the specification.

Proposals may also be used for general services when the companies who are expected to respond will offer different levels of service or have a range of qualifications that are to be considered in addition to price.

Request for Qualifications (RFQ)

This method is usually used to procure professional services when it has been determined by the Town Administrator that the use of competitive sealed bidding is not practicable or not advantageous to the Town. (Note: If the proposed consultant has previously performed related work on the system for which services are being contracted, and contracting with another professional would cause additional expense to the Town in order for the consultant to become familiar with the system, an exception may be requested.)

The basis for selection is qualifications of the prospective professional not price bidding.

11

**CONFLICT OF INTEREST POLICY**

I.  **PURPOSE**
    To provide guidance to employees & elected officials engaged in any aspect of the purchasing function concerning the avoidance of conflict of interest.

II. **SCOPE**
    This policy applies to all who participate in any phase of the purchasing process.

III. **GENERAL**

    **Disclosure of personal interest by official with vote.**
    An official with the responsibility to vote on a measure shall disclose during the meeting at which the vote takes place, before the vote and so it appears in the minutes, any personal interest that affects or that would lead a reasonable person to infer that it affects the official's vote on the measure. In addition, the official may recuse himself from voting on the measure.

    **Disclosure of personal interest in non-voting matters.** An official or employee who must exercise discretion relative to any matter, other than casting a vote, and who has a personal interest in the matter that affects or that would lead a reasonable person to infer that it affects the exercise of the discretion shall disclose, before the exercise of the discretion when possible, the interest on a form provided by and filed with the recorder. In addition, the official or employee may, to the extent allowed by law, charter, ordinance, or policy, recuse himself from the exercise of discretion in the matter.

12

**EMERGENCY PURCHASES POLICY**

I.     **PURPOSE**

To establish guidelines for emergency purchases.

II.    **SCOPE**

This policy applies to all Town departments involved in the procurement process.

III.   **GENERAL**

Emergency purchases require authorization by the Town Administrator.

Emergency Defined:

An emergency is a situation that occurs suddenly and unexpectedly and demands immediate action to prevent delays which may vitally affect the life, safety, or health of the public or Town employee, or the continuation of services to the citizen, or serious loss or injury to the Town.

The Town Administrator shall inform the Board of Mayor and Aldermen within 24 hours of the incident or event.

Failure to exercise reasonable planning or anticipation of routine needs is not justification for using emergency procedures.

13

**GAS CARD POLICY**

I. **PURPOSE**
To establish guidelines for fuel purchases with a Town issued gas card.

II. **SCOPE**
This policy applies to all employees who purchase fuel for Town vehicles.

III. **GENERAL**
Assigned company fuel credit cards are to be used for gas only and for the assigned vehicle only, unless otherwise authorized. Employees are to use the self service fuel island and to use regular unleaded gas only, unless otherwise specified. Fuel receipts must contain the following information: the correct date, gallons, price per gallon, total price, and **mileage** at the time the vehicle is refueled.

**PURCHASING CYCLE**

I.    **PURPOSE**

To illustrate the cycle a purchase must follow in order to maintain the proper flow of purchases.

II.   **SCOPE**

The purchasing of a product or service requires a starting point and an ending point, or cycle, as indicated by the following steps.

III.  **GENERAL**

The purchasing Cycle is the series of activities that must be undertaken to assure that Town departments receive the goods and services needed to operate their programs in the most timely and economical manner.

The Cycle consists of the following:

<u>**Requesting Department:**</u>

1.  Recognition of need for goods and services

2.  Preparation of description (specification) of needed goods and services;

3.  Determination of proper procurement method (quotes, competitive sealed bid, request for proposal, etc,);

4.  Preparation of requisition;

5.  Preparation of solicitation document;

6.  Receipt of quotes, bids or proposals;

7.  Review of quotes and bids for lowest responsive and responsible bidder or selection of proposal that is most advantageous to the Town;

<u>**Accounts Payable Clerk & Town Recorder:**</u>

8.  Issuance of contract number, approved by the authorized personnel;

9.  Receipt of goods and/or services;

10. Payment to vendor.

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 150 of 174   PageID #: 426

**REQUISTION POLICY**

**I.     PURPOSE**

The purpose of a Requisition is to communicate the need of the using department and to correctly define the material or service requested to the Accounts Payables Clerk. A requisition is required for all purchases. Information presented on and attached to the requisition provides the basis for the purchase, requested verbal and written quotes, Invitations to Bid or Requests of Proposals sent to bidders or offers or supplying the needed goods or services. An accurate and well-thought-out requisition is essential for assuring the completion of an economical and timely purchasing transaction.

**II.     SCOPE**

This policy applies to all procurements.

**III.     POLICY**

Before preparing a requisition, the using department should invest a sufficient amount of time in planning to be certain the requisition is prepared properly. If a department has a critical, complex or expensive requirement, taking the time at the front end will save time later. **It is also important to coordinate with the Accounts Payable Clerk in advance for requirements that are critical and time sensitive.**

**IV.     REQUISITION  DO'S AND DON'TS**

**A.   DO**
- Write in ink and legibly
- Provide as much information as possible.
- Provide a description of functional, performance or technical characteristics, as appropriate.
- When the purchase requires quotes or bids, provide a list of no less than three vendors with the capability to meet the requirements of the purchase.

**B.   DON'T**
- Assume the Vendors are familiar with all your needs.
- Divide the requirements to fall under the competitive threshold.
- Copy specifications verbatim from a Vendor's publication.
- Assume competitive requirements will be waived.
- Assume the same Vendor will win the order all the time.

16

**SOLE SOURCE PURCHASES POLICY**

**I.      PURPOSE**

To provide guidance to employees engaged in the purchasing function concerning sole source procurements.

**II.     SCOPE**

This policy applies to all Town personnel involved in the procurement process.

**III.    GENERAL**

Tennessee Code Annotated §6-54-304 (2) allows for a limited exemption from competitive quoting or bidding for the purchase of item(s) where the functional requirements of the Town can be satisfied by only one source.

This exemption for the purchase of goods or services from competitive procurement will be allowed once it has been determined by the Town Administrator that the goods or services to be purchased are impossible or impractical to procure through competitive procurement.

Because of the requirement for justification of such exemptions, all requests for Sole Source purchases must be supported by the <u>Sole Source Justification</u> Form and approved by the Town Administrator. Refer to "Sole Source Purchases Procedure" for detailed instructions.

17

**SALE AND DISPOSAL OF SURPLUS PROPERTY POLICY**

I.  **PURPOSE**
    To establish a procedure for the sale of surplus property.

II. **SCOPE**
    This procedure is to be used by the Town Administrator, Town Recorder and Department Heads.

III. **GENERAL**
     When a department head decides there is excess equipment or material in the department, they shall notify the Town Recorder in writing. The Town Recorder will determine if the value is greater than $100. Said property shall be disposed of by public auction or sealed bids at the discretion of the Town Administrator. Items with an estimated value of more than $100 shall be advertised for bidding, after the Town Recorder has received approval from the governing body. Such equipment or materials will be sold to the highest bidder. The Town of Farragut may transfer surplus equipment or material from one department to another.

     All town employees shall be permitted to bid on any surplus town property.

18

# ORGANIZATION AND RESPONSIBILITY

## DEPARTMENT PURCHASING RESPONSIBILITIES

**I.    PURPOSE**

It is mandatory in all departments that the employee responsible for buying goods and services have a thorough understanding of the policies and procedures contained in this manual.

Their primary responsibility is to provide for the purchase of materials, supplies and services with the objective that they will be available at the time, place, quantity and price consistent with the need of the Town.

To achieve this overall objective, the responsibilities, authorities, and controls set forth in this policy and related policies, must be adhered to by all employees.

**II.    SCOPE**

This policy applies to all Town employees having any purchasing responsibilities.

**III.    RESPONSIBILITIES**

1. Departments will conduct business in accordance with the Town Purchasing Policies and Procedures Manual.

2. To allow lead-time for a purchase through a competitive process, allowing the supplier time to deliver the needed items.

3. To suggest sources of supply.

4. To plan purchases in order to eliminate avoidable emergencies.

5. To supply generic and general specifications on items to be bid.

6. To inspect merchandise upon receipt, and complete a receiving report noting any discrepancies.

7. To advise the Accounts Payable Clerk of defective merchandise or dissatisfaction with vendor performance.

8. To advise the Town Recorder of surplus property.

**PROCUREMENT AWARD AUTHORITY**

**I.   PURPOSE**

To establish the hierarchy of authority and responsibility upon which all of the policy and policy bulletins in this manual are based.

**II.  SCOPE**

This policy applies to all employees.

**III. PROCUREMENT AWARD AUTHORITY**

Amounts $10,000 or More

Except as otherwise provided, all contracts equal to or exceeding ten thousand dollars ($10,000.00) for the procurement of supplies, services, equipment and construction shall be awarded only after authorization of the award has been given by the Board of Mayor and Aldermen.  A contract number will be issued and referenced on all documentation from the vendor.

Amounts $4,000 to #9,999.99

Except as otherwise provided, all contracts equal to nine hundred ninety-nine dollars and ninety-nine cents ($9,999.99) and equal to or exceeding four thousand dollars ($4,000.00) for the procurement of supplies, services, equipment and construction shall be awarded only after authorization of the award has been given by the Department Head or Town Recorder and the Town Administrator.  A contract number will be issued and referenced on all documentation from the vendor.

Amounts $3,999.00 or Less

Except as otherwise provided, all contracts equal to or less than three thousand nine hundred ninety-nine dollars and ninety-nine cents (3,999.99) for the procurement of supplies, services, equipment and construction shall be awarded only after authorization of award have been given by a Department Head or the Town Recorder.

For additional information regarding signature authority for procurement purposes, see the "Signature Authority" section.

20

**PURCHASING ORGANIZATION CHART**

I.       **PURPOSE**

         To establish the hierarchy of responsibility upon which all of the policy and procedures in this manual are based.

II.      **SCOPE**

         This policy applies to all employees.

III.     **RESPONSIBILITY**

         The Town Recorder is responsible for the maintenance of this manual.

IV.      **ORGANIZATION**

         The purchasing organization chart below shows the positions referred to in the manual.

         Town Administrator
         Department Head
         Town Recorder
         Accounts Payables Clerk

## SIGNATURE AUTHORITY

I.      PURPOSE

To establish the signature authority for all Town of Farragut Purchase Requisitions.

**II.      SCOPE**

This policy applies to all purchase requisitions.

**III.     POLICY:**

It shall be the policy of the Town of Farragut that the following positions shall have the signing authority to bind the Town of Farragut contractually by way of purchase requisition within the following designated dollar limits.

PURCHASES BETWEEN $0 TO $1,000
One signature required by:
- Department Head or Town Recorder

PURCHASES BETWEEN $1,000 TO $3,999
Two signatures required by:
- Town Recorder &
- Department Head

PURCHASES BETWEEN $4,000 TO $9,999
Two signatures required by:
- Town Administrator &
- Department Head or Town Recorder

PURCHASE BETWEEN $10,000 OR MORE
Two signatures required by:
- Town Administrator &
- Department Head or Town Recorder
And approved by the Board of Mayor and Aldermen

In the absence of the Town Administrator the Associate Town Administrator may sign.

22

# PURCHASING PROCEDURES

# PROCEDURES

## EMERGENCY PURCHASES PROCEDURE

**I.  PURPOSE**

To provide detailed instructions for performing an emergency purchase.

**II.  SCOPE**

This procedure applies to all purchases recognized as an emergency as defined in the "Emergency Purchases Policy."

**III.  GENERAL**

OBTAINING EMERGENCY AUTHORIZATION DURING NORMAL PURCHASING OFFICE HOURS

When an emergency is identified, contact the Town Administrator immediately and advice:

1. The nature of the emergency;
2. The estimated cost of the services/good required; and,
3. The vendor who will receive the order.

Even though competition is not required, it is the department's responsibility to attempt to obtain the goods or services required at competitive prices.

A written explanation of the emergency shall be prepared using the Emergency Purchase Explanation Form. Suppliers shall furnish sales tickets, delivery slips, invoices, etc., for the supplies or services rendered. Terms of the transactions, indicating price and other data, shall be shown. Attach all information to the form and forward the entire package to the Accounts Payable Clerk. No invoice will be paid unless the Accounts Payable Clerk has received an acceptable Emergency Purchase Explanation form.

A sample form for duplicating is located in the Sample Forms Appendix.

OBTAINING EMERGENCY AUTHORIZATION OUTSIDE NORMAL PURCHASING OFFICE HOURS

When an emergency need is identified outside the normal office hours, and immediate action is required to correct a threat to the safety, health or welfare of the public, the ordering department has the authority to procure the goods or services necessary to correct the problem with approval from the Department Head or Town Administrator.

Process in the same manner as above.

ONLY THE QUANTITY OF GOODS OR SERVICES NECESSARY TO ALLEVIATE THE EMERGENCY MAY BE PURHASED UNDER THE PO NUMBER

24

**REQUISITION – PREPARATION PROCEDURE**

I.      **PURPOSE**

      To provide detailed instructions for completing a purchase requisition.

II.     **SCOPE**

      This procedure applies to all purchase requisitions.

III.    **GENERAL**

      The following are detailed procedures to be followed when implementing a request for purchase of materials, supplies, services, etc.

      The purchase requisition is designed to contain all of the necessary information and signatures relevant to the processing of the procurement. The completion of the purchase requisition by the requisitioner serves to create the first step in completing a contractual commitment between the supplier and the Town.

      A sample form for duplicating is located within this manual in Sample Forms Appendix.

IV.    **REQUISITIONER INSTRUCTIONS FOR COMPLETING A REQUISITION**

      *Note: The following procedures are for all general purchases below the formal bid threshold.*

A.   <u>Date:</u> - The date requisition is prepared.

B.   <u>Requisitioner</u> - Signature of the person initiating the purchase request.

C.   <u>Date Needed</u> – Avoid the use of the term ASAP (as soon as possible), "AT ONCE", and "RUSH". Always estimate or project a specific preferred date the material or items is to be delivered. This consideration will assist the Buyer to determine priorities regarding delivery requirements. Always allocate as much lead-time as practical by determining your needs as far as possible in advance. This allows adequate time to receive competitive bids and to purchase in the best and most efficient manner for the Town.

      <u>Prepare far enough in advance to avoid emergencies.</u>

D.   <u>Department</u> – The complete name of the using department.

E.   <u>Deliver To</u> – Specific location to which shipment is to be delivered.

F.   <u>Quantity</u> – Specific quantity to be purchased and delivered.

G.   <u>Description</u> - Specific description of items ordered includes model numbers, part numbers, amps, voltage, hp, brand, size, catalog references, color, dimensions, etc. Try not to generalize unless absolutely necessary!

      If the purchase is of a technical nature, specifications should be attached to the requisition.

H.   <u>Unit Price</u> - Price that has been agreed upon between requisitioner and supplier for the item to be purchased.

25

I. <u>Estimated Total Price</u> – Multiply the Unit (F.) by the Estimated Unit Price (H.) and enter the total in the appropriate line within the Estimated Total Price column.

J. <u>Account Number</u> – Enter the appropriate budgetary account number.

K. <u>Ship via</u> – Means for which the items will be transported to its destination such as vendor truck, customer pick-up, common freight carrier, UPS, etc.

L. <u>Estimated Freight Cost</u> – Freight charges that have been quoted by the supplier to the requisitioner.

M. <u>Estimated Total Cost</u> – Enter the total estimated cost by adding each Estimated Total Price(s) (I.) to the Estimated Freight Cost (L.) for all items requisitioned.

N. <u>Recommended Vendor(s)</u> – The requisitioner suggested or known source or supplier. A supplier address, telephone number, and contact are required. **Try to provide at least three potential sources.**

O. <u>Justification for Purchase</u> – Requisitioner to enter reason for the purchase of the described items.

P. <u>Approved By</u> – Signature of individual authorized to approve expenditure of funds.

Q. <u>Date</u> – The date-authorized individual signed the requisition.


<u>Distribution as follows:</u>

Purchase under $10,000: The original signed requisition, with receipts attached, will be forwarded to the Accounts Payable Clerk for processing.

Purchase over $10,000: The original signed requisition will be attached to the formal bid documents.

A requisition for formal bids shall contain only these categories listed above: A, B, D, E, F, J, O, P And Q. For item "G" the department will attach specifications to the requisition and forward it to the Accounts Payable Clerk.

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 161 of 174   PageID #: 437

# SOLE SOURCE PURCHASE PROCEDURE

**I.    PURPOSE**

To provide detailed instructions for requesting sole source purchase authorization.

**II.    SCOPE**

This procedure applies to all purchases recognized as a sole source purchase as defined in the Sole Source Purchases Policy.

**III.    GENERAL**

All requests for Sole Source Purchases must be supported by the <u>Sole Source Justification</u> Form and approved by the Town Administrator. A sample form for duplicating is located within this manual in Sample Forms Appendix.

Submission of the form is mandatory on the first request for purchase of material or services from a sole source. Departments are encouraged to request advance sole source authorizations by processing the <u>Sole Source Justification</u> Form with supporting documentation prior to beginning the purchasing process. Advance authorizations can save considerable time and should be used whenever possible.

**IV.    THE SOLE SOURCE JUSTIFICATION FORM**

To expedite processing of sole source requests, the <u>Sole Source Justification</u> Form must be completed properly.

1. The explanation must be complete and accurate.
2. The Department Head must sign the form.
3. To establish a vendor as a sole source, users must provide with the <u>Sole Source Justification</u> form a statement from the manufacturer (NOT THE DISTRIBUTOR) of the product identifying the requested sole source as the only source available to the Town of Farragut, Tennessee for the goods or services.

27

## SPECIFICATION PREPARATIONS PROCEDURE

**I.      PURPOSE**

To define what form and information is needed from the department submitting specifications to the Accounts Payable Clerk for formal solicitation.

**II.     SCOPE**

This procedure applies to all Town departments' specifications for formal solicitations.

**III.    GENERAL**

A specification is a description of the material or services to be purchased.  Thorough and careful preparation of the specification probably is the most important part of the bidding process.

Because the level of quality specified impacts directly the price, the Accounts Payable Clerk must be furnished with specifications that will fulfill but not exceed the requirements for which the materials, equipment or services are intended.  When developing specifications it is necessary to follow the general policy of purchasing goods, standard grades of merchandise that represent an optimum relationship between quality and price, always consistent with providing a satisfactory level of service.

All purchases of the Town must be based upon adequate specifications.  A lengthy specification designed solely to eliminate competition is contrary to public purchasing laws and regulations and must be avoided.  Specifications must have enough detail to afford a basis for full and fair competitive bidding based on a common standard and must be free from restrictions that would tend to reduce or eliminate competition.

The term, "specification," is used interchangeably with the terms, "purchase description," "purchase specification," "purchase requirement," "commercial item description," "scope of work," and "statement of work."  A specification may include requirements for samples, prototypes, inspection, testing, warranty and packaging.

**IV.     TYPES OF SPECIFICATIONS**

There are several types of specifications.  The development, selection and use of a particular type is dependent on the situation, time, information available and needs of the using department.

 Performance Specifications:
This type describes the function and use of the product or exactly what the department wants to accomplish as an end result.  This usually is considered as the most versatile type of specification.  The supplier can apply the latest technologies and techniques to achieve the performance desired by the Town.  Care must be taken so that when preparing this type of specification to solve a given problem, the product received does not cause other, unexpected problems.  For example, requesting a method for eliminating ice on streets could result in the purchase of a chemical that effectively and efficiently melts ice but destroys asphalt in the process.  Performance specifications must be reviewed carefully by the department to be certain that the vendor can readily understand the essential nature of the problem to be solved.

Performance specifications are preferred since they communicate what a product is to do, rather than how it is to be built.  Among the ingredients of a performance specification would be the following:
- A general nomenclature or description;

28

- Required performance characteristics (minimum/maximum) to include speed, storage capacity, production capacity, usage, ability to perform a specific function;
- Operational requirements, such as limitations on environment, water or air cooling, electrical requirements;
- Site preparation requirements for which the contractor will be responsible, such as electricity, plumbing, or for maintaining a current equipment or system until switching to the new equipment or system;
- Installation requirements;
- Delivery requirements;
- Maintenance requirements;
- Supplies and parts requirements;
- Warranty; and
- Service location and response time.

Design or Technical Specifications
This type of specification describes the construction of the item in detail. Although this may appear to be the best type of specification to use, the ordering department must have a <u>complete</u> understanding of the final product and its use before using it. Use of technical or design specifications may eliminate the vendor from liability as to the performance of the item after the purchase is made because someone other than the vendor has specified the performance. Because of this responsibility factor, technical or design specifications are among the most difficult to prepare.

Design and technical specifications are normally prepared by architects and engineers for construction or custom manufactured products. Among the ingredients of a design specification would be the following:
- Dimensions, tolerances ad specific manufacturing or construction processes;
- References to a manufacture's brand name or model number; and
- Use of drawings and other detailed instructions to describe the product.

Brand Specifications
A brand name may be used <u>if</u> it represents the quality desired and its use is intended to be <u>illustrative.</u> When a specification mentions a manufacturer's brand name or model number, it shall also include the words, "or equal." In this regard, "or equal" is interpreted to mean, "Substantially equal and capable of performing the essential functions of the referenced brand name or model." Identify any specific features of the referenced brand that must be met.

The term "or equal" used frequently in specifications does not mean that the product will be evaluated as to whether it is exactly equal to the product named in the specification. "Or equal," or the more preferable term, "or equivalent," means that an alternate product will be evaluated to determine if it produces the same result as the brand specified. You should always be aware that the product proposed by a vendor might be substantially different from the specified product and that, if it produces the same results, it must be considered on an equal basis with the specified product. To avoid being faced with a limited choice such as this, it is important to add to the specification any mandatory physical characteristics of the product specified (such as general size, horsepower, weight, etc.) that must be met by the alternate bid to be accepted as "equivalent." Although the purchaser reserves the right to be the final judge about the acceptability of an "equivalent" item, the justification can be extremely difficult to prepare unless any mandatory physical characteristics of the item desired are included in the specification. Try to avoid listing <u>only</u> a brand name or model number in the specification.

Scope of Work for Services
The following is an outline of the types of information that should be included in a scope of work for procurement of professional or other services:

29

1. General Requirements:  Describe the contractor's responsibility to provide a service or produce a specific study, design or report for the using department.
2. Specific Requirements:  Address the specific tasks, sub-task, parameters and limitations that must be considered in producing the service or final project.  Such factors as the following should be included:
   - Details of work environment;
   - Minimum or desired qualifications;
   - Amount of service needed;
   - Location of service;
   - Definition of service unit;
   - Time limitations;
   - Travel regulations or restrictions;
   - Special equipment required; and
   - Other factors affecting working environment.

3. Town Provided Materials or Services:  List any plans, reports, statistics, space, personnel, or other Town provided items that must be used by the contractor.

4. Deliverables, Reports and Delivery Dates:  Identify the specific delivery dates for all documentation or products the contractor must furnish.  Be clear about the expectations of the Town for the contractor's performance.


## V.        SPECIFICATION "DO'S" AND "DON'TS"

A. DO'S
   - Use the word "shall," to describe a command or mandatory requirement;
   - Use the words, "should" or "may," to describe an advisory or optional requirement;
   - Be specific and detailed in presenting mandatory requirements; and
   - State a requirement of fact once and avoid duplication.

B. DON'TS
   - Present something as mandatory when it is really only optional;
   - Write specification or scope of work that restricts response to a single bidder/offeror; and
   - Place bid/proposal administrative or contractual terms in the specification portion of the document.

## VI.    PREPARATION AND REVIEW OF SPECIFICATIONS

Departments are responsible for the product specifications. All specifications should be submitted to the Accounts Payable Clerk in Word format.  After the clerk has reviewed the specifications and attached its standard terms and conditions, the Department will be forwarded a draft for final review.  This draft will require a signature for approval by the Department Head and returned to the Accounts Payable Clerk for continuation through the solicitation process.

30

# SALE AND DISPOSAL OF SURPLUS PROPERTY PROCEDURE

**I.**     **PURPOSE**

    To provide instruction for the disposal of surplus property

**II.**     **SCOPE**

    This procedure applies to the disposal of surplus property.

**III.**     **GENERAL**

    <u>Disposal of Surplus Property</u>
    The Town Administrator shall be in charge of the disposal of surplus property and make a full report to the Board of Mayor and Aldermen after the items are disposed of. When a department head determines there is surplus equipment or materials within the department, he/she shall notify the Town Recorder in writing of any such equipment. The Town Administrator may transfer surplus equipment or materials from one department to another.

    <u>Surplus Property: Items Consumed in the Course of Work thought to be Worthless.</u>
    Town property which may be consumed in the course of normal Town business and items thought to be worthless shall be disposed of in a like manner as any other refuse.

    <u>Items Estimated to Have Monetary Value.</u>
    When disposing of surplus property estimated to have monetary value, the Town Administrator and Town Recorder, in conjunction with the Department Head, shall comply with the following procedures:
   a. Obtain from the Board of Mayor and Aldermen a resolution declaring said items to be surplus property.
   b. A notification of surplus property shall be posted on the website and at Town Hall. If the sale of surplus property is requested by sealed bidding the notification shall be advertised in a newspaper of general circulation.
   c. Such equipment or materials shall be sold to the highest bidder. In the event the highest bidder is unable to pay within forty-eight (48) hours, the item shall be awarded to the second highest bidder.
   d. All pertinent information concerning the sale shall be noted in the fixed asset records of the Town.
   e. The advertisement, bids, and property cards shall be retained for a minimum period of five (5) years.

    <u>Surplus Property: Town Identification Removed Prior to Sale</u>
    No surplus Town property shall be sold unless and until all decals, emblems, lettering, or coloring which identifies the item as belonging to the Town of Farragut have been removed or repainted.

Case 3:23-cv-00402-TRM-JEM   Document 6-2   Filed 11/11/23   Page 166 of 174   PageID #: 442

# WRITTEN QUOTATIONS PROCEDURE

**IV.**  **PURPOSE**

To provide detailed instruction for soliciting and completing a written quotation (Request for Quotation) for goods and/or services.

**V.**  **SCOPE**

This procedure applies to purchases less than $10,000 but greater than $4,000.

**VI.**  **GENERAL**

Purchases between $4,000 and $10,000 require competitive pricing. This may be accomplished by written quotations (Request for Quotation) solicited by fax from no less than three firms with written confirmation from each vendor. Written confirmation and evidence of acceptable insurance coverage also must be obtained for construction/repair-related purchases.

**VII.**  **WRITTEN QUOTATION FORM**

1) <u>Steps In Preparing Form Before Solicitation</u>

A sample Request for Quotation form for duplicating can be found within this manual in the Sample Forms Appendix. The following required instructions need to be properly completed.

The following information is required before faxing a Request for Quotation form to a vendor for solicitation for goods and/or services.

A.  NUMBER – Quotation number used by the department for tracking and identification purposes.
B.  DATE – The date of the Request for Quotation solicitation.

C.  DELIVERY REQUIRED – A specific date should be entered informing the vendor of the required delivery of the goods and/or services.

D.  REPLY NO LATER THAN – A time and date shall be entered within this area notifying each prospective vendor that the quotation must be returned by this time and on this specific date. The recommended time range for this type of solicitation is usually three (3) to five (5) business days.

E.  REQUISTION NO. – The department will enter the requisition number as it appears on the authorized Town Purchase Requisition.

F.  DEPARTMENT – Enter the name of the department soliciting the quote.

G.  JOB NO. – Enter the job number of the project for which quote will pertain to. This area is optional depending on the department workflow tracking system.

H.  VENDOR – All information regarding the vendor should be entered in this area. At least three (3) vendors should be listed. Include the following as a minimum for vendor information: Firm Name, Phone Number, Fax Number and Contact Person for which fax should be delivered to.

I.  TERMS – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet. A sample Fax Instruction Cover Sheet for duplicating can be found within this manual in Sample Forms Appendix.

32

J.   SHIPMENT VIA – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

K.   DATE SHIPMENT CAN BE MADE – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

L.   ITEM – Enter a number for each item described. This allows specific identification during vendor clarification and/or questions via phone or fax. It also assists in identifying the proper item when evaluating the vendor's response (quote).

M.  QUANTITY – The department will identify their needs as to the quantity required for each described item.

N.   SPECIFICATION or SCOPE OF SERVICES - A complete description should be entered in this area for each required item. The description should describe the goods and/or services to the best of the department's ability.

     If the quote is being solicited for services to be performed (including construction services) a detailed scope of services must be written and it must accompany the quotation form.

O.   UNIT PRICE – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

P.   AMOUNT – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

Q.   COMPANY NAME – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

R.   CONTACT PERSON – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

S.   PHONE NO. – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.

T.   SIGNATURE – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet. The quote cannot be accepted unless an authorized agent of the company signs the Request for Quotation form

U.   DATE – Vendor shall complete this area as directed within the Fax Instruction Cover Sheet.


2)   <u>Instruction for Soliciting Quotes</u>

The most cost effective way to solicit a written quote is by fax communication. The alternative is the U.S. Mail. The department may fax the Request for Quotation form to the three prospective vendors along with the Fax Instruction Cover Sheet containing quoting instructions and the standard terms and condition pages. A sample of the Town's Standard Terms and Conditions for duplicating can be found within this manual in Sample Forms Appendix.

In the case of a solicitation for services to be performed (including construction services) an approved contract by the Town Attorney must accompany the solicitation package. A contract can be obtained from the Town recorder.

33

*Note; On-site meetings and conversations with potential quotes will not take the place of the aforementioned solicitation requirements.*

The complete Request for Quotation package will consist of the following items faxed to the prospective vendor.

    1)   Fax Instruction Cover Sheet
    2)   Standard Town of Farragut Terms and Conditions
    3)   Request for Quotation form
    4)   Approved Contract (If Required )

    3)   <u>Evaluating The Returned Quote Forms</u>

The department will gather all submitted quotes and enter the correct quote information within the designated area provided on the Request for Quotation form for the ease of evaluation. The following areas should be completed within the <u>Summary of Quotations</u> for an accurate evaluation.

    1.   Record the item number that refers to the correct item quoted.

    2.   Enter the amount quoted for each item that corresponds to the specific vendor.

    3.   Enter the shipping amount quoted for the entire quote that corresponds to the specific vendor.

    4.   Verify the accuracy of the offered lump sum total from each returned Request for Quotation form and enter it in the area for each corresponding vendor.

    5.   Enter the payment term for each vendor if they insist on other terms than preferred by the Town (NET 30 Days).

    6.   Enter the anticipated ship date as indicated on the specific vendor's Request for Quotation form.

## VIII.    LEGAL RESPONSIBILITY

When obtaining written quotations from vendors, you are subject to the same legal constraints that apply to all Town bids. You <u>cannot</u> reveal one vendor's price to another vendor until the terms have been accepted by the awarded vendor. No price revisions are allowed to be made by a vendor once the initial written quotation has been received from that vendor.

## IX.    PRICES RECEIVED ARE LESS THAN $1,000

If the price obtained (lump sum total price that include shipping and handling costs) at any stage in the written quotation process is less than $1,000 and the price is acceptable and considered competitive, you need not solicit additional prices.

## X.    IS A "NO BID" OR "NO QUOTE" RESPONSE CONSIDERED AS A "QUOTATION"

A "NO BID" or "NO QUOTE" is not considered a vendor quotation unless approved by the Town Administrator. Three qualifying quotes containing a lump sum total amount is required unless special circumstances prevent the department from receiving the three required quotes.

34

SAMPLE FORMS APPENDIX

# **EMERGENCY PURCHASE EXPLANANTION FORM**

**Emergency Purchase Order number assigned**: PO#_____ on (Date) _____

**Purchase Order number assigned by**: (Name) _____, (Title)_____

**Material or Services Purchased (General Description):**




**Nature of emergency affecting safety, health or welfare of the public.  Be concise but describe the emergency completely:**




**Vendor:**_____

**Total Actual Cost of Emergency Purchase: $**_____

**Prepared By:**
**(Name)**_____

**Department:**_____

**Date Prepared:** _____


**Attach receiving report or packing slip and any other supporting documentation and forward to the Town Administrator for review and approval.  Once approved forward all documentation to the Accounts Payable Clerk for processing of the payment.**

**Approved by Town Administrator: _____**

**Date: _____**

# SOLE SOURCE JUSTIFICATION

VENDOR: _____

ITEM DESCRIPTION: _____

_____

INITIAL ALL ENTRIES BELOW THAT APPLY TO THE PROPSED PURCHASE:  Attach a memorandum containing complete justification and support documentation as directed in initialed entry. (More than one entry will apply to most sole source products/services requested).

1. _____    The parts/equipment are not interchangeable with similar parts of another manufacturer. (Explain in a separate memorandum.)
2. _____    This is the only known item or service that will meet the specialized needs of this department or perform the intended function.  (Attach memorandum with details f specialized function or application.)
3. _____    The parts/equipment are required from this source to permit standardization.  (Attach memorandum describing basis for standardization request.)
4. _____    None of the above apply.  A detailed explanation and justification for this sole source request is contained in the attached memorandum.


The undersigned requests that competitive procurement be waived and that the vendor identified as the supplier of the service or material described in this sole source justification be authorized as a sole source for the service or material.


_____

Department Head                    Department                         Date

_____

(Administration use only)        **Sole Source Authorization**

Approved by Town Administrator: _____

                    Date: _____


Disapproved by: _____

          Date: _____

Reason for Disapproval:

# SURPLUS EQUIPMENT FORM

Place the asset tag (if available) in this box, complete the remaining information by filling in the blanks and forward to the Town Recorder.

BRAND _____

DATE REMOVED _____

DEPAERTMENT REMOVED FROM _____

SERIAL # IF AVAILABLE _____

DEPARTMENT HEAD SIGNITURE _____

---

# SURPLUS EQUIPMENT FORM

Place the asset tag (if available) in this box, complete the remaining information by filling in the blanks and forward to the Town Recorder.

BRAND _____

DATE REMOVED _____

DEPAERTMENT REMOVED FROM _____

SERIAL # IF AVAILABLE _____

DEPARTMENT HEAD SIGNITURE _____

## <u>REQUEST FOR QUOTATION INSTRUCTION</u>

## FAX COVER SHEET

DATE: _____ TIME: _____

TO: _____FAX #: _____

FROM: _____ PAGES TO FOLLOW: _____

---

Each vendor receiving this Request for Quotation shall complete the following steps given below and shall return the completed form by fax to the above identified Town contact before the required time and date shown on the form.

Should the vendor be unable or not desire to offer a quote, the vendor is required to place "NO QUOTE" somewhere on the Request for Quotation form and fax it back to the identified Town contact in order for the vendor's name to remain on the Town's current vendor list for future solicitation.

1. The vendor shall enter the <u>Payment Terms</u> within the designated area on the Request for Quotation Form.
2. Vendor shall enter information regarding <u>Ship Via</u> within the designated area on the Request for Quotation Form.
3. Vendor shall enter information regarding <u>Date Shipment can be made</u> within the designated area on the Request for Quotation Form.
4. Vendor shall enter information regarding <u>Unit Price</u> for each item specified within the designated area on the Request for Quotation Form.
5. Vendor shall enter information regarding <u>Shipping Cost</u> within the designated area on the Request for Quotation Form.
6. Vendor shall enter information regarding <u>Lump Sum Total</u> for the quote including all shipping and handling costs within the designated area on the Request for Quotation Form.
7. Vendor shall fill in the blanks at the bottom of the Request for Quotation Form completely and accurately. The form must be signed and dated by an agent legally authorized to bund the said company. <u>NO QUOTES WILL BE ACCEPTED WITHOUT A SIGNITURE AND DATE.</u>

39