

# Urban Growth Areas

- Town Limit
- Streets
- Urban Growth Areas





**CONTACTS:**
GIS:
Carrie Smith
carrie.smith@aecom.com

1 inch = 3,000 feet

Map Prepared: May 2019

