# TENNESSEE PLANNING COMMISSIONER HANDBOOK



## Section I

### Development of Planning in TN/Legal Basis for Planning

Case 3:23-cv-00402-TRM-JEM   Document 6-5   Filed 11/11/23   Page 1 of 1   PageID #: 517