AGENDA NUMBER V.D.  MEETING DATE OCTOBER 24, 2019

# REPORT TO THE BOARD OF MAYOR AND ALDERMEN

**PREPARED BY:** David Smoak, Town Administrator

**SUBJECT:** Approval of Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance

---

**INTRODUCTION:** The purpose of this agenda item is to consider approval of a memorandum of understanding (MOU) between the Town of Farragut and the Farragut Business Alliance (FBA).

**DISCUSSION:** The FBA was formed in 2009 as a non-profit 501(c)6 organization whose primary mission is to help promote businesses in the Town of Farragut. Since that time, the FBA has held several community events, such as the Musicfest at West End, the Taste of Farragut, Light the Park and Dog Daze at Village Green. The FBA also has been leading the marketing of the Shop Farragut campaign during the holiday shopping season.

The Board of Mayor and Aldermen (BMA) approved a one-year MOU with the FBA in June 2018. The attached MOU would be for a one-year term and may be renewed annually unless the agreement is terminated by either party at any time during the agreement. The MOU outlines the economic development initiatives the FBA will be responsible to provide for the Town of Farragut and the businesses located within the Town (see Exhibit A – Program of Work). The FBA's program of work will include helping to increase sales tax revenues and maintaining the positive values and progress of the Town of Farragut.

The FBA is requesting $70,000 from the Town, which is the same level of funding as the current agreement. The FBA has given a proposed budget and how they would utilize these funds in the attachment to this report. Additional attachments to the report include: Proposed MOU and the FBA's current financials.

**FINANCIAL SECTION:**

Account Number: 110-47200-254

| Total Budget | Contracted Amount | Expenditures YTD | Remaining Amount |
|---|---|---|---|
| $88,000 | $70,000 | $0 | $18,000 |

Approved By: [signature]

**FARRAGUT STRATEGIC PLAN:** Approval of this MOU will help facilitate the Town's goal of Promoting a Convenient Retail and Services Destination

**RECOMMENDATION BY:** Town Administrator David Smoak for approval.

**PROPOSED MOTION:** To approve a Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance as attached.