| | |
|---|---|
| ORDINANCE: | 17-11 |
| PREPARED BY: | Shipley |
| REQUESTED BY: | Staff |
| CERTIFIED BY FMPC: | July 20, 2017 |
| PUBLIC HEARING: | |
| PUBLISHED IN: | |
| DATE: | |
| 1ST READING: | |
| 2ND READING: | August 10, 2017 |
| PUBLISHED IN: | |
| DATE: | |

**AN ORDINANCE TO AMEND THE TEXT OF THE FARRAGUT ZONING ORDINANCE, ORDINANCE 86-16, AS AMENDED, PURSUANT TO AUTHORITY GRANTED BY SECTION 13-4-201, <u>TENNESSEE CODE ANNOTATED</u>, BY AMENDING CHAPTER 3., SPECIFIC DISTRICT REGULATIONS, SECTION XII., GENERAL COMMERCIAL DISTRICT (C-1), F., MIXED USE TOWN CENTER, SUBSECTION 9., a., TO PROVIDE FOR NEW HEIGHT REGULATIONS FOR BUILDINGS CONSTRUCTED IN THE MIXED USE TOWN CENTER PORTION OF THE GENERAL COMMERCIAL (C-1) ZONING DISTRICT**

**WHEREAS,** the Board of Mayor and Aldermen of the Town of Farragut, Tennessee, wishes to amend Chapter 3, Specific District Regulations, of the Farragut Zoning Ordinance, Ordinance 86-16,

**NOW, THEREFORE, BE IT ORDAINED** by the Board of Mayor and Aldermen of the Town of Farragut, Tennessee, that the Farragut Zoning Ordinance is hereby amended as follows:

**SECTION 1.**

The Farragut Zoning Ordinance, Chapter 3, Specific District Regulations, Section XII., General Commercial District (C-1), F., Mixed Use Town Center, Subsection 9., a., is amended by deleting it in its entirety and substituting in lieu thereof the following:

9. Height Regulations

    a. Unless provided for otherwise, buildings shall be a minimum of two (2) stories in height or have the appearance, as viewed from all building elevations, of a building that is at least two (2) stories in height. Buildings shall not exceed four (4) stories in height. The minimum height requirement shall apply only to new buildings.

    b. For existing lots of record that are not part of a larger development and that are less than three (3) acres, the Planning Commission may consider allowing a building height that is less than two (2) stories. This shall only be permitted if the proposed building is in compliance with all other

    building façade requirements that apply to the Mixed Use Town Center and the applicable provisions of the Architectural Design Standards. An applicant shall also clearly demonstrate that the building(s) will advance and be consistent with the building design objectives of the Town Center District.

  c. Whenever the adjacent property is zoned residential (other than multi-family), or agricultural, no buildings to be constructed within 100 feet of a periphery property line shall exceed the maximum height permitted for principal dwelling units in the adjacent zoning district(s).

  d. No accessory building shall exceed fifteen (15) feet in height. Parking garages shall not exceed three stories or forty-five (45) feet in height. Parking garages may not access streets classified as arterial.

**SECTION 2.**

  This ordinance shall take effect from and after its final passage and publication, the public welfare requiring it.

_____
Dr. Ralph McGill, Mayor


_____
Allison Myers, Town Recorder


Certified to the Farragut Board of Mayor and Aldermen this \_\_\_\_\_ day of _____, 2017, with approval recommended.


_____
Rita Holladay, Chairman


_____
Edwin K. Whiting, Secretary

**FARRAGUT MUNICIPAL PLANNING COMMISSION**