














## DETAIL "B" (1" = 150')

## DETAIL "C" (1" = 150')

### CURVE TABLE (TRAIL EASEMENTS)

| CURVE | DELTA ANGLE | RADIUS | TANGENT | LENGTH | CHORD |
|---|---|---|---|---|---|
| C32 | 45°24'23" | 85.00' | 35.56' | 67.36' | S 22°09'39" E 65.61' |
| C33 | 53°25'30" | 15.00' | 7.55' | 13.99' | S 26°10'13" E 13.49' |
| C34 | 0°36'14" | 5679.58' | 29.93' | 59.87' | S 76°56'56" E 59.87' |

### CURVE TABLE (SEWER EASEMENTS)

| CURVE | DELTA ANGLE | RADIUS | TANGENT | LENGTH | CHORD |
|---|---|---|---|---|---|
| C35 | 0°11'48" | 5678.37' | 9.74' | 19.48' | N 76°47'25" W 19.48' |
| C36 | 0°21'44" | 5679.58' | 17.96' | 35.92' | S 77°04'11" E 35.92' |
| C37 | 0°09'58" | 5679.58' | 8.23' | 16.46' | N 59°50'54" E 16.46' |


SCALE: 1" = 150'


2008091100177704

### VICINITY MAP (NOT TO SCALE)

### NOTES

1. OWNERSHIP AND REFERENCE
   **MOSER BIDDLE LEASED BURGER KING #3412**
   P.O. BOX 22102
   KNOXVILLE, TN 37933   TEL. NO. (865) 671-2452
   CLT MAP 142, PARCEL 132.03
   DEED REFERENCE: DEED BOOK 1723, PAGE 513
   PLAT REFERENCE: INST. NO. 200406290119697
   
   **MOSER BIDDLE CORP**
   P.O. BOX 22102
   KNOXVILLE, TN 37933   TEL. NO. (865) 671-2452
   CLT MAP 143, PARCELS 3.04 & 3.05
   DEED REFERENCE: DEED BOOK 1703, PAGE 296, DEED BOOK 1703,
   PAGE 305, DEED BOOK 2124, PAGE 1136
   PLAT REFERENCE: INST. NO. 200406290119697 (PARCEL 3.04)

2. DATE OF FIELD SURVEY: JUNE 3, 2008

3. LOT AREAS AND REQUIRED OPEN SPACE LISTED BELOW:
   | | | |
   |---|---|---|
   | LOT 1   1.079 AC. | LOT 4   8.080 AC. | LOT 7   1.128 AC. |
   | LOT 2   5.891 AC. | LOT 5   3.026 AC. | LOT 8   1.713 AC. |
   | LOT 3   2.492 AC. | LOT 6   1.960 AC. | LOT 9   53.556 AC. |
   
   ROW DEDICATION (BROOKLAWN STREET)   2.901 AC.
   ROW DEDICATION (S CAMPBELL STATION)  0.193 AC.
   ROW DEDICATION (CONCORD ROAD)        0.785 AC.
   ROW DEDICATION (KINGSTON PIKE)       0.000 AC.
   GROSS LAND AREA                      82.803 AC.
   TOTAL OPEN SPACE PROVIDED            8.309 AC.

5. A 5' UTILITY, DRAINAGE AND CONSTRUCTION EASEMENT ON EACH SIDE OF INTERIOR LOT LINES, A 10' UTILITY, DRAINAGE AND CONSTRUCTION EASEMENT ON INSIDE OF ROAD RIGHTS-OF-WAY AND EXTERIOR LOT LINES.

6. THIS PROPERTY LIES WITHIN A SPECIAL FLOOD HAZARD AREA AS SHOWN ON "FIRM" MAPPING OF KNOX COUNTY. (REFERENCE: 47093C0244F, DATED 5/2/2007 AND 47093C0243F, DATED 5/2/2007.

7. THE WALKING TRAIL IS LOCATED WITHIN A TWENTY (20) FOOT GREENWAY / WALKING TRAIL EASEMENT. THIS TWENTY (20) FOOT GREENWAY / WALKING TRAIL EASEMENT SHALL BE IN FAVOR OF THE TOWN OF FARRAGUT AND RESERVED FOR PUBLIC USE. THE TOWN OF FARRAGUT SHALL ACCEPT MAINTENANCE AND LIABILITY OF USE OF SAID EASEMENT. THE 20' GREENWAY / WALKING TRAIL EASEMENT IS CENTERED ON THE ACTUAL TRAIL – 10' EACH SIDE OF CENTERLINE. SEE NOTE #10 FOR LOT 9.

8. LOTS 6 & 7 SHALL NOT HAVE ACCESS TO S. CAMPBELL STATION ROAD. LOT 8 SHALL NOT HAVE ACCESS TO KINGSTON PIKE.

9. THERE SHALL BE NO CLEARING, GRADING, CONSTRUCTION, OR DISTURBANCE OF SOIL AND / OR NATIVE VEGETATION WITHIN THE AQUATIC BUFFER AS PERMITTED BY THE TOWN OF FARRAGUT.

10. THE WALKING TRAIL ALONG THE AQUATIC BUFFER LOCATED ON LOT 9 SHALL BE DESIGNED AND INSTALLED AT THE TIME OF FUTURE DEVELOPMENT OF LOT 9. (TOTAL OF APPROX. 2161 LF) THE 20' GREENWAY / WALKING TRAIL EASEMENT IS CENTERED ON THE ACTUAL TRAIL – 10' EACH SIDE OF CENTERLINE. THE GREENWAY / WALKING TRAIL EASEMENT AS SHOWN MAY BE MODIFIED DURING DEVELOPMENT OF LOT 9 WITH TOWN OF FARRAGUT APPROVAL AS TO LOCATION AND LENGTH. NO CERTIFICATE OF OCCUPANCY SHALL BE ISSUED ON LOT 9 UNTIL THE WALKING TRAIL HAS BEEN CONSTRUCTED.

11. THE PROTECTIVE COVENANTS GOVERNING AQUATIC BUFFERS IS RECORDED IN INSTRUMENT NUMBER 200808200012683 IN THE KNOX COUNTY REGISTER OF DEED OFFICE.

12. OWNERSHIP AND MAINTENANCE OF OPEN SPACE LOCATED ON LOT 9 IS MOSER BIDDLE CORP, OWNERSHIP OF OPEN SPACE ON LOT 3 IS MOSER BIDDLE CORP, MAINTENANCE IS BLANCHARD AND CALHOUN COMMERCIAL.

13. THE RESTRICTIVE COVENANTS ARE RECORDED IN INSTRUMENT NUMBER 200707060002192 IN THE KNOX COUNTY REGISTER OF DEEDS OFFICE. A CROSS ACCESS AND SIGNAGE EASEMENT ACROSS ALL PCD ZONED PROPERTIES IS PROVIDED WITHIN THE COVENANTS. DETENTION POND MAINTENANCE IS PROVIDED FOR WITHIN THE COVENANTS.

14. PROPERTY IS ZONED PCD, C-1, O-1, R-2, AND FLOOD PLAIN DISTRICT.
    SETBACKS FOR O-1: FRONT 70'/55'/40'; SIDES MINIMUM 20'/TOTAL 50'; REAR 30'.
    SETBACKS FOR C-1: FRONT 80'/60'/40'; SIDES MINIMUM 20'/TOTAL 60'; REAR 30'.
    SETBACKS FOR R-2: FRONT 30'; SIDES MINIMUM 10'/TOTAL 30'; REAR 25'.
    SETBACKS FOR PCD: FRONT 40 ON ARTERIAL AND MAJOR COLLECTOR/ 30' ON MINOR COLLECTORS AND LOCAL STREET/10' ON A LOCAL STREET CONSTRUCTED AS PART OF THE PCD; PERIPHERAL SIDE AND REAR 35'.

15. 15' SANITARY SEWER EASEMENT ALONG ALL SEWER LINES, 7.5' EACH SIDE OF CENTERLINE.

### LINE TABLE (SEWER EASEMENTS)

| LINE | LENGTH | BEARING | LINE | LENGTH | BEARING | LINE | LENGTH | BEARING | LINE | LENGTH | BEARING | LINE | LENGTH | BEARING | LINE | LENGTH | BEARING |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L112 | 19.13 | S 59°59'40" W | L124 | 257.75 | S 28°39'36" E | L136 | 45.29 | S 08°17'21" W | L148 | 190.04 | N 34°38'58" E | L160 | 304.95 | N 32°01'25" W | L172 | 129.51 | S 50°05'59" E | 
| L113 | 28.70 | S 44°51'51" E | L125 | 82.53 | S 33°42'38" E | L137 | 33.16 | S 03°03'53" E | L149 | 15.16 | N 27°30'02" W | L161 | 395.75 | N 27°30'02" W | L173 | 15.00 | S 39°54'01" W | 
| L114 | 164.12 | S 00°32'32" W | L126 | 124.57 | S 25°42'23" E | L138 | 39.07 | S 06°42'41" E | L150 | 1.24 | S 31°29'37" E | L162 | 250.10 | N 24°41'25" W | L174 | 58.58 | N 50°05'59" E |
| L115 | 42.17 | S 52°52'58" E | L127 | 80.19 | S 29°04'06" E | L139 | 67.63 | S 13°06'29" E | L151 | 180.40 | S 34°38'58" W | L163 | 246.71 | N 47°15'58" W | L175 | 119.17 | N 50°05'59" W |
| L116 | 40.17 | S 49°04'06" E | L128 | 76.23 | S 32°19'18" E | L140 | 174.20 | N 59°59'40" E | L152 | 293.46 | S 11°57'54" W | L164 | 232.75 | N 46°05'02" W | L176 | 16.12 | S 47°52'07" W |
| L117 | 56.99 | S 51°23'19" E | L129 | 60.24 | S 38°19'13" E | L141 | 15.84 | N 59°59'40" E | L153 | 311.97 | S 32°01'25" W | L165 | 224.27 | N 11°18'47" W | L177 | 29.91 | S 05°53'40" W | L187 | 82.35 | N 40°04'11" W |
| L118 | 109.90 | S 52°37'11" E | L130 | 71.43 | S 41°00'39" E | L142 | 224.65 | S 11°18'47" E | L154 | 405.94 | S 37°10'18" W | L166 | 10.03 | S 59°58'55" W | L178 | 23.85 | N 33°05'05" W |
| L119 | 122.15 | S 52°42'47" E | L131 | 32.26 | S 27°12'13" E | L143 | 227.90 | S 46°05'02" E | L155 | 162.16 | S 10°57'07" E | L167 | 157.25 | S 05°51'42" E | L179 | 11.69 | N 05°53'40" E | L188 | 4.52 | S 07°42'45" E |
| L120 | 12.14 | S 50°27'54" E | L132 | 75.56 | S 39°49'07" E | L144 | 249.55 | S 47°15'58" E | L156 | 19.80 | S 26°26'02" E | L168 | 359.82 | S 31°35'09" E | L180 | 397.94 | N 31°49'54" W | L189 | 68.64 | S 40°04'11" E |
| L121 | 57.34 | S 52°35'17" E | L133 | 83.34 | S 33°38'08" W | L145 | 252.73 | S 24°41'25" E | L157 | 9.41 | N 26°26'02" W | L169 | 391.49 | N 31°50'05" E | L181 | 357.34 | N 31°35'09" W |
| L122 | 42.05 | S 48°15'45" E | L134 | 63.96 | S 23°24'20" W | L146 | 374.17 | S 27°30'02" E | L158 | 170.89 | N 10°57'07" W | L170 | 23.04 | N 47°52'07" E | L182 | 29.74 | S 89°39'32" W |
| L123 | 164.62 | S 29°26'28" E | L135 | 45.98 | S 10°40'19" W | L147 | 278.59 | N 11°57'54" E | L159 | 402.29 | N 37°10'18" E | L171 | 61.28 | S 50°05'59" E | L183 | 17.82 | N 33°01'37" W |

COUNTERSIGNED
DATE 9-11-08
PHIL BALLARD
KNOX COUNTY PROPERTY ASSESSOR
BY



**Cannon & Cannon, Inc.**
Consulting Engineering • Field Surveyors

9724 Kingston Pike
Suite 1100, Franklin Square   Telephone: (865) 670-8555
Knoxville, Tennessee 37922   Fax: (865) 670-8866

CLIENT:
**BLANCHARD & CALHOUN COMMERCIAL**
2743 PERIMETER PARKWAY, BLDG. 100, STE. 370
AUGUSTA, GEORGIA 30909
TEL. NO. (706) 854-6714
CONTACT: MARK SENN

PROJECT:
**CAMPBELL STATION EXCHANGE**
11244 KINGSTON PIKE
DISTRICT 6, FARRAGUT, TN 37934

**FINAL PLAT**
PARCEL 132.03, TAX MAP 142 &
PARCELS 3.04 & 3.05, TAX MAP 143

CCI PROJECT NO. 00655-0000

DATE: AUGUST 21, 2008
P.I.C.: RGL
DRAWN: JDW



**655-00**
7 OF 8

### CERTIFICATES (signatures block)

RELEASE OF EASEMENTS CERTIFICATE

CERTIFICATE OF ELECTRIC, GAS AND TELEPHONE AVAILABILITY

CERTIFICATE OF CLASS AND ACCURACY OF SURVEY

CERTIFICATE OF APPROVAL FOR RECORDING

CERTIFICATE OF APPROVAL OF SEWER SYSTEM

CERTIFICATE OF APPROVAL OF WATER SYSTEM

CERTIFICATION OF COMMON AREAS DEDICATION

CERTIFICATION OF APPROVAL OF STREET NAMES

CERTIFICATION OF OWNERSHIP AND DEDICATION

CERTIFICATE OF STREET APPROVAL





## LINE TABLE

| LINE | LENGTH | BEARING |
|---|---|---|
| L190 | 157.32 | S 71°53'24" W |
| L191 | 273.50 | N 71°53'24" E |
| L192 | 30.61 | N 31°05'33" W |
| L193 | 296.30 | S 71°53'24" E |
| L194 | 177.68 | S 71°53'24" E |
| L195 | 28.28 | S 63°05'49" W |
| L196 | 20.00 | S 17°03'00" W |
| L197 | 28.65 | N 27°37'08" W |
| L198 | 475.75 | S 71°53'24" E |
| L199 | 20.00 | S 18°07'00" W |
| L200 | 340.39 | S 71°53'24" E |
| L201 | 4.40 | N 69°01'16" W |
| L202 | 8.85 | N 73°19'01" W |
| L203 | 101.60 | S 71°53'24" E |
| L204 | 2.50 | N 27°37'08" W |
| L205 | 123.77 | S 73°07'22" E |
| L206 | 309.64 | S 74°58'45" E |
| L207 | 93.35 | S 71°44'59" E |
| L208 | 326.68 | S 71°12'12" E |
| L209 | 6.98 | S 64°17'01" E |
| L210 | 12.04 | S 18°07'00" W |
| L211 | 92.86 | S 71°53'00" E |
| L212 | 12.03 | S 18°07'00" W |
| L213 | 200.00 | S 71°53'24" E |
| L214 | 41.29 | S 85°37'12" E |
| L215 | 173.00 | S 77°58'47" E |
| L216 | 25.73 | S 52°23'09" W |
| L217 | 39.09 | S 77°58'47" E |
| L218 | 1.72 | N 11°43'49" E |
| L219 | 98.74 | N 77°46'10" W |
| L220 | 2.09 | S 12°43'50" W |
| L221 | 16.13 | S 77°58'47" E |
| L222 | 41.85 | S 85°37'12" E |
| L223 | 200.00 | S 71°53'24" E |
| L224 | 20.00 | S 18°07'00" W |
| L225 | 65.45 | N 60°01'57" E |
| L226 | 3.20 | S 68°37'38" E |
| L227 | 70.00 | N 60°01'57" E |
| L228 | 3.20 | N 08°41'32" E |
| L229 | 29.53 | N 60°01'57" E |

| LINE | LENGTH | BEARING |
|---|---|---|
| L230 | 137.36 | S 60°01'57" W |
| L231 | 11.18 | S 86°35'54" W |
| L232 | 53.74 | S 60°01'57" W |
| L233 | 8.47 | N 29°55'54" W |
| L234 | 143.59 | N 60°01'57" E |
| L235 | 0.97 | S 30°35'52" E |
| L236 | 2.87 | S 60°01'57" W |
| L237 | 17.68 | S 15°01'57" W |
| L238 | 147.14 | N 60°01'57" E |
| L239 | 9.90 | N 58°51'06" E |
| L240 | 9.90 | S 33°07'37" E |
| L241 | 82.67 | N 56°58'23" E |
| L242 | 24.07 | N 44°11'03" E |
| L243 | 311.73 | N 60°01'57" E |

| LINE | LENGTH | BEARING |
|---|---|---|
| L244 | 8.47 | S 29°55'54" E |
| L245 | 234.64 | S 60°01'57" W |
| L246 | 40.89 | S 59°29'46" W |
| L247 | 37.45 | S 44°11'03" E |
| L248 | 26.91 | N 44°11'03" E |
| L249 | 94.82 | S 56°58'23" W |
| L250 | 30.22 | N 33°01'37" W |
| L251 | 19.08 | N 30°30'13" W |
| L252 | 42.36 | N 60°01'57" E |
| L253 | 27.50 | S 29°58'03" E |
| L254 | 25.09 | S 60°01'57" W |
| L255 | 30.00 | N 29°58'03" E |
| L256 | 23.09 | N 60°01'57" E |
| L257 | 3.20 | S 68°37'37" E |

## CURVE TABLE

| CURVE | DELTA ANGLE | RADIUS | TANGENT | LENGTH | CHORD |
|---|---|---|---|---|---|
| C39 | 1°51'23" | 440.00' | 7.13' | 14.26' | S 74°03'03" E 14.26' |
| C40 | 0°28'53" | 3046.24' | 12.80' | 25.60' | S 73°21'52" E 25.60' |
| C41 | 0°32'51" | 460.00' | 2.20' | 4.40' | S 71°28'35" E 4.40' |
| C42 | 6°55'09" | 460.00' | 27.81' | 55.55' | S 67°44'36" E 55.52' |
| C43 | 0°41'21" | 6371.87' | 38.32' | 76.63' | S 66°41'30" E 76.63' |
| C44 | 2°41'24" | 5654.58' | 132.77' | 265.49' | S 73°14'06" E 265.46' |
| C45 | 0°23'23" | 5654.58' | 19.23' | 38.45' | S 74°46'30" E 38.45' |
| C46 | 2°07'12" | 4544.24' | 84.08' | 168.14' | S 75°49'52" E 168.13' |
| C47 | 1°50'26" | 5654.58' | 90.84' | 181.66' | N 75°45'44" W 181.65' |
| C48 | 2°58'39" | 5674.58' | 147.48' | 294.89' | N 73°22'44" W 294.86' |
| C49 | 45°31'07" | 45.00' | 18.88' | 35.75' | N 82°47'31" E 34.82' |
| C50 | 70°56'33" | 20.00' | 14.25' | 24.76' | N 24°33'41" E 23.21' |
| C51 | 0°03'33" | 5679.58' | 2.93' | 5.86' | N 60°00'11" E 5.86' |



DETAIL "H" (1" = 150')
DETAIL "D" (1" = 150')

PERM. DRAINAGE EASEMENT
DEED BOOK 2106 / PAGE 277
750.20 S.F.

PERM. UTILITY EASEMENT
INST. NO. 200312050059602
13,920.48 S.F. / 0.320 AC.

S 42°15'58" E 0.67'
EXISTING 5/8" IRON ROD

S. CAMPBELL STATION ROAD

SET IRON ROD & CAP (CCI) (TYP.)

PERM. WATER LINE EASEMENT
INST. NO. 200301310066995
9,308.43 S.F. / 0.214 AC.

PERM. WATER LINE EASEMENT
INST. NO. 200301310066995
17,397.61 S.F. / 0.399 AC.



DETAIL "E" (1" = 150')

BIDDLE VENA MAE – REAL ESTATE MANAGER KROGER COMPANY
DEED BOOK 2124 / PAGE 1136

2,006.22 S.F.

PERM. UTILITY EASEMENT
DEED BOOK 2141 / PAGE 489

BROOKLAWN STREET

2,100.66 S.F.

PERM. DRAINAGE EASEMENT
DEED BOOK 2106 / PAGE 277



DETAIL "F" (1" = 150')

KINGSTON PIKE

PERM. UTILITY EASEMENT
DEED BOOK 2141 / PAGE 489

2,846.17 S.F.

2,539.23 S.F.

FARRAGUT LAND PARTNERS
INST. NO. 200110180030434



DETAIL "G" (1" = 150')

T.D.O.T. #200710260034382

SET IRON ROD & CAP (CCI) (TYP.)

EXISTING 0.5"ø SET STONE

BROOKLAWN STREET

S. CAMPBELL STATION ROAD

SET IRON ROD & CAP (CCI) (TYP.)

PERM. WATER LINE EASEMENT
INST. NO. 200301310066995
5,697.95 S.F. / 0.131 AC.

PERM. WATER LINE EASEMENT
INST. NO. 200301310066995
3,349.95 S.F. / 0.077 AC.

FARRAGUT GRID

SCALE: 1" = 150'

VICINITY MAP (NOT TO SCALE)

## NOTES

1. OWNERSHIP AND REFERENCE
   MOSER BIDDLE LEASED BURGER KING #3412
   P.O. BOX 22102
   KNOXVILLE, TN 37933          TEL. NO. (865) 671-2452
   CLT MAP 142, PARCEL 132.03
   DEED REFERENCE: DEED BOOK 1723, PAGE 513
   PLAT REFERENCE: INST. NO. 200406290119697

   MOSER BIDDLE CORP
   P.O. BOX 22102
   KNOXVILLE, TN 37933          TEL. NO. (865) 671-2452
   CLT MAP 143, PARCELS 3.04 & 3.05
   DEED REFERENCE: DEED BOOK 1703, PAGE 296, DEED BOOK 1703, PAGE 305, DEED BOOK 2124, PAGE 1136
   PLAT REFERENCE: INST. NO. 200406290119697 (PARCEL 3.04)

2. DATE OF FIELD SURVEY: JUNE 3, 2008

3. LOT AREAS AND REQUIRED OPEN SPACE LISTED BELOW:
   LOT 1   1.079 AC.     LOT 4   8.080 AC.     LOT 7   1.128 AC.
   LOT 2   5.891 AC.     LOT 5   3.026 AC.     LOT 8   1.713 AC.
   LOT 3   2.492 AC.     LOT 6   1.960 AC.     LOT 9   53.556 AC.
   ROW DEDICATION (BROOKLAWN STREET)   2.901 AC.
   ROW DEDICATION (S CAMPBELL STATION) 0.193 AC.
   ROW DEDICATION (CONCORD ROAD)       0.785 AC.
   ROW DEDICATION (KINGSTON PIKE)      0.000 AC.
   GROSS LAND AREA                     82.803 AC.
   TOTAL OPEN SPACE PROVIDED           8.309 AC.

4. 

5. A 5' UTILITY, DRAINAGE AND CONSTRUCTION EASEMENT ON EACH SIDE OF INTERIOR LOT LINES. A 10' UTILITY, DRAINAGE AND CONSTRUCTION EASEMENT ON INSIDE OF ROAD RIGHTS-OF-WAY AND EXTERIOR LOT LINES.

6. THIS PROPERTY LIES WITHIN A SPECIAL FLOOD HAZARD AREA AS SHOWN ON "FIRM" MAPPING OF KNOX COUNTY. (REFERENCE: 47093C0244F, DATED 5/2/2007 AND 47093C0243F, DATED 5/2/2007.

7. THE WALKING TRAIL IS LOCATED WITHIN A TWENTY (20) FOOT GREENWAY / WALKING TRAIL EASEMENT. THIS TWENTY (20) FOOT GREENWAY / WALKING TRAIL EASEMENT SHALL BE IN FAVOR OF THE TOWN OF FARRAGUT AND RESERVED FOR PUBLIC USE. THE TOWN OF FARRAGUT SHALL ACCEPT MAINTENANCE AND LIABILITY OF USE OF SAID EASEMENT. THE 20' GREENWAY / WALKING TRAIL EASEMENT IS CENTERED ON THE ACTUAL TRAIL – 10' EACH SIDE OF CENTERLINE. SEE NOTE #10 FOR LOT 9.

8. LOTS 6 & 7 SHALL NOT HAVE ACCESS TO S. CAMPBELL STATION ROAD. LOT 8 SHALL NOT HAVE ACCESS TO KINGSTON PIKE.

9. THERE SHALL BE NO CLEARING, GRADING, CONSTRUCTION, OR DISTURBANCE OF SOIL OR NATIVE VEGETATION WITHIN THE AQUATIC BUFFER EXCEPT AS PERMITTED BY THE TOWN OF FARRAGUT.

10. THE WALKING TRAIL ALONG THE AQUATIC BUFFER LOCATED ON LOT 9 SHALL BE DESIGNED AND INSTALLED AT THE TIME OF FUTURE DEVELOPMENT OF LOT 9. (TOTAL OF APPROX. 2161 LF) THE 20' GREENWAY / WALKING TRAIL EASEMENT IS CENTERED ON THE ACTUAL TRAIL – 10' EACH SIDE OF CENTERLINE. THE GREENWAY / WALKING TRAIL EASEMENT AS SHOWN MAY BE MODIFIED DURING DEVELOPMENT OF LOT 9 WITH TOWN OF FARRAGUT APPROVAL AS TO LOCATION AND LENGTH. NO CERTIFICATE OF OCCUPANCY SHALL BE ISSUED ON LOT 9 UNTIL THE WALKING TRAIL HAS BEEN CONSTRUCTED.

11. THE PROTECTIVE COVENANTS GOVERNING AQUATIC BUFFERS IS RECORDED IN INSTRUMENT NUMBER 200808200012683 IN THE KNOX COUNTY REGISTER OF DEED OFFICE.

12. OWNERSHIP AND MAINTENANCE OF OPEN SPACE LOCATED ON LOT 9 IS MOSER BIDDLE CORP, OWNERSHIP OF OPEN SPACE ON LOT 3 IS MOSER BIDDLE CORP, MAINTENANCE IS BLANCHARD AND CALHOUN COMMERCIAL.

13. THE RESTRICTIVE COVENANTS ARE RECORDED IN INSTRUMENT NUMBER 200707060002192 IN THE KNOX COUNTY REGISTER OF DEEDS OFFICE. A CROSS ACCESS AND SIGNAGE EASEMENT ACROSS ALL PCD ZONED PROPERTIES IS PROVIDED WITHIN THE COVENANTS. DETENTION POND MAINTENANCE IS PROVIDED FOR WITHIN THE COVENANTS.

14. PROPERTY IS ZONED PCD, C-1, O-1, R-2, AND FLOOD PLAIN DISTRICT.
    SETBACKS FOR C-1: FRONT 70'/55'/40'; SIDES MINIMUM 20'/TOTAL 50'; REAR 30'.
    SETBACKS FOR O-1: FRONT 80'/60'/40'; SIDES MINIMUM 20'/TOTAL 60'; REAR 30'.
    SETBACKS FOR R-2: FRONT 30'; SIDES MINIMUM 10'/TOTAL 30'; REAR 25'.
    SETBACKS FOR PCD: FRONT 40 ON ARTERIAL AND MAJOR COLLECTOR/ 30' ON MINOR COLLECTORS AND LOCAL STREET/10' ON A LOCAL STREET CONSTRUCTED AS PART OF THE PCD; PERIPHERAL SIDE AND REAR 35'.

15. 15' SANITARY SEWER EASEMENT ALONG ALL SEWER LINES, 7.5' EACH SIDE OF CENTERLINE.

## Cannon & Cannon, Inc.
Consulting Engineering • Field Surveyors

9724 Kingston Pike
Suite 1100, Franklin Square          Telephone: (865) 670-8555
Knoxville, Tennessee 37922           Fax: (865) 670-8866

CLIENT:
BLANCHARD & CALHOUN COMMERCIAL
2743 PERIMETER PARKWAY, BLDG. 100, STE. 370
AUGUSTA, GEORGIA 30909
TEL. NO. (706) 854-6714
CONTACT: MARK SENN

PROJECT:
CAMPBELL STATION EXCHANGE
11244 KINGSTON PIKE
DISTRICT 6, FARRAGUT, TN 37934

FINAL PLAT
PARCEL 132.03, TAX MAP 142 &
PARCELS 3.04 & 3.05, TAX MAP 143

CCI PROJECT NO. 00655-0000
DATE: AUGUST 21, 2008
P.I.C.: RGL
DRAWN: JDW

655-00
8 OF 8



### RELEASE OF EASEMENTS CERTIFICATE

Except as noted or shown on this plat, the following parties hereby consent to the release of all rights that may have accrued for their use and benefit (1) in the utility, drainage, and construction easements along the original lot lines or (2) in prior easements identified hereon which are being eliminated by this plat, on the condition that new utility, drainage, and construction easements are provided along the new property lines or as facilities are otherwise installed or shown hereon. The above provisions notwithstanding prior easements or prior utility placements are not released unless their release is specifically noted hereon. Existing easements or placements shown hereon will not be adversely affected by the development as herein proposed.

Signature (sewer) _____ 1st UD   Date 21 Aug 08
Signature (water) _____ 1st UD   Date 21 Aug 08
Jay Himes LCUB                      8-21-08
Signature (electric)                 8/21/08
Signature (gas)                      8/21/08
Ralph Scott TDS                      8/21/08
Signature (telephone)                
Glenn Hunter
Signature (Town of Farragut)         9/2/08

### CERTIFICATE OF ELECTRIC, GAS AND TELEPHONE AVAILABILITY

This is to certify that every lot within this subdivision has available to it a source for the service identified by signature's below which service source is adequate to accommodate the reasonable needs of such lot as to such service within such subdivision.

8/21/08   Albert Jones   Knoxville Utilities Board
8/21/08   Jay Himes      Lenoir City Utilities Board
8/21/08   Ralph Scott    TDS Telcom

### CERTIFICATE OF CLASS AND ACCURACY OF SURVEY

I hereby certify that the plan shown and described hereon is a true and correct survey to the accuracy required by the Farragut Municipal Planning Commission and that the monuments have been placed as shown hereon, to the specification of the Subdivision Regulations. This is a Category I Land Survey and the ratio of precision of the unadjusted survey is equal to or greater than 1:10,000.

Surveyor Tenn. Reg. No. 1332    8-21-08

### CERTIFICATE OF APPROVAL OF WATER SYSTEM

I hereby certify that it has been certified to us that the water system(s) outlined or indicated on the final subdivision plat entitled Campbell Station Exchange have been installed in accordance with current local and state government requirements.

1st UD   21 Aug 08

### CERTIFICATION OF COMMON AREAS DEDICATION

As owner, in recording this plat I have designated certain areas of land shown hereon as common areas intended for use by the homeowners within Campbell Station Exchange for recreation and related activities. The above described areas are not dedicated for use by the general public, but are dedicated to the common use of the homeowners within the named subdivision. "Declaration of Covenants and Restrictions", applicable to the above named subdivision, have hereby incorporated and made a part of this plat.

### CERTIFICATE OF APPROVAL OF STREET NAMES

This is to certify that the subdivision shown hereon has been reviewed for compliance with the Knox County Uniform Street Naming and Addressing System Ordinance, and the road names are hereby approved for recording.

Shirley Mase Aug. 21, 2008
Knox County Addressing Division Date

### CERTIFICATION OF APPROVAL FOR RECORDING

I hereby certify that the subdivision plat shown here has been found to comply with the Subdivision Regulations for Farragut, TN, with the exception of such variances, if any, as are noted in the minutes of the Planning Commission and that it has been approved for recording in the Office of the County Register of Deeds.

9/11/08   Carol Evans, Sec.
Secretary, Planning Commission

### CERTIFICATION OF OWNERSHIP AND DEDICATION

We hereby certify that we are the owners of the property shown and described hereon as evidenced in deed book 1723, page 513, deed book 1703, page 296, deed book 1703, page 305, deed book 2124, page 1136 in the Knox County Registers Offices, and that I have hereby adopt this plan of subdivision with my free consent, established the minimum building restriction lines, free consent, and dedicate all streets, alleys, walks, parks and other open space to public or private use as noted.

9/11/08   James M. Biddle

### CERTIFICATE OF APPROVAL OF SEWER SYSTEM

I hereby certify that it has been certified to us that the sewer system(s) outlined or indicated on the final subdivision plat entitled Campbell Station Exchange have been installed in accordance with current local and state government requirements.

1st UD   21 Aug 08

### CERTIFICATE OF STREET APPROVAL

I certify that streets, sidewalks and other required improvements have been installed in an acceptable manner or that a security bond in the amount of _____ has been posted with the Planning Commission to assure completion of all required improvements in case of default. Streets are public streets maintained at public expense.
Town Engineer

Case 3:23-cv-00402-TRM-JEM   Document 6-13   Filed 11/11/23   Page 8 of 8   PageID #: 774


