**Allison Myers**

---

| | |
|---|---|
| **From:** | Lori Saal |
| **Sent:** | Monday, July 26, 2021 3:00 PM |
| **To:** | Darryl Smith;Mark Shipley |
| **Subject:** | FW: NOC for CGP Tracking No. TNR136487 |
| **Attachments:** | TNR136487 NOC-signed.pdf |

NOC for Farragut Town Center

# ~Lori

---

**From:** Sondra Wood <Sondra.Wood@tn.gov>
**Sent:** Tuesday, July 20, 2021 12:35 PM
**To:** budd@chmllc.com
**Cc:** Lori Saal <lsaal@townoffarragut.org>; Christie Renfro <Christie.renfro@tn.gov>
**Subject:** NOC for CGP Tracking No. TNR136487

Please see the attached notice of permit coverage, for this newly active CGP.

Have a great day.



**Sondra Wood** │ Administrative Support- ASA 2
Division of Water Resources
Administrative Support- ASA 2
Knoxville Environmental Field Office
3711 Middlebrook Pike, Knoxville, TN 37921
p. 865-594-0869
sondra.wood@tn.gov

website: tn.gov/environment

*We accept and encourage electronic document submittals. Less pollution is the best solution.*

Please consider the environment before printing this email message 

**TDEC Data Viewer:** http://environment-online.tn.gov:8080/pls/enf_reports/f?p=9034:34001:0:::::

**External Customers:** We value your feedback! Please complete our customer satisfaction survey.

**Allison Myers**

---

**From:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Sent:** Tuesday, July 13, 2021 12:09 PM
**To:** Mark Shipley
**Cc:** Bart Hose
**Subject:** RE: CLOMR

I reached out to her today but she is off this week. Hopefully hear something next week.

**C. David Ashworth, PE**
Project Manager
CDM Smith
1100 Marion Street, Suite 300, Knoxville, TN 37921
(cell) 865.712.4860, (office) 865.963.4321
cdmsmith.com



---

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Tuesday, July 13, 2021 10:26 AM
**To:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Cc:** Bart Hose <bhose@townoffarragut.org>
**Subject:** CLOMR

Hope you're doing well. I was just wondering if you have heard anything from Amy Miller on the CLOMR for the Town Center at Biddle Farms project? Thanks.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

| | |
|---|---|
| **From:** | Lori Saal |
| **Sent:** | Friday, July 9, 2021 10:08 AM |
| **To:** | Darryl Smith;Mark Shipley |
| **Subject:** | FW: NOC for ARAP Tracking No. NR2103.131 & NR2103.132 |
| **Attachments:** | NR2103.132 NOC-signed.pdf; NR2103.131 NOC-signed.pdf; Minor Road Crossings.pdf; Minor Wetlands.pdf |

FYI…ARAPs have been issued for Town Center at Biddle Farms. Waiting on NOC for general construction permit.

# ~Lori

**From:** Sondra Wood <Sondra.Wood@tn.gov>
**Sent:** Thursday, July 8, 2021 2:56 PM
**To:** budd@chmllc.com
**Cc:** rhennessey@geoservicesllc.com; Lori Saal <lsaal@townoffarragut.org>; Christie Renfro <Christie.Renfro@tn.gov>
**Subject:** NOC for ARAP Tracking No. NR2103.131 & NR2103.132

Hello,

I have attached documents associated with permit coverage, for this newly active ARAP.

Please be aware of start of construction notification stated in special conditions of the permit. Written notification of the commencements of authorized work shall be provided to the local TDEC Environmental Field Office prior to, or within 24 hours after initiation of the approved work. You can send this notification to the email address of the DWR field office staff copied above.

Thank you.
Have a great day.



**Sondra Wood** │ Administrative Support- ASA 2
Division of Water Resources
Administrative Support- ASA 2
Knoxville Environmental Field Office
3711 Middlebrook Pike, Knoxville, TN 37921
p. 865-594-0869
sondra.wood@tn.gov

website: tn.gov/environment

*We accept and encourage electronic document submittals. Less pollution is the best solution.*

Please consider the environment before printing this email message 

**TDEC Data Viewer:**  http://environment-online.tn.gov:8080/pls/enf_reports/f?p=9034:34001:0:::::

**External Customers:** We value your feedback! Please complete our customer satisfaction survey.

**Allison Myers**

| | |
|---|---|
| **From:** | Darryl Smith |
| **Sent:** | Thursday, July 8, 2021 12:32 PM |
| **To:** | Lori Saal;Mark Shipley;Bart Hose |
| **Subject:** | RE: town center at biddle |

I'm done as well.  I had a couple of minor suggestions that apparently didn't make it onto the "subject to" list, likely because I was so late in completing my review!

Darryl

**From:** Lori Saal <lsaal@townoffarragut.org>
**Sent:** Thursday, July 8, 2021 11:11 AM
**To:** Mark Shipley <mshipley@townoffarragut.org>; Darryl Smith <dsmith@townoffarragut.org>; Bart Hose <bhose@townoffarragut.org>
**Subject:** RE: town center at biddle

I just finished up my review. I just had a few comments. I believe they have applied for their NOC and the TDEC website shows the ARAP permits (crossing and wetland fill) were issued yesterday.

# ~Lori

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Thursday, July 8, 2021 10:03 AM
**To:** Darryl Smith <dsmith@townoffarragut.org>; Dan Johnson <djohnson@townoffarragut.org>; Bart Hose <bhose@townoffarragut.org>; Lori Saal <lsaal@townoffarragut.org>; Bud Mckelvey <bmckelvey@townoffarragut.org>; Elliott Sievers <esievers@townoffarragut.org>
**Subject:** town center at biddle

With regards to the review of the TC at Biddle Farms site plan (July 2021), the Planning Commission subject to's in May are attached.  This is mainly what I am checking to see if this has been addressed.

**Allison Myers**

| | |
|---|---|
| **From:** | Mark Shipley |
| **Sent:** | Wednesday, July 7, 2021 9:22 AM |
| **To:** | Development |
| **Subject:** | FW: Positive press about Town Center from the Compass |

Good info about the upcoming Town Center project.

**From:** Ron Williams <rwilliams@townoffarragut.org>
**Sent:** Wednesday, July 7, 2021 9:17 AM
**To:** Wendy Smith <WSmith@townoffarragut.org>; Sue Stuhl <sstuhl@townoffarragut.org>; David Smoak <DSmoak@townoffarragut.org>; Ron Pinchok <rpinchok@townoffarragut.org>; Louise Povlin <lpovlin@townoffarragut.org>; Scott Meyer <smeyer@townoffarragut.org>; Drew Burnette <Drew_Burnette@hotmail.com>; Trevor Hobbs <thobbs@townoffarragut.org>
**Subject:** RE: Positive press about Town Center from the Compass

*Wendy/Jesse,*

*Great article!*

*Mayor Williams*

# Filling In Farragut

*A new development aims to provide something the West Knox County suburb has long lacked: a town center.*

BY JESSE FOX MAYSHARK • JULY 7, 2021



ARTIST'S RENDERING OF A COMMERCIAL AREA IN THE PLANNED FARRAGUT TOWN CENTER DEVELOPMENT.

Urban blight is not something you would typically associate with the Town of Farragut, home to some of Knox County's most affluent Census tracts and priciest real estate.

## Some residents objected to a 286-unit apartment complex, but local officials approved.

But for the past 13 years, a large stretch of land along Kingston Pike right in the heart of the tony township has sat largely vacant, with a former Kroger storefront presenting a drab brown facade. Even the liquor store that for a time stood as the only remaining business on the property eventually closed its doors.

"This is really a blighted property in West Knox County," John Schoonmaker, vice chair of Knox County Commission, told his colleagues during a work session in May. "And it's not just a single entity, it's actually a strip center that's L-shaped. So you can imagine how many businesses in that L-shaped quadrant are unoccupied."

That long period of dormancy on approximately 40 acres of land between Campbell Station and Concord roads is coming to an end. Developer Budd Cullom is bringing a development combining commercial, residential and public uses that promises something Farragut has been without: a town center.

"That's something Farragut has been lacking, and having a walkable downtown area has been a longtime goal for the town," said Wendy Smith, the town government's public relations coordinator.

Cullom's $90 million development will include an Aldi grocery store and assorted other commercial tenants he is not ready to name yet, along with townhouses, an apartment complex, and a central greenspace that he will dedicate to the town for public use.

The property has long been owned by members of the Biddle family, which used to farm it. Kroger opened its store there in 1980 and signed a long-term lease that expired only last year. So even after the store closed when a new Kroger Marketplace opened on adjacent property in 2008, there was no particular incentive for the owners to sell or develop it.

With the lease coming to an end, Farragut officials and boosters began looking for developers who might turn the blank asphalt slate into something beneficial to the community.

In an interview in the parking lot in front of the shuttered Kroger, Cullom said he was approached a few years ago by David Purvis, a founding member of the Farragut Business Alliance who also ran Farragut Wine & Spirits on the property until it closed in 2017. (Purvis died in December 2020.)

"David Purvis approached me and said, 'Would you consider tackling this?'" Cullom said. "I said, 'You know, I might.'"

Cullom has some experience with mixed-use developments and blighted property. He and a partner took over development of the Northshore Town Center property off Pellissippi Parkway when its original developer foundered, and they also built the University Commons complex adjacent to the University of Tennessee on what had been an abandoned industrial brownfield.

"The more I looked at it and talked to the Town of Farragut officials, I said, you know, really to do a town center requires a mix of uses," Cullom said. "And it's going to require something that historically a lot of people in Farragut don't like, and that's apartments as one of the mixes."

Some Farragut residents did protest the density of the project, which will include 286 apartments ranging from one to three bedrooms, as well as 50 to 60 townhouses on a back parcel. The apartments will be at the high end of Knox County's rental market, but they still prompted concerns about their impact on traffic and Farragut's crowded schools.

But the town's Board of Mayor and Aldermen stood by the project through its necessary planning and permitting approvals. "I think the board is excited to be moving forward with it, and we think that when it's completed the town will be pleased with it," Smith said.

Schoonmaker — who represents Farragut on County Commission — sponsored a resolution in May to give preliminary approval to a tax-increment financing (TIF) incentive for the project, which was unanimously approved.

The TIF, which would abate the development's property taxes for 20 years, will still require final Commission approval after a third-party review. It would net Cullom about $6 million to help defray the cost of the project's infrastructure.

The Town of Farragut has also agreed to invest about $500,000 in improvements to the public greenspace at the heart of the development, which would include sidewalks, roads and a public restroom.

Even during the TIF period, Cullom estimates that the property will generate $140,000 more in county property taxes each year than it is currently. And he said the infrastructure improvements he has to make for his project will alleviate flooding for the whole area.

"Historically there's been a flooding problem in some of the heaviest (trafficked) areas along Kingston Pike," he said. "And a lot of the things we're doing are going to not only allow us to develop all of (the property), but it's going to help the existing current flooding situation, especially upstream."

Smith said the greenspace in the development will provide a public venue for both recreation and entertainment. "The town's going to be able to program that space," she said, "so we're looking to bring concerts there and just some things that we don't really have room for."

At County Commission's May work session, Commissioner Justin Biggs suggested that the mixed-use project could be a model for other areas of the county that have typically resisted dense development.

"This could I hope set the tone for things that we could do all across Knox County," Biggs said. "We've talked about multi-use for years. Hopefully this can set it up and knock it out of the park."

**wendy smith**

**Public Relations & Marketing Coordinator**

EMAIL    •    wsmith@townoffarragut.org

PHONE    •    **865.218.3371** *Office*
               **865.675.2096** *Fax*

ADDRESS    •    **11408 MUNICIPAL CENTER DRIVE**
                 **FARRAGUT, TN 37934**





townoffarragut.org

**Allison Myers**

| | |
|---|---|
| **From:** | Ashworth, Clark D. <ashworthcd@cdmsmith.com> |
| **Sent:** | Monday, May 17, 2021 4:15 PM |
| **To:** | Mark Shipley |
| **Subject:** | FW: CLOMR for Biddle Farms |
| **Attachments:** | Town of Farragut - Regulations Compliance.pdf; Community_Notification.pdf; MT-2_instructions_rev_8-20-18.pdf |

Mark just wanted to make sure you got the below email and attachments and if you have any questions.

**C. David Ashworth, PE**
Project Manager
CDM Smith
1100 Marion Street, Suite 300, Knoxville, TN 37921
(cell) 865.712.4860, (office) 865.963.4321
cdmsmith.com



**From:** Ashworth, Clark D.
**Sent:** Thursday, May 13, 2021 2:25 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Subject:** RE: CLOMR for Biddle Farms

Mark:

I am in the process of updating the complete CLOMR with addition of the ESA document and Public Notification in the newspaper. Please review the regulation compliance Appendix J attachment and let me know if you think this will cover what we discussed.

I also am attaching the Public Notification newspaper advertisement that we plan to insert into the Farragut Press. I will insert the case number (highlighted) once the CLOMR is submitted (a case# is not assigned until the application is submitted). The plan is to advertise once after the CLOMR is submitted to FEMA. I also highlighted the dates the document will be in your office for public review. Once I get the ESA document I will send some recommended dates for your approval.

We are not planning to send individual property owners notification letters since there is a decrease in Water Surface Elevation of the 100-year event (see page 19 of 47 MT-2 instructions).

Once I get your input and I get the final ESA document I will forward the complete CLOMR for your review and signature.

**C. David Ashworth, PE**
Project Manager
CDM Smith
1100 Marion Street, Suite 300, Knoxville, TN 37921
(cell) 865.712.4860, (office) 865.963.4321
cdmsmith.com



---

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Wednesday, May 12, 2021 4:55 PM
**To:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Subject:** RE: CLOMR for Biddle Farms

Yes.  It said it went through.  Let me know if you don't receive it.

---

**From:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Sent:** Wednesday, May 12, 2021 4:54 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Subject:** Re: CLOMR for Biddle Farms

Did you send under a separation email?

Cda

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Wednesday, May 12, 2021 4:49:40 PM
**To:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Subject:** RE: CLOMR for Biddle Farms

I just sent you the section from our zoning ordinance and noted the specific subsection.  Please let me know if you have any other questions.  Thanks.

---

**From:** Ashworth, Clark D. <ashworthcd@cdmsmith.com>
**Sent:** Wednesday, May 12, 2021 3:33 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Subject:** RE: CLOMR for Biddle Farms

Mark thanks for the report copy.  One more item, I am having trouble locating the regulation that allows "fill" between the 500-year limit and floodway.  Would you point me?

**C. David Ashworth, PE**
Project Manager
CDM Smith

1100 Marion Street, Suite 300, Knoxville, TN 37921
(cell) 865.712.4860, (office) 865.963.4321
cdmsmith.com



---

**From:** Ashworth, Clark D.
**Sent:** Wednesday, May 12, 2021 7:43 AM
**To:** mshipley@townoffarragut.org
**Subject:** CLOMR for Biddle Farms

Mark:

My copy of the report I sent you has become corrupted. Would you send me a copy? I really appreciate it.

**C. David Ashworth, PE**
Project Manager
CDM Smith
1100 Marion Street, Suite 300, Knoxville, TN 37921
(cell) 865.712.4860, (office) 865.963.4321
cdmsmith.com



## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email

**Allison Myers**

| | |
|---|---|
| **From:** | John Anderson <janderson@site-incorporated.com> |
| **Sent:** | Tuesday, May 4, 2021 9:26 AM |
| **To:** | Mark Shipley |
| **Cc:** | Bart Hose;Darryl Smith;Annette Hommel |
| **Subject:** | RE: Biddle Development Adjusted Flood Lines |
| **Attachments:** | 1994FLOODEXHIBIT-NFX (4-14-21).pdf; 1994FLOODEXHIBIT-POST-FPX.pdf |

**Mark,**

**Please see responses from CDM Smith regarding the questions below along with the referenced Exhibits. Let me know if there is anything else needed.**

**Thanks,**

**John R. Anderson, PE**
(Licensed in TN, AL, AR, IN, NC, PA, VA, & WV)

**SITE, Incorporated**
10215 Technology Drive, Suite 304
Knoxville, Tennessee 37932
(865) 777-4165
www.site-incorporated.com

---

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Monday, April 26, 2021 11:09 AM
**To:** John Anderson <janderson@site-incorporated.com>; Annette Hommel <ahommel@site-incorporated.com>
**Cc:** Bart Hose <bhose@townoffarragut.org>; Darryl Smith <dsmith@townoffarragut.org>
**Subject:** RE: Biddle Development Adjusted Flood Lines

Thanks for meeting with us last week. I think that was very productive. In terms of the CLOMR if you don't mind, please have the hydraulic engineer to respond in writing to the questions below so that we are clear before moving forward with signing off on the CLOMR. Thanks for your help.

---

**From:** Mark Shipley
**Sent:** Tuesday, April 20, 2021 4:44 PM
**To:** John Anderson <janderson@site-incorporated.com>; Annette Hommel <ahommel@site-incorporated.com>
**Cc:** Bart Hose <bhose@townoffarragut.org>; Darryl Smith <dsmith@townoffarragut.org>
**Subject:** FW: Biddle Development Adjusted Flood Lines

In preparation for Thursday's meeting below are some questions we had regarding the flood regulation items. We just want to make sure we are on the same page as you all. Thanks.

---

**From:** Bart Hose <bhose@townoffarragut.org>
**Sent:** Tuesday, April 20, 2021 3:07 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Subject:** Biddle Development Adjusted Flood Lines

Mark,
Here are the questions or points that we need to be clear on.

Adjusted no-fill Line on Biddle/Town Center Property

1.   Verify that the lines depicted are the adjusted lines based <u>only</u> upon compliant fill (based on our standards) being added to the area to the west and adjoining the Pinnacle Bank, the corrections to the existing model, and removing/replacing the existing culvert bridge on the Concord Road access road. *[Ashworth, Clark D.]*  The No-Fill line shown on drawing NFX (pdf) is based on compliant fill and a new bridge on Access Road to Concord Road.

2.   Verify that the engineers will be able to document that the proposed fill west of the Pinnacle Bank complies with our existing fill requirements for flood elevations on the relevant sections of North Fork Turkey Creek.  I believe we will need to have this to sign off on the CLOMR application (see copy of draft CLOMR application and fill related questions). *[Ashworth, Clark D.]*  The proposed fill west of Pinnacle Bank does not encroach past the No-Fill line as shown on drawing NFX.

3.   Verify that the CLOMR they are proposing includes no other fill provisions, apart from those related to the bridge crossing and the area west of the Pinnacle Bank, that would not be in conformance with our standards (again, see copy of draft CLOMR application and fill related questions).  Once the CLOMR is approved, we can then utilize the adjusted flood boundaries and no fill line, assuming they verify the assumptions in question 1 above. *[Ashworth, Clark D.]*  As shown in drawing NFX2 there is fill beyond the No-Fill line (shown in red) that accounts for 9,300 sf which is primarily for walking trails and sidewalk along Kingston Pike as requested by the Town of Farragut.  However, the drawing also shows an excavation beyond the No-Fill line (shown in purple; +/- 46,000 sf) as well as areas where we could place fill but are not proposing to.  Our intentions are only to cross the No-Fill line to construct public infrastructure (walking trail and sidewalk).

4.   Are there any site areas or planned improvements (current or future) that will be affected by the adjusted no-fill line (assuming the CLOMR is in-line with our standards and is approved by FEMA), and how do they intend to address the issue? *[Ashworth, Clark D.]*  All current and future planned fill is as shown on drawing NFX2 and as described in item 3.

## Bart Hose

**Assistant Community Development Director**

EMAIL       •  BHOSE@TOWNOFFARRAGUT.ORG

PHONE      •  865.966.7057 *Office*
                865.671.7652 *Fax*

ADDRESS   •  11408 MUNICIPAL CENTER DRIVE
                FARRAGUT, TN 37934




townoffarragut.org

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited.

**Allison Myers**

**From:** Bart Hose
**Sent:** Tuesday, April 20, 2021 3:07 PM
**To:** Mark Shipley
**Subject:** Biddle Development Adjusted Flood Lines

Mark,
Here are the questions or points that we need to be clear on.

Adjusted no-fill Line on Biddle/Town Center Property

1. Verify that the lines depicted are the adjusted lines based <u>only</u> upon compliant fill (based on our standards) being added to the area to the west and adjoining the Pinnacle Bank, the corrections to the existing model, and removing/replacing the existing culvert bridge on the Concord Road access road.

2. Verify that the engineers will be able to document that the proposed fill west of the Pinnacle Bank complies with our existing fill requirements for flood elevations on the relevant sections of North Fork Turkey Creek. I believe we will need to have this to sign off on the CLOMR application (see copy of draft CLOMR application and fill related questions).

3. Verify that the CLOMR they are proposing includes no other fill provisions, apart from those related to the bridge crossing and the area west of the Pinnacle Bank, that would not be in conformance with our standards (again, see copy of draft CLOMR application and fill related questions). Once the CLOMR is approved, we can then utilize the adjusted flood boundaries and no fill line, assuming they verify the assumptions in question 1 above.

4. Are there any site areas or planned improvements (current or future) that will be affected by the adjusted no-fill line (assuming the CLOMR is in-line with our standards and is approved by FEMA), and how do they intend to address the issue?

**Bart Hose**

**Assistant Community Development Director**

EMAIL    •   BHOSE@TOWNOFFARRAGUT.ORG

PHONE   •   865.966.7057 *Office*
                865.671.7652 *Fax*

ADDRESS •  11408 MUNICIPAL CENTER DRIVE
                FARRAGUT, TN 37934



townoffarragut.org

| | |
|---|---|
| **From:** | Don Kendall <dkendall@dmgnashville.com> |
| **Sent:** | Thursday, April 15, 2021 4:36 PM |
| **To:** | Mark Shipley |
| **Cc:** | Budd Cullom;John Anderson;Bart Hose;Dan Johnson;Darryl Smith;David Smoak |
| **Subject:** | RE: FTC @ Biddle Farms - Site Plan Review |

Should John just call Bart direct or should we do a group call?



**DON KENDALL**
**President**

42O9 Gallatin Pike
Nashville, TN 37216
(6l5) 227-5863 Office
(6l5) 969-6489 Cell
dkendall@dmgnashville.com

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Thursday, April 15, 2021 3:32 PM
**To:** Don Kendall <dkendall@dmgnashville.com>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>; Bart Hose <bhose@townoffarragut.org>; Dan Johnson <djohnson@townoffarragut.org>; Darryl Smith <dsmith@townoffarragut.org>; David Smoak <DSmoak@townoffarragut.org>
**Subject:** RE: FTC @ Biddle Farms - Site Plan Review

Thanks. I would just remove all lighting at this time. It does not comply but will need to be reviewed by the PC when it is ready. The lighting for this project is a critical site component, including street lighting. The PC will need to assess comment 2. We probably need to talk with John about comment 5 just to make sure we are clear on the map he sent over yesterday. The PCD provides for all parking to be shared within the entire development. We just want to make sure there is enough public parking for all of the project's components. Numbers 11 and 12 will need to be reviewed with the Fire Marshal and Town Engineer. Bart and I can meet with Annette on #17 to discuss this in more detail and figure out a path forward. We understand the context and uniqueness of the Main Street and patio and gathering spaces. To me, the area that was most of concern was around the Aldi building. We can get with Annette on that.

**From:** Don Kendall <dkendall@dmgnashville.com>
**Sent:** Thursday, April 15, 2021 4:12 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>
**Subject:** FW: FTC @ Biddle Farms - Site Plan Review

Mark,
Here's the general responses to the corresponding staff comments:

1) We will comply with the towns requirements. If the future site lighting submittal does meet the requirements we request approval at a staff level. If it does not comply and what we want are asking for a deviation we will take it through Planning commission.

2) We're not proposing to make changes to the long Aldi Building wall because it backs up to the retail buildings and will be mostly obscured to the Public. The area between the buildings will serve as a service corridor. That won't be in a public access area.

5) John Submitted ~~a~~ the requested info yesterday. We'll comply with the current requirements until the new FEMA approval is achieved.

7) We went back and looked at this and believe the concern is with the apartments. It looks like on paper we're 35 spaces short to self-park, but there is 160 additional spaces for public parking. Can we not utilize 35 of those spaces as shared parking?

11 & 12) We received feedback from the commissioners that they didn't want to make changes to the village green, so we still have some work to do on this matter. This will likely be a discussion item tonight.

17) We spend some time discussing this during the early work shops and thought we had reached a common understanding that the tree wells, and planters would satisfy the requirement. Additionally, the landscaping locations between buildings and parking lots/vehicular access ways will be contingent upon glass storefront and door locations that have yet to be fully determined. Can we work with staff to meet this requirement? This will  likely be a discussion item tonight.

Let me know if you guys see anything concerning here so we can work it out before the meeting.

Thanks



**DON KENDALL**
**President**

4209 Gallatin Pike
Nashville, TN 37216
(615) 227-5863 Office
(615) 969-6489 Cell
dkendall@dmgnashville.com

---

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Thursday, April 15, 2021 2:18 PM
**To:** Don Kendall <dkendall@dmgnashville.com>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>
**Subject:** RE: FTC @ Biddle Farms - Site Plan Review

Most of those are other staff comments.  Can you please do this:  Please provide a summary of your response for each comment you list.  I will try to get with the reviewer and respond back.  Thanks but I really need to check with the reviewer before replying on my own.

---

**From:** Don Kendall <dkendall@dmgnashville.com>
**Sent:** Thursday, April 15, 2021 3:15 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>
**Subject:** RE: FTC @ Biddle Farms - Site Plan Review

Mark,

Most of it is just letting you know our position, and making sure you're OK, but we'd like to touch on 1,2,5,7,11,12, and 17. What time is good for you?

Thanks



**DON KENDALL**
President

4209 Gallatin Pike
Nashville, TN 37216
(615) 227-5863 Office
(615) 969-6489 Cell
dkendall@dmgnashville.com

**From:** Mark Shipley <mshipley@townoffarragut.org>
**Sent:** Thursday, April 15, 2021 2:07 PM
**To:** Don Kendall <dkendall@dmgnashville.com>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>
**Subject:** RE: FTC @ Biddle Farms - Site Plan Review

Sure. I can but I probably would need to know the comments of concern to make sure it is something I could clarify. Most of these comments were from other staff.

**From:** Don Kendall <dkendall@dmgnashville.com>
**Sent:** Thursday, April 15, 2021 2:53 PM
**To:** Mark Shipley <mshipley@townoffarragut.org>
**Cc:** Budd Cullom <budd@chmllc.com>; John Anderson <janderson@site-incorporated.com>
**Subject:** FTC @ Biddle Farms - Site Plan Review

Mark,
Do you have a few minutes this afternoon to talk through a few of the staff comments prior to the meeting this evening? We don't think there's anything major here but also wanted to make sure we're on the same page if possible.

Let us know and we'll send you a call in number.

Thanks



**DON KENDALL**
President

4209 Gallatin Pike
Nashville, TN 37216
(615) 227-5863 Office
(615) 969-6489 Cell
dkendall@dmgnashville.com

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This message contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Allison Myers**

---

**From:** Budd Cullom <budd@chmllc.com>
**Sent:** Friday, January 29, 2021 12:06 PM
**To:** David Smoak
**Cc:** Mark Shipley;Darryl Smith
**Subject:** Re: FTC @ Biddle Farms

Thank you for all of your help and hard work. Have a great weekend!

Budd Cullom
CHM, LLC
Cullom Properties, Inc.
6312 Kingston Pike, Suite C
Knoxville, TN 37919
budd@cullomproperties.com
budd@chmllc.com
865/588-5171 (office)
865/567-5852 (mobile)
865/588-6051 (fax)

On Jan 28, 2021, at 4:38 PM, Budd Cullom <budd@chmllc.com> wrote:

Bullet points for hydrology: Not sure if you wanted to make this one of the slides for tonight or not? Up to you. At least you have it.

A completed hydraulic study of the proposed project has been performed per the Town of Farragut ordinances and FEMA requirements.

Notable drainage improvements that are planned include:

- Replacing the existing corrugated metal culverts at the old Kroger driveway with a new bridge to provide a wider hydraulic opening that will help mitigate flooding;
- Site grading that includes some berms to help control flood elevations;
- No work or grading within the floodway, and the development will not make any changes to the floodway width;
- No fill within the halfway point between the floodway line and 500-year floodplain line (per Farragut ordinance);
- Onsite detention per Town of Farragut ordinance for water quality treatment;
- Updating the outdated FEMA mapping for the property where Turkey Creek and North Fork Turkey Creek converge – which helps the Town to have more accurate flood mapping of the area;

**Allison Myers**

**From:**          Bart Hose
**Sent:**          Thursday, November 12, 2020 10:55 AM
**To:**            Mark Shipley;David Smoak;Darryl Smith;Brannon Tupper;Trevor Hobbs
**Subject:**       FEMA Issues on the Biddle Property

All,

I spoke with Amy Miller, TN NFIP Coordinator, this morning and she suggested that the project engineers with CDM-Smith have a conference call with the engineer (Yong Sun Jung, with AECOM) that does the CLOMR/LOMR submittal reviews for the State. She thought it would be best to have the engineers speaking with each other given the scope of the project. If they are interested in such a call, I can reach back out to her to see if we can coordinate it. She also offered to look at our additional floodplain fill regulations to ensure that they are reasonable. She also noted that we should not issue any permits for CLOMR/LOMR related work on the site until FEMA has approved the CLOMR. We discussed this at last weeks meeting and it would not impact work they wanted to do outside of the Floodway and Floodplains under our ordinance. Such work would, of course, have to be at their own risk and with the understanding that any project impacts that resulted from delays or changes required for FEMA approval would not obligate the Town in any way.

Bart

**Bart Hose**
**Assistant Community Development Director**

EMAIL    •  BHOSE@TOWNOFFARRAGUT.ORG

PHONE    •  865.966.7057 *Office*
             865.671.7652 *Fax*

ADDRESS  •  11408 MUNICIPAL CENTER DRIVE
             FARRAGUT, TN 37934



townoffarragut.org

**Allison Myers**

| | |
|---|---|
| From: | Don Kendall <dkendall@dmgnashville.com> |
| Sent: | Monday, November 9, 2020 11:10 AM |
| To: | Mark Shipley;David Smoak |
| Cc: | Budd Cullom;John Anderson |
| Subject: | FTC Submittal - Response Drafts for Town Review and Discussion |

Mark/David,
We're working on pulling everything together on the referenced project for the resubmittal today and in compiling responses we have a few items we wanted to run by you for input. See below for the comment, our proposed response, and some commentary from our end. Can you look at these and give us some additional feedback? If preferred we're open to jumping on a quick conference call if needed. Juts let us know what your preference is.

**Callout, Page Label 19**
Comment: Coordinate with anticipated telecommunications antennas to ensure pole and lighting will accommodate the user.
Response: Acknowledged.
Commentary: Could you provide some additional info on this comment? Are you referencing the 5G antennas that have been discussed in the PC meetings this year?

**Callout, Page Label 10**
Comment: Please show the area that is being used to determine the this density. (pointed to Multi-Family Tract)
Response: The limits of each area have been removed on the updated concept plan to depict a total area of 42.84 acres for the PCD development.
Commentary: This would be consistent with the discussions that the PCD development is a whole so in addition to adjusting the Multi-family area we would also remove the areas for the 4 tracts previously shown and just have one. Is this OK?

**Callout, Page Label 24**
Comment: Can the Multi Family buildings be designed to look like and potentially function in the future as mixed use? Higher ground floor, engagement of adjacent public area…
**Callout, Page Label 27**
Comment: Are there measures that could be taken to make the building look more like a mixed use building to blend in with the Town Center concept.
Response to both comments: It would be very challenging to design the multi-family units to properly function for apartment use today and mixed use in the future. We respectfully request to keep the multi-family units as shown.
Commentary: As we discussed in our meeting, these are the most challenging comments to attempt to address. If we attempted to do this we don't believe anyone (Town or Developer) will be happy with the results. Is this response OK or should or should we attempt to state differently?

**Text Box, Page Label 37**
**Text Box, Page Label 11**
Comment: Town requirements for Flood fringe fill. Construction Fill that alters… Please show "no fill" line on the plans.
Response: Acknowledged. We have completed a hydrology study that has been reviewed with staff and are currently preparing a CLOMR Application for submittal to FEMA once the rezoning is approved. We will meet the Towns requirements.

1

Commentary: Per the meeting on Friday we believe you have a much better understanding on the this issue. It would be a challenge to show the " no build line" based on current conditions, and proposed conditions. Is this response appropriate or should we state differently?

Thanks



**DON KENDALL**
**President**

4209 Gallatin Pike
Nashville, TN 37216
(615) 227-5863 Office
(615) 969-6489 Cell
dkendall@dmgnashville.com

**Allison Myers**

| | |
|---|---|
| **From:** | Don Kendall <dkendall@dmgnashville.com> |
| **Sent:** | Thursday, October 29, 2020 6:55 PM |
| **To:** | Mark Shipley |
| **Cc:** | David Smoak;Budd Cullom;John Anderson |
| **Subject:** | FW: Biddle Farms |
| **Attachments:** | 1994grading-cgp1 (shade).pdf |

Mark,

Attached please find a modified copy of the grading plan that shows which buildings will be less than the 4' above BFE currently required by the Town of Farragut. While we are requesting limited relief to the current requirement is effects only a small percentage of the total building SF proposed. We can discuss in greater detail tomorrow during our meeting.

Thanks



DON KENDALL
President
4209 Gallatin Pike
Nashville, TN 37216
(615) 227-5863 Office
(615) 969-6489 Cell
dkendall@dmgnashville.com

.

**Allison Myers**

**From:**      Shannon Preston <srpresto@gmail.com>
**Sent:**      Thursday, April 1, 2021 9:09 PM
**To:**        Louise Povlin
**Subject:**   Re: Fw: Farrragut Town Center at Biddle Farm

You can be sure that I will. I do have an idea that we should talk about for next time (hopefully there won't be one, but just in case...) ;).

On Thu, Apr 1, 2021, 8:55 PM Louise Povlin <lpovlin@townoffarragut.org> wrote:
> As you can tell, it's very complicated. People against this project simplified it down to what would scare people the most. You're welcome to share with whomever you wish. Louise

> **From:** Shannon Preston <srpresto@gmail.com>
> **Sent:** Thursday, April 1, 2021 8:50 PM
> **To:** Louise Povlin <lpovlin@townoffarragut.org>
> **Subject:** Re: Fw: Farrragut Town Center at Biddle Farm
>
> Interesting read... I wish more residents would invest more time and get to know all the facts.
>
> On Thu, Apr 1, 2021, 4:28 PM Louise Povlin <lpovlin@townoffarragut.org> wrote:
>> Shannon, this is the email I sent to out to most of the residents who sent in comments during second reading of the rezoning request for old Kroger/Biddle farm property. Happy reading! Louise

>> **From:** Louise Povlin
>> **Sent:** Monday, February 8, 2021 12:35 PM
>> **Subject:** Farrragut Town Center at Biddle Farm
>>
>> I want to thank you for reaching out to voice your concerns regarding the ordinances under consideration for second reading regarding the mixed-use town center project proposed for the old Kroger/Biddle property during the January 28, 2021, Board of Mayor and Aldermen (BMA) meeting. Many of the concerns expressed in the public input have been addressed during the public meetings. Below you will find a more detailed response to those concerns.
>>
>> You may view the staff report for each of the ordinances considered in the link below. It gives a good overview of the mixed-use town center project we voted on. Also, all the BMA and planning commission meetings and most of the staff/developer meetings regarding this matter can be viewed on our Town of Farragut youtube channel.
>>
>> http://townoffarragut.org/AgendaCenter/ViewFile/Agenda/_01282021-1093
>>
>> I understand that there is controversy surrounding this proposed development. Unfortunately, there's been a lot of misleading, inaccurate, incomplete and sometimes disparaging information circulated on social media and in recently distributed flyers. In addition, the hostile atmosphere on social media has made having a civil dialogue on this subject virtually impossible. Below is a bullet point list of some of the facts and

an overview addressing some of the major concerns expressed regarding this mixed-use town center development.

- This mixed-use town center development includes 286 multifamily dwelling units, not 1000 or 1200 dwelling units.
- This project is an integrated mix of uses including residential, community gathering space, walkable retail, open space and walking trails.
  - a grassy town square (65' x 285') which expands to approximately the size of a football field when the streets and sidewalks surrounding the town square are included, providing a very large festival area when the streets are closed to vehicular traffic
  - 13 acres of open space with pedestrian facilities running along the length of the portion of Turkey Creek on the Biddle property
  - 62,000 square feet of pedestrian-oriented, walkable retail which is connected to surrounding pedestrian facilities and existing commercial
- The Biddle property was originally zoned General Commercial (C-1) and could develop according to that zoning district. The decision before the BMA was not between a mixed-use project and a passive undeveloped field. The choice was between this mixed-use pedestrian-oriented project and a suburban car-centric commercial build out.
- According to the traffic study, a full commercial build out of this property would generate more traffic (10,037) versus the traffic generated from the currently proposed mixed-use project (6,733).
- Student yield is approximately 26 students (6 – 7 students per school). These calculations were provided by Knoxville Knox County Planning staff. These yield ratios were updated in late 2019.
- The developer will be required to meet FEMA standards and both state and local stormwater controls.

In my opinion, a stark choice existed for the BMA: have a place that is built for people or have a place that is built for cars. This proposed mixed-use town center development is the key to establishing a walkable environment in our town center and the beginning of building a stronger, more vibrant community. It fulfills the goals and intent of the CLUP. This development will be a community gathering asset and serve our long-term economic well-being, as well as add to our quality of life. An outmoded suburban car-centric development would not serve our long-term interests, particularly if it included a big box store which tend to have a life span of 15 -25 years. At some point, a future Farragut generation would be saddled with another abandoned big box store in the heart of our town. Establishing a great place in the heart of our town cannot be accomplished utilizing outdated suburban development philosophies.

Below is a fairly detailed explanation of the many considerations that went into the decision to support this project and a more thorough discussion of the most commonly expressed concerns that have been brought up throughout the planning process for this project. Some residents are dead set against apartments. It is their right to hold that opinion and express it. I have heard from many residents who are supportive of this project, as well. Many of them have lamented that they do not feel comfortable presenting their points of view on social media or even in an email for public input. As an elected representative, I must weigh all this input and consider the long-term vision that is laid out in the community's comprehensive land use plan, as well as our long-term economic well-being and quality of life. I hope that you will take the time to review this information.

Best regards,

Louise Povlin

Vice Mayor
Town of Farragut


**Comprehensive Land Use Plan and a Mixed-Use Town Center**
The mixed-use town center project proposed for the Biddle property meets many of the goals expressed in our Comprehensive Land Use Plan (CLUP). The CLUP is the community's long range overarching plan that steers the Town into the future and provides specific policies and action that can help achieve the plan. It was developed over the course of several months in 2012 with extensive public engagement and public input. The planning commission adopted the plan in December 2012. The planning commission and the BMA rely on it when making land use decisions. The link to the plan is below.

http://www.townoffarragut.org/389/Comprehensive-Land-Use-Plan-Farragut-202

The CLUP remains very much relevant today with the continued demand for walkable communities with community gathering amenities, particularly in the suburbs. The lack of a heart for our community is identified as the most significant concern in Chapter 1 of the CLUP. The first strategy outlined in Chapter 2 is intended to address the lack of a downtown or town center that provides a sense of place that emanates from a pedestrian-oriented town center or a mixed-use town center. During the Town's branding effort in 2015, the community survey reaffirmed support for a walkable mixed-use town center. During the update to the BMA's strategic plan in 2017, another community survey reaffirmed support for a walkable mixed-use town center.

For background, the Town of Farragut has planned for a mixed-use town center for some time. In the early 2000s, the Town began exploring the idea of a downtown. In 2007, the Town Center District zoning ordinance was adopted to accommodate a mixed-use town center project proposed for the Ford property. The project included 250 multi-family units, 184,000 square feet of retail space and 140,400 square feet of office space in 2-story to 4-story buildings on 27 acres. A downturn in the economy prevented the developer from moving forward with rezoning and the project. Although concerted efforts were made to market this project when the economy recovered, no developers have been interested.

In 2007, the vision for the mixed-use town center on the Ford property included vertical mixed-use buildings, the current proposed project is in a horizontal mixed-use form. Both forms are viable forms of mixed-use development. The land uses, goals and intent of the plan remain intact to establish a sense of place that emanates from a pedestrian-oriented town center.

Mixed-use town center developments being built in suburban communities across the United States tend to be disconnected from the existing surrounding residential neighborhoods because of the lack of pedestrian facilities to connect them. The Town of Farragut's investment in a pedestrian/ greenway system over the last quarter of a century is ready to be tapped into thereby connecting many residents in the surrounding neighborhoods to this area.


**Farragut Town Center at Biddle Farm**
The Farragut Town Center at Biddle Farm is a mixed-use development where commercial, residential and community open space are integrated and built in such a way as to prioritize pedestrian activity and community over vehicular activity. This development utilizes many of the principles necessary to promote walkability and community building. The main street is built for the pedestrian with wide sidewalks and

buildings set at the edge of the sidewalk. The buildings are laid out to allow for plenty of room for outside dining and socializing. With the integrated residential component, there is a built-in customer base at a density that brings life to the sidewalks. The intent of the walkable retail form of development is to attract higher end stores, small business boutiques and shops, coffee shops, perhaps a bookstore or an art gallery which would not necessarily happen in a suburban car-centric retail shopping area. The main street extends to a town square lawn, which is framed on one side by shops and on the other side by a multifamily building. This gives "walls" to the space for a sense of definition for people. The opportunities for how this town square will be utilized are limitless. We can close off the streets for a community festival, a concert or perhaps, we can finally have that Christmas parade we've longed for. Certainly, it's an open space for families and friends to congregate. An additional community space is the walking trail running alongside Turkey Creek. This is a natural amenity which is showcased and integrated into this development. The natural open space in this is development is approximately 13 acres. This development fully capitalizes on the natural amenities available to it, unlike the Kroger greenway which seems more like an afterthought.

The proposed commercial district is part of a much broader shopping district which the residents have easy access to including the shops in the Brooklawn Village and West End. With the completion of the capital project to build a walkway under Kingston Pike at the bridge between Campbell Station Road and Brooklawn Street, the residents will have safe access to the new brewpub at Admiral's Corner, as well as to any community events being held at the Campbell Station Inn plaza. Additionally, there are existing undeveloped or underdeveloped parcels around this development that can develop incrementally over time residentially and commercially thereby providing for a more authentic environment which will be unique to Farragut. The link below illustrates some of the renderings of this mixed-use town center project.

https://spaces.hightail.com/receive/xgGajDpQ5q

**Planned Commercial Development District and future development**
The BMA approved the rezoning of the parcels related to this project (43.63 acres) to Planned Commercial District (PCD). The PCD zoning ordinance is not a "use by right" zoning district. To have a property rezoned to PCD requires the approval of a development plan as part of the rezoning. The developer must develop the property according to the approved development plan. Any major changes to the approved development plan require review and approval by the planning commission and the Board of Mayor and Aldermen. The planning commission and the BMA approved a plan that includes only 286 multifamily units. The developer does not have a "use by right" to build anything more the number of units approved.

https://library.municode.com/tn/farragut/codes/code_of_ordinances?nodeId=PTIICOOR_APXAZO_CH3SPDIRE_SXXVIPLCODEDIPC

All rezoning requests are considered independently, as each parcel in our community has its own unique characteristics. The planning commission and the BMA rely on the CLUP to guide them when making decisions on rezoning requests. The CLUP and our zoning ordinances include strategies and requirements to protect existing residential neighborhoods which abut areas to be developed.

**Traffic**
Regarding traffic, before the approval on second reading, the majority of the Biddle property was zoned General Commercial (C-1) and the Biddles had the right to develop their property as such. This property is going to build out. There are approximately 29.5 acres of buildable land which translates to approximately 295,000 square feet of commercial development. According to Table 6 (see below) in the Traffic Impact Study completed for the proposed project, a commercial build out would generate 10,037 daily trips. The

proposed mixed-use development generates 6,733 daily trips or one third less trips than potential development under the General Commercial (C-1) zoning.

Also, it should be noted that with regard to the currently proposed mixed-use development, of the 6,733 daily trips generated, only approximately 1/3 of the traffic comes from the residential component.

In addition, the Town of Farragut will be upgrading its entire traffic light system through a Congestion Mitigations Air Quality (CMAQ) grant.  With this upgrade, all controls come in house in the Town Hall. Also, there is an ability to attach smart technology to traffic lights to alleviate congestion.

Further, one should consider the difference in traffic patterns that a car centric commercial build out under the General Commercial (C-1) zoning would generate versus that of this proposed mixed-use town center.

If you would like to review the traffic study and information regarding the pedestrian-oriented design of this project, please go to the following link.

https://www.townoffarragut.org/DocumentCenter/View/5552/Biddle-Farms-Project-January-2021

## Student Yield

With regard to student yields in the southwest sector of Knox County, according to updated calculations from the Knoxville Knox County Planning staff, market rate apartments do not yield many students, approximately 6-7 students per school in our community. These ratios were updated at the end of the 2019.



While the actual number could be more or less, the planning staff confirmed to me that they just don't see many students living in market rate apartments.

Additionally, the Knox County Commission and Knox County Schools (KCS) have approved the construction of a new elementary school on Coward Mill Road which is due to open in August 2022. Further, KCS approved a feasibility study for adding capacity to the Farragut elementary schools; that study is due to be released in the next few months.

Finally, Knox County residents pay property taxes to fund the needs of a growing community.  Since 2008, three schools have opened in west Knox County, including Hardin Valley Academy (2008), Northshore Elementary  (2013) and Hardin Valley Middle School (2018).  As mentioned above, a fourth is due to open in August 2022.

## Sinkholes, Stormwater Management and Flood Plain

East Tennessee sits atop a KARST corridor so there are innumerable sinkholes. The Town of Farragut has a sinkhole ordinance to manage development around sinkholes .

The storm water management infrastructure planned for the site must meet local and state standards.

With regard to flood plain management, the Town of Farragut has adopted the Farragut Municipal Flood Damage Prevention Regulations that meet or exceed FEMA's requirements. We are required to adopt and follow these regulations to maintain the Town's eligibility in the National Flood Insurance Program (NFIP).

A complete hydraulic study of the proposed project will be required as part of the site plan approval process. A hydraulic study is not required at the time of request for rezoning because it is understood by the developer that the site plan will have to meet requirements in the Town of Farragut ordinances and FEMA requirements to be approved.

According to the developer, notable drainage improvements that are planned include:

- Replacing the existing corrugated metal culverts at the old Kroger driveway with a new bridge to provide a wider hydraulic opening that will help mitigate flooding;
- Site grading that includes some berms to help control flood elevations;
- No work or grading within the floodway, and the development will not make any changes to the floodway width;
- No fill within the halfway point between the floodway line and 500-year floodplain line (per Farragut ordinance);
- Onsite detention per Town of Farragut ordinance for water quality treatment;
- Updating the outdated FEMA mapping for the property where Turkey Creek and North Fork Turkey Creek converge – which helps the Town to have more accurate flood mapping of the area;
- No hydraulic impacts to Concord Road.


## Crime

We have two long existing multifamily apartment complexes in Farragut, Lanesborough and Derby Run. Neither of these complexes have criminal activity in higher occurrences than any other location in Farragut.

https://communitycrimemap.com/

LexisNexis® Community Crime Map

is best viewed in Internet Explorer 11+, Firefox V27+ and Chrome V30+. Time Slider

communitycrimemap.com

## Planning Process, Due Process and the request to "table the vote"
The Biddles are entitled to a fair, equitable and timely process through which their rezoning request for their property is considered and decided. This project has been through an extensive planning process. There were several months of planning with Town staff before it was presented to the planning commission. There have been extensive discussions during both the staff/developer meetings and the planning commission meetings over the course of several months. There has been an extensive amount of public input, as well, certainly we've received hundreds, if not over a thousand, emails regarding this project. The staff, the developer and the elected officials have worked to address many of the concerns expressed by the public.

Governor Lee has provided guidance through his executive orders on how local governments can continue to conduct government business in a pandemic. The ability for the public to be informed and to provide input and comments has not been inhibited. In fact, due to COVID, many of the staff/ developer meetings were recorded which provide additional information regarding the planning process with regard to this proposed development. As well as, many residents who would not ordinarily be able to be physically present at public meetings to comment have been able to provide their comments via email. This project has been through a thorough planning process and the municipal planning commission recommended approval of the land use plan map amendment, the text amendment to the PCD zoning district and the rezoning request. The Board of Mayor and Aldermen had a duty to complete this process in a timely manner.

### Requests to Purchase Biddle Property for a Park or build an Aquatics Center

The Town of Farragut was founded in 1980 without the adoption of a municipal property tax. Through careful planning and budgeting, we continue to thrive without a municipal property tax. Our revenue is approximately $12 million a year, about 65% of which is business generated. Our annual operating budget is about $7.5 million, the remaining revenue is utilized for capital improvement projects. We will lose $1 million annually when Hall Income Tax gets phased out and lost approximately $600,000 -$800,000 annually when the state legislature and Governor Haslam passed the IMPROVE Act.

The Town of Farragut has no debt; we pay as we go. We improve roads and undertake more expensive capital projects when we have saved enough money to pay for them. Road projects, park projects, street paving, stormwater infrastructure repair are all costly projects to fund. In addition, we manage and maintain 138 acres of park, 80 miles of sidewalks, approximately 25 miles of greenway trails, 140 miles of road and $20 million in insured assets. Additionally, the Federal Government has mandated that we develop and fund a program to bring our buildings, parks and pedestrian assets into ADA compliance.

Funding a Town of our size with the infrastructure and assets we manage and maintain with revenue that is primarily business generated is a precarious way to fund ourselves. We maintain a very healthy reserve fund to withstand an economic downturn and for emergencies. The Town continues to thrive without a municipal property tax because we have managed our budget extremely conservatively. We do not have the funds to purchase the Biddle property and maintain the grounds. Further, we do not have the funds to build and maintain an aquatics center. Maintaining and repairing an aging pool facility is costly. It's unfair to saddle a future generation of Farragut residents with the decision of having to implement a property tax to maintain community amenities.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

### Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

| | |
|---|---|
| **From:** | Budd Cullom <budd@chmllc.com> |
| **Sent:** | Thursday, January 28, 2021 4:43 PM |
| **To:** | Louise Povlin |
| **Subject:** | FTC @ Biddle Farms |

Bullet points for hydrology:

A completed hydraulic study of the proposed project has been performed per the Town of Farragut ordinances and FEMA requirements.

Notable drainage improvements that are planned include:

- Replacing the existing corrugated metal culverts at the old Kroger driveway with a new bridge to provide a wider hydraulic opening that will help mitigate flooding;
- Site grading that includes some berms to help control flood elevations;
- No work or grading within the floodway, and the development will not make any changes to the floodway width;
- No fill within the halfway point between the floodway line and 500-year floodplain line (per Farragut ordinance);
- Onsite detention per Town of Farragut ordinance for water quality treatment;
- Updating the outdated FEMA mapping for the property where Turkey Creek and North Fork Turkey Creek converge – which helps the Town to have more accurate flood mapping of the area;
- No hydraulic impacts to Concord Road.

CHM Development has spent $62K to date on hydraulic studies for the site in order to comply with FEMA and Town of Farragut ordinances.

Budd Cullom
CHM, LLC
Cullom Properties, Inc.
6312 Kingston Pike, Suite C
Knoxville, TN  37919
budd@cullomproperties.com
budd@chmllc.com
865/588-5171 (office)
865/567-5852 (mobile)
865/588-6051 (fax)

