

**Tre Hargett**
*Secretary of State*

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **J. A. FIELDEN CO., INC.**

### General Information

**SOS Control #** 000249143  **Formation Locale:** TENNESSEE
Filing Type: For-profit Corporation - Domestic 01/22/1992 11:05 AM  **Date Formed:** 01/22/1992
Status: Active  Fiscal Year Close 12
Duration Term: Perpetual

**Registered Agent Address**
CORPORATION SERVICE COMPANY
2908 POSTON AVE
NASHVILLE, TN  37203-1312

**Principal Address**
814 E WOODLAND AVE
KNOXVILLE, TN  37917-5648

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 01/24/2023 | 2022 Annual Report | B1325-2107 |
| 01/21/2022 | 2021 Annual Report | B1149-0814 |
| 03/15/2021 | 2020 Annual Report | B0995-3489 |
| 02/03/2020 | 2019 Annual Report | B0806-9019 |

Principal Address 1 Changed  From: 530 W 5TH AVE  To: 814 E WOODLAND AVE
Principal Postal Code Changed  From: 37917-7109  To: 37917-5648

| 03/04/2019 | 2018 Annual Report | B0655-9151 |
|---|---|---|
| 03/27/2018 | 2017 Annual Report | B0523-0897 |
| 01/24/2017 | 2016 Annual Report | B0335-5980 |
| 03/15/2016 | 2015 Annual Report | B0214-5183 |
| 03/10/2015 | 2014 Annual Report | B0065-3954 |
| 02/21/2014 | 2013 Annual Report | 7288-2987 |
| 03/22/2013 | 2012 Annual Report | 7171-2495 |
| 02/17/2012 | 2011 Annual Report | 6998-1852 |

Principal Address 1 Changed  From: 530 W FIFTH AVENUE  To: 530 W 5TH AVE
Principal Address 2 Changed  From: SUITE B  To: STE B
Principal Postal Code Changed  From: 37917  To: 37917-7109
Principal County Changed  From: No value  To: KNOX COUNTY

# Filing Information

### Name:  J. A. FIELDEN CO., INC.

| | | |
|---|---|---|
| 03/03/2011 | 2010 Annual Report | A0058-3216 |

Principal Postal Code Changed  From: 37927  To: 37917

| | | |
|---|---|---|
| 02/10/2010 | 2009 Annual Report | A0005-1183 |
| 01/11/2010 | Registered Agent Change (by Entity) | 6642-0439 |

Registered Agent First Name Changed  From: JOSEPH  To: No Value
Registered Agent Last Name Changed  From: FIELDEN  To: No Value
Registered Agent Middle Name Changed  From: A  To: No Value
Registered Agent Organization Name Changed  From: No Value  To: CORPORATION SERVICE COMPANY
Registered Agent Physical Address 1 Changed  From: 530 W FIFTH AVE  To: 2908 POSTON AVE
Registered Agent Physical Address 2 Changed  From: STE B  To: No Value
Registered Agent Physical City Changed  From: KNOXVILLE  To: NASHVILLE
Registered Agent Physical County Changed  From: Knox County  To: Davidson County
Registered Agent Physical Postal Code Changed  From: 37927  To: 37203

| | | |
|---|---|---|
| 01/27/2009 | 2008 Annual Report | 6430-0702 |
| 01/23/2008 | 2007 Annual Report | 6192-0470 |
| 01/16/2007 | 2006 Annual Report | 5917-0509 |
| 01/11/2006 | 2005 Annual Report | 5648-1076 |
| 01/11/2005 | 2004 Annual Report | 5320-1891 |
| 02/02/2004 | 2003 Annual Report | 5022-0867 |
| 02/13/2003 | 2002 Annual Report | 4728-1918 |
| 04/03/2002 | 2001 Annual Report | 4466-0900 |
| 02/06/2001 | 2000 Annual Report | 4112-0347 |
| 09/07/2000 | 1999 Annual Report | 3997-0920 |
| 06/16/2000 | Notice of Determination | ROLL 3932 |
| 10/03/1998 | CMS Annual Report Update | 3060-1897 |

Principal Address Changed
Registered Agent Physical Address Changed
Fiscal Year Close Changed

| | | |
|---|---|---|
| 10/03/1995 | Application for Reinstatement | 3060-1895 |
| 10/03/1995 | Administrative Amendment | 3061-0416 |
| 10/21/1994 | Dissolution/Revocation - Administrative | ROLL 2907 |
| 07/15/1994 | Notice of Determination | ROLL 2869 |
| 01/22/1992 | Initial Filing | 2358-1941 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|