

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:** **BIDDLE FARMS COMMERCIAL, LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | **001200810** | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 05/14/2021 3:36 PM | Date Formed: | 05/14/2021 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 2 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
LEE A. POPKIN
STE S700
1111 N NORTHSHORE DR
KNOXVILLE, TN  37919-4097

**Principal Address**
STE C
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 08/28/2023 | Articles of Amendment | B1445-1847 |
| | Member Count Changed  From: 1  To: 2 | |
| 03/30/2023 | 2022 Annual Report | B1367-6658 |
| 03/31/2022 | 2021 Annual Report | B1192-5504 |
| 05/14/2021 | Initial Filing | B1028-1679 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|