

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:** **CHM Farragut Commercial, LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | **001201012** | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 05/14/2021 3:31 PM | Date Formed: Fiscal Year Close | 05/14/2021 12 |
| Status: | Active | Member Count: | 3 |
| Duration Term: | Perpetual | | |
| Managed By: | Director Managed | | |

**Registered Agent Address**
JOHN B WATERS III
STE 700
1111 N NORTHSHORE DR
KNOXVILLE, TN  37919-4005

**Principal Address**
STE C
6312 KINGSTON PIKE
KNOXVILLE, TN  37919-4958

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/30/2023 | 2022 Annual Report | B1367-6820 |
| 03/31/2022 | 2021 Annual Report | B1192-5950 |
| | Member Count Changed  From: 1  To: 3 | |
| 05/14/2021 | Initial Filing | B1034-0106 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|

11/7/2023 11:35:36 PM

Page 1 of 1

Case 3:23-cv-00402-TRM-JEM   Document 6-20   Filed 11/11/23   Page 1 of 1   PageID #: 815