

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

Name: **BIDDLE FARMS RESIDENTIAL, LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 001224396 | **Formation Locale:** | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 07/29/2021 10:58 AM | Date Formed: | 07/29/2021 |
| | | Fiscal Year Close | 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
LEE A. POPKIN
STE S700
1111 N NORTHSHORE DR
KNOXVILLE, TN  37919-4097

**Principal Address**
JOE FIELDEN JR
814 E WOODLAND AVE
KNOXVILLE, TN  37917-5648

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/13/2023 | 2022 Annual Report | B1354-3936 |
| 03/29/2022 | 2021 Annual Report | B1189-1137 |
| | Principal Address 3 Changed  From: No value  To: JOE FIELDEN JR | |
| 07/29/2021 | Initial Filing | B0808-6493 |

| Active Assumed Names (if any) | Date | Expires |
|---|---|---|