

**Tre Hargett**
Secretary of State

# Division of Business Services
# Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## Filing Information

**Name:** **BIDDLE FARMS TH, LLC**

### General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 001363480 | Formation Locale: | TENNESSEE |
| Filing Type: | Limited Liability Company - Domestic 10/26/2022 10:31 AM | Date Formed: Fiscal Year Close | 10/26/2022 12 |
| Status: | Active | Member Count: | 1 |
| Duration Term: | Perpetual | | |
| Managed By: | Member Managed | | |

**Registered Agent Address**
LEE A. POPKIN
STE S700
1111 N NORTHSHORE DR
KNOXVILLE, TN  37919-4097

**Principal Address**
814 E WOODLAND AVE
KNOXVILLE, TN  37917

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/13/2023 | 2022 Annual Report | B1354-3947 |
| 10/26/2022 | Initial Filing | B1289-1543 |

| **Active Assumed Names (if any)** | **Date** | **Expires** |
|---|---|---|