# farragut

FARRAGUT MUNICIPAL PLANNING COMMISSION
AGENDA

July 16, 2020

5:30 p.m. Workshop Review

Wireless Communication Science and Issues by Christopher Davis, PhD from the University of Maryland Department of Electrical and Computer Engineering

7:00 p.m. Regular Meeting

This meeting can be viewed live on Charter channel 193 and TDS channel 3." The meeting will be held virtually, authorized by Governor Lee's executive orders regarding the COVID19 pandemic.

Meeting comments may be emailed to comments@townoffarragut.org and must be received by 12:00 p.m. on July 16 to be included in the record of the meeting. Anyone that wishes to provide comments must include their name and address. For questions please e-mail Mark Shipley at mshipley@townoffarragut.org or Bart Hose at bhose@townoffarragut.org

1. Approval of agenda

2. Approval of minutes – June 18, 2020

3. Discussion and public hearing on a new application and schedule for MCImetro 2020 Fiber Build, along portions of N. Campbell Station Road, Herron Road, West End Avenue, and portions of the Cove at Turkey Creek, Stonecrest, and Sweet Briar Subdivisions (Mastec, Applicant)

4. Discussion and public hearing on a conceptual master plan for the redevelopment of the old Kroger property – Farragut Town Center at Biddle Farms, Parcels 3.02, 3.03, a portion of 3.18, and a portion of 3.19, Tax Map 143, 45 Acres (SITE Incorporated, Applicant)

5. Discussion and public hearing on a request for a variance from the number of access points permitted on a local street as provided for in the Driveways and Other Accessways Ordinance in relation to the property at 11740 Weathervane Drive (JonDavid and Allison Deeson, Applicant)

6. Discussion on a request to amend Appendix A – Zoning, Chapter 3., Specific District Regulations, Section XII., General Commercial District (C-1), B., 3., as it relates to the

It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the Civil Rights Act of 1964, Public Law 93-112 and 101-336 in its hiring, employment practices and programs. To request accommodations due to disabilities, please call 865-966-7057 in advance of the meeting.

Case 3:23-cv-00402-TRM-JEM   Document 6-25   Filed 11/11/23   Page 1 of 2   PageID #: 1194

outdoor display and or storage of general farm implements and lawn care equipment, riding lawn mowers, and related accessories (Farragut Lawn and Tractor, Applicant)

7. Discussion on a request to rezone the property at 11824 Kingston Pike, Parcel 025, Tax Map 152C, Group J., 1.81 Acres from Office (O-1) to General Single-Family Residential (R-2) (Troy and Evangella Stavros, Applicant)

8. Discussion on a request to rezone Parcel 021.03, Tax Map 153 (end of Spring Branch Lane), from Rural Residential (R-1) to General Single-Family Residential (R-2), 6.84 Acres (Rackley Engineering, Applicant)

9. Discussion on a request to amend the Farragut Zoning Ordinance to permit a microbrewery and brewpub (Carlos Cortez, Applicant)

10. Approval of utilities

11. Citizen Forum