| | |
|---|---|
| **ORDINANCE:** | **20-20** |
| **PREPARED BY:** | **Shipley** |
| **REQUESTED BY:** | **Staff** |
| **CERTIFIED BY FMPC:** | **September 17, 2020** |
| **PUBLIC HEARING:** | _____ |
| **PUBLISHED IN:** | _____ |
| **DATE:** | _____ |
| **1ST READING:** | _____ |
| **2ND READING:** | \_October 22, 2020_____ |
| **PUBLISHED IN:** | _____ |
| **DATE:** | _____ |

**AN ORDINANCE TO AMEND THE TEXT OF THE MIXED-USE TOWN CENTER LAND USE DESCRIPTIONS IN CHAPTER THREE OF THE COMPREHENSIVE LAND USE PLAN UPDATE**

**WHEREAS,** the Board of Mayor and Aldermen of the Town of Farragut, Tennessee, through the Farragut Municipal Planning Commission, created and adopted the Farragut Comprehensive Land Use Plan Update and Future Land Use Map; and,

**WHEREAS**, the Tennessee Code Annotated, Section 13-4-201 et seq, provides that the Municipal Planning Commission shall make and adopt a general plan for the physical development of the municipality; and

**WHEREAS**, the Farragut Municipal Planning Commission adopted the Farragut Comprehensive Land Use Plan Update and Future Land Use Map by Resolution PC-12-18 on December 20, 2012; and

**WHEREAS**, the Tennessee Code Annotated, Section 13-4-202 et seq, provides that the Municipal Planning Commission and the chief legislative body may adopt parts of the Comprehensive Land Use Plan Update that correspond generally with one (1) or more of the functional subdivisions of the subject matter of the plan; and

**WHEREAS**, the Board of Mayor and Alderman of the Town of Farragut has adopted the Mixed-Use Town Center Land Use Descriptions Section of the Farragut Comprehensive Land Use Plan Update; and

**WHEREAS**, the Board of Mayor and Alderman of the Town of Farragut may periodically amend the text of the Mixed-Use Town Center Land Use Descriptions Section of the Farragut Comprehensive Land Use Plan Update;

**NOW, THEREFORE, BE IT ORDAINED** by the Board of Mayor and Aldermen of the Town of Farragut that the Farragut Comprehensive Land Use Plan Update, Chapter Three, Future Land Use Plan, Land Use Descriptions Section, Description 1, Mixed-Use Town Center, is hereby amended by replacing it in its entirety with the following:

**SECTION 1.**

I.  Chapter Three/ Future Land Use Plan, Land Use Descriptions Section, 1. Town Center

   **Intent**
   - Provide for the creation of a unique town center for Farragut with a variety of shops, restaurants, businesses, offices, and residences, in a pedestrian-oriented setting
   - Create a sense of community identity with a mixture of well-connected public gathering spaces and entertainment venues framed by an iconic architecture and streetscape
   - Provide for a built environment that prioritizes walkability and pedestrian activity but still acknowledges, though to a lesser degree, the role of the automobile in a suburban community

   **Uses**
   - Though ultimately driven by form, provide for a mix of uses that complement each other, including employment, commercial, retail, services, offices, civic, and residential
   - Retail-oriented uses with smaller, more pedestrian scale, footprints with a high degree of ground floor transparency
   - A mix of residential types appropriate to the context and surrounding plan of development
   - Residential uses with densities that are consistent with the transition and flex density concepts described in the Comprehensive Land Use Plan Update. Residential density in the Town Center land use area should transition internally so that the density along a common boundary is compatible with the density of the existing abutting residential community
   - High density residential should only be permitted as part of a mixed-use town center development plan
   - A mixed-use town center development plan which includes high density residential is intended to be located only in the area bound by S. Campbell Station Road, Concord Road, and Kingston Pike

   **Character**
   - Well-connected internally and externally for bicyclists and pedestrians
   - Lively outdoor spaces and storefronts with a high degree of transparency
   - Places to gather for a variety of different type of events
   - Buildings that engage the street and that are inviting to pedestrians with wide sidewalks, outdoor dining, street trees, benches, planters, and other streetscaping enhancements
   - On-street parking and a gridded or semi-gridded street layout system

- Appropriately scaled buildings that reflect an emphasis on form and arrangement that promotes uses consistent with the surrounding context

**SECTION 2.**

      This ordinance shall take effect from and after its final passage and publication, the public welfare requiring it.

_____
Ron Williams, Mayor

_____
Allison Myers, Town Recorder

Certified to the Farragut Board of Mayor and Aldermen this _____ day of _____, 2020, with approval recommended.

_____
Rita Holladay, Chairman

_____
Scott Russ, Secretary

**FARRAGUT MUNICIPAL PLANNING COMMISSION**