

# Farragut Education Relations Committee Charter

**ARTICLE I:**         **NAME**

The name of this body shall be the **Farragut Education Relations Committee** (hereafter called the "committee").

**ARTICLE II:**         **PURPOSE**

The purpose of the committee shall be to connect the Town of Farragut with the education institutions and youth in the Farragut community. Additionally, the committee will advise the Town Staff and Board of Mayor and Aldermen on school and student activities and achievements, youth leadership opportunities and community service opportunities, and other issues as directed by the elected body.

**ARTICLE III:**         **COMMITTEE**

**Section I.**     **Number, Terms, Qualifications**

The committee shall consist of seven (7) voting members and two (2) non-voting members appointed by the Board of Mayor and Aldermen. The seven (7) voting members shall be composed of the following: one (1) member of the Board of Mayor and Aldermen appointed annually on or around July 01 by the Board, one (1) representative of St. John Neumann Catholic School, one (1) representative of Farragut Primary School, one (1) representative of Farragut Intermediate School, one (1) representative of Farragut Middle School, one (1) representative of Farragut High School, and one (1) representative of the Farragut High School Education Foundation. The two (2) non-voting members shall be composed of one (1) representative of Concord Christian School and one (1) representative of Knoxville Christian School.

The voting members of the committee may appoint non-voting youth members by majority vote of the committee. The non-voting youth members shall be junior or senior students who live in the Town of Farragut or attend a public or private high school within the Town of Farragut. Youth members should be a member of a student government or service club in their respective school.

- The Town Administrator or his/her designee shall serve as an ex officio non-voting member of this committee and be responsible for providing Town Staff support to the committee as the Town Administrator deems appropriate.

Farragut Education Relations Committee Charter
Original Adoption September 10, 2009, Board Meeting
Revised July 8, 2010; December 10, 2015; November 8, 2018; January 24, 2019; July 25, 2019; July 9, 2020, October 22, 2020; June 24, 2021, July 14, 2022

- Members may hold committee membership until a successor is appointed.
- Each voting member may designate, in writing, a representative to serve at meetings during said member's absence.
- The non-voting youth members' terms may be for up to two years depending on the youth members' availability. The non-voting youth members may be removed from the committee at any time by majority vote of the committee.

The main intent of this committee is to provide an opportunity for the representatives from the Town and the schools to collaborate and coordinate with each other and to engage with the youth in the Town of Farragut. The members shall be formally involved with the school they represent.

**Section II.    Appointment**

Except for the Town Administrator or his/her designee, and the non-voting youth members, all voting members of the committee shall be approved by majority vote of the governing body.

**Section III.    Committee Responsibilities:  The Committee shall:**

a. Be subordinate to the Board of Mayor and Aldermen.

b. Annually establish committee goals and objectives for the upcoming year.

c. Recommend guidance, policy, and procedures to the governing body related to education and engagement with education institutions and youth in the Farragut community.

d. Review and make a recommendation to the Board of Mayor and Aldermen funding related to other committee initiatives.

e. Provide a verbal annual report to the Board of Mayor and Aldermen at the end of the calendar year (or as needed).

f. Provide recommendations on appointments to the committee to the Board of Mayor and Aldermen.

g. Annually review this charter and provide recommendations on changes to the Board of Mayor and Aldermen as appropriate.

**Section IV.    Attendance at Meetings**

Voting members serve at the pleasure of the Board of Mayor and Aldermen and are expected to attend scheduled meetings. The term of any voting member shall expire on the second absence from the scheduled meetings during the fiscal year. Voting members may seek reappointment by the Board of Mayor and Aldermen.

2
Farragut Education Relations Committee Charter
Original Adoption September 10, 2009, Board Meeting
Revised July 8, 2010; December 10, 2015; November 8, 2018; January 24, 2019; July 25, 2019; July 9, 2020; October 22, 2020; June 24, 2021; July 14, 2022

Case 3:23-cv-00402-TRM-JEM   Document 6-28   Filed 11/11/23   Page 2 of 4   PageID #: 1318

### Section V. Disclosure of Interests

A committee member who has any interest in any matter before the committee, that member shall disclose said interest in accordance with the adopted Town Ethics Ordinance. The Chairman shall make the determination on whether that member shall have a vote in said matter.

## ARTICLE IV: OFFICERS

### Section I. Officers

The officers of the committee shall be a chairman, vice-chairman, and secretary.

### Section II. Nomination and Election of Officers

Any voting member may nominate any other voting member of the committee (other than the Town Administrator and Board member) to serve as an officer of the committee. Officers of the committee shall be elected by majority vote of the committee.

### Section III. Terms of Officers

Officers of the committee shall be for a term of one (1) year commencing on July 1.

### Section IV. Vacancies

A vacancy in office because of resignation, removal, or otherwise may be filled by majority vote of the committee for the unexpired portion of the term.

### Section V. Chairman

The Chairman shall prepare agendas in collaboration with the Town Administrator or his/her designee, preside at all meetings of the committee in accordance with Roberts Rules of Order, call special meetings of the committee, have the authority to cancel called meetings of the committee, provide the annual report to the Board of Mayor and Aldermen, report as requested by the Board of Mayor and Aldermen, and appoint a sub-committee of the committee as needed.

### Section VI. Vice Chairman

In the absence of the Chairman, the Vice Chairman shall perform the duties of the Chairman.

Farragut Education Relations Committee Charter
Original Adoption September 10, 2009, Board Meeting
Revised July 8, 2010; December 10, 2015; November 8, 2018; January 24, 2019; July 25, 2019; July 9, 2020; October 22, 2020; June 24, 2021; July 14, 2022

### Section VII. Secretary

The Secretary shall record and maintain accurate records and minutes of the proceedings of the committee.

### ARTICLE V: MEETINGS

### Section I. Regular Meetings

The committee shall meet monthly or as needed at Town Hall with the time and date to be determined by the committee. The committee shall determine and publish on the Town website and Town Hall community board the upcoming year's meeting schedule on or around July 1.

### Section II. Quorum

A quorum shall consist of a majority of the voting members or designated representatives present upon calling of the roll at any meeting.

### Section III. Special Meetings

Special meetings may be called by the Chairperson or by simple majority of the committee. Notice of a special meeting may be served by delivering it to the committee members in person, by phone number of record or by email of record, at least 24 hours prior to the special meeting.

### Section IV. Length of Meetings

Committee meetings shall not be more than two (2) consecutive hours in duration except that a meeting may be extended by thirty (30) minute intervals by majority vote of the committee.

### Section V. Procedures

All meetings shall be held in accordance with Roberts Rules of Order and the Tennessee Open Meetings Act

### ARTICLE VI: AMENDMENTS

This Charter may be amended at any time by committee recommendation to the Board of Mayor and Aldermen or at the sole discretion of the Board of Mayor and Aldermen.

4
Farragut Education Relations Committee Charter
Original Adoption September 10, 2009, Board Meeting
Revised July 8, 2010; December 10, 2015; November 8, 2018; January 24, 2019; July 25, 2019; July 9, 2020; October 22, 2020; June 24, 2021; July 14, 2022

Case 3:23-cv-00402-TRM-JEM   Document 6-28   Filed 11/11/23   Page 4 of 4   PageID #: 1320