# Farragut press

*Your Community • Your Voice • Your Newspaper Since 1988*

farragutpress.com • @farragutpress • @farragutpress1 • © 2020 farragutpress all rights reserved • 50¢

ISSUE 10 VOLUME 33     FARRAGUT, TENNESSEE     THURSDAY, NOVEMBER 12, 2020 • 1A

PRSRT STD
US POSTAGE PAID
KNOXVILLE TN
PERMIT # 109

**EMMA BEA STALLINGS**
CRS, GRI, ABR
**693-3232**
ebstall@aol.com
*Personal Care
Personal Service*
REALTY EXECUTIVES ASSOCIATES

# A 'Biddle' bit of Center detail



## Cullom map gives vision to 'big project' Town Center

**MICHELLE HOLLENHEAD**
*mhollenhead@farragutpress.com*

Town of Farragut officials received more information about the proposed Farragut Town Center at Biddle Farms project during the regularly-scheduled Staff/Developer meeting Tuesday, Nov. 3.

Developer Budd Cullom with CHM LLC, presented a submittal package associated with the Zoning Map and future Land Use Map amendments he is requesting for the expansive 40-acre-plus project, which would be located on the "old" Kroger site, and extend down Brooklawn Road to South Campbell Station Road.

His plans include an anchor store and as many as 10 small retail/commercial buildings that would be located directly across the street from Farragut High School. The back portion of the development would offer multi-family housing — between 200 and 300 upscale multi-family housing units, which would be split by a "great lawn" multi-purpose area and also include walking trails and other amenities shared with the Town.

A concept plan for the development has been approved by Farragut Municipal Planning Commission, which will be considering the latest additional documents and amendments at its upcoming Thursday, Nov. 19, meeting.

"We are working with the applicant on what they want and how to word that, and it would be up to the Planning Commission and the Board of Mayor and Aldermen if they are comfortable amending the text," said Mark Shipley, Town Community Development director.

As for scope, "It is a big project with lot of moving parts — there are lot of things to think about and talk about," Shipley said. "We had asked the applicant to gather more information to provide a more complete submittal. (Cullom) is requesting the property be zoned as a Planned Commercial Development.

"What you have before you is more or less the same concept conditionally approved by the Planning Commission in July," he added. "It also includes a conceptual grading plan ... (along with) lighting, signage and more details of building elevations for the proposed four-story apartments.

"One of things we asked was that (he) make sure building renderings will more closely reflect the layout on concept plan.

See BIDDLE on Page 2A



Michelle Hollenhead
Farragut Public Works employee Neal DiBiase worked last Thursday, Nov. 5, putting up Christmas lights at the newly completed Campbell Station Inn Plaza at the corner of North Campbell Station Road and Kingston Pike.

## 'Celebrate Season, Light Park' cancelled

**MICHELLE HOLLENHEAD**
*mhollenhead@farragutpress.com*

The holidays in Farragut are going to look a bit different this year, but just as Dr. Seuss advised so many years ago, "Christmas will come just the same."

Officials are promising five weeks of sparkling holiday lights, beginning at the commuter lot next to Town of Farragut Welcome Sign, and continuing into Town — but due to continued COVID-19 concerns, both "Countdown to Light the Park (normally held in Founder's Park) and Celebrate the Season (normally held at Town Hall)" have been cancelled, according to Town Park and Recreation director Sue Stuhl.

See CHANGES on Page 4A

---

### business

"I am just so happy to have been part of Josh and Ashley's journey. Every single one of those … babies … has their own unique story,"

- Dr. John David Gordon, National Embryo Donation Center physician, on the facility's milestone achievement. (Read story beginning on Page 3A)

### community

"I saw it and it gave me the ... bug. It really changed my whole life. My experience ... at FHS was amazing. It was like flooring the gas pedal,"

- Paul Gary, Farragut High School alumnus, about how his creative career path evolved. (Read story beginning on Page 5B)

### sports

"It was our first time seeing most of these teams ... if we went out a bit more aggressively from the start, we could make a run at a podium finish,"

- Chelsea Osborne, Farragut High School sports coach, about her team's high state finish. (Read story beginning on page 1B)

---



Want to join an amazing healthcare team? Apply today: treatedwell.com/careers

Parkwest Medical Center — Covenant Health



Case 3:23-cv-00402-TRM-JEM Document 6-31 Filed 11/11/23 Page 1 of 14 PageID #: 1638

# Inn Plaza g-opening is Dec. 3

### Town Beautification nominations 'til Dec. 7; Santa Letters sought

• The grand opening of Campbell Station Inn Plaza, at the corner of North Campbell Station Road and Kingston Pike, is from 4:30 to 6:30 p.m., Thursday, Dec. 3. The public can enjoy music and refreshments, though social distancing and the wearing of a mask are requirements.

See TOWN EVENTS on Page 6A

## Biddle
*From page 1A*

Now, it shows them being connected and is something (resembling) more closely what will be built."

Shipley noted Cullom also has done "a substantial amount of work already on the property and development, and is working with FEMA on potential issues and updates.

In a separate interview Monday, Nov. 9, Cullom said his company "has performed extensive and complete hydrology studies, not only for the site but including a larger area, to make sure there will be no drainage or flooding problems."

On the connector road to Concord Road, for example, Cullom said plans call for a new bridge to be constructed over Turkey Creek, vastly improving drainage issues.

"The upshot of that study is that (we) will be able to meet Town ordinances and will perform and pay the fee to do a FEMA map revision that will bring the whole area more current," he added.

Post development, the drainage would only be improved by the proposal, Cullom said.

### Entrance 'monument'

In addition to revealing proposed apartment appearances, Cullom and architect Don Kendall discussed a design for the Main Street entrance-way off Kingston Pike.

"This is what the applicant is proposing at the entrance of Kingston Pike," Shipley said of a three-story monument-style design featuring a clock tower. "They talked about having an iconic element at the entrance."

"I would like to get everyone's take on it," Cullom said. "We were pretty excited about it. There would be towers on either side, as you are entering Main Street."

### Traffic study results

The impact of the proposed development on traffic has been criticized exponentially in Town meetings and on social media, but Cullom's own recently-completed study revealed "it would not be a significant impact," Town engineer Darryl Smith said.

"The biggest problem we have is background traffic alone, but (the study) didn't show it would make it that much worse," he added.

"If the property was to be developed as originally zoned as commercial, it would have more big box retail," Cullom added. "Potential traffic could be as much as 33 percent greater than the development we were proposing."

"That was my biggest takeaway, that the development — with the uses we see located here compared to how already zoned as pure commercial — have significantly fewer trips than what commercial would have," Smith said.

Additionally, "I think the traffic study is pretty clear — our development (would not be) creating problems on Concord Road," Cullom added, addressing some concerns voiced by Concord Hills residents.

Meeting was held virtually and broadcast live on Charter channel 193 and TDS channel 3, and may be accessed via the Town's You Tube Channel.

• At 9:02 p.m., Sunday, Nov. 8, a Knox County Sheriff's Office unit responded to Taco Bell, 11217 Kingston Pike, in reference to a counterfeit bill. The restaurant manager said a white male and a white female ordered food in the drive-thru and attempted to pay with a counterfeit $100 bill. Manager was able to obtain a tag for the suspect vehicle. The tag returned a black 2011 Ford Fusion, which matched the description of the suspect vehicle. Suspects left the area before the arrival of officers and there was no suspect information at the time of this report. Counterfeit bill was placed into evidence at Knox County Jail.

• At 4:28 p.m., Sunday, Nov. 8, a KCSO unit responded to a Widgeon Lane residence due to reports of a domestic disturbance. Officers spoke with the victim, the homeowner, who got into an argument with the suspect. Victim observed the suspect leaving the residence. Victim walked outside the residence and observed the passenger (right side) mirror of his 2020 Toyota Camry damaged. Suspect said she did not touch the vehicle. Officers observed the front part of the mirror laying in the driveway damaged. No value of damage was listed in the report.

• At 7:16 p.m., Friday, Nov. 6, a KCSO unit responded to an automobile accident on Concord Road at Fairground Drive. An officer made contact with both parties who said the suspect vehicle, a 2007 Volkswagen Jetta, was driving Northbound on Concord Road when his driver's side front tire came loose, striking the victim's vehicle (2015 Toyota Sienna) causing damage to the back driver's-side bumper. Estimated value of damage was listed at $1,200. Suspect said he had just gotten his tires worked on, and they must not have put the lug nuts on correctly. Suspect did not have valid insurance, so he was cited on scene. Both parties said they were OK and did not need medical assistance. Victim was able to drive his vehicle from the scene.

• At 8:51 a.m., Thursday, Nov. 5, a complainant called KCSO West Precinct to report a vehicular burglary at an Andover Boulevard residence. He advised his iPad was stolen from his car at 8:30 a.m., but had a tracking device on the computer, and when the tracking device alerted he knew his iPad had been stolen from his unlocked vehicle in his driveway. He advised the tracking device was alerting the iPad was at a Hull Lane address. After taking the report, he was advised to call communications to dispatch an officer to the scene. A KCSO detective notified the West Precinct the iPad had been recovered around 11 p.m., Wednesday, Nov. 4, along with other stolen goods at the Hull Lane address. Arrangements were made so the victim could retrieve his property at the City-County building.

• On Nov. 5, a KCSO unit made contact with eventual arrestee at his home address. Eventual arrestee said he was driving a 2000 Jeep Cherokee the previous night but does not remember hitting any vehicles, namely a 2014 Chevrolet Cruz. Estimated amount of damage to the Chevrolet was listed at $1,500. Eventual arrestee said he noticed the damage to his vehicle in the morning of Nov. 5, but did not know how it happened. He was issued a misdemeanor citation for leaving the scene of a crash with property damage. Arrestee was able to provide his vehicle insurance. He has a court date of Thursday, Nov. 19.





# LIVING TRUST SEMINAR

**PLAN NOW INSTEAD OF THE COURT DECIDING LATER**
**EVERY HOMEOWNER SHOULD ATTEND THIS SEMINAR**

**COVID HAS EVERYONE JUSTIFIABLY CONCERNED**
**TAKE ACTION TODAY TO PROTECT YOUR FAMILY AND LOVED ONES**
**SOCIAL DISTANCING OBSERVED…MASKS AVAILABLE**

**ASSISTANCE FOR YOUR SUCCESSOR TRUSTEE WHEN YOU PASS**

• Create new or replace old, outdated documents
• Keep your affairs private and out of the courts
• Guardianship issues for your children
• What happens without a Living Trust
• Provisions for your grandchildren
• Danger of Joint Tenancy



**PLAN TO ATTEND THIS FREE SEMINAR**

**FREE**

## FARRAGUT
**Apple Cake Tea Room**
**11312 Station West Drive**
**TUES, NOV 17th ~ 1 to 2 pm**

**Reserve Your Seat Today**
**1-800-350-6376** or
**www.LearnLivingTrust.com**
Married couples encouraged to attend together

Presented by:
### ALPHA OMEGA FAMILY SERVICES
Educating you on services offered by AmeriEstate Legal Plan, Inc.

Always seek advice from an attorney, accountant, or other tax professional before creating a living or revocable trust. Certain assets, including real property & investments, may be transferred through different means without a trust, including, but not limited to, joint ownership of property with rights of survivorship, joint deposit accounts, beneficiary designations or elections permitted under retirement plans, insurance policies, trusts, or wills. Certain property, including real property, insurance proceeds, deposit accounts, stocks, & retirement funds, may or may not be taxable, depending on how legal title is held or beneficiary designation is made, or both. Tennessee does not have an inheritance tax.
The federal estate tax applies to high net worth individuals.
Alpha Omega Family Services does not provide legal advice or legal services. All new clients who enroll with AmeriEstate Legal Plan, Inc. are provided with consultations by an independent, qualified attorney who will help you determine the best plan for your family.

**Bring this ad to receive $300 OFF your Living Trust package at the Seminar**




Case 3:23-cv-00402-TRM Document 6-31   Filed 11/11/23   Page 2 of 14   PageID #: 1397

# business

**Giving Back**

Positive. Powerful. Doing Something Good for your community.
Advertising Deadline: Wed., Nov. 18

**farragutpress**
For more information or to advertise call 675-6397

## businessbriefs

• Two established Consolidated Nuclear Security leaders recently moved into new roles within CNS in Oak Ridge. **Gene Sievers,** formerly vice president of the Mission Assurance organization, now serves as the Y-12 National Security Complex site manager, and **Blake Scott,** previously senior director of Lithium Transformation, replaced Sievers as vice president of Mission Assurance. CNS, LLC, operates the Y-12 National Security Complex in Oak Ridge and the Pantex Plant in Amarillo, Texas, under a contract with the U.S. National Nuclear Security Administration.

• In conjunction with representatives from OrthoTennessee and the University of Tennessee, The University of Tennessee Medical Center recently held a groundbreaking event for the UT Medical Center Advanced Orthopaedic Institute.

• The University of Tennessee recently added four individuals to its John W. "Jack" Lacey III, MD. Wall of Distinction for 2020. The medical center created the Wall in 2016 to honor team members and physicians who contributed significantly to its mission and vision and achieved prominence in health care. The honorees are: **John Tucker Chesney,** M.D., chairman of Department of anesthesiology for UT Graduate School of Medicine; **Eugene Hall,** assistant vice chancellor/hospital administrator/vice president; **Inga Himelright,** M.D., MPH, MBA, senior vice president and chief quality officer; and **Richard Obenour,** M.D., vice chair of Department of Medicine for UT Graduate School of Medicine.

• **Jim Henley,** corporate vice president of operations for Rackley Roofing Company Inc. and its East Tennessee division head, has been selected to be a member of a chief executive peer advisory board in Knoxville by Vistage Worldwide Inc.


Photo submitted
Michael Murphy, left, Farragut hearing specialist for Beltone South, recently received the Beltone Senior Master Practitioner of the Year award from Beltone South president Perry Ebel.

## Murphy wins Beltone award

**STAFF REPORTS**
*editor@farragutpress.com*

Beltone South recently announced its Farragut hearing specialist, Michael Murphy, has received the Beltone Senior Master Practitioner of the Year award, given to Beltone hearing specialists "who go above and beyond for their patients," according to a press release.

"We are incredibly proud to have Michael on our team," Perry Ebel, president of Beltone South, stated. "He is one of only a dozen Beltone hearing aid dispensers nationwide to receive this award.

"Last year, Michael helped hundreds of hearing-impaired people improve their life through better hearing," Ebel added. "Being able to help those who are hearing impaired is a great honor."

Beltone is located in Renaissance | Farragut. 12744 Kingston Pike, Suite 102.

Beltone South also is celebrating its 80th anniversary.

"We are proud to offer the newest in technology to the wonderful communities and surrounding cities," Ebel stated.

Call 865-392-1430 for a free hearing evaluation.

# First in world to 1,000



Photo submitted
Emmie Sue Brookhart — pictured with her parents, Josh and Ashley Brookhart — was born Sunday, Oct. 18, in Davenport, Iowa, becoming the 1,000th birth facilitated through Farragut's National Embryo Donation Center.

## Embryo donation center reaches milestone

**STAFF REPORTS**
*editor@farragutpress.com*

Farragut's own National Embryo Donation Center has become the first embryo adoption program in the world to reach the milestone of 1,000 births.

When Emmie Sue Brookhart, "adopted" as a frozen embryo, was born healthy Sunday, Oct. 18, in Davenport, Iowa, to parents Josh and Ashley Brookhart, she became the 1,000 birth facilitated through NEDC.

NEDC physician Dr. John David Gordon performed the successful frozen embryo transfer through the NEDC's medical partner, Southeastern Fertility, earlier this year.

"I am just so happy to have been part of Josh and Ashley's journey," said Gordon, who joined the practice in 2019, partnering with Dr. Jeffrey Keenan, NEDC president and medical director. "Every single one of those 1,000 babies

See 1,000 on Page 5A



Check this off your bucket list.
## UPDATE YOUR WILL
*Ensure your loved ones are taken care of today.*

### DAVID S. REXRODE
Attorney At Law, *Personal Injury, Wills, Estates and Trusts*
*Located in Farragut across from Ingles on Kingston Pike*
**102 Chaho Road   865.966.1004**
www.rexrodelaw.com

---

## FREE RANGE FRESH TURKEYS
*at the Shrimp Dock*
**YOUR ONLY HOME TOWN SEAFOOD MARKET!**

**Order your free range FRESH Turkeys for Thanksgiving now at The Shrimp Dock.**

All Natural Farm raised, our Turkeys have never been frozen. They contain No Artificial ingredients, NO hormones, NO chemical preservatives. Hand quality selected for quality.

*They will arrive for pick-up Saturday 11/21 through Tuesday 11/24... Available ONLY by preorder.*

Limited quantities. Order by phone 865-777-3625 or in person at The Dock.

**REMEMBER:**
**FRESH LIKE OUR SHRIMP**

**TURKEYS $3.99 LB**
SIZES 10-14LB OR 16-20LB

**Shrimp Dock • 865-777-3625 • www.shrimpdock.com**

---



## MEDICARE COVERAGE CONFUSION?

Welcome To Medicare
ENROLL HERE

**M**edicare can be confusing. Basic coverage doesn't cover everything, and there are countless options to make up the difference. For over 20 years we've helped Medicare-eligible people navigate the maze. We're independent agents and there's no cost to you for using our services.

**Annual Open Enrollment** is **Oct 15th to Dec 7th**

**Call today** for an appointment
**(865) 622-2265**



**CYAN MEDICARE AND LTC**
11826 Kingston Pike, Suite 230
Farragut, TN 37934
www.CyanMedicare-LTC.com




Case 3:23-cv-00402-TRM-JEM   Document 6-31   Filed 11/11/23   Page 3 of 14   PageID #: 1398

# letterstotheeditor

## Variance to allow Pecos Road gate sought

For the last several years myself, my husband and various residents of Saddle Ridge have been in discussion with the Town of Farragut Municipal Planning Commission (FMPC) regarding the connection of Pecos Road to the new Ivey Farm subdivision.

The main concern that we have is the safety of our residents, especially children, of which there are at least 15 children on Pecos Road alone, with two bus stops in very close proximity. Currently, Pecos Road and the lower portion of Saddle Ridge Drive do not have sidewalks.

Due to that, residents already find the need to be extra cautious when walking, jogging or bike riding on these roads. By adding additional traffic from the Ivey Farm subdivision onto Pecos Road, then Saddle Ridge Drive, which leads to the clubhouse, would add an extra level of danger.

We have been told by the FMPC that Pecos Road was always designed to be connected. When it was constructed, the end of Pecos Road was deemed a "temporary" turnaround, then the Town of Farragut changed it to "permanent" turnaround.

When we proposed the idea of putting an International Fire Code-approved emergency access gate or barrier between the two subdivisions that would be available for emergency vehicles only, while allowing for pedestrian and bicycle access, the FMPC's answer was that they do not want to set precedence by installing a gate or barrier. Why would they not want to set precedence when it makes sense and is agreeable to the residents effected?

I recently e-mailed Mayor (Ron) Williams regarding his statements from last week's Comprehensive Land Use Plan (CLUP farragutpress) article in which at the end he states:

"As always, the public will be invited to give feedback and I invite you all to take part in this public process. …Your Town leaders want what the majority of residents want … ." If this statement is true, is should be applied to all aspects of Town affairs.

The Saddle Ridge Homeowners Association, which represents over 225 households, wrote a letter to the Town expressing concerns about the Pecos Road connection with no change in the outcome. This clearly represents the majority of affected residents.

I then re-addressed the issue of safety in my e-mail and this statement was made by Mayor Williams: "for safety reasons, as I have stated before, that no one's children should play in any street regardless of location. Your subdivision has a pool/rec area, and if that is not a large enough play area then we have provided four large parks for that purpose."

The residents of Saddle Ridge have never advocated children playing in the street. Mayor Williams also went on to say, and again I quote, "You must think if you continue to bring it up we will change our mind, but that is not the case."

I'm sorry Mr. Mayor, but that does not convey the message of working together or inviting the public to be a part of the process.

There are more issues at hand with the Ivey Farm development; however, safety is at the top of our list. The FMPC has the capability to issue a variance to allow the gate on Pecos Road, but continues to push back. The Town of Farragut issues variances, on a regular basis, on a wide range of issues.

They should do the right thing and allow the gate or barrier. We will continue to pursue what is in the best interest of our community and residents of Saddle Ridge.

Joyce Sayers
Pecos Road, Farragut

## Safety, flooding are Saddle Ridge issues

As one of the neighbors directly affected by the Ivey Farms development, I felt compelled to respond to the Board (of Mayor and Aldermen's) rather unfair response to the Sayers (couple, Nov. 5, farragutpress story). I have to correct (Farragut) Mayor (Ron) Williams: It is not living next to construction that bothers nearby residents — we support the owner developing their property. The objections are safety and flooding.

Saddle Ridge residents pointed out during the planning process that using an existing subdivision as an entrance to new development would create a safety hazard that the Board should address. There are many small children that have to walk down Pecos Road to the school bus stop.

If the Board wants to convert a quiet dead end to an access for a new development, then they should include some sort of traffic-calming measures or pedestrian routes, just as for roads in the new subdivision.

Secondly, the grading of the subdivision has created a flood risk. The lots near our property used to be about 4 feet lower, so that rain could drain off, but the developer constructed an artificial hill to raise them about 12 feet vertically, so that stormwater now flows off towards us.

This is unsightly, seems to be against Town ordinances and has already resulted in orange mud flowing down Pecos Road on several occasions.

Vice Mayor (Louise) Povlin claims she is affected by the new development that goes some distance behind her house.

But, notably, the grading is better on that side of the property and there is no direct traffic connection to her subdivision. Vice Mayor Povlin complains about her name being dragged "through the mud" -— might I suggest that she could expend the same concern on the rivers of mud flowing down our streets. Thanks,

Andy Lupini, Saddle Ridge resident

# presstalk
## 671-TALK (8255)
## or editor@farragutpress.com

• **I'd like to say congratulations to retiring Town receptionist Bettye Newby** (story and photos in Nov. 5 issue of farragutpress, beginning on page 1A) for her long period of service to the community. She was always, always such a smiling face in the (Town Hall) office, and every time I did business there I made a point of going to see Bettye to see how she was. Not only in the business community, but in the general community she was just the sweetest neighbor to my mother. I will always remember that. So I wish you the best in your retirement, and enjoy all those grandkids and great-grandkids, Bettye. Your name will live on in our community for having one of the sweetest smiles in the Town (Hall).

• **Claims by the Mayor (Ron Williams) and Town attorney (Tom Hale) that major changes were not made on the vote to move the proposed Mixed Use Town Center** to the Biddle Farm (old Kroger location) from the Eddy Ford (property) are ludicrous. The claim by the mayor and the Town attorney that the Comprehensive Land Use Plan Steering Committee met the standard for significant public outreach is even more ridiculous. The Town attorney said to the farragutpress: "You are dealing with adjectives that have relative meaning." What is a major change or upgrade? I can make a pretty sound argument that these changes are not major. What does "significant public outreach" mean? This is like when Bill Clinton asked what the meaning of the word "is" is? Farragut should elect the Town attorney just like Knox County does. This is unacceptable. … The Board of Mayor and Aldermen have violated a Farragut ordinance, and the claims of the Town attorney are clearly false. Moving the proposed Mixed-Use Town Center from the Ford (property), which is perfect for construction, to the Biddle Farm that requires thousands of dump trucks of fill dirt, is as major a change as there can be. The people of south Farragut do not want to endure thousands of dump trucks driving through our largest school zone. Move the proposed Mixed-Use Town Center back to the Ford (property) where the people of Farragut said it should be. *(Editor's note: Farragut Board of Mayor and Aldermen never took a formal vote to "move" the Town Center from the Eddy Ford property to the Biddle Farm property)*

## Changes
*From page 1A*

"We do have plenty of good news to share, however," Stuhl said. "The lights will be on by Tuesday, Nov. 24 (just before Thanksgiving), and there will be more lights this year spread out between Founders Park, the Campbell Station Inn Plaza (at the corner of Kingston Pike and North Campbell Station Road) and the Farragut Community Center (at the corner of Jamestown Boulevard and North Campbell Station Road).

"This will make for a great family walk to view the lights while keeping safe by physical distancing," she added. "Parking is available at any of those three locations."

Expansion of Light the Park was funded by federal Coronavirus Aid Relief and Economic Security Act money granted to Visit Farragut, in partnership with Visit Knoxville, from the state. "A portion of CARES funding is designated for tourism-related spending, including events that could be safely held during the COVID-19 pandemic," a Town press release stated.

"Farragut's portion of the Knox County Cares Act funding is approximately $75,000," confirmed Wendy Smith, Town Marketing and Public Relations coordinator. "Light the Park is a good event to boost with these funds because it's outdoors and spread out, so we put together a plan for how we could use the money to beef up the event and make it a real driver for tourism.

"The funds will cover expansion of the lights, additional signage and security and marketing geared at out-of-town visitors who will spend money here and stay in our hotels."

The lights will continue through Sunday, Jan. 3. "Another bit of good news is that there will be a special giveaway or entertainment from local organizations or businesses at Founders Park on many of the nights between Nov. 24 and Dec. 23," Stuhl said.

During Light the Park, an array of socially-distant activities and giveaways will be offered, including storybook trails, caroling, grab-and-go craft kits, snacks, candy canes, many of which had been activities typically undertaken during Celebrate the Season.





**Your Tennessee Press Association award winning newspaper**

**Tony Cox,**
Publisher.......................... 218-8883
tcox@republicnewspapers.com

**Editorial Department**
Alan Sloan,
Editor.............................218-8880
editor@farragutpress.com

Tammy Cheek,
Writer.............................218-8873
tcheek@farragutpress.com

Michelle Hollenhead,
Writer.............................218-8890
mhollenhead@farragutpress.com

**Production Department**
Tony Christen,
Production Manager........218-8872
production@farragutpress.com

Cindy Wilfert,
Designer.........................218-8872

**Advertising Department**
Laura Sayers,
Account Executive ............218-8879
lsayers@farragutpress.com

Charlene Waggoner,
Account Executive ............218-8877
cwaggoner@farragutpress.com

Linda Tirban,
Classified Display,
Service Directory .............218-8881
linda@farragutpress.com

**Receptionist**
Katrina Horne ...............218-8871
katrina@farragutpress.com

Editor email: editor@farragutpress.com   Website: www.farragutpress.com
Phone: 865-675-6397   News Fax: 675-1675   Advertising Fax: 675-6776

**farragutpress** is published weekly at
11863 Kingston Pike Farragut, TN 37934

## 1,000
*From page 3A*

has their own unique story, and these successes are a result of the amazing team effort put forth by the NEDC.

"Embryo adoption is a fantastic option for many couples that struggle with the issues inherent in assisted reproduction. Since joining the team at Southeastern Fertility, I have an even greater appreciation for the outstanding work done by the NEDC to coordinate the embryo adoption process."

"Starting and running the NEDC, in addition to an academic and clinical medical practice, has been a huge amount of work, but I would do it all over again without hesitation," said Keenan, who brought Gordon on board to help with the SF workload.

"I would have never predicted, 20 years ago, that the NEDC would turn into the largest, most experienced and most successful embryo adoption clinic in the world.


**Gordon**

The NEDC opened in West Knoxville in 2003, forming as a direct result of a vision cast by Christian Medical & Dental Associations CEO Dr. David Stevens, who saw the need for a high-quality, scientifically and ethically sound way to honor the dignity of the human embryo.

Since then, the faith-based organization has gained distinction as a leading comprehensive non-profit embryo adoption program whose purpose is to protect the lives and dignity of frozen embryos that would not be used by their genetic parents and to help other couples build the families they have longed for via donated embryos.

Embryos have been donated to the NEDC from all 50 states, and couples have traveled to Knox County from all over the United States, as well as some foreign countries, for their embryo transfers.

### Gordon's start here

It was for these very reasons that Gordon, a third-generation physician, agreed to partner with Keenan in 2019.

He said as his reproductive endocrinology career unfolded, "Moral dilemmas came up regarding fertilizing embryos and what to do with them afterward," Gordon said. "It became hard to wrestle with," especially as he learned there are currently more than one million frozen embryos with unknown futures.

"When my patients ended up with too many eggs, there was the situation left with what should be done with them," he added. "Do you continue freezing them? Destroy them? That was a huge dilemma for me."

Already praying about the situation, meeting Keenan helped Gordon see what his next professional step needed to be.

While Gordon readily admits, "I don't like change. My daughter even said to me that I hate to even change toothpaste brands," he, his wife, Allison, and Susannah — their youngest of four children — moved from the Washington, D.C., area to Farragut last year.

For more information, visit www.embryodonation.org. or www.southeasternfertility.org

## Pinnacle networking



*Tammy Cheek*

Darryl Whitehead, second from right, The Pinnacle at Turkey Creek general manager, and Julie Blaylock, right, Farragut West Knox Chamber of Commerce president/CEO, draw for prizes while Pinnacle security director Ashley Lynch, second from left, watches during a Chamber networking hosted by The Pinnacle Thursday, Oct. 15.

**Farragut Zaxby's is a test market store for the new**

### Signature Sandwich!

**Would you like to try one for free?**

Over the next few weeks I will give a hint where I am setting up and if you are one of the first to find me and the Zaxby's banner, you will get a free sandwich. *Limit one per person, two per car.*

**November 17 & 20 • 4:00 - 5:00 pm**



Hint 2: I was founded in 1902 and opened in Farragut in 2009. I currently offer curbside pick up. Where am I?

---



**Mansour Hasan, Agent**
10811 Kingston Pike
Knoxville, TN 37934
Bus: 865-690-7100
mansour.hasan.qyec@statefarm.com



I get it. Your home and car are more than just things. They're where you make your memories and they deserve the right protection. It's why I'm here.
LET'S TALK TODAY.



State Farm Mutual Automobile Insurance Company • State Farm Fire and Casualty Company
Bloomington, IL
1706814

---

## VETERANS DAY
### ★★★★★★★★★★★★★★★★★★
### HONORING ALL WHO SERVED

**Thank you Veterans for your courage, dedication, and sacrifice.**
**Thanks also to the military families for your support and resilience.**



**Senior Financial Group**
*Doing Medicare Differently.*

For information on new 2021 Medicare plans **specifically designed for Veterans**, call your local, independent advisor today.
***FREE personalized plan comparison***.

## (865) 302-3678

**No cost • No obligation**
Compare options at
**www.SFGMedicare.com**

Phone and virtual appointments available.
*info@sfgmedicare.com*
*We do not charge for our services.*

---




East Tennessee's
Premier Full-Service
Real Estate Solution.

**FARRAGUT OFFICE**
10815 Kingston Pike | Knoxville, TN 37934



**COLDWELL BANKER WALLACE**

**SIX LOCATIONS TO SERVE YOU:**
Farragut • Bearden Hill
Lakeside • Northshore
West Town • North

**BUYING OR SELLING**
**WE'RE THE 1111'S TO CALL!**
**(865) 966-1111**



*Ready to buy or sell?*
*Give me a call!*

### SHARON PALMER
(865) 621-0202



**NORTHSHORE / BLUEGRASS AREA**
**1613 AUTUMN TREE LANE** 3 BR, 2.5 BA Cottage, 1.5 story w/hardwood floors throughout main. Large eat-in Kitchen w/ pantry, & granite counter tops. Formal Dining Room. Master on main. Walk-in attic storage.
**$419,900**    MLS#1132755
**BOBBY SANFORD**    **(865) 216-9888**

Case 3:23-cv-00402-TRM-JEM Document 6-31 Filed 11/11/23 Page 5 of 14 PageID #: 1400

EQUAL HOUSING OPPORTUNITY STATEMENT: All real estate advertised herein is subject to the Federal Fair Housing Act and the Tennessee Human Rights Act, which make it illegal to advertise "any preference, limitation, or discrimination because of race, color, religion, sex, handicap, familial status, or national origin, or intention to make any such preference, limitation, or discrimination." We will not knowingly accept any advertising for real estate which is in violation of the law. All persons are hereby informed that all dwellings advertised are available on an equal opportunity basis."

## State award for Smoak in hand

Farragut Town administrator David Smoak, left, was presented the 2020 City Manager of the Year Award Wednesday, Nov. 4, in Franklin, from Eric Stuckey, City Manager of Franklin, on behalf of the Tennessee City Management Association. Nominations are evaluated based on significant achievements within the scope of their regular duties, special contributions outside of their routine responsibilities, length of service to the municipality and outstanding initiative, perseverance or dedication to the profession.



Photo submitted

### Town events
*From page 2A*

• **Town of Farragut's annual Beautification Awards** are rescheduled for December to take advantage of holiday decorations.

This year will include individual residences. Farragut residents are encouraged to nominate themselves and/or their neighbors to be considered. Nominations are due by Monday, Dec. 7. To nominate, contact Brittany Spencer at 865-218-3375 or e-mail bspencer@townoffarragut.org

• **Another treat not falling by the wayside** will be the Town's ever-popular Santa's Mailbox, which will again be located in Founder's Park beginning Tuesday, Nov. 24, through Sunday, Dec. 20.

"Letters can be placed in the mailbox for delivery by elves to the North Pole," a Town press release stated. "Include a return address and you may receive a response from Santa!."

A Dec. 20 letter drop-off is the deadline for children to possibly receive a note from Santa, but the mailbox will remain through the remainder of the lighting displays.

Volunteer opportunities exist to recruit "elves" to assist with Santa responses on Tuesdays and Fridays, from Tuesday, Dec. 1, through Friday, Dec. 18. For more information and updates, visit the Light the Park event page on the Town of Farragut Facebook page.










# Hawks, Spartans state XC champs; FHS, Webb girls 2nd



Photo submitted



Photo courtesy of Pierre Legault

**(Above)** Webb boys cross country team captains with their TSSAA Division II-A state championship trophy, from left, are Austin Rea, Connor Brunson, Marcus Orton (holding trophy) and Carson Davis. Erin Jones, Lady Spartans team captain, holds the girls Division II-A runner-up state title trophy. **(Right)** Head coach Bryan Brown, far left, joins his Hardin Valley Academy Hawks Division I Large boys state champions. From left are Mitchell McCown, Daniel Blackston, Isaac Legault, Andrew Schultz, Sam Brophy, Nate Lawson, Kaden Keller, Alex Brittain, Nate Hillis, Ivan Bell, Asa Mazow, coach Mike Spooner and Timmy Barbo.

## Four HVA boys in top 10; Webb boys roll as champs; Lady Spartans 2 points from No. 1; Lady Ads close

**STAFF REPORTS**
*editor@farragutpress.com*

HENDERSONVILLE — Both Farragut and Webb School of Knoxville came painfully close to capturing TSSAA girls cross country state titles last week at Sanders Ferry Park.

The Lady Admirals claimed the Division I Large state runner-up trophy, finishing just 11 points behind state champ Brentwood (101 versus 112).

"Going into the state meet I wanted to challenge the girls to be more aggressive. It was our first time seeing most of these teams and I knew, if we went out a bit more aggressively from the start, we could make a run at a podium finish," FHS head coach Chelsea Osborne said.

"I've been really impressed with how Grace

See GIRLS CROSS COUNTRY on Page 3B

**STAFF REPORTS**
*editor@farragutpress.com*

HENDERSONVILLE — With dominant team performances, Hardin Valley Academy and Webb School of Knoxville boys cross country teams each walked away with a TSSAA state championship trophy last week at Sanders Ferry Park.

Hardin Valley won the boys program's second state championship (also in 2010), decisively claiming the Division I-Large crown versus runner-up Franklin, 33 versus 134, Thursday, Nov. 5.

"We've had this date circled on our calendar for the whole season," HVA head coach Bryan Brown said.

With four top-10 finishers at state, "That's the most that we've had in one year," Brown said.

The Hawks were led by Region 2 Large champ

See BOYS CROSS COUNTRY, Page 3B



Photo submitted

Chelsea Osborne, second from left, FHS girls cross country head coach, with assistant coaches and team runners celebrating a Division I-Large state runner-up finish. Team members, in no order, are Caroline Carr, Lexi Foley, Bridget Ebbert, Melanie Hayman, Camryn Johnson, Kendall Johnson and Kennedy Reynolds.

## Though hanging tough, Bearden falls at McMinn

**ALAN SLOAN**
*editor@farragutpress.com*

ATHENS — Bearden's playoff script was similar to 2019: travel to McMinn County looking to avenge a one-sided regular season loss — and end up playing much better.

But unlike last season's upset playoff win, the No. 3-seeded Dawgs fell short of revenge versus the powerful Cherokees' running attack and stout defense, ending its season at 4-6 after a 28-7 loss in the Class 6A playoffs first round Friday night, Nov. 6, at MCHS.

"We really struggled to catch the football. We had a couple of (potential) big plays that we dropped," BHS head coach Morgan Shinlever said, including a dropped touchdown pass in the first quarter after



Ty Seritt

holding No. 2 seed McMinn on downs at the MCHS 26.

But down 14-0 late in the first half, Bearden got a break on an interception, and 23-yard return by senior linebacker Ty Seritt to the McMinn 12 with 1:21 left in the first half. John Carlevato, BHS sophomore quarterback, scored on a 12-yard keeper. It was 14-7 at halftime.

However, the combination of Cherokees star running back Jalen Hunt and Bearden's one-

See BEARDEN on Page 2B

## Now just two wins from Cookeville, CAK crushes Boyd-Buchanan 52-12

**KEN LAY**
*Correspondent*

KNOXVILLE — Christian Academy of Knoxville kept its perfect football season going Friday night, Nov. 6, using a big fourth quarter to advance.

"Our defense made plays, and they've made plays all season," CAK head coach Travis Mozingo said after his squad notched a 52-12 win over Boyd-Buchanan (3-6) in the opening round of the Division II-AA playoffs at Warrior Stadium.

Things were close early, but the Warriors (11-0) scored first when Chase Stokely kicked a 24-yard field goal, which provided the only first quarter scoring.

CAK scored a safety when Luke Myers sacked quarterback Eli Morris.

Chi Mc-Neil-Harrison also had an interception for the Warriors.

Offensively, running back J.D. Dunn Jr. rushed for 154 yards and three touchdowns.

"J.D. had another solid game for us tonight," Mozingo said. "In the second half we kind of asserted ourselves.

"But we threw more tonight, too," he added, as CAK quarterback Ryan Degges went 17-for-28 passing and amassed 219 yards, finishing the contest

Degges

with scoring strikes to Caleb Sparkman, covering 33 yards, and Grant Sterchi on an 8-yard slant pattern.

"Ryan did a great job spreading the ball around and getting a lot of guys involved," Mozingo said. "Caleb Sparkman and Grant Sterchi both made big plays for us."

Late in the game, Dario Love scored on a 15-yard touchdown scamper and backup quarterback Thomas Simpson connected with Sloan Helton on a 35-yard scoring strike to culminate a 27-point fourth quarter for the Warriors.

CAK will host Goodpasture Christian (8-2) in the state quarterfinals (7 p.m., Friday, Nov. 13). The Cougars eliminated Webb School of Knoxville 28-21 in the first round.



# Shaking off a nemesis, Bradley ends FHS season

**KEN LAY**
*Correspondent*



Photo courtesy of Carlos Reveiz/crfoto.com

Matt Williams (blue uniform), Farragut senior defensive back, breaks up a deep pass against the Bradley Central offense. Despite such plays, the visiting Bears edged FHS 17-14.

Farragut High School saw its 2020 football season come to a heartbreaking end in the first round of the Class 6A state playoffs last week.

"We just didn't make the plays that we had to make," FHS head coach Eddie Courtney said after the Admirals, a nemesis to Bradley Central in recent years, came up on the short end of a 17-14 decision against the Bears Friday night, Nov. 6, at FHS's Bill Clabo Field. "We made some good adjustments at halftime and we moved the ball well.

"But we just didn't score points, particularly in the second half," he added.

Overall, "This is a special group and they did everything they could to keep themselves safe and healthy. We got to play a full season and a lot of people didn't get to do that," Courtney said about a 7-4 final record. "These seniors are special. They came in here and did what they had to do. We have some talented guys coming back and they learned from the example that our seniors set."



Courtney

Avenging a 25-21 loss to Farragut in the season opener at FHS — and with the program having only beaten the Admirals once in school history — the Bears gashed Farragut on the game's first series, as they took the opening kickoff and marched from their own 18-yard line to the FHS 24. That drive, however, stalled when the Ads forced a turnover on downs.

After the Admirals were forced to punt on their first possession, Bradley (8-3) got on the board in a hurry.

Javin Burke scored on a 3-yard touchdown dash, set up by his 76-yard scamper three plays earlier, to give the Bears a 7-0 lead with 58.5 seconds remaining in the opening frame.

Farragut would answer a short time later when quarterback Dawson Moore connected with Matt White on a 65-yard scoring strike.

See FARRAGUT on Page 3B

# Despite Robinson, Goodpasture big plays doom Webb, 28-21

**STAFF REPORTS**
*editor@farragutpress.com*

MADISON — Goodpasture's big plays — 30-yard fake punt touchdown, 82-yard punt return and an 85-yard TD pass — doomed Webb School of Knoxville, a 28-21 loser on the road during opening round of the Division II-AA state tournament Friday night, Nov. 6.

"We just gave up too many big plays," said Webb head coach Dave Meske, whose team ends the season 5-5.

Charlie Robinson, Spartans sophomore quarterback, scored on a 6-yard run and fired a 35-yard scoring pass to senior Jackson Baker. "Charlie Robinson played a great game," Meske said.

Junior Dominic Vance added a 14-yard TD run for Webb. Junior kicker Otto Niendorff (three extra points) forced a fumble to set up a score.

Goodpasture is now 8-2.

Defensively for Webb, Leo Bonifacio, junior linebacker, had eight tackles (five solo, including two tackles for loss and a sack); Cooper Cameron, freshman linebacker, ended with seven tackles (five solo, including one for a loss); and Bradee McCoy, junior defensive back, had seven tackles, (six solo), and a pass break-up.

## Bearden
*From page 1B*

dimensional offense — seeing senior standout running back Makai Williams "banged up" in the second half, forcing BHS into many more pass attempts than normal — allowed Mc-Minn (10-1) to pull away.

Hunt ended with scoring runs of 51, 9 and 11 yards. A 41-yard screen pass accounted for the other Cherokees TD.

"I thought, as a whole, our defense did pretty good containing Jalen Hunt — he's a (state) Mr. Football candidate," Shinlever said.

"Our offensive line pass protected really well. John Carlevato ran the ball pretty well."

COUPON REGULAR PRICE $12 to $15
$10 SELF-SERVE DOG WASH!
The BEST place to wash your dog!
• Comfortable step-up wash tubs • Shampoo, rinse, brushes, towels, aprons provided • Separate drying room
EXPIRATION DATE: November 30, 2020
K9 CENTER OF EAST TENNESSEE
K9CENTERTN.COM
11225 THREADSTONE LN
OFF LOVELL ROAD
(865) 310-2800

Parkway Dental
We accept your insurance
Dr. Dan Lovely, Jr. & Dr. Frank Prout
Always welcoming new patients
Family & Cosmetic Dentistry
865-690-5291
323 Fox Road, Suite 200, Knoxville, TN 37922 • www.parkwaydentaloffice.com

---

## SCOTT TATE presents
## PLAYERS OF THE WEEK

### 6423 Deane Hill Drive • 862.8233
www.tateinsurancegroup.com • scott@tateinsurancegroup.com

Tate Insurance Group
HOME | AUTO | LIFE
BUSINESS | HEALTH


**BEARDEN**
Ty Seritt
LB Sr


**CAK**
Ryan Degges
QB Sr


**FARRAGUT**
Dylan Cosey
LB-S Jr


**HARDIN VALLEY**
Game Cancelled


**CATHOLIC**
Kaden Martin
QB Jr


**WEBB**
Charlie Robinson
QB Soph

---

Tune In to Farragut's NEW HOME for Oldies!
105.3 WFiV
good Times. great oldies
105.3 FM WFIV
Listen live online at WFIV.com
@1053WFIV
Listen on your Alexa enabled device. Just say, "Alexa, enable the WFIV skill." Then, "Alexa, play WFIV" whenever you want to listen.
To Advertise on 105.3 WFIV, call:
Alex Carroll • (865) 218-5620
Dottie Hale • (865) 218-5607
Kevin Wallace • (865) 218-5613

# New coach leads FMS boys to 2-0 start; girls bounce back

**KEN LAY**
*Correspondent*

Lynn Allen recently took the reins of the Farragut Middle School boys basketball program, and he's guided the Admirals to a pair of impressive wins.

Farragut got off to a blazing start in its home opener and cruised to a 61-19 victory over Carter Thursday, Nov. 5, at FMS's Bobby J. Henry Gymnasium.

That win followed the Admirals' 53-24 victory versus Gresham in Fountain City Monday, Nov. 2.

Against the Hornets (0-2), Farragut's defense stiffened in the second half, surrendering just three points over the game's final 12 minutes.

"That was a great half," said Allen, a former coach at Knoxville Central High School and Harpeth and Karns middle schools. "I have great kids here and I need to get them to be gritty."

Dominic Vanacker led the Admirals in scoring with a game-high 20 points. Cooper Edwards, a guard, came off the bench and scored 11 points, knocking down three shots from beyond the 3-point arc. Kent Carbaugh and Banks Duncan chipped in eight points each.

**KEN LAY**
*Correspondent*

During an uncertain offseason, a pair of eighth graders for the Farragut Middle School girls basketball team went to work in preparation for their third and final season with FMS.

Sydney English and Annie Priest have helped the Lady Admirals make two section tournament runs, and they helped FMS pick up its first win of the 2020-21 season in their home opener Thursday, Nov. 5.

Sydney scored 21 points and Annie added six to help the Lady Admirals notch a 40-28 victory over Carter Middle School (1-1) before a spirited crowd in FMS's Bobby J. Henry Gymnasium.

"It feels great to get our first win of the season," said FMS second-year head coach Devan McIntyre, whose team improved to 1-1. "Sydney and Annie really went to work during the offseason to improve their game, and tonight they did what they needed to do. They did what we needed from them."

Anna Corum finished the contest with seven points for the Lady Admirals.

### Girls cross country
*From page 1B*

Lathrop and Camryn Johnson have been racing the past few weeks."

Top individual finishers were juniors Lathrop (19th) and Johnson (23rd), freshman Melanie Hayman (31st) and junior Lexi Foley (32nd).

The Lady Spartans were even closer in Division II-A, falling two points short against St. George's (64 versus 66).

"Our girls fought through some nicks and pains, and they ended up excelling," said Webb head coach Bobby Holcombe, whose team was led by freshman Anna Graves' third-place finish (19:46). Freshman Lauren Davis was 20th, junior Lily Slade 22nd, junior Lawson Phillips 23rd and freshman Reese Wilson 29th.

### Boys cross country
*From page 1B*

Kaden Keller, a junior who finished fourth (15:52.61). Senior Andrew Schultz was close behind in sixth (16:12.83) followed in seventh by Hawks teammate Nathan Hillis, a junior (16:13.85). Mitchell McCown, a junior, captured 10th place (16:15.19).

Senior Alex Brittain finished 23rd.

**Webb also state champs**

The Spartans, runner-up last season, captured the Division II-A title, 45-60 versus runner-up Harding Academy, Friday, Nov. 6.

"We had good senior leadership," Webb head coach Bobby Holcombe said. "... This year, the seniors and juniors were really stepping up."

Senior Austin Rhea's third-place finish (16:52.23) paced Webb, followed by junior Kaden Narayani claiming fifth place (16:58.50), senior Marc Orton finishing 15th, junior Billy Robinson 22nd and sophomore Hank Johnson 28th.

Farragut was fourth (164).

The Admirals had two sophomores place in the top 25, led by Trevor Coggin's ninth-place finish (16:14.80). Riley Hanson was 22nd.

Also in Division II-A, Christian Academy of Knoxville had two top 30 finishes: senior Andrew Cross 12th and sophomore Ethan Coffey 27th.

Hardin Valley Academ was eighth (208) led by freshman Maddie Archdale, Region 2 Large champ, who was 12th.

### Farragut
*From page 2B*

Reese Keeney added the extra point making it 7-7 with 41.4 seconds left in the first stanza.

Down 10-7 at the break, the Admirals took the opening kickoff of the second half and marched 61 yards on six plays. Schumann Xie capped the drive with a 17-yard TD run.

Bradley took the lead when quarterback Aiden McCreary found the end zone with a run from seven yards out midway into the final quarter.

Farragut reached the BCHS 23 before a fumble in the final 30 seconds sealed a Bears win.



RLC RESORT LIFESTYLE COMMUNITIES
Sherrill Hills

**Celebrate Life.**

At Sherrill Hills, we offer more than just a community — we offer worry-free retirement living. We take care of everything with one monthly price and no buy-in fee so you can enjoy the good things in life.

* Signature *Freedom Dining* Program
* 3 Chef Prepared Meals Daily
* 24 Hour Chef's Pantry/Grab 'N Go
* Pizza and Deli Bar 7:00 a.m. - 7:00 p.m.
* Daily Soup and Salad Bar
* Room Service
* Live-In Managers
* Month-to-Month Rent with No Buy-In Fee
* 24-Hour Emergency Alert System
* 24-Hour Concierge Services
* Fitness Center
* Weekly Housekeeping
* And More!

Thinking About Retirement Living?

Call today to schedule a tour!
**865-297-5040**

271 Moss Grove Blvd. • Knoxville, TN 37922
SherrillHillsRetirement.com







# SPARTAN SHOWCASE

**W**

Experience. Connect. Imagine.


Webb School
OF KNOXVILLE

## November 15, 2020 @ 2 pm

**REGISTER AT:**
webbschool.org/spartanshowcase

More information:

Offering prospective families a unique look into the people & programs of Webb School.



Case 3:23-cv-00402-TRM-JEM   Document 6-31   Filed 11/11/23   Page 9 of 14   PageID #: 1404

# Halloween Fun

farragutpress had a glut of fun Halloween pictures from three events and we are sharing the overflow: Oct. 25 Trunk or Treats at Christ Covenant and Concord United Methodist Church and the Town's Oct. 30 Freaky Friday Drive-Thru Boo.

Photos by Tammy Cheek and Michelle Hollenhead



*(Above)* At Freaky Friday: From left are Greta Harless, Heather Whittemore and Cajun Graham.

*(Below)* At CUMC: siblings Charlie and Mary Ruth Turnbill wait in line.



*(Above)* At CUMC: Concord Adult Day Enrichment Services was represented by, from left, Karoline Warnick, Anna Claire Fields, Silas Gruzalski and his sister, Ella Gruzalski, their mother and CADES executive director Celia Gruzalski, Deena Greer, Maddie Thompson, Jeanne Parish, Addie Grace Fields and Ryan Fields.

*(Right)* At CUMC: Sisters Hallie, left, and Olivia Brown wait their turn.



*(Above)* At CCC: Depicting Star Wars were, from left, David, Christie and Libbie Benchabbat, along with family friend Mia Rose.

*(Right)* At Freaky Friday: Sarah Altic, Lyndsay Goleman and Katie Kaminsky.

*(Below)* At CCC: Debbie Sharpe, right, along with daughter Macy Sharpe, left, and son, J.W. Sharp.

*(Left)* Freaky Friday: For the second year in a row, Town Alderman Scott Meyer had fun dressing as Frozen's Olaf.

*(Right)* At CUMC: representing Krispy Kreme donuts were, from left, Larry and Gail Schlemer, their son Brad, daughter-in-law, Andrea, and granddaughter, Ella.



Case 3:23-cv-00402-TRM-JEM Document 6-31 Filed 11/11/23 Page 10 of 14 PageID #: 1405







Photos submitted

**(Left)** Farragut High School alumnus Paul Gary is pictured playing the accordion from a 2019 performance of "Sanders Family Christmas," which he is reprising at the Cumberland County Playhouse beginning Friday, Nov. 13. **(Above)** "A Merry Little Christmas Carol" is among Gary's many acting roles. He is pictured second from right. **(Right)** Gary, second from right, is pictured in what he calls his "favorite" show, 2019's "Forever Plaid" at the Playhouse.

# Playhouse roles: Gary at home

*FHS graduate's live theater career going strong, despite COVID-19, nationwide, in Crossville*

■ **MICHELLE HOLLENHEAD**
mhollenhead@farragutpress.com

Farragut High School alumnus Paul Gary is in his element, even during COVID-19.

The 2013 FHS grad always had his eyes, heart and talent set on live theater, and Cumberland County Playhouse currently is providing that venue.

"I know I am very lucky to be working," Gary said, amid a pandemic that has effectively shut down live theater from coast to coast. "I am so fortunate that CCP is able to be open."

CCP, which has been delivering musical and dramatic theater to the community for more than five decades, typically has two or more shows running at any given time. It was, of course, shut down earlier this year when the pandemic first struck. However, by July, officials had established socially-distant methods to safely present two shows — including utilizing outdoor space — so live theater could resume.

"They got very creative with spacing," said Gary, who was able to join the cast of "Smoke on the Mountain" when the Playhouse opened in July.

"It was very challenging, doing the play outside in East Tennessee during the summer," he said of the experience, which he described with a chuckle as "fun, exciting and sweaty."

He will be reprising his lead role in its sequel, "Sanders Family Christmas," which opens Friday, Nov. 13, and runs through Saturday, Dec. 19.

Gary's passion for theater began as a sixth-grader, when his older sister, Holly, took him to see his first play, "Into the Woods."

"I saw it and it gave me the theater bug," he said. "It really changed my whole life."

He snagged lead roles in plays all through FHS, and attended Middle Tennessee State University as a theater and dance major.

"My experience with the arts at FHS was amazing, and it was like flooring the gas pedal, until I ran out of stuff to do," Gary said.

It was during his undergraduate studies that he secured his first paying job with CCP, and he also established relationships through the Southeastern Theater Conference, which led to performances beyond Tennessee.

"I was able to meet people, who knew other people, and it just steadily led to auditions and work," Gary said. "That is the magic of theater."

He lists an impressive body of work that includes "A Merry Little Christmas Carol" in Hoboken, New Jersey; a Cole Porter Review in Florida; and a yearlong internship in South Florida where he performed an array of shows.

At CCP alone, his credits include "The Little Mermaid," "Mama Mia" and 2019's "Forever Plaid."

"That was such a fun musical — it

See GARY on Page 7B




Kim Frazier

# Hardin Valley's Frazier tapped to emcee Junior Achievement Miss Business Interactive Experience

■ **STAFF REPORTS**
editor@farragutpress.com

Community advocate and Hardin Valley Planning Advocates director Kim Frazier has been tapped to emcee the Junior Achievement Miss Business Interactive Virtual Experience from 9 to 11:30 a.m., Saturday, Nov. 20.

The event, at which Frazier also will serve as kickoff speaker, "affords highly recommended female high school seniors from across East Tennessee the opportunity to enhance their personal growth, high level networking opportunities and to build mentoring relationships with top area female business leaders," according to a press release.

Junior Achievement of East Tennessee, in partnership with local businesses and education partners, is presenting the event.

"Typically, in person, this unique one-day event has gone virtual this year, but still fills an important gap for young women who are interested in or have an aptitude for business or leadership, but may not have the mentors or guidance needed to help them pursue their dreams," the organization's press release stated.

"Since 1969, Junior Achievement of East Tennessee has inspired the next generation to be financially capable, equipped with the tools to solve problems creative-

See FRAZIER on Page 6B













Call Linda at 218-8881 to place your ad in the farragutpress Worship Directory!

# fp 10-Day-plus Press Planner

Send your events to editor@farragutpress.com —
For more Press Planner visit **www.farragutpress.com**

• **Looking to host businesses and others desiring to display and sell unique holiday gifts** — including fashion and decor items, candles and handmade goods — Fox Den Country Club's Holiday Boutique runs from 11 a.m. to 2 p.m., Saturday, Nov. 14, at the FDCC clubhouse.

Anyone, or business, interested in participating as a vendor is asked to contact Natasha Robbins, FDCC Events coordinator, at 865-218-3180 or e-mail natashar@foxdencountryclub.com

• **Coats for the Cold drive and distribution by Knox Area Rescue Ministries is under way.** You can drop off gently used and/or new coats at any KARM Stores or Prestige Cleaners location. While all sizes are needed, of special need is children's coats and adult XL and XXL coats.

If you would like to organize a coat drive, you can find posters, helpful info, etc., at http://karm.org/coats. Those who need a coat can also find helpful information at this link.

• **The Secret City Half Marathon & 5K is gearing up for a morning of great racing** and walking starting at 9 a.m., Saturday, Nov. 21. More than 750 runners and walkers are expected on the city streets and greenways of Oak Ridge. Visit the SCHM website at www.SecretCityHalfMarathon.com for a map of both routes. Online registration and information for both races can be found by visiting www.SecretCityHalfMarathon.com.

• **Volunteer registration is now open for 31st Ijams River Rescue,** presented by Home Federal Bank and TVA, from 10 a.m. to 1 p.m., Saturday, Nov. 21. Ijams Nature Center's annual community-wide event focuses on removing trash and tires from 32 sites along the Tennessee River and its creek tributaries from the river's headwaters in Knoxville to the shores of Loudon County. Register at https://www.ijams.org/ijams-river-rescue.Slots are filled on a first-come, first-served basis.

Deadline to register is Saturday, Nov. 14. For more information, visit Ijams.org or call 865-577-4717.

# Mozart's overactive thyroid is treatable with older cats

**Q:** I have five cats, but "Mozart" is my favorite. My vet told me that he has early thyroid disease and wants me to come in to talk next week about his treatment options. Can you give me more information before my appointment, so I know what I'm getting into? T.L., Farragut



**Stephanie Myers**
Ask the Vet

**A:** Hyperthyroidism, or an overactive thyroid, is unfortunately common in older cats. The good news is that it is treatable.

The thyroid glands are located in the neck, and their function is to produce and secrete thyroid hormones. Hyperthyroidism in cats is generally caused by hyperplastic (enlarged) glands, with only a small percentage of cats having a benign tumor. At the onset of disease, most owners don't notice anything. But as excess thyroid hormones are produced, cats tend to lose weight and muscle mass, even though they are generally eating and drinking very well (often excessively). As the disease progresses, some cats have gastrointestinal signs, such as occasional bouts of vomiting and/or diarrhea. Left untreated, cats can develop heart murmurs and enlargement, hypertension and kidney disease.

The good news is that Mozart has been diagnosed early. Treatment options include daily medication, surgery, radioactive iodine and dietary therapy.

Things to consider when making treatment decisions include evaluating Mozart's other test results, concurrent disease, ease of administration of oral medicines, the potential difficulty of the prescription diet in a multi-cat household and expense. Your veterinarian will be able to guide you in choosing the right treatment for Mozart. Good luck to him.

*For questions about your pet, e-mail enoircityac@gmail.com*

## Frazier
*From page 5B*

ly, effectively manage risk, and welcome opportunity," i's press release continued. "Through our experiential financial literacy, work readiness, entrepreneurship K-12 programs and capstone experiences taught by volunteer role models from the community, we inspire the next generation to answer the demands of the 21st century economy with 'I Can.'

"During the 2019 -2020 school year, JA of East Tennessee delivered programs to over 20,000 K-12 students throughout the region. In the last decade, Junior Achievement of East Tennessee has impacted the lives of more than 225,000 young people across a 17-county service region."

For more information, contact Callie Archer, JA of East Tennessee president, at callie@jaeasttennessee.org.



**Tennessee HOME REPAIR & REMODELING CO., INC.**
Licensed, Bonded & Insured • Lic:#00007016

A business built on **hard work**.
A reputation built **on quality**.
All Work Guaranteed!
Over 30 Years Experience

"We are a Complete Home Repair, Remodeling & Maintenance Co."

**ROOF REPAIR Specialists**

"Call today for a FREE estimate!"
**865-274-3791**
Email: tennesseehomerepair@yahoo.com

---

**ROSE MORTUARY**

*With compassion and comfort, we have been proudly serving the families of this community since 1884.*

Broadway Chapel            Mann Heritage Chapel
1421 N. Broadway           6200 Kingston Pike
523-2121                   588-8578

**www.rosemortuary.com**

*Robert Starkey, Kent Marcum, Frank Davis,
Keith Richards, William Martin, A.H. Pickle*

**A LOCALLY OWNED FAMILY BUSINESS**

---

# classifieds

**To place your Classified ad in farragutpress call 865-675-6397.**

**Classified Advertising Rates**
Line Ads
Private Party  15 words  $45/4 weeks
Commercial  25 words  $55/4 weeks
Each additional word  25¢ per week
Display Ads
$11.25 per column inch

**Classified Advertising Deadlines**
Line Ads
Mondays, 11:00 am
Display Ads
Space & Copy: Fridays, noon

**Classified Payments**
Payments may be made by cash, check or credit card. Prepayment is required on all classified advertising.
*These Cards Gladly Accepted:*
VISA  MasterCard

---

### 318 GARAGE SALES



Place your garage sale ad in farragutpress!
Call Linda at 218-8881

### 318 GARAGE SALES

**ESTATE SALE**
**Thursday, Friday, Saturday**
**Nov. 12, 13 & 14 ▪ 9am-2pm**
Antiques, Vintage jewelry, furniture,
Household items, Fall décor,
Tons of Christmas décor, tools & more!
**623 Smith Road, Farragut, TN 37934**
Please follow mask & social distancing guidelines
*Accepted payments are Paypal, Venmo & cash*

The **farragutpress** is not responsible for errors in an advertisement if not corrected by the first week after the ad appears. This newspaper is not responsible or liable whatsoever for any claim made by an ad or for any of the services, products or opportunities offered by our advertisers. We do not endorse or promote the purchase or sale of any product, service, company or individual that chooses to advertise in this newspaper, and we reserve the right to refuse any/all advertising we deem inappropriate or unacceptable by our company standards.

### 516 REMODELING

**LICENSED CONTRACTOR** - Remodeling, custom home building, additions, sunrooms, garages, decks, restoration, kitchens, bathrooms. Residential & Commercial. Free estimates. 865-922-8804. Herman Love.

---

**like us on facebook at facebook.com/farragutpress**

---

### 000 LEGALS



11408 MUNICIPAL CENTER DRIVE | FARRAGUT, TN 37934 |
865.966.7057 | WWW.TOWNOFFARRAGUT.ORG

**PUBLIC NOTICE**

The Town of Farragut is now accepting applications to fill mid-year vacancies on the following volunteer committees: Arts & Beautification Committee, Museum Committee, Tourism / Visitor Advisory Committee and Board of Plumbing & Gas / Mechanical Examiners.

More information on each committee and the online application are available on the Town website at www.townoffarragut.org/committees. Applications may also be picked up in person at the Farragut Town Hall, 11408 Municipal Center Drive, Farragut, TN 37934.

All applications must be submitted online or returned to the Farragut Town Hall in person by 4:00 PM on November 25, 2020. Any questions, please contact the Administration Department at 865-966-7057.

It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the Civil Rights Act of 1964, Public Law 93-112 and 101-336 in its hiring, employment practices and programs.

---



11408 MUNICIPAL CENTER DRIVE | FARRAGUT, TN 37934 | 865.966.7057 | WWW.TOWNOFFARRAGUT.ORG

**FARRAGUT MUNICIPAL PLANNING COMMISSION AGENDA**
November 19, 2020 • 7:00 p.m.

This meeting can be viewed live on the Farragut YouTube Channel, www.townoffarragut.org/livestream, Charter Channel 193, and TDS Channel 3. The meeting will be held virtually, authorized by Governor Lee's executive orders regarding the COVID19 pandemic.

Meeting comments may be emailed to comments@townoffarragut.org and must be received by 12:00 p.m. on November 19 to be included in the record of the meeting. Anyone that wishes to provide comments must include their name and address. For questions please e-mail Mark Shipley at mshipley@townoffarragut.org or Bart Hose at bhose@townoffarragut.org.

1. Approval of agenda
2. Approval of minutes – October 15, 2020
3. Discussion and public hearing on a re-subdivision plat involving nine lots in the Easton Park Subdivision located on the north side of Turkey Creek Road across from a portion of Anchor Park, Zoned R-3, 2.37 Acres (SITE, Incorporated, Applicant)
4. Discussion and public hearing on a Final Plat for the Ivey Farms Subdivision, Unit 1, Phase 1, located on the north side of Union Road, Zoned R-1/OSR, 6.26 Acres, 26 Lots (SITE, Incorporated, Applicant)
5. Discussion and public hearing on a site plan for a parking lot addition at the St. Elizabeth's Episcopal Church, 110 Sugarwood Drive, Zoned C-1, 4.54 Acres (Urban Engineering, Inc., Applicant)
6. Discussion and public hearing on a site plan for the property located at 13036 and 13038 Kingston Pike, Zoned C-1, 2 Acres (GBS Engineering, Applicant)
7. Discussion and public hearing on a concept plan for the Meadows on McFee, 933 and 1013 McFee Road, Zoned R-1/OSR, 32 Acres, 59 Lots (Homestead Land Holdings, LLC, Applicant)
8. Discussion and public hearing on a request to amend Appendix A – Zoning, Chapter 3., Specific District Regulations, Section XII., General Commercial District (C-1), B., 3., as it relates to the outdoor display and or storage of general farm implements and lawn care equipment, riding lawn mowers, and related accessories (Farragut Lawn and Tractor, Applicant)
9. Discussion on a rezoning of property situated around the eastern intersection of McFee Road and Boyd Station Road, Parcels 50, 50.01, 54.01, and 9.01, Tax Map 162, 12611 Boyd Station Road, from General Single-Family Residential (R-2) to Open Space Mixed Residential Overlay (R-1/OSMR), 131.25 Acres (OBO Homestead Land Holdings, Applicant)
10. Discussion and public hearing on a request to amend the future land use map in the Comprehensive Land Use Plan Update for a portion of Parcel 003.19, Tax Map 143 (a portion of the property referenced as 133 Concord Road) associated with the Farragut Town Center at Biddle Farms project from Medium Density Residential to Town Center (CHM, LLC, Applicant)
11. Discussion and public hearing on a request to amend the Farragut Zoning Map in association with the Farragut Town Center at Biddle Farms project, 11230 and 11240 Kingston Pike and 133 Concord Road, Parcels 3.02, 3.03, 3.10, and a portion of 3.19, Tax Map 143, from General Commercial (C-1) and General Single-Family Residential (R-2) to Planned Commercial Development (PCD), 43.63 Acres (CHM, LLC, Applicant)
12. Approval of utilities
13. Citizen Forum

It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the civil Rights Act of 1964, Public Law 93-112 and 101-336 in its hiring, employment practices and programs. To request accommodations due to disabilities, please call 865-966-7057 in advance of the meeting.

---



11408 MUNICIPAL CENTER DRIVE | FARRAGUT, TN 37934 | 865.966.7057 | WWW.TOWNOFFARRAGUT.ORG

**FARRAGUT BOARD OF MAYOR AND ALDERMEN AGENDA**
November 12, 2020 • BMA MEETING 7:00 PM

I. Roll Call
II. Approval of Agenda
III. Approval of Minutes
A. October 22, 2020
B. October 26, 2020
IV. Mayor's Report
V. Ordinances
A. First Reading
1. Ordinance 20-22, an ordinance to rezone the property at 933 McFee Road from Agricultural (A) to Open Space Residential Overlay (R- 1/OSR), 7 Acres (Rackley Engineering, Applicant)
2. Ordinance 20-23, an ordinance to amend the Farragut Municipal Code, Appendix A., Zoning, Chapter 4., Section XXIX, - Grand Opening Special Events Permit, to provide for different sign related provisions (Town of Farragut, Applicant)
3. Ordinance 20-24, ordinance to amend the Farragut Municipal Code Chapter 18, Parks and Recreation, to prohibit smoking on any children's play areas
VI. Business Items
A. Approval of Alderman Appointment to the Farragut Planning Commission
B. Approval of Appointment to the Farragut Board of Zoning Appeals
C. Approval of the 2021 Independence Day Parade Date
D. Approval of Resolution: R-2020-11, a resolution by The Board of Mayor and Aldermen of the Town of Farragut Authorizing the Town to Participate in the Public Entity Partners' "Safety Partners" Matching Grant Program
E. Approval of Resolution R-2020-12, a resolution to name the Plaza located at 11409 Kingston Pike, the Mayor Ralph McGill Plaza
VII. Town Administrator's Report
VIII. Town Attorney's Report
IX. Citizens Forum

This meeting can be viewed live on the Farragut YouTube Channel, www.townoffarragut.org/livestream, Charter channel 193 and TDS channel 3. The meeting will be held virtually, authorized by Governor Lee's executive orders regarding the COVID-19 pandemic. Meeting comments, including your name and address, may be emailed to comments@townoffarragut.org and must be received by 12:00pm on November 12 to be included in the record of the meeting.

It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the civil Rights Act of 1964, Public Law 93-112 and 101-336 in its hiring, employment practices and programs. To request accommodations due to disabilities, please contact the ADA Coordinator at jcurry@townoffarragut.org or 865-966-7057 in advance of the meeting.

Case 3:23-cv-00402-TRM-JEM    Document 6-31    Filed 11/11/23    Page 12 of 14    PageID #: 1407

## Gary
*From page 5B*

had great music and was just a fantastic experience," he said. "It is my favorite thing I have ever done."

He said his family, which includes parents, Jeff and Lisa Gary of Farragut, "has always been super-supportive. They are really proud of me, and I'm really proud of myself, too, to get to this point in my career, and so far it has worked out.

"No one ends up in this field by accident," he added. "It is so demanding emotionally and mentally, but I can't imagine doing anything else."


*Photo submitted*

### Go! CDW's 'Forging Ahead' Nov. 15

GO! Contemporary Dance Works will present "Forging Ahead," a livestream dance performance in historic Tennessee Theatre beginning at 5 p.m., Sunday, Nov. 15. The performance will travel through the spectrum of dramatic, visually stunning works to uplifting, light hearted and even comedic works. GO! Contemporary Dance Works is a 50-member non-profit organization located in Knoxville. Nine members reside in Farragut: Anna Cales (photo left in "Forging Ahead"), Anna Beth Lee, Tempe Coker, Riley Kerschbaum, Natalie Radabaugh, Megan Metzelder, Morgan Parrish, Jaynie Stowe and Lily Beth Shugart, as well as Artistic director Lisa Hall McKee. Virtual tickets are $10 and available at https://gocontemporarydanceworks.veeps.com/services/4a3136f5d87c/packages  For more information, visit gocontemporarydance.com or tennesseetheatre.com or call GO!'s office at 865-539-2475 with questions about ticketing. Streaming is available for two weeks after the performance.





# service directory




## misc. services

Advertise in the **farragutpress** service directory! Call Linda at 218-8881

**Retired Union Electrician**
AVAILABLE FOR Service Calls & Small Jobs
Courteous Personal Service
*37 Years Experience*
• Industrial • Commercial • Residential
*Ceiling Fans a Specialty*
Licensed • References Available
**Call Wayne**
**865-455-6217**

**ELDERLY CARE in Private Home**
Dementia, Stroke & other 24 Hour Care
• Excellent References
• 30 Years Experience
**865-335-6337**
West Knoxville

### PRECISION PAINTING
**John Carver, Owner**
*Serving Knox County for 30 years*

**Residential Paint Specialists**

Fast and Professional Service
*Over 2,500 Satisfied Customers*

• Interior & Exterior • Written Contracts • Licensed and Insured
• References • Wallpaper Removed • Drywall Repairs

**865.680.1237**

## home repair & improvement

**Let us remodel your bathroom!**
*Enjoy a bathroom for your lifestyle*
**HomeTek**
West Knoxville/Farragut's Premiere Contractor
BUILD - IMPROVE - REMODEL
**368-2869**
Licensed & Insured
*Nominated in City View Magazine "Best of the Best 2013-2019"*

**Pilgrim Painting**
Repaint Specialist
Commercial & Residential
*Serving Knoxville & the Farragut area for 26 years*
• Interior/Exterior Painting
• Pressure Washing
• Staining
• Drywall & Carpentry
*Now Accepting Major Credit Cards and Online Payments*
**FREE ESTIMATES**
**865-291-8434**
Licensed • Bonded & Insured
*Background Checks and Drug Testing Required for all employees*
Google 5 ★ Rating
www.pilgrimpaintingknoxville.com
pilgrimpainting@yahoo.com
Follow & Like us on
Home Improvement License #291843



**HouseWorks**
*The Home Improvement Company of East Tennessee*

* Licensed General Contractor    * Decks
* Kitchen and Bath Remodels       * Flooring
* Complete Renovations            * Additions
* Siding, roofing, gutters        * Basement finish

**FREE ESTIMATES**

John Scoggins, OWNER/ESTIMATOR
(865) 387-0058: cell
houseworksco@yahoo.com: email
www.houseworksco.com
Follow and Like us on Facebook: Houseworks of Knoxville LLC

**RANDY THE PAINTER**
CELEBRATING 40 Years in 2020
**Commercial & Residential**
**INTERIOR PAINTING**
Winter Rates
Nov – Feb ½ OFF
Carpentry • Sheetrock
LICENSED & INSURED
**FREE ESTIMATES**
**865-522-3222**
Cell - 865-455-5022
rharvey9160@gmail.com
www.randy-the-painter.com



Residential and Commercial Heating and AC Services
State Licensed & Insured Contractor
**865-281-5594**
DNDHVAC24@gmail.com
License #71904
**DND HEATING & AIR CONDITIONING LLC**
FREE ESTIMATES | ★★★★★ 5 STAR RATING

## lawn & landscaping

Place your ad in the farragutpress Service Directory!
Call Linda at 218-8881

**Tom Farr's** Landscaping of Any Kind

• Flower Gardens
• Mowing
• Mulching
• Shrub Trimming
• Clearing & Brush Hauling
• Tree Removal
• Junk Removal
**FIREWOOD Delivered $90 / Rick**
West Side Services • Call Tom at **368-2013**
Free Estimates • Insured | License #0373446


**FATHER & SON LAWN CARE**
A Complete Lawn Service
Specializing in Lawn Maintenance
**Make Appointments NOW For Fall**
**AERATION**
*We provide our aeration services with our own commercial ride-on aeration equipment*
• Slit Seeding • Over Seeding • Fertilizing
Licensed & Insured
**Call Robin 865-705-3856**

**A & A Lawn Care**
Complete Lawn Care Service

**Mowing • Trimming • Mulch**
**Clean-up • Pressure Washing**
Jimmy Amburn, Owner
**865-389-5095**

**Mills Lawn Care**

Residential & Commercial

**LEAF REMOVAL**
**LANDSCAPING**
• Mulching • Aeration
• Lawn Treatment
• Over Seeding
**CALL TODAY**
Free Consultation & Quote
**865-242-2695**
Gary & Tammy Mills, Owners





**- NEW - GRAPPLE SERVICE**
**Landscaping Clean-Up**
We can remove Bulk
• Brush • Trees
• Shrubs
**Storm Damage Clean-Up**
**Kings Tree Works**
•Trimming, Topping • Tree Removal • Debris Removal
**865.599.5220** | www.arboristknoxvilletn.com
Licensed & Insured | Free Estimates | References Available


**Jack's lawn and landscaping**
fall clean up service and curb pickup
**865-803-9263**


**This Job Calls for a Pro**
**Kings Tree Works**
**865.599.5220**
•Tree Removal
•Trimming and Topping
• Complete Debris Removal
• Over 30 Years Experience
Licensed & Insured
**Free Estimates**
References Available
www.arboristknoxvilletn.com
*Servicing Knox & surrounding counties*







# Homecoming
## at HARDIN VALLEY ACADEMY

Thanks to photographer Jeremy Wiggs, farragutpress is presenting the court and winners below.



Hardin Valley Academy students and teachers voted, selecting seniors Michael Spurgeon as Homecoming King and Kaylyn Tran as Homecoming Queen, as recognized during a special ceremony Friday, Oct. 30, on the HVA football field.



Amber Ferguson, sponsored by the French Club, was escorted by Archer Wong-Shasteen. She is the daughter of Cheryl Childs and Dallas Ferguson.



Emma Boekweg was sponsored by the HVA girls basketball team and escorted by her brother, Carson Boekweg. She is the daughter of Tony and Jonette Boekweg.



Emma Kate Wrather was sponsored by the HVA yearbook staff and escorted by her father, Tim Wrather. Her mother is Mendi Wrather, not pictured.



Erica Wilson was sponsored by the Lady Hawks Soccer Team and escorted by her father, Ricky Wilson. Her mother is Trude (Trudy) Wilson, not pictured.



Grace Rogers was sponsored by DECA and escorted by her brother, Carder Rogers. She is the daughter of Graham and Jeannie Rogers.



Hannah Maxwell was sponsored by Mu Alpha Theta and escorted by her father, Don Maxwell. Her mother is Julie Maxwell, not pictured.



Katelyn Fedrick was sponsored by Hawkeye newspaper and escorted by her father, Stephen Barto. Her mother is Melinda Barto, not pictured.



Kelsie Weber was sponsored by the Student Government Association and escorted by her father, Jerry Weber. Her mother is Angela Weber, not pictured.



Homecoming King candidates Sam Simpson and Michael Spurgeon.



Maya Lewis was sponsored by HVA track and field team and escorted by Mason Lasorsa. She is the daughter of David and Chevelle Lewis..



Homecoming King candidate Michael Spurgeon, right, with his twin brother, Shane.



Natalie Neal was sponsored by Project U and escorted by her mother, Valerie Neal. Her father is John Neal, not pictured.



Kaylyn Tran was sponsored by the Science Bowl and was escorted by her father, Dustin Tran. Her mother is Esstela Phan, not pictured.



Homecoming King candidate Sam Simpson was sponsored by Hawkeye newspaper and was escorted by his mother, Heidi Simpson. His father is Jack Simpson, not pictured.



Ava Wooten, center, was sponsored by Peer Tutoring and was escorted by her father and mother, Cain and Heather Wooten.



**Volunteer Pharmacy's staff understands the value of your time.**

Retail & Compounding Services
Drive Thru, Delivery, & Shipping available

**VOLUNTEER PHARMACY**

Conveniently Located in Hardin Valley
2559 Willow Point Way, Knoxville, TN 37931
(865) 560-0135 • volunteerpharmacy.com
Hours: Weekdays: 8AM–6:30PM Saturday: 10AM–3PM Sunday: Closed