

# MINUTES
## FARRAGUT MUNICIPAL PLANNING COMMISSION

### November 19, 2020

**MEMBERS PRESENT**
Rita Holladay, Chairman
Ed St. Clair, Vice-Chairman
Ron Williams, Mayor
Louise Povlin
Scott Russ
Jon Greene
Betty Dick
Michael Bellamy
Austin Strobel, Youth Representative

**MEMBERS ABSENT**
Noah Myers

**Staff Representatives:** Mark Shipley, Community Development Director
David Smoak, Town Administrator
Tom Hale, Town Attorney
Bart Hose, Assistant Community Development Director

This meeting was conducted through a remote Webex session due to Governor Lee's orders and the Knox County Health Department's orders regarding the COVID-19 pandemic.

Chairman Holladay called the meeting to order at 7 p.m. and provided background on why the meeting was being conducted through Webex and where it may be viewed.

1. **Approval of agenda**
   Staff recommended approval of the agenda as submitted.

   *A motion was made by Commissioner Povlin to approve the agenda as presented. Motion was seconded by Commissioner Dick and motion passed 8-0 through a roll call vote.*

2. **Approval of minutes – October 15, 2020**
   Staff recommended approval of the minutes as submitted.

   *A motion was made by Commissioner St. Clair to approve the minutes as submitted. Motion was seconded by Commissioner Povlin and motion passed 8-0 through a roll call vote.*

3. **Discussion and public hearing on a re-subdivision plat involving nine lots in the Easton Park Subdivision located on the north side of Turkey Creek Road across from a portion of Anchor Park, Zoned R-3, 2.37 Acres (SITE, Incorporated, Applicant)**

It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the 1964 Civil Rights Act of 1964, Public Law 92-318 and 93-3 regarding hiring, employment practices and programs. To request accommodations due to disabilities, please call 865-966-7057 in advance of the meeting.

Staff reviewed this item and recommended approval subject to the following comments being satisfactorily addressed as verified in writing by Town staff:
1) Please obtain all required signatures;
2) Please remove the diagonal line box from the legend since this is no longer used;
3) Please remove the reference in Note #8 for the shaded area since this is no longer used; and
4) The subdivision entrance sign is pushed back against the easement, which is intended to provide for maintenance. Given that the lot has been enlarged, please add a few feet to the easement to better accommodate future maintenance.

*A motion was made by Commissioner St. Clair to follow staffs' recommendation. Motion was seconded by Commissioner Povlin and motion passed 8-0 through a roll call vote.*

4. **Discussion and public hearing on a final plat for the Ivey Farms Subdivision, Unit 1, Phase 1, located on the north side of Union Road, Zoned R-1/OSR, 6.26 Acres, 26 Lots (SITE, Incorporated, Applicant)**
Staff reviewed this item and recommended approval subject to the following comments being satisfactorily addressed as verified in writing by Town staff:
1) Prior to the final plat being signed, all engineering field related items must be completed (this includes completion of the drainage improvement measures adjacent to Saddle Ridge, the completion of the Union Road roundabout, the completion of any sidewalks and walking trails that do not abut house lot frontages, and any other pending field related items identified by Town staff);
2) Please include the building and lot coverage numbers for the lots in the phase based on the formula provided for OSR in the Zoning Ordinance. These will likely be the numbers used in the entire subdivision for the coverages associated with the platted house lots;
3) Please coordinate with the Town on the planting of the buffer strip (some existing plant material, which does include a substantial amount of invasive plants, would need to be removed in order to plant the specified buffer);
4) Please submit a LOC (letter of credit) for maintenance of roads and pedestrian facilities for $60,000;
5) Please submit a LOC for completion of sidewalks for $135,000;
6) Please ensure that the subdivision entrance sign meets all required setbacks when constructed. Check approved sign plan/permit; and
7) Please provide a copy of the recorded covenants prior to the issuance of a building permit.

*A motion was made by Commissioner Greene to follow staffs' recommendation. Motion was seconded by Commissioner Povlin and motion passed 8-0 through a roll call vote.*

5. **Discussion and public hearing on a site plan for a parking lot addition at the St. Elizabeth's Episcopal Church, 110 Sugarwood Drive, Zoned C-1, 4.54 Acres (Urban Engineering, Inc., Applicant)**
Staff reviewed this item and recommended approval subject to the following comments being satisfactorily addressed as verified in writing by Town staff:
1) A drainage fee of $230 will be charged upon application for a grading permit;

2) Please coordinate with the Town staff on planting the landscaping shown on the plans; and
3) Please submit a LOC for erosion control for $4,000.

*A motion was made by Commissioner Povlin to follow staffs' recommendation. Motion was seconded by Mayor Williams and motion passed 8-0 through a roll call vote.*

6. **Discussion and public hearing on a site plan for the property located at 13036 and 13038 Kingston Pike, Zoned C-1, 2 Acres (GBS Engineering, Applicant)**
   Staff reviewed this item and recommended approval subject to the following comments, which staff noted were mostly minor in nature, being satisfactorily addressed as verified in writing by Town staff:
   1) Please submit a lighting plan for all exterior lighting;
   2) Please provide address numbers on street side of each building;
   3) Please include building height in the summary table on the cover page;
   4) The 50-foot access easement that is currently platted does not match the accessway alignment shown on the site plan and will have to be re-platted to match the alignment. Other easements associated with this site plan would also be part of this, including cross access easements to the east and west;
   5) Please submit a LOC for Erosion Control for $13,500;
   6) A drainage fee of $1,385 will be charged upon application for a grading permit;
   7) Please provide documentation on the parking easements. Also please note that the 6,840 square foot building lot does not meet the minimum parking requirements without the shared parking;
   8) Please include a dimension showing that the 10-foot setback for the parking lot (on the western lot) is met from the common side property line;
   9) Staff acknowledges comment in response letter regarding detention. Please provide documentation to show the Icearium's detention basin serves as a "regional" basin;
   10) Though the incomplete stub-out to the west is likely a temporary situation, how do the grades work in the meantime?
   11) Is a retaining wall needed for the drainageway crossing on the sidewalk side?
   12) Please correct the fire flow calculations on Sheet C6.0;
   13) The landscape plan will be reviewed as part of the landscape plan submittal;
   14) Please identify where anticipated signage is envisioned so as to assess for any conflicts as part of the site plan review;
   15) Can the radius along part of the sidewalk connecting to the Icearium be tapered and less abrupt? and
   16) On the right out to Kingston Pike, please consider shifting the radius return a little east to allow increased width for travel lane.

*A motion was made by Commissioner Povlin to follow staffs' recommendation. Motion was seconded by Mayor Williams and motion passed 8-0 through a roll call vote.*

7. **Discussion and public hearing on a concept plan for the Meadows on McFee, 933 and 1013 McFee Road, Zoned R-1/OSR, 32 Acres, 59 Lots (Homestead Land Holdings, LLC, Applicant)**

Staff reviewed this item and recommended approval subject to the following comments being satisfactorily addressed as verified in writing by Town staff:
1) Second reading of the rezoning for the Seal portion of this project will be heard on December 10. Any approvals will have to be subject to the completed rezoning;
2) Have the proposed road names been accepted by Knox County Addressing?
3) Please move the proposed road and sidewalk improvements further from the sinkhole lip elevation on what is referenced as Shasta Daisy Road. There are also improvements shown within the 50-foot building setback on Scarlet Sage Drive;
4) The open space has limited functionality in this plan. Consider using most of the area where the existing driveway is situated as a walking trail and tying this trail back into the development, all through open space. This would provide for loop options for pedestrians and more use of designated open space for recreational purposes;
5) Though staff appreciates the trail in the back (west) being more on contour, it seems like a fairly isolated trail section. Consider connecting to the driveway/trail recommended off McFee for a more continuous trail linkage throughout the project;
6) How will landscaped screening shown in the transmission line easement be coordinated with the easement holder and what will prevent them from eliminating this at some later point in time? and
7) Similar to the Goins property, which was a smaller tract, please include a streetscape plan that addresses the elements needed for such a plan.

*A motion was made by Commissioner Povlin to follow staffs' recommendation. Motion was seconded by Mayor Williams and motion passed 8-0 through a roll call vote.*

8. **Discussion and public hearing on a request to amend Appendix A – Zoning, Chapter 3., Specific District Regulations, Section XII., General Commercial District (C-1), B., 3., as it relates to the outdoor display and or storage of general farm implements and lawn care equipment, riding lawn mowers, and related accessories (Farragut Lawn and Tractor, Applicant)**
Staff reviewed this item and recommended approval of Resolution PC-20-17 which recommends approval of Ordinance 20-25.

*Some discussion ensued and it was recommended that the language be clarified to apply the provisions to display and that the display would only be during business hours. With this clarification being addressed in an updated version of Ordinance 20-25 that would go to the Board of Mayor and Aldermen, a motion was made by Commissioner St. Clair to approve Resolution PC-20-17. Motion was seconded by Commissioner Povlin and motion passed 8-0 through a roll call vote.*

9. **Discussion on a rezoning of property situated around the eastern intersection of McFee Road and Boyd Station Road, Parcels 50, 50.01, 54.01, and 9.01, Tax Map 162, 12611 Boyd Station Road, from General Single-Family Residential (R-2) to Open Space Mixed Residential Overlay (R-1/OSMR), 131.25 Acres (OBO Homestead Land Holdings, Applicant)**
For discussion purposes only.

**FMPC Minutes**
**November 19, 2020**
**Page 5**

10. **Discussion and public hearing on a request to amend the future land use map in the Comprehensive Land Use Plan Update for a portion of Parcel 003.19, Tax Map 143 (a portion of the property referenced as 133 Concord Road) associated with the Farragut Town Center at Biddle Farms project from Medium Density Residential to Town Center (CHM, LLC, Applicant)**
    Staff reviewed this item and recommended approval of Resolution PC-20-18 which recommends approval of Ordinance 20-26.

    *A motion was made by Commissioner Povlin to follow staffs' recommendation. Motion was seconded by Commissioner Dick and motion passed 8-0 through a roll call vote.*

11. **Discussion and public hearing on a request to amend the Farragut Zoning Map in association with the Farragut Town Center at Biddle Farms project, 11230 and 11240 Kingston Pike and 133 Concord Road, Parcels 3.02, 3.03, 3.10, and a portion of 3.19, Tax Map 143, from General Commercial (C-1) and General Single-Family Residential (R-2) to Planned Commercial Development (PCD), 43.63 Acres (CHM, LLC, Applicant)**
    Staff recommends approval of Resolution PC-20-19 which recommends approval of Ordinance 20-27.

    *A motion was made by Commissioner St. Clair to follow staffs' recommendation. Motion was seconded by Commissioner Greene and motion passed 7-1 through a roll call vote with Commissioner Bellamy voting in opposition due to traffic related concerns.*

12. **Approval of utilities**

13. **Citizen Forum**

    The meeting was adjourned at 12:16 a.m.

    _____
    Scott Russ, Secretary

Case 3:23-cv-00402-TRM-JEM   Document 6-33   Filed 11/11/23   Page 5 of 5   PageID #: 1807