## Agenda and Minutes Center

View agendas or minutes by using the search features provided below. You can search different years by clicking on the year you wish. Did you know that you can sign up to get instant notifications when items have been posted to the Agenda and Minutes Center. Click on the "Notify Me" button to the right to start getting your notifications today.

▼ **Planning Commission**  2023  2022  2021

| Agenda | Minutes | Media |
|---|---|---|
| **Dec (December) 17, 2020** — Amended Feb (February) 5, 2021 3:04 PM<br>FMPC Agenda - December 17, 2020 | ✓ | |
| **Nov (November) 19, 2020** — Amended Dec (December) 31, 2020 2:18 PM<br>FMPC Agenda - November 19, 2020 (Note: Please see media link for Agenda Item #11) | ✓ | 🔊 |
| **Nov (November) 19, 2020** — Posted Nov (November) 16, 2020 3:22 PM<br>FMPC Agenda - November 19, 2020 -- Note: For additional information on Agenda Item #11, please copy/paste the following link into your browser: https://www.townoffarragut.org/DocumentCenter/View/5860/Biddle-Farms-Package | | |
| **Oct (October) 15, 2020** — Amended Oct (October) 9, 2020 9:14 AM<br>FMPC Agenda - October 15, 2020 | ✓ | |
| **Sep (September) 17, 2020** — Amended Sep (September) 11, 2020 9:28 AM<br>FMPC Agenda - September 17, 2020 | ✓ | |
| **Aug (August) 20, 2020** — Amended Aug (August) 14, 2020 12:47 PM<br>FMPC Agenda - August 20, 2020 | ✓ | |
| **Jul (July) 16, 2020** — Amended Jul (July) 15, 2020 3:28 PM<br>FMPC Agenda - July 16, 2020 | ✓ | |
| **Jun (June) 18, 2020** — Amended Jun (June) 15, 2020 4:14 PM<br>FMPC Agenda - June 18, 2020 | ✓ | |
| **May (May) 21, 2020** — Amended May (May) 15, 2020 9:09 AM<br>FMPC Agenda - May 21, 2020 | | |

Select Language  Translate

|  | Agenda | Minutes | Media |
|---|---|---|---|
|  | **Apr (April) 16, 2020** — Amended Jun (June) 8, 2020 9:08 AM<br>FMPC Meeting - April 16, 2020 | ✓ |  |
|  | **Mar (March) 19, 2020** — Amended May (May) 20, 2020 9:49 AM<br>FMPC Meeting - March 19, 2020 | ✓ |  |
|  | **Feb (February) 20, 2020** — Amended May (May) 20, 2020 9:49 AM<br>FMPC Meeting - February 20, 2020 | ✓ |  |
|  | **Jan (January) 16, 2020** — Amended May (May) 20, 2020 9:48 AM<br>FMPC Agenda - January 16, 2020 | ✓ |  |

Thank you for visiting the Agenda and Minutes Center.

Government Websites by CivicPlus®

Translate