

# STAFF/DEVELOPER AGENDA
## Tuesday, December 1, 2020
## December 17, 2020 FMPC Items

This meeting can be viewed live on the Farragut YouTube Channel, www.townoffarragut.org/livestream, Charter Channel 193, and TDS Channel 3." The meeting will be held virtually, authorized by Governor Lee's executive orders regarding the COVID19 pandemic.

**9:30 a.m.** Discussion and public hearing on a site plan for the Villages of Farragut Phase 2, 230 Village Commons Boulevard, Zoned S-1, 25.81 Acres (Urban Engineering, Applicant)

**10:00 a.m.** Discussion and public hearing on a site plan for the Kingston Pike Village – Phase 2 Grocery and Shops, 115 S. Watt Road, Zoned PCD, 8 Acres (GBS Engineering, Applicant)

**11:00 a.m.** Discussion and public hearing on zoning ordinance text amendments associated with the Farragut Town Center at Biddle Farms project, 11230 and 11240 Kingston Pike and 133 Concord Road, Parcels 3.02, 3.03, 3.10, and a portion of 3.19, Tax Map 143, 43.63 Acres (Budd Cullom, Applicant)

11408 MUNICIPAL CENTER DRIVE | FARRAGUT, TN 37934 | 865.966.7057
WWW.TOWNOFFARRAGUT.ORG

*It is the policy of the Town of Farragut not to discriminate on the basis of race, color, national origin, age, sex, or disability pursuant to Title VI of the Civil Rights Act of 1964 and ADA of 1993. Questions concerning hiring, employment, policies and programs, or to request accommodations due to disabilities, please call 865-966-7057 in advance of the meeting.*