**From:** Ron Williams
**Sent:** Saturday, January 16, 2021 7:14 PM
**To:** Water Into Wine;steve farragutbusiness.com
**Cc:** David Smoak;Jim Nixon;Kendrick, Jeremy;Kevin.morrison@t████████;Louise.povlin@█████████;Tony Cox;darren.tallent@h██████;hligdis@g████████mausti12@j██████
**Subject:** RE: FW: story about FBA, Purvis

Candace,

Contact Michelle at the Press ASAP, she is in the process of doing a correction article in Next week's Press.

Mayor Williams

**From:** Water Into Wine <w2wknoxville@gmail.com>
**Sent:** Saturday, January 16, 2021 5:45 PM
**To:** steve farragutbusiness.com <steve@farragutbusiness.com>
**Cc:** David Smoak <DSmoak@townoffarragut.org>; Jim Nixon <ji██████@██████████>; Kendrick, Jeremy <Jeremy.Kendrick@t█████████████>; Kevin.morrison@t█████ Louise.povlin@█████████; Ron Williams <rwilliams@townoffarragut.org>; Tony Cox <t██████@████████████>; darren.tallent@█████████ hligdis@█████████, mausti12@█████████
**Subject:** Re: FW: story about FBA, Purvis

I have also received a threatening email to my business claiming that I was personally involved in secret deals associated with this. I have already reached out to Mayor Williams and Louise Pavlin to discuss my concerns. I will also be writing a comment to the Farragut Press, on behalf of my business, addressing these allegations.

On Sat, Jan 16, 2021 at 5:19 PM steve farragutbusiness.com <steve@farragutbusiness.com> wrote:

FYI - anyone have comments I should send along?

Sent from my Verizon, Samsung Galaxy smartphone