

**From** Ron Williams <rwilliams@townoffarragut.org>
**To** Tony Cox <tcox@republicnewspapers.com>
**Subject** RE: story about FBA, Purvis

1/16/2021, 9:58 PM

Tony,

No sir, social media negatives have jumped to conclusion about what Budd said during the meeting. Fueled by Michel Wilson's Facebook page and then stirred by Mike Michell and Patrick Lee on Nextdoor. The Press has nothing to correct on their end, Candace offered to give something to the Press in hear email below with the hope of addressing it on behalf of her business. It was David Purvis & Jim Nixon who reached out to Budd Cullom concerning the Biddle property prior to any of us ever meeting him.
My suggestion was to get in touch with Michelle as soon as possible to see if she could help set the record straight.

Sorry, I should have been clear to all. I was right in the middle of trying to work with a pressing issue with my 94 year aunt who has dementia when I received all of this within 5 minutes from different directions,

Mayor Williams

---

**From:** Tony Cox <tcox@republicnewspapers.com>
**Sent:** Saturday, January 16, 2021 8:07 PM
**To:** Ron Williams <rwilliams@townoffarragut.org>
**Subject:** Re: story about FBA, Purvis

Mayor Williams,

I am replying to you privately.

I'm a bit bothered by your use of the phrase "correction story" regarding an upcoming story in the farragutpress in this group email.

The term "correction" implies that we got it wrong. To my knowledge, we have not published a story incorrectly that needs correction.

Tony

Typed on my iPhone. Please excuse typos.

> On Jan 16, 2021, at 7:14 PM, Ron Williams <rwilliams@townoffarragut.org> wrote:
>
> Candace,
>
> Contact Michelle at the Press ASAP, she is in the process of doing a correction article in Next week's Press.
>
> Mayor Williams