# Town of Farragut 2025

## Comprehensive Land Use Plan Update

### Original Adoption by MPC: December 2012

#### Most Recent Document Update: October 2021



www.townoffarragut.org

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 1 of 62   PageID #: 1814

This page intentionally left blank

# The Plan

Farragut's future is created by individual decisions. Developers, businesses, residents, and staff decisions all help craft how Farragut will evolve.

This plan incorporates the input received during the planning process and identifies strategies that work together to create one clear vision for the Town's future. It contains the strategies and actions which can guide individual activities and create the future Farragut desires.

The planning process is not over, comprehensive planning does not end when the plan is penned, it is an on-going task. The first five decisions will determine how, and if, the plan will be used. If those decisions refer to the plan and identify how they are consistent with the plan, then the plan will more likely become a working tool to craft the future.

# Plan Organization

This plan is organized into 5 main chapters and an appendix. The first chapter *Chapter 1: Farragut at a Crossroads* identifies specific problems facing Farragut at the onset of this plan's planning process and some general 'housekeeping' items, such as how this plan relates to other plans, and how this plan is to be updated. The second chapter *Chapter 2: Eight Key Strategies* lays out the context, tools, and actions to address those issues. The third chapter *Chapter 3: Future Land Use Plan* translates the eight key strategies into physical form through land use concepts, land use designations, a land use map, and an overall comprehensive plan map. The fourth chapter *Chapter 4: Subareas* then identifies the future character associated with specific areas of change. The fifth, *Chapter 5: Extended Implementation Tools* provides more detail about specific implementation tools that were identified primarily in Chapter 2.

The appendix (a separate document which can be viewed at Town Hall) contains public opinion collected during the planning process. For continuity, it also includes the important elements from the 2001 plan such as policies, objectives, and actions.

# Resolution PC-12-18

**RESOLUTION PC-12-18**

**FARRAGUT MUNICIPAL PLANNING COMMISSION**

**IN ACCORDANCE WITH TENNESSEE CODE ANNOTATED §13-4-202 THE FARRAGUT MUNICIPAL PLANNING COMMISSION HEREBY RESOLVES TO APPROVE THE TOWN OF FARRAGUT COMPREHENSIVE LAND USE PLAN UPDATE INCLUDING ALL OF ITS MAPS, FUTURE LAND USE CATEGORIES, DESIGNS, STRATEGIES, AND RECOMMENDATIONS CONTAINED WITHIN THE PLAN**

**WHEREAS,** Tennessee Code Annotated §§ Section 13-4-201 et seq, provides that the Municipal Planning Commission shall make and adopt a general plan for the physical development of the municipality; and,

**WHEREAS,** the Farragut Municipal Planning Commission has commissioned a Comprehensive Land Use Plan Leadership Team comprised of members of the Farragut Municipal Planning Commission, Town Staff, and general public to execute the public planning process in coordination with a professional planning consultant MIG/Winston; and,

**WHEREAS,** the Comprehensive Land Use Plan Leadership Team and MIG/Winston held several public forums, digitally and in person, over the course of the last year to collect information and the capture the Town's collective vision; and,

**WHEREAS,** the Farragut Municipal Planning Commission called for and held a public hearing to solicit public comments regarding the adoption of the Comprehensive Land Use Plan Update on December 20, 2012;

**NOW, THEREFORE, BE IT RESOLVED** that the Farragut Municipal Planning Commission hereby approves and certifies the Comprehensive Land Use Plan Update to the Farragut Board of Mayor and Aldermen.

**ADOPTED** by majority vote of the Farragut Municipal Planning Commission this 20th day of December, 2012.

Rita Holladay, Chairman

Edwin K. Whiting, Secretary

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 3 of 62   PageID #: 1816

# Contents

**Farragut at a Crossroads** ............................ 3

Issues Farragut Faces ......................................................4
    Lack of a "heart" for the community ........................4
    Declining shopping centers ......................................4
    Lack of housing choice ..............................................4
    Lack of access and connectivity .............................4
    Missed opportunities to take advantage of heritage.....4
    Limited opportunities for infill and expansion........4
    Lack of coherent image ............................................4
Relationship to Other Plans ..........................................5
Updating this Plan ............................................................6

**Eight Key Strategies** ............................. 7

Strategy 1. Bring About a Downtown ..........................8
    Primary Implementation Tools ................................8
        Actions ..............................................................9
Strategy 2. Repair Aging Shopping Centers ..............9
        Actions ............................................................10
Strategy 3. Encourage Greater Housing Choice .........11
    Transitions ...............................................................11
        Actions ............................................................12
Strategy 4. Increase Connectivity ...............................12
    Primary implementation tools ...............................12
        Actions ............................................................13
Strategy 5. Capitalize on Our Heritage .....................13
    Does Farragut have properties of historic
        significance? ..................................................13
    What makes a property
        "historically significant?" ..........................13
    What types of resources exist today that relate
        to the community's heritage?......................14
    What economic benefits can historic
        resources convey?.........................................14
    Primary implementation tools ...............................14
        Actions ............................................................15
Strategy 6. Expand Our Borders .................................15
    Potential annexations ..............................................15
        Actions ............................................................16

Strategy 7. Enhance Our Identity (natural and built) . 16
    Gateways ...................................................................17
    Primary implementation tools ...............................18
        Actions ............................................................18
Strategy 8. Plan for the Remaining Vacant Parcels .... 19
    Primary implementation tools ...............................19
        Actions ............................................................19

**Future Land Use Plan** .............................21

Future Land Use Concepts ............................................22
    Flex density ...............................................................22
    Mixed use ..................................................................22
    Activity hubs ............................................................22
    Gateways ...................................................................25
    Connected pedestrian ways and roadways .........25
    Parks ..........................................................................25
Land Use Descriptions ...................................................26
    Mixed use town center ............................................26
    Mixed use neighborhood ........................................28
    Commercial & Regional Commercial ....................29
    High density residential ..........................................30
    Medium density residential ....................................31
    Low density residential ...........................................32
    Very low density residential ...................................32
    Rural residential ......................................................33
    Open space cluster residential ...............................33
    Office/light industrial ..............................................34
    Open space .................................................................34
    Parks and recreation ...............................................35
    Civic/institutional ....................................................35
Land Use/Zoning Conversions .....................................36

**Subareas** ...................................38

McFee/Boyd Station .......................................................39
Watt Road / Kingston Pike ...........................................40
Lakefront ..........................................................................41
Town Center .....................................................................42
Kingston Pike / Lovell ...................................................43
I-40 ....................................................................................44

North ..................................................................................45
Kingston Pike ..................................................................46

**Expanded Implementation Tools** ..............47

Preapproved PUD ...........................................................48
Downtown Design Concepts .........................................49
    Historic Plaza ..........................................................50
    West End ...................................................................51
    Municipal Center Drive .........................................52
    Brooklawn Development Site .................................53
Creating A Downtown and Other Activity Hubs ........54
    Place making ............................................................55
    Suburban and rural transitions .............................55
    Building / street relationship .................................56
    Sidewalk ....................................................................57
    Sidewalk "neck-downs" and crossings .................57
    Building setback and defined realms .....................57
Creating Effective Heritage Tourism .........................58
    Alternative interpretation media ..........................58
    Developing an interpretation plan .......................58

**Table of Figures**

Figure 1:Farragut's single entrance subdivisions. ...........5
Figure 2: The foundation for other plans...........................6
Figure 3: Farragut's Downtown Quadrants .....................8
Figure 4: A preliminary concept for redevelopment ......8
Figure 5: Farragut's aging shopping centers.....................9
Figure 6: Former Kroger's fits a recreation center. .....10
Figure 7: A commercial retrofit .......................................11
Figure 8: Primary Strategy 3 Areas...................................11
Figure 9: Transitions. ..........................................................12
Figure 11: Transitions 2 .......................................................12
Figure 10: Potential roadways............................................12
Figure 12: Map of historically significant property......13
Figure 13: Civil War battle site..........................................14
Figure 14: Campbell Station Inn ......................................14
Figure 15: Potential annexation areas..............................15
Figure 16: Envisioned town gateway treatment ...........16

Figure 17: Envisioned downtown gateway treatment.. 16
Figure 18: 'Likes' from the Visual Preference Survey .. 17
Figure 19: Primary Strategy 7 concentration areas ..... 17
Figure 20: Stable Areas and Vacant Parcels ...............19
Figure 21: Future land use plan ......................................23
Figure 22: Comprehensive plan map ...............................23
Figure 23: Strategic Plan activity hubs ........................24
Figure 24: Environmental constraints ...........................24
Figure 25: Future Land Use Concepts ...........................25
Figure 26: Mix use land uses (Mixed use town center
    and Mixed use neighborhood) ..................................26
Figure 27: Mixed use town center character .................27
Figure 28: Mixed use neighborhood center character. 28
Figure 29: Commercial land uses (Commercial and
    Regional commercial) ..................................................29
Figure 30: Regional commercial character ...................29
Figure 31: Residential land uses (Medium density,
    low density and very low density residential)...........30
Figure 32: Medium density residential character.........30
Figure 33: Low density residential character ................31
Figure 34: Very low density residential character .......31
Figure 35: Rural residential character ...........................32
Figure 36: Residential land uses (rural and open
    space cluster residential) ............................................32
Figure 37: Office/light industrial character ..................33
Figure 38: Open space character .....................................33
Figure 39: 'Other' land uses (open space, parks and
    recreation, office/light industrial and civic) .............34
Table 3-1: Land Use/Zoning Conversion .......................35
Figure 40: Areas of change ...............................................38
Figure 41: Preapproved PUD example 1 ........................48
Figure 42: Preapproved PUD example 2 .........................49
Figure 43: Sub-urban style landscape transition..........55
Figure 44: Building height ratio .......................................56
Figure 45: Preliminary urban street section .................56
Figure 46: Sidewalks ...........................................................57
Figure 47: Neck-downs.........................................................57
Figure 48: Urban Residential Streetscape .....................57
Figure 49: Urban Commercial Streetscape.....................57

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 4 of 62   PageID #: 1817



# 1

## Farragut at a Crossroads



Farragut is a relatively new community. In 1980 it officially converted from a suburban, bedroom community of Knoxville, to a real town. Farragut has many assets: reasonably well-to-do residents, lots of shopping (Turkey Creek serves a regional patronage), interstate highway access, and is close to Knoxville and Oak Ridge. It also has good access to recreation amenities: the Tennessee Valley Authority (TVA) waterway, good parks, and the beginning stages of a pathway system. It also attracts residents due to its lack of property taxes and good schools—it seems at first glance to doing extremely well, and it is.

Farragut is facing a number of challenges that have potentially negative implications for its future.

## Issues Farragut Faces

The following are briefs description of the major issues facing the town in the coming years.

### Lack of a "heart" for the community

Farragut has evolved from a sparsely populated rural bedroom community to become a well-rounded residential community. It has a variety of commercial centers ranging from regional shopping (Turkey Creek) to smaller strip and big-box centers. In spite of all this, Farragut doesn't have a true downtown and the sense of place that emanates from a pedestrian-oriented town center. How can Farragut bring about a downtown that has a multitude of events that attract local and regional residents to shop, work, and play? What elements will make up the downtown?

this plan incorporates and gives form to the 7 Key principles of the Farragut board of mayor and aldermen's strategic plan:

1.  history
2.  beauty: natural and built
3.  high Quality residential Choices
4.  multiple activity Centers
5.  Convenient Living
6.  outstanding recreational opportunities
7.  Community spirit

### Declining shopping centers

While Turkey Creek brought a myriad of new shopping options to Farragut, and draws shoppers from the region, it has also drawn patrons away from many existing stores and smaller shopping centers on Kingston Pike. The resulting competition is causing many older centers to experience "step downs" in the quality of tenants, declining maintenance, and even vacancies are starting to appear at a disturbing level. This not only erodes property values, but also presents a negative image of Farragut along this major thoroughfare.

### Lack of housing choice

Farragut is comprised primarily of single-family homes on relatively large lots—which cater to a narrow range of family types. As young professionals, starter families, and elderly retirees increasingly enter the housing market, they often seek small starter houses or condos, and less yard to maintain. A greater variety of housing choices will not only expand Farragut's appeal, but will also permit residents to remain through-out several stages of life.

### Lack of access and connectivity throughout the town

A large number of residential subdivisions have only a single entrance (*See Figure 1*). While this creates a high degree of privacy for the neighborhood, single-entry subdivisions also have impacts on the rest of the community:

*   force all neighborhood traffic onto major collectors, increasing congestion and traffic impacts on residences located along collector streets
*   limit accessibility for emergency vehicles

*   result in inefficient circulation for school buses, increasing travel times and the number of buses/drivers needed

People are also dissuaded from using alternative travel modes in Farragut— trails are disconnected and it is dangerous to bike on roads with cars traveling at 50 miles per hour without an adequate buffer.

For the few development opportunities that remain, increased connectivity including a street grid and trails, between major destinations will help reduce traffic congestion on major thoroughfares, reduce response times for emergency vehicles, and even encourage walking and biking.



Figure 1: Farragut's single entrance subdivisions.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 6 of 62   PageID #: 1819

*Missed opportunities to take advantage of heritage*

Many in the community feel that Farragut has no heritage. Brief research suggests otherwise: Concord Village, Campbell Station, a pioneer era rock quarry, the TVA, and not least, agricultural heritage that is evident in the scenic barns and large open fields that remain. Heritage can have a unifying influence in a community, as well as generate tourism opportunities.



*Limited opportunities for infill and expansion*

The town is substantially built-out. In addition to a limited number of remaining vacant parcels, there are only a handful of opportunities for outward expansion. As the town seeks to fill additional needs, such as residential diversity, additional employment types, and improved gateways it needs to take advantage of the few remaining vacant parcels and potential annexation areas.

*Lack of a coherent image*

Today, Farragut's best asset is the large number of attractive, well-maintained residential neighborhoods. However, the more visible aspects of community identity are somewhat nondescript:

- many of the older buildings have a consistent use of red brick buildings and semi-colonial themes, but it is being eroded by a diversity of materials and nondescript styles that many in the community find undesirable

- first impressions at the entries to town are a confusing jumble of signs, power poles, and parking lots

- the many creeks and natural areas are often hidden and inaccessible

As Farragut faces the future, will a more coherent character attract more business or residents? How does one know they've entered Farragut? What character should the streets have? Can a little more consistency in signage and building materials / styles present a more attractive first impression? Are there open vistas that should be protected? Answers to all of these questions will help form Farragut's identity.

## Relationship to Other Plans

This 2012 Comprehensive Land Use Plan (CLUP) updates the previous plan (Land Use and Transportation Master Plan, or LUTMP) adopted in 2001. Since that plan was adopted, the Town more recently engaged in another planning effort known as the Strategic Plan.

The 2012 CLUP incorporates and refines the principles from the LUTMP, Strategic Plan, as well as other town plans such as the Pedestrian and Bicycle Plan, the Parks and Leisure Services Plan, and the Transportation Policy Plan. The CLUP is intended to become the single, long-range, overarching plan that steers the Town into the future and provides specific policies and actions that can help achieve the plan.

In order for the CLUP to be effective as a unifying document, the town shall follow these policies:

Policy 1: All Town decisions should be consistent with the CLUP. If a proposed action or project is inconsistent with the Comprehensive Plan, either the action/project should be modified, or the CLUP amended.

Policy 2: The CLUP should be updated as often as necessary to remain current. Even if no major changes occur, the plan should undergo a major review (and update if appropriate) at least once every five years.

Policy 3: Future updates of the Strategic Plan (SP) and the Capital Improvements Plan (CIP) should be considered as a prioritization (SP) and implementation program (CIP) for the CLUP. Updates to the Strategic Plan should reference the sections of the CLUP. If the strategic planning effort recommends a major divergence from the plan, then the Town should update the CLUP.

Budgets Building

Permits Subdivision

Regulations

Department Master Plans

Comprehensive Plan

Figure 2: A comprehensive plan serves as the foundation for other plans.

## Updating this Plan

As conditions change (e.g., community opinions change, the economy adjusts) updates to the plan become necessary. Two types of updates are envisioned:

- A **major** update to the Plan is one that substantially changes the land uses, goals, or intent of the plan. Major updates should include substantial public outreach to help 'check' that the plan reflects current attitudes (for an example of substantial public outreach please see the appendices, which are available on the Town's website [www.townoffarragut.org](http://www.townoffarragut.org)).

- **Minor** updates are less overarching. They do not change the focus of the plan. They may include clerical corrections, minor updates to data, and other changes that clarify the intent of the plan. An example may be a neighborhood that is willing to dedicate substantial open space rather than the residential land use designated in this plan. Minor updates should be made as often as necessary. They may be made administratively, with notification of the Board of Mayor and Aldermen, Planning Commission, and public.







# 2

## Eight Key Strategies

The eight key strategies outlined in this chapter incorporate prior goals and objectives, ideas and priorities expressed by the public, and technical needs/opportunities identified by the Town staff. All of the strategies are interrelated. Actions to implement one strategy may also contribute to achieving other strategies.

1. bringing about a downtown
2. repair aging shopping Centers
3. allow/encourage greater housing Choice
4. increase Connectivity
5. Capitalize on our heritage
6. expand our borders
7. enhance our identity
8. plan for remaining vacant parcels

## Strategy 1. Bring About a Downtown

Ideally a downtown should be located near the center of town to provide ease of access for all town residents. It should also be served by major thoroughfares. The preferred location for a "downtown" for Farragut is within approximately 1/2 mile radius centered on the intersection of Kingston Pike and Campbell Station Road.

Several possible components have been identified for the downtown, generally comprising the four quadrants of the intersection:

- West End.
- Municipal Center Drive.



Historic Plaza

West End

Brooklawn Development Site

Municipal Center Drive

Figure 3: Farragut's Downtown Quadrants

- Historic Plaza.
- Brooklawn Development Site.

It is likely that the entire area will not develop at one time. It will occur in small increments, possibly over several decades. Support and participation by the Town may impact the speed of that process.

Depending on the market, it is possible that only one or a combination of these areas will develop as intended.

What does "downtown" mean? Key characteristics include:

A. Connected buildings with minor setback variations, close to the sidewalk, on both sides of a street, that form a continuous shopping experience (e.g., not broken by parking lots).

B. Individual buildings adequately differentiated (to avoid strip appearance).

C. High degree of ground floor transparency (glass) for visual interest to pedestrians.

D. On-street parking to separate pedestrians from traffic and provide convenient parking. Place major parking behind buildings, where it is out-of-sight of pedestrians.

E. A mix of uses, including shopping, dining, personal services, offices, and substantial residential (to give life to the street throughout the day and evening).

F. Nearby uses, such as offices, residential neighborhoods, that will provide a ready clientele within walking distance.

G. Pedestrian-focused amenities, such as places for gathering (pocket parks, plazas), wide sidewalks, outdoor dining, street trees, benches, consolidated newspaper racks, planters, and paving.

H. Pedestrian scale signage.

I. Gridded or semi-gridded street network - A block pattern that includes a 'figure 8' pedestrian circulation pattern that wraps around corners (as opposed to a single street).

### *Primary Implementation Tools*

**1. The Town Center District (TCD) zone**

Applying TCD zoning will bring about a number of the desired conditions.

**2. A preapproved PUD**

Getting through a traditional development application and rezoning may be considered risky and too expensive by some developers.

To remedy this, a preapproved PUD could be used by the Town, ideally with participation by the owner/developer. The preapproved PUD is a detailed subarea plan that could address elements such as road layouts, streetscape treatment, building massing, parking organization, and basic design guidelines. It is in sufficient detail to assure a developer that if followed, Town approval is likely.



Figure 4: A preliminary concept for redevelopment of the West End to create part of the downtown. This could be achieved through a preapproved PUD.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 10 of 62    PageID #: 1823

The preapproved PUD will:

- Identify the publicly supported objectives and key concepts for development.

- Reduce the cost to the developer of obtaining approval (if they wish to follow the PUD).

- Allow the Town to lead the public review process, outside the "heat of battle" of a specific proposal.

(*See* Chapter 5: Extended Implementation Tools *for more on a preapproved PUD.*)

**3. Business Improvement District (BID)**

Due to the fragmented ownership of several key downtown parcels and a desire for a quality design, the downtown may require a tool for coordinated action by property owners. A BID is one form of a special development district that is often used to coordinate such things as hours of operations, maintenance, and advertising between multiple property owners.

Actions

1. Review and recodify the municipal code to ensure it encourages, and does not prevent, appropriate urban design standards such as a gridded street network and sidewalk widths.

2. Create a "concierge" service that helps Farragut's developers apply the Town Center District zone and navigate the approval process to achieve desired urban design effectively and efficiently.

3. Invite major property owners in designated downtown areas to participate in a preapproved PUD (*see 'Tools' above*).

4. Create a small grant program that provides matching funds to individual property owners in downtown areas that install streetscape improvements and upgrade facades.

5. Utilize the illustrations in the Comprehensive Plan to promote downtown development and encourage creative redevelopment.

6. Conduct a market study to identify niche retail tenants that should be targeted, as well as appropriate lot sizes, in order to attract a unique clientele and avoid competition with other retail and residential development.

7. Allocate capital improvements funding for streetscape and infrastructure improvements for sites where downtown development is committed. Consider making these a revolving fund.

8. Partner with other government entities (schools, public health facilities) to encourage relocation to, and compatible development of, the town center.

(*See* Chapter 5: Future Land Use Plan: Mixed Use Town Center Land Use *and* Chapter 5: Expanded Implementation Tools: Downtown Design Concepts *for more information.*)

## Strategy 2. Repair Aging Shopping Centers

The emergence of Turkey Creek, combined with an overabundance of similar auto-oriented commercial centers, has increased competition with many smaller shops and many medium-sized stores. Small, dispersed, auto-centric retail has difficulty competing for the simple reason that once consumers are in their cars, driving an extra 10 minutes to a newer retail center is easy—and today's destinations will continue to face new competition.

The result is that many older or outmoded commercial buildings are beginning to exhibit decline and deterioration. Some sites convert to lower-rent retail. Once they become vacant, buildings and landscape slowly degrade, weeds emerge through pavement cracks, and graffiti begins to appear.







Figure 5: Farragut's aging shopping centers erode property values and present a negative image of the town.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 11 of 62    PageID #: 1824

The decline of some of Farragut's commercial centers is not unique, in many other towns where sprawl occurs, new development shutters the old (the life of a typical strip development is estimated to be 15 to 25 years).

Adapting and upgrading is not always an option. As competition increases, and shopping preferences change (e.g., indoor malls have become passé), the kind of retail the market desires is sometimes prevented or discouraged by development regulations. Existing zoning setbacks and parking requirements may discourage the more pedestrian-friendly retail that is becoming popular.

The size and form of existing retail buildings may not be well suited for conversion to more pedestrian-oriented boutique shops for example.

*Primary implementation tools*

**1. Zoning for a mix of uses**

Rather than wait through the typical downward evolution of aging centers, another strategy could be to rezone them for a greater mix of uses, thereby providing an incentive for redevelopment. Plus, allowing and incentivizing residential uses as a part of redeveloping centers will help create "built-in" demand for local retail (such as coffee shops, restaurants). Added amenities such as plazas or small pocket parks or additional connections will encourage nearby residents to shop locally.

Redevelopment will most likely require incentives in the form of increasing the land use intensity allowed (including higher density residential in the commercial site), relaxation of regulations (parking or setbacks) or town investment (the creation of pocket parks or streetscape).

**2. Adaptive reuse**

Adaptive reuse is the converting outmoded buildings to new uses. Examples from around the U.S. include converting small-box stores to churches, grocery stores to athletic clubs, and shopping centers to colleges.[1]

As a local example, the former Kroger's grocery store may be an ideal location for a recreation center. It is located in the center of town, hence is accessible to all Farragut residents. It has the parking and associated uses (a day care center) that could be symbiotic.

Since adaptive reuse requires special efforts to meet new building codes, it may be useful to provide waivers in certain instances, or assistance (a "concierge" service) to help builders and developers navigate through the process.



Figure 6: The former Kroger's grocery store fits the footprint of a recreation center.

---

1    Note also that re-use can also be cost-effective, and "green", in that it reduces the use of raw materials that have to be produced and transported to the site and reduces the amount of disposal materials.

Actions

1.  Review and codify the  municipal code to ensure appropriate standards exist to allow/encourage mixed use redevelopment.

2.  Invite one or more land owners in designated centers to partner with the Town to create a preapproved PUD (*see 'tools' in Strategy 1*).

3.  Conduct a market study to identify neighborhood serving retail and residential markets suitable for adaptive reuse and redevelopment.



Figure 7: An example of a retrofit to a declining shopping center. Credit: Urban Advantage.

4. Create a small grant program that provides matching funds to individual property owners that install streetscape improvements and upgrade facades in redeveloping shopping centers.

5. Put funding for streetscape and infrastructure improvements (utilities, connecting streets) for select sites into the Capital Improvements Plan. Investigate options to make these a revolving fund (repaid through developer fees).

6. Create a "concierge" service that helps Farragut's developers navigate the redevelopment approval process, to achieve desired urban design effectively and efficiently and provides feedback on adaptive reuse.

## Strategy 3.
## Encourage Greater Housing Choice

Farragut's need for a greater range of housing types has been identified several times: in the 2001 Land Use and Transportation Master Plan, the town's Strategic Plan, and in the public process to form this plan.

While the town has some multi-family housing, existing land use is primarily suburban, medium-sized lots with single-family houses.

More housing will provide greater local clientele to support new and expanding retail and services. Greater housing diversity will respond to growing needs of young professionals and the elderly.

Generally, greater housing choice can be accomplished by increasing the intensity of residential development on vacant land and by redevelopment of underperforming commercial properties. Doing so requires protecting existing neighborhoods.



Figure 8: (Left) Primary Strategy 3 Areas. Encourage greater housing choice while protecting existing neighborhoods. (right) Examples of increased density residential types (from bottom): small lot single-family, townhomes, apartments/condos.

Very Low Density Residential (2-4 DUs / Acre)
Low Density Residential (3-6 DUs / Acre)
Med Density Residential (6-8 DUs / Acre)
High Density Residential (9-12 DUs/Acre)

Draft Comprehensive Plan Map



Figure 9: Transitions. Development density increases closer to a major thoroughfare (Left)l Density increases away from adjacent properties with lower density (Right).




Case 3:23-cv-00402-TRM-JEM Document 6-39 Filed 11/11/23 Page 13 of 62 PageID #: 1826

### Transitions

To protect existing neighborhoods from incompatible new development, and to encourage gradual transitions even within a new development (such as between blocks with different densities), the following guidelines should be applied:

- If a density different from an adjacent property is proposed, the transition should occur within the proposed development (gradually increase or decrease away from the common boundary).

  For example, if a new development with a medium density designation were placed next to an existing low density neighborhood, single-family homes should be placed along the common boundary, with duplexes and townhomes placed further away from the existing neighborhood. This will create a gradual transition of density away from the common property line and make adjacent developments compatible. However, if the medium density was placed alongside a non-residential use (commercial, office), density could increase to match the intensity of that use. For example a medium density residential development would 'fit' next to office or commercial.

- Gradual density increases are encouraged near mixed use, office and commercial developments, along arterials, and at major intersections, as long as they maintain quality standards to ensure compatibility with adjacent development.



Figure 10: Higher density transitioning gradually to lower density existing development.

Policy: Densities of new development should be compatible with existing adjacent densities.

### Primary implementation tools

**1. Mixed use development**

Add housing variety and create mixed use zoning when implementing strategy 1 and 2.

**2. Flexible density & transitions**

The Town can take advantage of the relatively few remaining large vacant parcels in Farragut, by using the concept of "flexible density" to encourage, within new developments, a greater range of housing types. *(See Chapter 3 Future Land Use Plan for more information).*

### Actions

**1. Update zoning to:**

- Create mixed use zoning districts that allow residential uses in commercial, office and some civic uses—with appropriate amenities (see *Chapter 3: Future Land Use Plan for more information*).

- Allow greater range of housing types within a development, including the concept of flexible, or averaging, density

## Strategy 4. Increase Connectivity

Many of Farragut's subdivisions have only a single entrance. Single-entry subdivisions have impacts on the rest of the community in the form of congestion and longer distances to travel. Increased roadway connectivity provides more options for travel and thereby reduces congestion. It also improves the efficiency of school buses and emergency services and provides access when one entry may be blocked. Increasing pathway connectivity encourages walking and biking, which is attractive to both elderly and starter families.

### Primary implementation tools

**1. Connect new development**

Require new development to connect to surrounding development when possible. The plan identifies a number of potential "desire lines" for connecting roads and trails. These should be implemented through the subdivision review process, and condition approval on their construction.

**2. Fix missing links**

Construct "missing links" (pedestrian ways and roadways) in existing developments, where routes are feasible.

**3. Continue to implement the Road Master Plan and the Pedestrian and Bicycle Plan (PBP)**



**▪▪▪▪▪▪ Potential Roadway**

Figure 11: Potential roadways identify missing links and in some cases desired roadway connections. (See *Chapter 3: Future Land Use Plan for more information*.)

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 14 of 62    PageID #: 1827

The plan defines goals and strategies for pedestrian and bicycle circulation, including strategies to address missing links. Continue to prioritize the PBP as part of and as a yearly Strategic Plan Update and continue to implement it through the town's Capital Improvements Plan.

n **Actions**

1. Confirm and prioritize missing connections in already developed areas and identify funds to create those connections.

2. Update Farragut's Pedestrian and Bicycle Plan to be consistent with this plan. Farragut's PBP identifies a number of street sections, but does not include an urban section. An urban street section differs from a suburban and rural sections, often they include on- street parking, wide sidewalks with an amenity zone. As speeds are typically lower, bikes often merge with traffic on these sections. Update the PBP with an urban street section. (see *Chapter 5: Extended Implementation Tools for more components of an urban street section*).

3. Require a grid or modified grid street pattern in all non-residential development.

## Strategy 5. Capitalize on Our Heritage

Celebrate Farragut's heritage through the preservation and interpretation of historic buildings and sites that convey the rich history of the community.

### Does Farragut have properties of historic significance?

Even though the town is relatively young as an incorporated government, the heritage of the area extends back in time. Known history begins with Native American habitation, continues through early European settlement, and includes key events in the Civil War. More recent history is associated with regional developments such as the TVA, Oak Ridge and the suburbanization of Knoxville.



### Identified Historic Locations

| ID | Name |
|----|------|
| 1 | 1880's House |
| 2 | Admiral Farragut Birthplace |
| 3 | Archibald Roane |
| 4 | Barn 1 |
| 5 | Barn 2 |
| 6 | Barn 3 |
| 7 | Biddle House |
| 8 | Callaways Landing |
| 9 | Campbell Station Inn |
| 10 | Concord Depot |
| 11 | Concord Fairgrounds |
| 12 | Concord Presbyterian Church |
| 13 | Farragut High School |
| 14 | Farragut Intermediate School |
| 15 | Farragut Middle School |
| 16 | Farragut Press House |
| 17 | Farragut Primary School |
| 18 | Hackney Mill |
| 19 | Marble Quarry |
| 20 | Masonic Lodge |
| 21 | Nelson - Russell House |
| 22 | Old Farragut School |
| 23 | Old Post Office |
| 24 | Pleasant Forest Cemetery |
| 25 | Red Mill Dam |
| 26 | Russell Sisters School |
| 27 | The Cannery |
| 28 | Town Hall |
| 29 | Village of Concord |
| 30 | Virtue Mill |
| 31 | War Memorial at Virtue Mill |

⊙ Historic Locations
▨ Historic Concord Village
– · – Town Limit
～ Streams
▨ TVA Reservoirs

Figure 12: Map of historically significant property.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 15 of 62   PageID #: 1828



Figure 13: A Civil War battle site adjacent to Campbell Station Road and Concord Road that helped determine the outcome of the Battle of Knoxville.



Figure 14: Campbell Station Inn.

### What makes a property "historically significant?"

A property may be associated with an important person or event (such as the Campbell Station Inn), but many other properties of significance are simply part of the history of the evolution of the community. While they may not be "landmarks" in terms of being associated with high-profile events or persons, they are valued records of the community's history and contribute to its sense of identity.

### What types of resources exist today that relate to the community's heritage?

Several sites have been identified as having potential historic significance. Additional sites may be identified through surveys, but the list of historically significant resources already includes: residences, barns and other outbuildings, as well as remnants of mills and other industrial archeology. There are still other places where events occurred, but structures do not remain.

### What economic benefits can historic resources convey?

Preservation and/or enhancement of historic resources can yield economic benefits in the form of heritage tourism. Tourism aids the local economy by increasing direct expenditures (meals, groceries, convenience items, lodging). As tourism grows, it has the potential to increase local jobs and income. Public investment in historic resources and community appearance attracts tourism, increases pride, and leverages significant private capital.

Heritage Tourism is a specialized area of the visitor industry that focuses on conveying the history of a region. It combines visits to historic buildings and sites in ways that inform and entertain those who travel to the area. These sites are further energized with special events, interpretive markers, and displays to enhance appreciation of the area's history. Many heritage tourists seek out experiences that are tailored to specific themes in history. For example, touring Civil War battlefields, and particularly tracing campaign trails, is an aspect of heritage tourism that is relevant to Farragut.

While Farragut has a limited selection of historical sites, they are important ones, and when considered in the context of the region, can be combined with other communities in planned tours and special celebrations.

### Primary implementation tools

While a range of programs and tools may be employed to promote heritage, the following should be considered as the highest priorities.

**1. Heritage interpretation plan**

An interpretation plan would identify key properties and sites to be highlighted in heritage recognition programs. This could include historical site markers, guided tours, and even events that celebrate the community's history.

An interpretation plan is a cost-effective way of making the best use of the diverse range of historic sites that exist in the town, both in terms of building a sense of community identity and pride, as well as in promoting tourism and economic development.

This plan could be used by the Town staff, the Chamber of Commerce, and other interested parties to coordinate actions and programs related to heritage interpretation.

Many communities adopt criteria for determining historic significance. As an example, the National Register of Historic Places uses the following criteria for determining historic significance:

The quality of significance in American history, architecture, archaeology, engineering, and culture is present in districts, sites, buildings, structures, and objects that:

- possess integrity of location, design, setting, materials, workmanship, feeling, and association, and

- are associated with events that have made a significant contribution to the broad patterns of our history; or

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 16 of 62   PageID #: 1829

- are associated with the lives of significant persons in or past; or

- embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction; or

- have yielded or may be likely to yield, information important in history or prehistory.

*(For more information on components of the historic interpretation programs see the [Chapter 5 Expanded Implementation Tools](#).)*

**2. Historic site markers program**

Recognize buildings and sites of cultural and historic significance by developing a plaque that may be placed at these properties. This will also help to build a sense of pride in the community and promote heritage tours.

Markers programs are generally educational only, and are not linked to preservation regulations or ordinances.

Actions

1. Work with the Farragut Folklife Museum Committee, and professional resources, to prepare a Historic Interpretation Plan. Reach out to the Farragut Business Alliance, the Farragut/West Knox Chamber of Commerce, and other similar organizations supporting to support in this effort.

2. Enlist local donors to contribute to a Historic Markers program.

3. Include preservation of historic resources as an incentive in the town's development review process.

   Update the development review process to include consideration of historic resources. For example, if a site plan is subject to review for other reasons or if any historic or cultural resources on the property are to be saved, given special priority in permitting, or offered additional flexibility in meeting other development and use standards.

   This approach does not involve a landmark protection program, such as would be associated with a preservation ordinance.

4. Work with property owners to promote active use of historic properties.

## Strategy 6: Expand Our Borders

Growth is occurring adjacent to Farragut, under Knox County jurisdiction. With a large jurisdiction and different standards, Knox County oversight does not provide the design character and consistency that many in Farragut desire, especially at key entries to the town. In 2001, Farragut, Knoxville, and Knox County identified several urban growth areas in the Growth Plan. In order to provide consistency in character, protect historic resources, and expand employment options, this plan recommends specific annexations in those areas.

It is acknowledged that the additional public revenues may not cover the additional cost of extending services and infrastructure. Notwithstanding, the purposes/objectives listed below for each area may justify the annexation.

*Potential annexations*

**Designated areas north of I-40**

Purpose/objective:

- Exert stronger design control over a key gateway area.

- Encourage employment-generating businesses.

- Avoid commercial businesses that will compete with existing Farragut businesses (and reduce sales tax generation).



Figure 15: Potential annexation areas, selected after analysis from areas identified in the 2001 Growth Plan.

**South side of east Kingston Pike**

Purpose/objective:

- Exert stronger design control over a key gateway area.

- Access control.

- Application of town standards.

**Area adjacent to Concord Road**

Until such time as the majority of the citizens are in favor of annexation, the Town should only pursue annexation of just a buffer from the town's existing limit. This will give control to the Town to help reduce any conflict from incompatible development on Concord.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 17 of 62   PageID #: 1830

Purpose/objective:

- Exert stronger design control over a key historic resource.

- Bring financial and organizational resources to augment maintenance and capital improvements.

- Gain additional historic resources and event locations as attractions for Farragut visitors.

Actions

All annexations should follow these steps:

1. Develop a concept plan.

2. Perform a cost benefit analysis.

3. Solicit land owner feedback.

4. Negotiate pre-annexation agreements.

5. Adopt through a public approval process.

## Strategy 7.
## Enhance our Identity (Natural and Built)

To visitors, Farragut is defined by many of its buildings, streetscape, and its natural features. This "first impression" affects how guests and newcomers perceive the community. Protecting and enhancing this identity can yield significant benefit to the whole community as well as to individual properties and businesses. Maintaining or enhancing the appearance of the community can stabilize or even enhance property values. An attractive community builds pride,

contributes to community spirit and makes living in town more appealing.





Figure 16: Envisioned town gateway treatment.





Figure 17: Envisioned downtown gateway treatment.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 18 of 62   PageID #: 1831

While the architecture in Farragut has generally been of traditional suburban quality, there are an increasing number of buildings that are dated, others that are not well maintained, and there are even recent buildings with a more modern character that have engendered dislike.

Farragut's natural image is composed of:

- wooded, rolling hillsides.

- tree-lined waterways (Turkey Creek, North Fork, Little Turkey Creek and others).

- open meadows and agricultural fields.

- classic barns.



Figure 19: Primary Strategy 7 concentration areas.



Figure 18: 'Likes' from the Visual Preference Survey.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 19 of 62   PageID #: 1832

## Gateways

Gateways influence the first impression visitors and prospective businesses form when arriving in the town or downtown. Their appearance conveys an image of the community, including the Town's sense of pride. Since Farragut wants to encourage new businesses, particular attention should be paid to gateways to assure that they communicate the appropriate message. But businesses are only one side of the land use equation; Farragut also wants to remain a premier/high quality residential community. Improving gateways can improve civic pride.

One way to preserve gateways is through guidelines. Town gateway guidelines might focus on:

1. The impression created at gateways is more powerful and lasting than any "welcome to…" sign. Therefore, it is recommended to reinforce gateways primarily by installing quality landscaping, such as creating planted medians and installing landscaping and stone walls at intersection corners.

2. Install large trees to screen out unattractive buildings, or uses.

3. Protect vistas and historic buildings so visitors can experience Farragut's setting and heritage.

4. Enhance natural vegetation, mature trees add distinctive qualities to any setting.

Gateways treatments, smaller in nature, can also be used to signal the downtown, with elements such as:

- wayfinding signage to direct one to different services.

- medians and streetscaping with wide, brick walks, street trees to give shade, comfortable benches, attractive, consistent signage, and other pedestrian amenities.

### Primary implementation tools

**1. Design guidelines**

Prepare, and encourage developers to use, an illustrated guide for a limited range of architectural elements that would project a distinct image in highly viable areas. The preliminary list below suggests elements that could be addressed, but a more detailed study and public involvement is recommended.

**Architecture**

- 2-3 story buildings.
- pitched roofs with large overhangs.
- flat roofs with cornices and parapets.
- red and orange brick varieties, or local stone.
- taller ground floor with more windows.
- wide frame windows and doors.
- awnings and insets for variety.
- lintels above windows.
- transparency on ground floor.
- mullins in windows.
- modern, contemporary, and industrial design such as reflective glass or corrugated metal siding should be avoided.

**Streetscape**

- generous landscaping.
- preserve existing mature trees.
- paving with brick-type (avoid flat concrete).

**Utilities**

- undergrounding of utilities (where geology permits).

### Actions

To protect and enhance the town's image Farragut should:

1. Improve its gateways by commissioning subarea designs for gateways.

2. Preserve key open spaces and scenic views by acquiring properties and/or easements.

3. Create design guidelines to encourage more consistent design character for future development in commercial, medium density residential, and mixed use areas.

4. Maintain views from/of historic resources (*see Strategy 5*).

5. Assure that design of public facilities meets quality standards.

To protect Farragut's open feel:

1. Development will avoid hazardous areas (sinkholes, steep slopes, floodplains). When possible, open areas should maintain view and allow trails.

Case 3:23-cv-00402-TRM-JEM Document 6-39 Filed 11/11/23 Page 20 of 62 PageID #: 1833

## Strategy 8:
## Plan for the Remaining Vacant Parcels

With less than 20 percent of the town's land remaining vacant, the town is approaching buildout. As the town continues to fill in, only a few large open areas remain.

Vacant parcels will continue to be the easiest to develop (vs. redevelopment) and will have the highest priority in the market. At the same time, Farragut's vacant land provides the best opportunity to move beyond traditional suburban development patterns, to achieve land uses that will bring about a more complete community.

Thus, the land use plan reflects designations that have slightly different composition and development concepts than have been employed previously. Concepts such as flex density, feathering density and mixed uses will help Farragut provide a greater range of housing options and create more walkable neighborhoods.

*Primary implementation tools*

1. Create new zoning categories that incorporate comprehensive plan concepts such as flex density and mixed use.

2. Require internal and external connectivity in new development (*see Strategy 4*).

Actions

1. Apply the land uses outlined in the comprehensive plan.



Figure 20: Stable Areas and Vacant Parcels.

■ **Stable Areas**



Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 21 of 62   PageID #: 1834

This page intentionally left blank



# 3

## Future Land Use Plan

This chapter is intended to be used in several ways:

1. To understand the public intent when considering rezoning of a parcel.

2. To understand public expectations on one's own, and other's parcels.

3. To provide advice or direction to a land owner or applicant relative to the arrangement of uses on a parcel of land.

4. To assist other departments and agencies when estimating development potential in order to determine approximate need, such as the size of road, water or drainage infrastructure.

## How to use the concepts, descriptions, and map

the Comprehensive plan map is a quick visual reference for the whole Comprehensive plan. to better understand the logic, assumptions, and detailed expectations for elements of the map, please refer to the Concepts and descriptions.

as this is the town's first future land use plan, great care was taken to reflect existing conditions as well as citizen's desires, including:

1. building condition and potential for redevelopment
2. environmental constraints such as steep slopes, sinkholes, drainage and flooding. (see figure 20)
3. Zoning (existing use by right)
4. adjacent land use
5. owner intent
6. public desire (creation of a more holistic community)
7. protecting existing uses

the comprehensive plan map is a physical expression of the plans eight key strategies:

1. bringing about a downtown
2. repair aging shopping Centers
3. allow/encourage greater
4. increase Connectivity
5. Capitalize on our heritage
6. expand our borders
7. enhance our identity

This chapter has three main parts:

A.  *Future Land Use Concepts* (FLUC) are key ideas (such as pedestrian ways, activity hubs, and flex density) that influence how land is utilized. While they are not land uses, they influence how land is used.

B.  *Land Use Descriptions (LUD)* translates the key concepts into land use categories that describe the intent, character, applicability, density, and location criteria for each of the 13 land uses.

C.  The *Future Land Use Map (FLUM)* and the *Comprehensive Plan Map (CPM)* translate the FLUC and LUD into a physical form, specifying locations throughout the town. The CPM displays land uses plus the land use concepts—in a way that is consistent with the 8 plan strategies. (See *Chapter 2: Eight Key Strategies*.)

## Future Land Use Concepts

Future Land Use Concepts are key ideas that influence land utilization. They are identified on the Comprehensive Plan Map.

### *Flex density*

To encourage a greater variety of housing types in new neighborhoods, the residential and mixed use descriptions contain a range of density for residential uses. This range encourages diversity in development to avoid monotonous "cookie-cutter" similarity.

The "base" density assumed for the zoning or Planned Unit Development (PUD) designation of a parcel is the lowest density of the designated

range. The Town will consider granting zoning with higher density (within the range) relative to demonstrated significant public benefits achieved by the proposed project, such as the provision of pedestrian amenities and/or the preservation of open space. In most areas, the midpoint of the range should be considered an overall average that can be achieved by using a mix of unit types and/or lot sizes within the range. For example, in the

medium density residential land use (6-12 units/acre), the average of 9 units per acre could be achieved by mixing single-family homes, duplexes, and even some townhomes.

To ensure that the new development is compatible with existing neighborhoods, gradual transitions between different densities should occur (see *Transitions*).

Policy 4: The base density assumed for the rezoning or Planned Unit Development (PUD) designation of a parcel is the lowest density of the designated range. The Town will consider granting higher density in the range relative to demonstrated significant public benefits to be achieved by the project. Parcels must be large enough to allow transitions or surrounding density should be matched.

### *Mixed use*

Throughout the planning process, Farragut's citizens expressed a desire to allow (and even encourage) residential uses to be mixed with retail and employment uses in certain areas.

Mixed land use designations (mixed use town center and mixed use neighborhood) should encourage the co-location of residential with a variety of non-residential uses. Commercial land uses and office/light industrial are allowed to include residential uses when there are adequate amenities (extensive pedestrian amenities, the dedication of a large park) to support residents.

With enough people living in and nearby a mixed use center, it will attract a retail mix that reduces its reliance on automobile traffic.

### *Activity hubs*

The town's Strategic Plan identified a number of activity centers, defined as "Self-contained community where residents enjoy easy access to shopping and restaurants, entertainment, worship and schools within minutes of home."

# future land use & comprehensive plan map



### Legend (Future Land Use Map)

- Civic/Insitutional
- Office/Light industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DU's/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)
- Interstate
- **Major Arterial**
- Minor Arterial
- Major Collector
- **Minor Collector**

**Future Land Use Map**

Figure 21: Future land use plan.



### Legend (Comprehensive Plan Map)

- Strategic Plan Hub
- Town Gateway
- Downtown Gateway
- Future Parks
- Pedestrian Crossing
- Completed Pedestrian Way
- Potential Pedestrian Way
- Known Waterway
- Known Wetland
- Waterbody
- Floodway
- 100 Year Flood
- Civic/Insitutional
- Office/Light industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DU's/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)
- Interstate
- Major Arterial
- Minor Arterial
- Major Collector
- Minor Collector
- Potential Roadway

**farragut**

**Comprehensive Plan Map**

Figure 22: Comprehensive plan map.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 25 of 62   PageID #: 1838

In this plan, Activity centers have been labeled as "activity hubs", to remove confusion relating to recreation centers, and to add more emphasis to the concept.

Activity hubs include high-intensity, compact developments in highly trafficked areas. Generally, hubs are points of attraction with more pedestrian and vehicular use than other areas in the town. They are often defined by a particular identity such as office, retail, or downtown.

Hubs typically require more extensive infrastructure than the rest of town. For example, as these areas will see a lot of traffic, the Town will encourage the development of pedestrian and automobile connections within hubs and approaching the hubs.

Generally, density and floor areas are higher in hubs and should reduce gradually further away. For example, retail and commercial hubs would be flanked with medium density residential.

With lots of activity, hubs become the front face of the town. They are highly visible to visitors, businesses, and residents alike and it is important to keep them attractive.

## Town Center Activity Hub

Consistent with Strategy 1: Bringing About a Downtown, the town center hub will be the most active hub. It will become a location for civic, social, retail, government, and residential needs. (See *Chapter 2: Eight Key Strategies: Strategy 1 Bring About a Downtown* and the *mixed use town center land use* for more information)

## Major Activity Hubs

A major activity hub is a large-scale development that is often oriented toward a specific kind of activity. The town's major activity hubs include:



Ⓗ Strategic Plan Hub

Figure 23: Strategic Plan activity hubs.

- **Turkey Creek**, currently the town's most developed hub, is one of the region's largest commercial centers with a full variety of services, from shopping to dining to lodging.

- **Snyder/Outlet**, a developing hub, is envisioned to serve primarily as an employment center with "class a" offices, light manufacturing, and business incubator space. Design quality is highly important; these buildings should represent the best construction and highest quality design in the market.

- **I-40/Campbell Station Interchange**, a developing hub, is envisioned to become a services or hospitality hub, with restaurants, hotels, a conference center, and offices.

The prevalence of environmental constraints, especially sinkholes, from Karst topography, floodplains, and steep slopes has been taken into consideration during the planning process. While the comprehensive plan has taken them into account, a more detailed study will be required for specific projects.



Figure 24: Environmental constraints used to craft future land use.

## Minor Activity Hubs

A minor activity hub supports activity often oriented toward adjacent or future neighborhoods. Feathering of density is necessary to allow this type of hub to blend with nearby residential areas.

- **McFee/Boyd Station** is a small neighborhood-serving, mixed use hub. Retail will primarily serve park users and local residents. Surrounded by clustered residential development with open space, it will be accessible by pedestrians and bicyclists.

- **Historic Concord Village** is a historic hub. While not currently in the town boundary, because it is nearby and attracts tourism to the area, the Town has an interest in preserving the historic integrity of the village. It is envisioned that the village will remain much like it is today, with some additional appropriately designed commercial buildings and an artists' colony.

- **Mixed use neighborhood hubs** throughout the town are intended to primarily serve local convenience shopping needs. Larger mixed use neighborhood hubs may contain an anchor business, such as a grocery store.

### Gateways

Gateways influence the first impression visitors and prospective businesses form when arriving in the town or downtown. Their appearance conveys an image of the community, including the Town's sense of pride. (See *Chapter 2: Eight Key Strategies, Strategy 7*: Enhance our Identity for more information.

### Connected pedestrian ways and roadways

The Plan includes potential pedestrian ways, potential roadways, and some pedestrian crossing to help complete "missing links". See *Chapter 2: Eight Key Strategies; Strategy 4. Increase Connectivity* for more information. Pedestrian ways are paths that are most valuable and used when they link many areas. Missing links greatly lowers their usability.

The Comprehensive Plan Map identifies proposed pedestrian and automobile connections in many undeveloped areas, as well as in a few existing neighborhoods where there is already a ROW or a stub (a dead end trail or roadway) that allows connection to adjacent parcels. The connections shown (in Figure 25) reflect a general desired line and not a specific alignment.

To increase pedestrian connectivity and the success of the system, several potential pedestrian road crossings have been identified. These could be at grade-signaled, or below or above grade crossings. All signalized intersections should accommodate pedestrian crossing on all four legs of the intersection.

### Parks

While Farragut has a developed system of major parks, as more development occurs, more neighborhood or pocket parks will be necessary to maintain the existing level-of-service. Several park locations, identified on the Comprehensive Plan Map, are intended to provide a general location for these neighborhood parks. These parks, depending on the type (pocket, neighborhood, or community) could have a range of recreational features, such as a turf playing field, small playground, specialized facilities, and ample landscape. The Russell House on the corner of Kingston Pike and North Campbell Station Road is envisioned as a historic park.



Figure 25: Future Land Use Concepts are not land uses, but key ideas that influence land utilization.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 27 of 62    PageID #: 1840

# Mixed use town center

## Intent

- Provide for the creation of a unique town center for Farragut with a variety of shops, restaurants, businesses, offices, and residences, in a pedestrian-oriented setting.

- Create a sense of community identify with a mixture of well-connected public gathering spaces and entertainment venues framed by an iconic architecture and streetscape.

- Provide for a built environment that prioritizes walkability and pedestrian activity but still acknowledges, though to a lesser degree, the role of the automobile in a suburban community.

## Uses

- Though ultimately driven by form, provide for a mix of uses that complement each other, including employment, commercial, retail, services, offices, civic, and residential.

- Retail-oriented uses with smaller, more pedestrian scale, footprints with a high degree of ground floor transparency.

- A mix of residential types appropriate to the context and surrounding plan of development.

- Residential uses with densities that are consistent with the transition and flex density concepts described in the Comprehensive Land Use Plan Update. Residential density in the Town Center land use area should transition internally so that the density along a common boundary is compatible with the density of the existing abutting residential community.

- High density residential should only be permitted as part of a town center development plan.

- A town center development plan which includes high density residential is intended to be located only in the area bound by S Campbell Station Road, Concord Road, and Kingston Pike.





Figure 26: Mixed use land uses (Mixed use town center and Mixed use neighborhood).

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 28 of 62   PageID #: 1841



## Character

- Well-connected internally and externally for bicycles and pedestrians.

- Lively outdoor spaces and storefronts with a high degree of transparency.

- Places to gather for a variety of different types of events.

- Buildings that engage the street and that are inviting to pedestrians with wide sidewalks, outdoor dining, street trees, benches, planters, and other streetscaping enhancements.

- On-street parking and a gridded or semi-gridded street layout system.

- Appropriately scaled buildings that reflect an emphasis on form and arrangement that promotes uses consistent with the surrounding context.



Figure 27: Mixed use town center character.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 29 of 62    PageID #: 1842

## Mixed use neighborhood

### Intent

- Encourage the redevelopment of outdated commercial locations.

- Add a residential/office component to commercial areas that provides a built-in clientele and reduces the need to compete with big-box centers.

- Provide opportunities for small, neighborhood-serving retail at appropriate locations.

- Create an alternative residential option for Farragut, with convenient access to goods and services.

### Uses

- Small, "niche" retail stores.

- Small-footprint versions of chain stores

- Convenience stores oriented to the local community such as small groceries, coffee shops, or bakeries.

- Personal service offices.

- Modest residential (both detached, attached, and "above the store" residences)

### Residential Density

- 6-8 units per acre.

### Location

- Along major roadways, co-located with higher density residential.

- At major intersections.

### Character

- Compact, 2-3 stories, may range from single buildings to 2 blocks (both sides of a street).

- Comfortable bike and pedestrian connections to surrounding neighborhoods.

- Internal pedestrian-oriented amenities, such as pocket parks, plazas, bike storage, wide sidewalks and access to cafés.

- Pedestrian scale signage.

- Gridded or semi-gridded street network.





Figure 28: Mixed use neighborhood center character.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 30 of 62    PageID #: 1843

# Land Use Descriptions

## 3 Commercial

**Intent**
- Continue to encourage, and provide locations for, general, auto-oriented commercial uses.
- Encourage the redevelopment of outdated commercial locations.

**Uses**
- Employment and services that meet the needs of town and regional residents and businesses.

- Residential allowed if adequate pedestrian and residential amenities are provided such as small parks, play areas, trails, or open areas.

**Residential Density**
- 4-7 units per acre, if proper residential amenities are included.

**Location**
- Along major corridors, primarily Kingston Pike.

**Character**
- Buildings encouraged to incorporate traditional Farragut design theme *(see Chapter 2: Eight Key Strategies; Strategy 7: Enhance Our Identity)*.
- Parking lots screened from roadways, interconnected, and well landscaped.



Figure 29: Commercial land uses (Commercial and Regional commercial).

## 4 Regional commercial

**Intent**
- Support and ensure on-going success of large auto-oriented commercial centers (hubs) such as Turkey Creek.

**Uses**
- Retail, office, dining, entertainment.
- Hospital and medical services.
- Hotels and motels.
- Office parks.
- Other services that meet the need of local and regional residents and businesses.

**Location**
- Along major corridors, primarily I-40, Parkside Drive, and North Campbell Station Road.

**Character**
- Large developments may have overall theme, and/or include individual building identity such as chain character or brewery.
- Buildings encouraged to incorporate traditional Farragut design theme *(see Chapter 2: Eight Key Strategies; Strategy 7: Enhance Our Identity)*.

- Parking lots are interconnected, screened from view of major roadways, and well landscaped (shade, visual interest).
- Pedestrian connections between stores, buildings, and clusters are desirable.



Figure 30: Regional commercial character.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 31 of 62   PageID #: 1844

# Land Use Descriptions

## 5  High density residential

### Intent

- Increase diversity of housing choices in Farragut.
- Provide for significant residential density within walking distance of pedestrian oriented non-residential uses.

- Integrated internally and externally both in terms of vehicular and pedestrian connectivity.
- Consists of functional gathering spaces for transitional areas and community engagement.

### Location

- Limited to areas where it exists or has been approved as part of a Planned Commercial Development.
- Abutting or having direct access to major arterial streets that are convenient to the Interstate.

### Density

- 9 - 12 dwelling units per acre.

### Character

- Multi-family residential.
- Up to 4 stories.
- Footprint of up to 15,000 square feet.



High Density Residential (9-12 DU's/Acre)

Figure 31: High Density Residential.





Figure 32: High density residential character.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 32 of 62   PageID #: 1845

# Land Use Descriptions

 **Medium density residential**

### Intent
- Increase diversity of housing choices in Farragut.
- Provide transitional and infill housing options with a residential scale compatible with its surroundings.

### Location
- Vacant/underdeveloped parcels abutting collector or arterial streets where medium density residential provides optimum transition and needed diversity of housing choices.
- Transitional areas between lower density residential and non-residential (Mixed Use Neighborhood).
- Transitional areas within or on periphery of Mixed-Use Town Center.

### Density
- Potentially 6-8 units per acre, provided compatible in building scale to existing abutting residential developments.

### Character
- Mixture of residential that can transition to its surroundings and internally from small lot single family detached to cottage cluster and attached single family not to exceed 2½ stories.
.

- Housing types for varied age groups that are well connected internally and to their surroundings.
- Heavy emphasis on streetscaping and gathering spaces that create interest and engagement.



Figure 31: Residential land uses (High density, Medium density, Low density, and Very low density residential).

## Residential land uses

residential land uses are intended to increase housing option while preserving the town's existing stable neighborhoods. (See Chapter 2: Eight Key Strategies: Strategy 3: Allowing/Encouraging Greater Housing Choice.)





Figure 32: Medium density residential character.

# Land Use Descriptions

## 7 Low density residential

**Intent**
- Protect existing low and very low density subdivisions and neighborhoods.
- Foster on-going development of the predominant Farragut housing type.

**Location**
- Served by local streets.

**Density**
- 3-6 units per acre.

**Character**
- Single-family detached housing.
- Encourage a mix of lot sizes to add some diversity, avoid "cookie cutter" subdivisions.
- Suburban.

 

Figure 33: Low density residential character.

## 8 Very low density residential

**Intent**
- Protect existing very low density subdivisions by allowing/encouraging adjacent and infill development that it compatible.
- Foster on-going development of the predominant Farragut housing type.

**Location**
- Stable, very low density subdivisions.
- Served by local roads, buffered from major roadways.

**Density**
- 2-4 units per acre.

**Character**
- Primarily single-family, detached housing.
- Mix of lot sizes to avoid "cookie cutter" character and to preserve the existing informal character of most of these neighborhoods.
- Encourage a mix of lot sizes to add diversity, avoid "cookie cutter" subdivisions.

 

Figure 34: Very low density residential character.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 34 of 62   PageID #: 1847

# Land Use Descriptions

## 9   Rural residential

**Intent**

- Preserve and protect existing rural areas within Town as a lifestyle.
- Maintain open vistas and rural image of Farragut.

**Location**

- Existing rural parcels.
- Served by local roads.

**Density**

- A mix of lot sizes, usually 1 acre and larger, with an average of 3-acre lots.

**Character**

- Generally larger lots, with an estate or agricultural character.
- Uses include those typically associated with agriculture, including farming, livestock, nurseries, greenhouses, or can be solely residential.
- Rural designation will encourage clustering to preserve areas of active agriculture.

 

Figure 35: Rural residential character.

## 10   Open space cluster residential

**Intent**

- Cluster development to preserve sensitive lands including steep slopes, flooding, sinkholes, ridge lines, mature tree stands, and wetlands.

**Location**

- Large areas, known or suspected to have significant environmental constraints.

**Density**

**Character**

- Determined by environmental constraints, gross density range is typically somewhere between very low and low-density land uses.

- Consists of small lot or attached units in clustered setting.
- Large open spaces will be preserved.
- Where possible, passive recreation (such as trails, fishing, and viewing areas) should be encouraged in open areas.



Open Space Cluster Residential

Rural Residential (> 1 Acre lots)

Figure 36: Residential land uses (Rural and Open space cluster residential).

# Land Use Descriptions

## 11 Office/light industrial

**Intent**

- Accommodate employment uses not well-suited to a residential setting, such as: light manufacturing, research and development, office, warehousing, wholesale, and non-polluting processing.

- Clean and quiet uses that do not impact nearby residential or commercial uses or the natural environment.

**Residential Density**

- 4-7 units per acre.

**Uses**

- Employment, businesses.

- Residential dwellings allowed if adequate

  pedestrian and residential amenities are provided such as parks, trails or open areas.

- Small office serving retail (such as a sandwich shop or office supplies) as convenience to nearby businesses to reduce traffic.

**Character**

- Encourage originality and flexibility in design to ensure that the development is

  properly related to its site and parking/storage areas are buffered from roads and adjacent land uses.




Figure 37: Office/light industrial character.

## 12 Open space

**Intent**

- To preserve areas with flood potential, open vistas, steep slopes, sinkholes, buffering between incompatible development, and rural character.

- To allow passive recreation such as hiking, photography, bird watching, nature studies, and picnic areas.

**Character**

- Generally in a natural condition.

- May have small buildings that serve passive open space recreation.

- Connected with other adjacent open space areas to create a network of open spaces.




Figure 38: Open space character.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 36 of 62    PageID #: 1849

# Land Use Descriptions

## 13  Parks and recreation

**Intent**
- Existing park locations, including active recreation facilities such as baseball or basketball.
- May include recreation centers.



## 14  Civic/institutional

**Intent**
- Utilities.
- Churches.
- Schools.
- Nursing Homes.
- Government.





Civic/Insitutional
Office/Light industrial
Open Space
Parks and Rec

Figure 39: 'Other' land uses (Open space, Parks and recreation, Office/light industrial and Civic).

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 37 of 62   PageID #: 1850

## Land Use/Zoning Conversions

Table 3-1 correlates future land use designations with the closest current town zoning categories. It is best to have consistency between land use and zoning. Farragut's existing zoning designations may not be adequate to translate land use designations into recommended uses. This plan recommends a mix of uses in several locations. Existing zones do not permit this mix.

To allow these uses and ensure that the comprehensive plan land uses can be 'applied', use one of the following:

1. Adding residential in existing categories, as use by special review to ensure that residential amenities are provided. (use by special review can be problematic as all conditions must be specified and if met, must be granted.)

2. The creation of several new zoning categories that would only apply to new development.

In either case, the form of the buildings is as, or more important than, the use. The goal should be buildings that can adapt themselves to a changing market over time and what is to be avoided is single use buildings that become outmoded and are often left vacant for prolonged times before they are replaced. For example, in a new mixed use office zone, if the buildings are placed adjacent to the street, the majority of the ground floor uses would be office, but a small commercial use 'coffee-shop, office supplies' might be justified by the market. And if over time the market justified additional commercial, the building could easily adapt. If an executive suite were desired, it could fit in. This would not be possible in a typical office park arrangement where the buildings are surrounded by parking lots.

**Table 3-1:** Future Land Use / Zoning Conversions

| Land Use Types | Density | Closest Existing Zone |
|---|---|---|
| Mixed use town center | 8-15 units per acre | TCD |
| Mixed use neighborhood | Up to 8 units per acre | n/a |
| Commercial | 4-7 units per acre* | C-1, C-1-3, |
| Regional commercial | n/a | C-2 |
| High density | 9-12 units per acre | R-6, OSMFR |
| Medium density | 6-8 units per acre | R-4, NCC |
| Low density | 3-6 units per acre | R-4, R-5 |
| Very low density | 2-4 units per acre | R-1, R-2 |
| Rural residential | 1 acre or larger | A |
| Open space cluster residential | Varies by restraints and base zone | OSR, OSMR |
| Office/light industrial | 4-7 units per acre* | O-1, O 1-3, O 1-5 |
| Open space | n/a | OS-P |
| Parks and recreation | n/a | OS-P |
| Civic/institutional | n/a | S-1 |

*Residential density requires adequate pedestrian amenities (see individual land use for more info)

This page intentionally left blank



# 4

## Subareas

Farragut's subareas divide the town into small areas of focus. They emphasize a smaller scale than city-wide policies and address opportunities and constraints at a greater level of detail. Not all subareas are equal, and not all areas in the town have subareas. While the entire town was examined, only those areas that have a lot of potential for change are included here (those that are under-utilized, vacant, or deteriorating).

Each subarea has a mixture of text and maps. Each has four maps: the first two map existing zoning (the current use by right) and environmental constraints, which together help identify areas where specific development types may be warranted; the second two maps future land use and comprehensive plan concepts, which together express the eight key strategies. Major themes are described in the text as well as the primary strategies applied in the subarea.



Figure 40: Areas of change

## McFee/Boyd Station

The subarea is intended to be primarily residential/recreation. The open space cluster land use encourages future development to cluster transferring density away from less suitable lands (such as steep slopes and potential sinkholes). A small commercial center will serve local residents. While the Strategic Plan indicates this as a development hub (center), the recent improvements to McFee Road and a planned railroad overpass at the McFee/Boyd Station intersection limit the transportation network. Due to significant environmental constraints, the area will have a curvilinear gridded roadway system and trail network rather than single entrance subdivisions.

**Primary land uses:** Open space cluster residential

**Primary land use concepts:** Transitions, connected pedestrian way and roadways, minor activity hub

**Primary strategies:** 3, 4, 7

### Existing Zoning



### Environmental Constraints

### Future Land Use



**Future Land Use**
- Civic/Institutional
- Office/Light industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DUs/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)

**Environmental Constraints**
- Slope > 15%
- Known Wetlands
- Water / Wet
- Floodway
- 100 Year Flood
- Potential Sinkholes

**Existing Zoning**
- A, Agricultural
- Business District Four Story
- B-1, Buffer
- OS-P, Open Space/Park
- S-1, Community Service
- R-1, Rural Single-Family Residential
- R-1-S-A, Rural Single-Family Acre Residential
- R-2, General Single-Family Residential
- R-3, Small Lot Single-Family Residential
- R-4, Attached Single-Family Residential
- R-5, Two-Family Residential
- R-6, Multi-Family Residential
- R-6/OSMR, Open Space Multi-Family Residential Overlay
- R-1/OSR, Open Space Residential Overlay
- R-1/OSMR, Open Space Mixed Residential Overlay
- Telecommunication Tower Overlay Zone
- O-1, Office
- O-1-3, Office, Three Stories
- O-1-5, Office, Five Stories
- OD-REE, Outlet Drive Regional Entertainment and Employment District
- Neighborhood/Convenience Commercial
- Town Center District
- C-1, General Commercial
- C-1-3, General Commercial, Three Stories
- C-2, Regional Commercial
- C-2-R/W, Regional Commercial, Retail/Warehousing
- PCD, Planned Commercial Development

### Comprehensive Plan Concepts



**Comprehensive Plan Concepts**
- (H) Strategic Plan Hub
- Future Parks
- Downtown Gateway
- Town Gateway
- Pedestrian Crossing
- Potential Pedestrian Way
- Potential Roadway

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 42 of 62    PageID #: 1855

## Watt Road / Kingston Pike

Residential areas will maintain their existing character. New medium density residential will increase near Watt Road and the Park. Watt Road and Kingston Pike are two important gateways into Farragut. Open spaces and existing vistas will be preserved at the Watt Road gateway, and design themes will be important along Kingston Pike. New residents in the area will support commercial and enjoy close proximity to the park.

**Primary land uses:** Commercial (along Kingston Pike), Medium density residential

**Primary land use concepts:** Transitions, flex density, gateways, activity hub

**Primary strategies:** 3, 4, 7

### Existing Zoning



### Environmental Constraints



### Future Land Use



### Comprehensive Plan Concepts





Comprehensive Plan Concepts

○H○ Strategic Plan Hub

Future Parks
Downtown Gateway
Town Gateway
Pedestrian Crossing
Potential Pedestrian Way
Potential Roadway

Existing Zoning

A, Agricultural
Business District Four Story
B-1, Buffer
OS-P, Open Space/Park
S-1, Community Service
R-1, Rural Single-Family Residential
R-1-S-A, Rural Single-Family Acre Residential
R-2, General Single-Family Residential
R-3, Small Lot Single-Family Residential
R-4, Attached Single-Family Residential
R-5, Two-Family Residential
R-6, Multi-Family Residential
R-6/OSMFR, Open Space Multi-Family Residential Overlay
R-1/OSR, Open Space Residential Overlay
R-1/OSMR, Open Space Mixed Residential Overlay
Telecommunication Tower Overlay Zone
O-1, Office
O-1-3, Office, Three Stories
O-1-5, Office, Five Stories
OD-RE/E, Outlet Drive Regional Entertainment and Employment District
Neighborhood/Convenience Commercial
Town Center District
C-1, General Commercial
C-1-3, General Commercial, Three Stories
C-2, Regional Commercial
C-2-R/W, Regional Commercial, Retail/Warehousing
PCD, Planned Commercial Development

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 43 of 62   PageID #: 1856

## Lakefront

Primarily residential and already developed, the area will mostly maintain its existing residential character. A few medium density locations help provide density transitions that will be required between existing lower densities and medium density residential. The town gateway on Concord Road will preserve the open feel; any development will preserve a strip of dense vegetation. Medium density residential will take advantage of the park and pedestrian way proximity.

**Primary land use:** Very low density residential

**Primary land use concepts:** Gateway, minor activity hub

**Primary strategies:** 5, 7, 8



### Existing Zoning



### Environmental Constraints



### Future Land Use



### Comprehensive Plan Concepts



Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 44 of 62   PageID #: 1857

# Town Center

The Town Center will become the most diverse and most used area in town. It will serve as the center for a variety of civic, retail and entertainment uses and will contain generous public amenities and gathering spaces. All roads and all pedestrian ways will lead to (or should be connected to) the Town Center. While road layouts have been indicated in vacant areas, subarea planning will be necessary to identify exact alignments. Natural and historic areas will be preserved for passive recreational uses and should be integrated into any design. This area will become the heart of Farragut.

**Primary land use:** Mixed use town center and Medium density residential

**Primary land use concepts:** Gateways, parks, town center activity hub

**Primary strategies:** 1, 2, 3, 4, 5, 7

### Comprehensive Plan Concepts

(H) Strategic Plan Hub

● Future Parks

◆ Downtown Gateway

❋ Town Gateway

❉ Pedestrian Crossing

●●● Potential Pedestrian Way

●●● Potential Roadway

**Existing Zoning**

| | |
|---|---|
| A, Agricultural | |
| Business District Four Story | |
| B-1, Buffer | |
| OS-P, Open Space/Park | |
| S-1, Community Service | |
| R-1, Rural Single-Family Residential | |
| R-1-S-A, Rural Single-Family Acre Residential | |
| R-2, General Single-Family Residential | |
| R-3, Small Lot Single-Family Residential | |
| R-4, Attached Single-Family Residential | |
| R-5, Two-Family Residential | |
| R-6, Multi-Family Residential | |
| R-6/OSMFR, Open Space Multi-Family Residential Overlay | |
| R-1/OSR, Open Space Residential Overlay | |
| R-1/OSMR, Open Space Mixed Residential Overlay | |
| Telecommunication Tower Overlay Zone | |
| O-1, Office | |
| O-1-3, Office, Three Stories | |
| O-1-5, Office, Five Stories | |
| OD-RE/E, Outlet Drive Regional Entertainment and Employment District | |
| Neighborhood/Convenience Commercial | |
| Town Center District | |
| C-1, General Commercial | |
| C-1-3, General Commercial, Three Stories | |
| C-2, Regional Commercial | |
| C-2-R/W, Regional Commercial, Retail/Warehousing | |
| PCD, Planned Commercial Development | |

## Existing Zoning



## Environmental Constraints



## Future Land Use



## Comprehensive Plan Concepts



Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 45 of 62   PageID #: 1858

## Kingston Pike / Lovell

With the opening of Costco ©, the area is likely to see a lot of traffic and changes in use. The area is encouraged to become an automobile oriented center, but as it is a gateway into town, streetscape themes will be important. Residential will remain single-family and should be buffered from commercial by the preservation of waterways and transitions.

**Primary land use:** Regional commercial and commercial

**Primary land use concepts:** Gateways, connected pedestrian and roadways

**Primary strategies:** 2, 4, 6, 7



**Future Land Use**

- Civic/Insitutional
- Office/Light industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DU's/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)

**Environmental Constraints**



- Slope > 15%
- Known Wetlands
- Water / Wet
- Floodway
- 100 Year Flood
- Potential Sinkholes

**Existing Zoning**



**Environmental Constraints**



**Future Land Use**



**Comprehensive Plan Concepts**



Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 46 of 62    PageID #: 1859

## I-40

The I-40 area has a variety of uses from hotels to very low density lots. The area will become a future employment center with office and light industrial uses. The area has significant environmental constraints in terms of steep slopes.

**Primary land use:** Office, Open space cluster residential, and Regional commercial

**Primary land use concepts:** Gateways, connected pedestrian ways and roadways, major activity hub

**Primary strategies:** 2, 7

### Existing Zoning



### Environmental Constraints



### Future Land Use



### Comprehensive Plan Concepts






## Comprehensive Plan Concepts



H Strategic Plan Hub

Future Parks

Downtown Gateway

Town Gateway

Pedestrian Crossing

Potential Pedestrian Way

Potential Roadway

**Existing Zoning**

A, Agricultural
Business District Four Story
B-1, Buffer
OS-P, Open Space/Park
S-1, Community Service
R-1, Rural Single-Family Residential
R-1-S-A, Rural Single-Family Acre Residential
R-2, General Single-Family Residential
R-3, Small Lot Single-Family Residential
R-4, Attached Single-Family Residential
R-5, Two-Family Residential
R-6, Multi-Family Residential
R-6/OSMR, Open Space Multi-Family Residential Overlay
R-1/OSR, Open Space Residential Overlay
R-1/OSMR, Open Space Mixed Residential Overlay
Telecommunication Tower Overlay Zone
O-1, Office
O-1-3, Office, Three Stories
O-1-5, Office, Five Stories
OD-REE, Outlet Drive Regional Entertainment and Employment District
Neighborhood/Convenience Commercial
Town Center District
C-1, General Commercial
C-1-3, General Commercial, Three Stories
C-2, Regional Commercial
C-2-R/W, Regional Commercial, Retail/Warehousing
PCD, Planned Commercial Development

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 47 of 62   PageID #: 1860

## North

The area will remain primarily residential and see little change. There may be some additional opportunities for pedestrian connections, but most land uses will remain the same. A few areas will see a modest increase in density but only for those parcels that are large enough to allow transitions from existing density.

**Primary land use:** Low density residential and Very low density residential

**Primary land use concepts:** Connected pedestrian ways and roadways, transitions, and flex density

**Primary strategies:** 3

### Future Land Use



- Civic/Insitutional
- Office/Light industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DU's/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)

### Environmental Constraints



- Slope > 15%
- Known Wetlands
- Water / Wet
- Floodway
- 100 Year Flood
- Potential Sinkholes

### Existing Zoning



### Environmental Constraints



### Future Land Use



### Comprehensive Plan Concepts



Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 48 of 62    PageID #: 1861

## Kingston Pike

The Kingston Pike subarea will encourage a mix of uses in select areas to assist in redevelopment by providing an increase in intensity. Modest increases in density and will provide clientele for local retail.

**Primary land use:** Mixed use neighborhood center

**Primary land use concepts:** Connected pedestrian ways and roadways, transitions, and flex density

**Primary strategies:** 2, 3, 4



### Comprehensive Plan Concepts

- (H) Strategic Plan Hub
- Future Parks
- Downtown Gateway
- Town Gateway
- Pedestrian Crossing
- Potential Pedestrian Way
- Potential Roadway

### Future Land Use

- Civic/Institutional
- Office/Light Industrial
- LU Industrial
- Commercial
- Regional Commercial
- Open Space
- Parks and Rec
- Open Space Cluster Residential
- Rural Residential (> 1 Acre lots)
- Very Low Density Residential (2-4 DUs / Acre)
- Low Density Residential (3-6 DUs / Acre)
- Med Density Residential (6-8 DUs / Acre)
- High Density Residential (9-12 DU's/Acre)
- Mixed Use Neighborhood (6-8 DUs / Acre)
- Mixed Use Town Center (8-15 DUs / Acre)

### Existing Zoning

- A, Agricultural
- Business District Four Story
- B-1, Buffer
- OS-P, Open Space/Park
- S-1, Community Service
- R-1, Rural Single-Family Residential
- R-1-S-A, Rural Single-Family Acre Residential
- R-2, General Single-Family Residential
- R-3, Small Lot Single-Family Residential
- R-4, Attached Single-Family Residential
- R-5, Two-Family Residential
- R-6, Multi-Family Residential
- R-6/OSMFR, Open Space Multi-Family Residential Overlay
- R-1/OSMR, Open Space Mixed Residential Overlay
- Telecommunication Tower Overlay Zone
- O-1, Office
- O-1-3, Office, Three Stories
- O-1-5, Office, Five Stories
- OD-RE/E, Outlet Drive Regional Entertainment and Employment District
- Neighborhood/Convenience Commercial
- Town Center District
- C-1, General Commercial
- C-1-3, General Commercial, Three Stories
- C-2, Regional Commercial
- C-2-R/W, Regional Commercial, Retail/Warehousing
- PCD, Planned Commercial Development

### Environmental Constraints

- Slope > 15%
- Known Wetlands
- Water / Wet
- Floodway
- 100 Year Flood
- Potential Sinkholes

**Existing Zoning**

**Environmental Constraints**

**Future Land Use**

**Comprehensive Plan Concepts**

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 49 of 62    PageID #: 1862



# 5
## Expanded Implementation Tools

Chapter 5 provides more in-depth descriptions of implementation tools that are mentioned in the preceding chapters. It explores the **elements** that go into creating the downtown and other activity hubs. It provides **downtown design concepts** that exhibit a 'proof of concept 'for the four downtown quadrants. It also explores how these concepts could be implemented in a **preapproved PUD**. It also explores other elements of heritage identified during the planning process.

# Preapproved PUD

While zoning and land use help provide a context for developing a downtown, several other strategies are required to create a town core. As the town lacks many of the traditional tools (such as tax-based incentives) for creating and shaping a downtown, other options should be explored. One of those options is a preapproved PUD.

One of the impediments to developing a downtown is risk. A developer or land owner may consider a traditional development application and rezoning process too risky, especially when proposing a use that has not been tested locally.

A preapproved PUD can help reduce that risk, ideally with participation by the owner/developer. The preapproved PUD is a detailed subarea plan that could include elements such as road layouts, streetscape treatment, building massing, parking organization, and basic guidelines. It is in sufficient detail to assure a developer that if followed, Town approval is likely. The preapproved PUD will:

- Identify the publicly supported objectives and key concepts for development.

- Reduce the cost to the developer of obtaining approval (if they wish to follow the PUD).

- Allow the Town to lead the public review process, outside the "heat of battle" of a specific proposal.

- Increase predictability about the outcome of the process (architectural and site design).

Figure 41 and 42 provide an example of what a preapproved PUD may include.



Figure 41: Preapproved PUD example 1.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 51 of 62   PageID #: 1864



Figure 42: Preapproved PUD example 2.

# Downtown Design Concepts

*Strategy 1: Bring About a Downtown* identifies some actions for creating a downtown and the *Mixed use town center* land use describe the components of a downtown. This section includes preliminary concepts for several of the redevelopable or vacant areas that have the potential to transition into a town center. This section illustrates how this strategy and land use could translate into a downtown.

Illustrations are provided for each of the four downtown quadrants:

1) Historic Plaza.

2) West End Shopping Center.

3) Brooklawn Development Site.

4) Municipal Center Drive.



Historic Plaza

West End

Brooklawn
Development Site

Municipal Center Drive

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 52 of 62    PageID #: 1865

## Historic Plaza

Campbell Station Historic Plaza images help illustrate two concepts that provide a town center and preserve Campbell Station:

**Historic Plaza 1:** A design that maximizes urban infill.

**Historic Plaza 2:** A design that creates a park-like setting that accommodates minor infill.



### Historic Plaza 1

   

### Historic Plaza 2

   

## West End

This concept preserves the existing medical cluster while encouraging the development of a pedestrian town center. The design concept would most likely require a consolidation of properties. The site has significant flooding and wetland issues. The existing shopping center is underutilized, making this an ideal location for redevelopment.














Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 54 of 62    PageID #: 1867

## Municipal Center Drive

Currently a vacant property, transitions to existing development would be necessary. Adjacency to existing town hall, ownership, and lack of existing structures make this site a good contender for the town center.





Municipal Center Drive















Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 55 of 62   PageID #: 1868

## Brooklawn Development Site

The site has a number of challenges, but also presents a number of
opportunities. The site has substantial flooding issues which could provide a
prime opportunity for open space. A few historic structures, a barn and horse
corral may provide fodder for design guidelines.









Brooklawn
Development Site



Brooklawn
Development
Site





Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 56 of 62   PageID #:
1869

# Creating A Downtown and Other Activity Hubs

Farragut desires a downtown. Successful downtowns are easily spotted; the visitor experiences a wide variety of retail stores, entertainment and restaurants. Often there are residences in or immediately adjacent to the downtown. A bustle is apparent on the streets emanating from cafes and offices. The area is lively most of the day and into the evening.

Traditionally downtown development occurred more or less organically, starting out as the focus of retail activity supporting agricultural communities. Many gradually evolved to include hotels and major businesses, becoming employment centers. Beginning in the 1950's with the creation of interstate highways and the newfound freedom of the car,  bedroom communities such as Farragut, began to emerge.  Commercial development began to along major corridors in the form of "strip" development, and later enclosed shopping malls. Turkey Creek (TC) is the latest manifestation of that trend: a combination of attractive national chain stores, both big box stores and diverse smaller "strip" stores, all laid out around large, well-landscaped parking lots. It has proven to be very successful—attracting patronage from a regional trade area.

While TC is the largest retail center for the town, there is evidence that it will not be timeless[1]. It does not function as, nor have the characteristics of, a downtown. Well-designed downtowns, on the other hand, have endured, and continually reinvented themselves, in a timeless fashion.

The most important element to creating timeless downtown is the arrangement of buildings and the spaces in-between. The built form provides a set of spatial relationships that can make people feel comfortable, special and increase community pride or make them feel out of place. While there are many tools for creating a downtown, the end goal is to create a place that people gravitate towards, that they feel is the heart of the town.

---

[1]    To date, car-oriented "big box", and "strip" centers in many communities have proven to have a lifespan of a maximum of 25-30 years.



Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 57 of 62   PageID #: 1870

## Place making

The primary goal for creating a timeless downtown, and other vibrant activity centers, is the establishment of an identity, a character that will let a visitor know when they have arrived. To that end, there are a few overarching concepts that this context attempt to enumerate and define:

- **Timeless** – great places always have the sense that they have been there for many years and plan to stay for many more. Buildings and architectural details pull strongly from the regional vernacular, capturing those best elements of the community and don't "make a statement" but rather enhance the whole.

- **Quality** – great places are built well and built to stand the test of time. Tip up Wal-Mart style buildings with a 15 year life span do not provide a sense of longevity, rather brick and stone are needed to anchor this place to the land.

- **Unique** – great places have a distinctive character, one that sets it apart from it context, but does not alienate it. Typically, drawing from historic or natural themes a brand should be created that can help define the place.

## Suburban and rural transitions

As urban transitions to existing suburban and rural areas, the town should use open space and trails should be used to create an edge that defines how people transition between more intense and native Farragut environments. A meandering sidewalk treatment with native planting is ideal for achieving an informal character for this edge.



Norman Rockwell's Main Street



Figure 43: Examples of suburban style landscape used as a transition along open space.

### Building / street relationship

Streets on the interior of the PUD area should be able to accommodate the full range of land-uses and range of envisioned densities. They should also be similar in character to one another.

The facades of buildings can be said to form outdoor "rooms". Empirical studies by Kevin Lynch and others show that the dimensions of these outdoor "rooms" have a significant impact on how comfortable they feel to pedestrians. As a rule of thumb, if the distance between building faces is about twice the height of the building faces, the space feels comfortable. If the distance is larger than three times the height, the space doesn't feel enclosed. If the distance is equal to, or less than the height of the buildings, the "room" has an uncomfortable "canyon" feel.

Assuming that buildings in the PUD area build-out to a maximum of 40 feet tall, a distance of 72' between buildings would yield a pleasant ratio of roughly 1 : 1.8.

  

Figure 44: Minimum comfortable building height ratio (left), ideal comfortable building height ratio (middle), maximum comfortable height ratio (right).



Figure 45: Preliminary urban street section.



This distance allows:

| | |
|---|---:|
| 2 lanes of traffic (with curb and pan) | 24 feet |
| On-street parking | 16 feet |
| Two 10' sidewalks with amenity zone (such as street trees, benches) | 20 feet |
| Varying building setback and outdoor dining | 12 feet |
| | **72 feet** |

Activity centers generally require less parking than suburban or rural areas. Generally maximum parking ratios should be:

- Multi-Unit Residential 1.25 per bed.

- Office 3.0 per 1000 square feet.

- Ground Floor Retail 2.5 per 1,000 square feet.

Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 59 of 62    PageID #: 1872

## Sidewalk

All sidewalks should be divided into three zones: amenity, travel, and retail/dining.

| | |
|---|---|
| Amenity Zone (such as street trees, bike racks, trash and benches) | 4 feet |
| Clear space for travel | 6 feet |
| Outdoor dining or retail space | 6 feet |
| | **16 feet** |



Figure 46: Sidewalks.

## Sidewalk "neck-downs" and crossings

A series of sidewalk neck-downs and well-defined crossings signals to cars that this area is pedestrian dominate and cars need to drive accordingly. Making this place pedestrian first, car second helps people linger and spend money. After all, it is harder to spend money when you are sitting on your wallet.



Figure 47: Neck-downs.

## Building setback and defining realms

Clearly defining the interface between public and private realms reinforces the design continuity of the project and provides cues for predestines for how and where to interact with the mixed use environment.

### Hard Edge (Buffer)

In the residential areas, or at residential entry points in mixed use buildings, the sidewalk/landscape treatments should generally buffer residential uses from the public realm and road, providing them with a sense of protection and separation. Specifically, an edge should be created that informs people about the distinction between public and private. A hard sidewalk edge that separates two areas of turf provides a subconscious cue of that boundary.



Figure 48: Urban Residential Streetscape.

### Soft Edge (Unite)

All non-residential uses (and mixed use areas) should be united with the public realm, blurring the distinction between public and private and allowing for seamless transitions. Bringing the sidewalk all the way to the building facade is one way of blurring those boundaries. This makes it both easier to enter businesses and turn the corner onto side streets.



Figure 49: Urban Commercial Streetscape.

## Identity

An area's *identity* is analogous to an area's *theme*. Similar to the way theme parks wear their identity (the gate you go through entering the park, the logo in high traffic areas), the urban environment reflects its identity in the type or color of brick or concrete blocks used, the type of street and pedestrian lighting, the landscape used throughout an area. A different level of finish creates a different theme.

Level of Finish            Branding

 

# Creating Effective Heritage Tourism

Farragut contains a range of properties that are associated with its history. Some are standing structures that convey their historic character, others are remnants of earlier structures, and still others are simply sites associated with historical events. Each has the potential of playing a role in heritage tourism and in serving as touchstones in the urban environment for the town's residents. In order to do so, those historical associations must be conveyed to the public. Some of this information is exhibited in the Town's museum, but there are other opportunities to interpret heritage in the field. A variety of techniques may be employed. This section summarizes some of the most effective methods.

## Alternative Interpretation Media

### Historic building museum

The exterior and interior of a building is restored to a specific period in time, and is open to the public for interpretation. Period furnishings may be included and informational displays help to convey the property's history.

### Interpretive display

A special structure may be constructed to contain a series of exhibit materials. This could be an outdoor shelter, or an enclosed, year-round building. It could contain display panels as well as electronic media with interactive capabilities.

### Interpretive markers

Conventional interpretive markers are usually metal, with photographs and text imprinted. These are relatively low maintenance, and are "open" at all hours. The Town already has some markers to be installed in Campbell Station Park. Others could be installed at the actual locations of historic sites, including ruins and battlefields.

### Printed tour guides

Tour guides may be published that are tailored to specific historical themes, or are planned to accompany recreation walks and driving. These may be made available at various locations around town, and may be downloadable from the Internet.

### Smart phone media

A variety of interpretive programs can be developed for use on the Internet and specifically to be delivered in the field, via smart phones. These can include recorded messages and photographs. This information can be accessed at specific sites, where a QR code or other address is displayed.

Already, national companies are providing phone tour services. They simply need the content to include Farragut in their systems. Other communities have developed their own web sites, with links to smart phones.

## Landmark plaques

A simple technique is to mount a marker at a site to convey the property's history. While similar to an interpretive marker, landmark plaques generally have less information, because the primary objective is simply to signify the significance of the site.

## Developing an Interpretation Plan

All of the tools described above are effective means of interpreting heritage and to some extent, all of them should be considered for use in Farragut. And, there may be others that would prove to be useful given further analysis. In order to determine the best combination of interpretive tools, the Town should develop an Interpretive Plan. There are recognized methodologies for developing such plans, but these are some of the questions the plan should address:

### 1. What is the story to be told?

There are of course several themes in Farragut's history, and each may be a chapter in the overall "story." Those that should be featured should be established in the Interpretation Plan.

### 2. Which are the resources that tell the story?

Each of the properties that have the potential to be included in an interpretive experience should be evaluated, for their condition and significance and their ability to convey a part of the community's history.

Case 3:23-cv-00402-TRM-JEM   Document 6-39   Filed 11/11/23   Page 61 of 62   PageID #: 1874

### 3. What is the quality of the experience?

The location of the interpretive sites, and their general setting, will influence the quality of the heritage experience and should be evaluated.

### 4. Who are the target users?

While tourists are a general group to consider, there are sub-groups that should be more clearly identified. Those who tour Civil War battlefields are an example of one user group. Others include residents of the region who combine heritage sites with other recreational and cultural activities.

### 5. Which interpretation tools will be most effective?

With the analysis of the sites in the context of the story to be told, the plan should then develop a strategy for employing the appropriate tools. This would include mapping the sites as well as determining the media to be used to convey their history.

Finally, the Interpretive Plan should include an implementation strategy, which identifies a timeline and provides recommendations for funding and administration of the program.







Case 3:23-cv-00402-TRM-JEM    Document 6-39    Filed 11/11/23    Page 62 of 62    PageID #: 1875