(/)



(https://www.fivestarseniorliving.com/communities/tn/knoxville/park-place-west-knoxville)

# With Town Center finish 'targeted' October 2024, 'PCD' townhomes get unanimous BOMA approval (/articles/2022/08/12099)

August 17, 2022 by Tammy Cheek

While Farragut Town Center at Biddle Farms has a "targeted overall completion date (of) roughly October 2024" according to Mark Shipley, Community Development director, the green light was given to build townhomes as part of the development.

Farragut Board of Mayor and Aldermen were unanimous in amending the master plan of the Planned Commercial Development District zoning to include townhomes during its meeting Thursday, July 28.

The updated plan shows 47 two- and three-story Federal-style townhomes in the southeast corner of the development.

"Each lot would have 25 feet of (street) frontage," project developer Budd Cullom said. "We managed to figure that out."

"The floodplain would be to the east of the townhomes … at Campbell Station Road, so it's kind of situated just to the east and southeast of the multi-family portion of this project," Shipley said.

"Having the townhomes, you tend to get more people that could be in a convenient walking distance to help support the town center itself and to kind of give it more energy in that area," he added.

The townhomes also would feature different kinds of brick to avoid monotony in the buildings.

Alderman Scott Meyer said he appreciated the Federal style of the buildings that complement the Campbell Station Inn's style.

The area also features open space.

Traffic concerns

Regarding Alderman Drew Burnette's question about traffic impact, Cullom said his engineers did an update to their traffic study that showed the impact was "nominal."

"The traffic engineer actually said the net peak hours were three extra trips," he added. "We felt like … from a traffic standpoint, it was much less of a burden than any commercial (business) would be."

While Burnette still was concerned about the impact on traffic, he conceded, "Reading the (traffic) data here makes me feel better … but (traffic is) heavily on my mind."

"I actually support it 100 percent because of the lesser impact on traffic," Meyer said about the added townhomes.

Next phase

With the first phase of the project completed — ALDI being open for business, completion of part of the parking lot and access available from Brooklawn Street to Kingston Pike — the next phase will include some of the multi-family dwellings and retail buildings along Main Street. Shipley said the third phase would incorporate the townhomes component, the remainder of the multi-family and remainder of the retail buildings.

Pinchok praised

"As everyone knows I've been an advocate for these (townhomes) from the beginning, so I appreciate adding these," Alderman Ron Pinchok said.

"Well, I am excited as Ron is," said Meyer, who thanked Pinchok for his part in bringing the townhomes to the project.

"It's another feather in your cap," Meyer added. "It's part of the legacy that you're leaving for us" as his second and final term in office ends Thursday, Aug. 25 (term limited).

When the property associated with the Town Center at Biddle Farms was rezoned to a PCD, a couple of areas were designated as future development. "When we first came through we were struggling with exactly what to put there," Cullom said. "My default mode was commercial, and Alderman Pinchok came to me with that idea … it really took off, and we're really excited about this part of it."

FMPC amends plan

During the Farragut Municipal Planning Commission's meeting Thursday, July 21, FMPC voted 6-1 to recommend approving the amendment that updated the Cullom's Town Center master concept plan.

As Commissioner Michael Bellamy cast the lone vote against, Commissioners Scott Russ, Jon Greene, chairman Rita Holladay, Mayor Ron Williams, vice chairman Ed St. Clair and Vice Mayor Louise Povlin all voted in favor of the amendment. Noah Myers and Shannon Preston were absent.

In recommending approval, FMPC required the following:

• Include a title sheet with the plan;

• Staff would note that this is a concept plan only and more detailed preliminary plat sheets would be needed when the townhome portion of the project is initiated.

• Cullom must contact staff for clarification updates.


(https://republicnewspapers.com/storage/farragutpress/e-edition/042823_HVL_farragutpress.pdf)


(https://laura-ash.com)

| | |
|---|---|
| Home (/) | PressTalk (/pages/presstalk) |
| News (/pages/news) | Community (/pages/community) |
| Business (/pages/business) | Announcements (/pages/announcements) |
| Schools (/pages/schools) | Obituaries (/pages/obituaries) |
| Sports (/pages/sports) | Events (/pages/events) |

| | |
|---|---|
| Opinion (/pages/opinion) | Statewide Public Notices (https://www.tnpublicnotice.com) |
| Contact Us (/pages/contact_us) | Search (/pages/Search) |
| Request a Past Issue (/pages/request) | Archives (/pages/archives) |
| Advertising (/pages/advertising) | |
| Staff Directory (/pages/staff) | |
| Make a payment (/payments) | |
| Policies (/pages/policy) | |

© 2023 farragutpress