

| Intro | Maps | Results | Legend | Help |

Search By: Address **Parcel** Owner Place Other
Enter Address: [        ] [Search] [Advanced]

Launch

## KGIS Maps - Introduction

This website is KGIS's latest web mapping solution. Unlike previous mapping solutions KGIS Maps gives the user a much faster mapping environment as well as a look at much more current data. It's browser compatibility has also been improved.

More information about this application can be found on the Help tab, including a short "Getting Started with KGIS Maps" tutorial video. We will continue to look for ways to improve and enhance the website, and we encourage your feed back and comments. Email us at kgis@kgis.org

Information on this website is derived from various governmental departments within the City of Knoxville, Knox County and the Knoxville Utilities Board (KUB), who together have created a centralized "geographic information system": KGIS .

All maps and data made accessible in this website are subject to Disclaimer.



Parcel Info:
**Owner:** BIDDLE FARMS RESIDENTIAL LLC
**Address:** 200 BROOKLAWN ST
**Parcel ID:** 143  00322