This Instrument Prepared By:
J. Randolph Miller, Esq.
Long, Ragsdale & Waters, P.C.
1111 N. Northshore Drive, Suite S-700
Knoxville, Tennessee 37919



*Nick McBride*
Register of Deeds
Knox County

## QUITCLAIM DEED

THIS INDENTURE, made to be effective as of the **31st** day of October, 2022, between

**BIDDLE FARMS RESIDENTIAL, LLC, a Tennessee limited liability company,**

of Knox County, Tennessee, hereinafter referred to as Grantor, and

**BIDDLE FARMS TH, LLC, a Tennessee limited liability company,**

of Knox County, Tennessee, hereinafter referred to as Grantee,

W I T N E S S E T H :

That the said Grantor, for and in consideration of the sum of ONE AND 00/100 DOLLAR ($1.00) cash in hand paid, and other good and valuable consideration, the receipt of which is hereby acknowledged, has bargained, sold, remised, released and QUITCLAIMED, and does hereby bargain, sell, remise, release and QUITCLAIM unto Grantee, all of Grantor's right, title, interest and claim in and to the following described premises:

SITUATE in the Sixth (6th) Civil District of Knox County, within the Town of Farragut, Tennessee, and being all of Lot 2, Biddle Farms Residential, as shown on plat of record in Instrument 202209070015547 in the Knox County Register of Deeds Office and as shown on the survey of Howard T. Dawson, Tennessee, RLS No. 1301, dated August 18, 2022, bearing file 190076-FP3, to which specific reference is hereby made for a more particular description thereof.

BEING part of the property conveyed to Biddle Farms Residential, LLC, a Tennessee limited liability company, by Warranty Deed dated September 15, 2021, of record in Instrument 202109170022903 in the Knox County Register of Deeds Office.

and all the estate, right, title and interest of the Grantor therein, with the hereditaments and appurtenances thereto appertaining.

THE PREPARER OF THIS DEED MAKES NO REPRESENTATION AS TO THE STATUS OF THE TITLE TO THE PROPERTY DESCRIBED HEREIN. THIS DEED HAS BEEN PREPARED SOLELY FROM INFORMATION FURNISHED TO THE PREPARER WHO MAKES NO REPRESENTATION OTHER THAN THAT IT HAS BEEN ACCURATELY TRANSCRIBED FROM INFORMATION PROVIDED.

Whenever in this instrument a pronoun is used it shall be construed to represent either singular or plural, as the case may demand.

**IN WITNESS WHEREOF,** the Grantor has executed this Quitclaim Deed as of the date and year first above written.

**BIDDLE FARMS RESIDENTIAL, LLC, a Tennessee limited liability company,**

By: _____
Joseph A. Fielden, Jr., President

Knox County, TN          Page: 1 of 2
REC'D FOR REC 10/31/2022 3:27 PM
RECORD FEE: $12.00        T20220054698
M. TAX: $0.00 T. TAX: $0.00
**202210310026394**

9768-343
Quitclaim Deed
JRM/Deeds

1

STATE OF TENNESSEE
COUNTY OF KNOX

Before me, the undersigned, of the state and county aforementioned, personally appeared, Joseph A. Fielden, Jr., with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence), and who, upon oath, acknowledged himself to be, President of BIDDLE FARMS RESIDENTIAL, LLC, a Tennessee limited liability company, the within named bargainor, and that he as such, President executed the foregoing instrument for the purpose therein contained.

Witness my hand and official seal at office, this 27th day of October, 2022.

_____
Notary Public

My Commission Expires: _9-7-2025_

STATE OF TENNESSEE
COUNTY OF KNOX

I hereby swear or affirm that the actual consideration or true value of this transfer, whichever is greater, is $0.00.

Sworn to and subscribed before me, this
27th day of October, 2022.

_____
Affiant

_____
Notary Public

My Commission Expires: _9-7-2025_

SEND TAX BILLS TO/OWNER:
Biddle Farms TH, LLC
814 E. Woodland Ave.
Knoxville TN 37917

Property Address:
0 Biddle Farms Boulevard
Farragut, Tennessee 37934

**Tax Parcel: 143-003.24**