| | |
|---|---|
| ORDINANCE: | 23-06 |
| PREPARED BY: | Swierzko |
| 1ST READING: | _____ |
| 2ND READING: | May11,2023_____ |
| PUBLISHED IN: | _____ |
| DATE: | _____ |

**ORDINANCE 23-06, AN ORDINANCE ON FIRST READING TO AMEND THE <u>FARRAGUT MUNICIPAL CODE</u>, CHAPTER 105, ARTICLE 2. - INTERNATIONAL BUILDING CODE, SECTION 105-20 (I), TO EXTEND THE EXPIRATION TIME FRAME FOR CERTAIN PERMITS, AND SECTION 105-20 (S), TO CORRECT A CLERICAL ERROR BY REFERENCING THE APPROPRIATE SECTION AND TO AMEND CHAPTER 105, ARTICLE 3. – INTERNATIONAL RESIDENTIAL CODE, SECTION 105-53 (C), TO EXTEND THE EXPIRATION TIME FRAME FOR CERTAIN PERMITS, AND SECTION 105—53 (H) TO REMOVE THIS SECTION AND RENUMBER ACCORDINGLY.**

**WHEREAS,** the Board of Mayor and Alderman of the Town of Farragut, Tennessee, wishes to amend the <u>Farragut Municipal Code</u>, Chapter 105, Article 2. - International Building Code, Section 105-20 (i), to extend the expiration time frame for certain permits, and Section 105-20 (s), to correct a clerical error by referencing the appropriate section and to amend Chapter 105, Article 3. – International Residential Code, Section 105-53 (c), to extend the expiration time frame for certain permits, and Section 105—53 (h) to remove this section and renumber accordingly;

**NOW, THEREFORE, BE IT ORDAINED** by the Board of Mayor and Alderman of the Town of Farragut, Tennessee, that the <u>Farragut Municipal Code</u> is hereby amended as follows:

**SECTION 1.**

The <u>Farragut Municipal Code</u>, Chapter 105, Article 2, International Building Code, Section 105-20 (i), is amended as follows:

(i)  The International Building Code is amended by adding the following:
"All building permits shall expire according to the following completion schedule from the date the permit is issued"

| | |
|---|---|
| New construction | 487 days (16 months) |
| Moving structures | 60 days |
| Demolition | 60 days |
| Mechanical changeouts | 60 days |
| All other permits | 180 days |

The <u>Farragut Municipal Code</u>, Chapter 105, Article 2, International Building Code, Section 105-20 (s), is amended as follows:

(s)  Section 1015.2 Where required., of the International Building Code, is amended by

deleting the first sentence and substituting in lieu thereof the following:
"Guards shall be located along open-sided walking surfaces or ground surfaces, mezzanine, equipment platforms, retaining walls, stairways, ramps, landings and any other locations that are located more than 30 (thirty) inches (762 mm) above the floor or grade below."

**SECTION 2.**

The <u>Farragut Municipal Code</u>, Chapter 105, Article 3. – International Residential Code, Section 105-53 (c) is amended as follows:

(c)  The International Residential Code, is amended by adding the following:
"All building permits shall expire according to the following schedule from the date the permit is issued"

| New construction | 487 days (16 months) |
|---|---|
| Moving structures | 60 days |
| Demolition | 60 days |
| Mechanical changeouts | 60 days |
| All other permits | 180 days |

The <u>Farragut Municipal Code</u>, Chapter 105, Article 3. – International Residential Code, Section 105-53 (h) is amended and renumbered afterwards as follows:

(h)  Section R303.4 Mechanical ventilation, of the International Residential Code, is amended by adding the phrase "or approved air exchanger on the HVAC system which will make up the required ventilation."

(i)  Section R313.1 Townhouse automatic fire sprinkler systems, of the International Residential Code, is amended by deleting it in its entirety and substituting in lieu thereof the following:

Section R313.1 Townhouse automatic fire sprinkler systems. When an automatic residential fire sprinkler system is installed in townhouses, the following shall apply:

(j)  Section R313.2 One- and two-family dwellings automatic fire systems, of the International Residential Code, is amended by deleting it in its entirety and substituting in lieu thereof the following:

Section R313.2 One- and two-family dwellings automatic fire systems. When an automatic residential fire sprinkler system is installed in one- and two-family dwellings, the following shall apply:

(k)  Section R319 Site Address, of the International Residential Code, is amended by adding the following:

Posting of designated street address.

(a) All buildings (excluding accessory buildings) shall display the number assigned by the Knox County Addressing Division to the frontage on which the building's front entrance is located. If a building is occupied by more than one residential unit, each separate outside entrance shall display a separate number.

(b) Numerals indicating the official numbers for each building or each entrance to such building shall be placed either over or at the side of the main entrance of said building or upon the front of any porch or stoop thereof or over or at the side of any gateway leading thereto, or upon the steps thereof in such manner that the same may be plainly seen and distinguishable from the street on which the property is located and in such manner that the same shall not be hidden from view by any trees or shrubs or other obstruction.

(c) If a unit does not allow ready or easy visibility of its address numerals from the street due to excessive setback, shrubbery or color, an address identification marker shall be placed near the entrance or driveway to the parcel. Such identification marker shall not exceed a total area of two square feet.

(d) All building numbers displayed shall be permanent, legible figures not less than four inches nor more than six inches high and of a color contrasting to the building background.

(e) In addition to the required assigned numerals on all buildings and the required address identification markers for units with excessive setbacks and/or visibility problems it shall also be permissible to have property address numerals painted on the curb in front of a lot. Such curbside designation shall be positioned in front of the unit or between the driveway and half the distance of the frontage along the public street.

All painted numerals displayed on curbs shall be permanent, legible black colored numerals, which are no more nor less than four inches high, on a white contrasting background. All paint used shall be of alkyd resin, Type F traffic paint, or an equal approved by the town's engineering department. Numerals shall have glass beads or similar materials for reflective purposes.

(f) A proper address shall be required for any permit issuance. Final approval of a certificate of occupancy of a building erected or repaired shall be withheld until permanent and proper numbers have been displayed in accordance with this section.

This ordinance shall take effect from and after its final passage and publication, the public welfare requiring it.

_____
Ron Williams, Mayor


_____
Allison Myers, Town Recorder