## REPORT TO THE BOARD OF MAYOR AND ALDERMEN

**PREPARED BY:** Allison Myers, Finance Director/Town Recorder

**SUBJECT:** Approval of Professional Services contract with Kimley-Horn and Associates for Engineering services for the implementation of fiber optic cable connecting all Farragut Parks and Facilities

**INTRODUCTION:** In March 2021, the Federal Government approved the American Rescue Plan Act of 2021 (ARPA) which established the Coronavirus State and Local Fiscal Recovery Funds (SLFRF) to provide state, local, and Tribal governments with the resources needed to respond to the pandemic and its economic effects and to build a stronger, more equitable economy during the recovery. The U.S. Department of the Treasury issued the funding on two tranches. The Town received $3,527,626 in November 2021 and November 2022 totaling $7,055,252.

**BACKGROUND**: The ARPA funding can be utilized on projects with one-time expenditures. A project that was identified by Town staff is the expansion of the fiber optic cabling that is being constructed using grant funding through the Congestion Mitigation Air Quality (CMAQ) grant program.

**DISCUSSION:** In 2016 the Town was awarded grant funding from the CMAQ grant program for a Town-wide signal system upgrade which included a fully interconnected traffic signal system connected through 144-strand single mode fiber optic cabling. The construction of this project began in August 2022. The expansion of the project using ARPA funding would include the connectivity of all Town parks and facilities. The attached contract lists the addresses of all new locations for the fiber connectivity.

Town staff met with a representative from Kimley-Horn to review Attachment A, scope of services, and is satisfied with the scope and deliverables. The contract amount is a lump sum of $281,000. Kimley-Horn was chosen due to the previous involvement and the management of the MicroStation files previously developed for the CMAQ funded project. Final construction plans will be delivered by August 2024 and a construction contract will need to be in place by December 2024 to meet ARPA funding deadlines.

The following are task associated with the contract:
- Project Management
- Data Collections
- Engineering Design
- Utility make Ready Work
- Bid & Procurement Support

**FINANCIAL SECTION:**

**Account Number**: 316-41992-9450

| Total Budget | Requested Amount | Expenditures to Date | Remaining Amount |
|---|---|---|---|
| $1,200,000 | $281,000 | $0 | $919,000 |

**Approved By**:_____

**RECOMMENDATION BY:** Allison Myers, Finance Director/Town Recorder & Darryl Smith, Town Engineer for approval.