# Plat Map from 2022

