

# FW: Mike Mitchell's latest
3 messages

**Mike Mitchell** &lt;ccrgd@charter.net&gt;                                                                Fri, Oct 27, 2023 at 7:03 AM
To: Sean Murphy &lt;sea.murphy@protonmail.com&gt;, Wendy Egli &lt;wegli.theeglilawfirm@gmail.com&gt;

Hollenhead

---

**From:** Michelle Hollenhead [mailto:michellehollenhead@icloud.com]
**Sent:** Thursday, March 25, 2021 8:05 AM
**To:** Ron Williams
**Subject:** Mike Mitchell's latest

I woke up to this today…

Mike Mitchell <https://nextdoor.com/profile/5544833/> • Brixworth

Please see: https://farragutpress.com/articles/2021/03/10501

""According to state legislation, the approval for the apartments can be granted with only a letter of support by the county mayor," he added, also including the endorsement letter from Jacobs.

"It does not have to have approval from the County Commission."

That article was written by Michelle Hollenhead. So how in the world does Hollenhead one week later write, "Knox County "needs more affordable housing options, particularly in this area," stated Mandi Benedict, Constituent Services director in Knox County Mayor's Office. Mayor Jacobs' letter of support for the PILOT is simply a letter of recommendation to the Industrial Development Board.," she added. "The authority of granting the PILOT lies within the IDB Board."

https://farragutpress.com/articles/2021/03/10520

Hollenhead knows that claim from Mandi Benedict is false. So why did Hollenhead report a false claim?

Did Hollenhead do this to get people to stop calling Mayor Jacobs? Is this quality reporting? I do not think it is. It appears to me to be PR for Mayor Jacobs. Combine that with the phony letter to the Editor from Mike Arms and it looks like the Farragut Press is covering for Mayor Jacobs.(edited)

22hLike

Michelle Hollenhead

michellehollenhead@icloud.com

865-257-2289

---

**Wendy Egli** <wegli.theeglilawfirm@gmail.com>  Fri, Oct 27, 2023 at 11:29 PM
To: Mike Mitchell <ccrgd@charter.net>

Wow, thank you.
[Quoted text hidden]

---

**Mike Mitchell** <ccrgd@charter.net>  Sat, Oct 28, 2023 at 7:54 AM
To: Wendy Egli <wegli.theeglilawfirm@gmail.com>

Michelle Hollenhead is a gateway of information. Put her on the stand and more importantly get discovery from her and you will get all Louise Povlin's burner phones and non-Farragut emails where all the really dirty work is done.

Hollenhead was a double agent. Pretending to work for the Farragut Press but actually serving Ron and Louise. Hollenhead is the weakest link. Find a payoff from Ron and Louise to Hollenhead and you have your case.

[Quoted text hidden]