Louise Povlin



- 🏠 Home(/news_feed/)
- 🧭 Discover(/discover)
- 🏷️ For Sale & Free(/for_sale_and_free/?init_source=more_menu)
- 🔔 Notifications(/notifications)
- 💬 Messages(/inbox)
- 👥 Neighbors(/invitation_email?is=navbar_left)

## Alderman Louise Povlin

00
Political organization

🤍 Fave    📞 Call    ➕ Post

Info    Recommendations

## Info

🕐 **Hours**
**Open** until 6:00 PM ⌄

🗺️ **0.5 miles away** • Get directions
11408 Municipal Center Dr, Farragut, TN

Show more ⌄

**Is this your business?**
Claim to manage your info, share updates, and connect with customers

**Claim business**

## Recommendations

  Write your recommendation

Support this business

Be the first to write a recommendation

- Home(/news_feed/)
- Discover(/discover)
- For Sale & Free(/for_sale_and_free/?init_source=more_menu)
- Notifications(/notifications)
- Messages(/inbox)
- Neighbors(/invitation_email?is=navbar_left)
- + Post