# The Truth Behind the Farragut Business Alliance Part I



BORIS BAMAVICH

JUN 13, 2022

❤ 5    ↻                                                              Share    ⋯

This is the first in what will be multiple articles about the Farragut Business Alliance.

*The Farragut Business Alliance, Inc. is a 501(c)6 non-profit civic organization dedicated to the support of our local businesses and welfare of the community. TN Registered doing business as Shop Farragut. (from their website).*

Here is a link to the [Farragut Business Alliance Board of Directors](). Notice that both Mayor Ron Williams and Alderman Louise Povlin are on the board of directors.

Do you remember Mayor Ron Williams' comments calling the Farragut Citizens for Responsible Growth and Development (FCRGD) the "shadow government"? Also note that the editor of the Farragut Press as well as the town administrator David Smoak are involved in this board. Why is Alderman Louise Povlin no longer listed as the Vice-Mayor?



*The Board of Directors meet monthly on the second Wednesday of each month, regularly at Farragut Town Hall's first floor Community Room beginning at 8:30am. Meeting are open to the Public. (Meetings are subject to change and parties can submit inquiries and comments to [steve@farragutbusiness.com](steve@farragutbusiness.com)). Minutes of these meetings are available upon request.*

**BOARD OF DIRECTORS**

Candace Viox, Water Into Wine (President) - Farragut resident
James H. Nixon II, First Commercial Real Estate (Secretary)
Kevin Morrison, (Treasurer) - Turkey Creek Medical Center of Tennova Healthcare
Herc Ligdis, SouthEast Bank (Past President)
Tony Cox, Republic Newspapers, Inc./Horne Radio, LLC
Debbie Funk, Embroidery Boutique
Darren Tallent, Hampton Inn Farragut
Louise Povlin, Anytime Fitness - Farragut resident and Business Owner
Michelle Austin, JC Penney
Mayor Ron Williams, Town of Farragut - Farragut resident
David Smoak, Town of Farragut (non-voting, ex-officio)

Stephen F. Krempasky, Executive Director - Farragut resident

The Farragut Business Alliance, Inc. is a 501(c)6 non-profit civic organization dedicated to the support of our local businesses and welfare of the community. TN Registered doing business as Shop Farragut.

The Board of Directors meet monthly on the second Wednesday of each month, regularly at Farragut Town Hall's first floor Community Room beginning at 8:30am. Meeting are open to the Public. (Meetings are subject to change and parties can submit inquiries and comments to steve@farragutbusiness.com). Minutes of these meetings are available upon request.

This is a major change in policy for the Farragut Business Alliance. I spoke to local resident Mike Mitchell and he told me that he asked for this information previously and

was never responded to. Below is the page from May 2022.



Why the change in policy?

I have done a review of state laws on open meetings. 8-144-102 section B states:

*The board of directors of any nonprofit corporation which contracts with a state agency to receive community grant funds in consideration for rendering specified services to the public; provided, that community grant funds comprise at least thirty percent (30%) of the total annual income of such corporation. Except such meetings of the board of directors of such nonprofit corporation that are called solely to discuss matters involving confidential doctor-patient relationships, personnel matters or matters required to be kept confidential by federal or state law or by federal or state regulation shall not be covered under the provisions of this chapter, and no other matter shall be discussed at such meetings*

From what I can ascertain, 60% of the money the Farragut Business Alliance receives is from the town of Farragut. As I read the laws, this then requires the Farragut Business Alliance to follow open meeting laws, which they have not. Why were their meetings not open to the public for years? What business was done illegally in meetings that Mayor

Williams and Alderman Povlin? What is the legal recourse? Are there other legal requirements that were not followed, either in the state or federal statutes?

Here is some history on the Farragut Business Alliance receiving Farragut taxpayer money.

In 2016, there was a proposal to [give $600,000 to the Farragut Business Alliance](#).

Quickly thereafter, [Farragut aldermen backtrack on business alliance funding](#)

In the October 24, 2019 Board of Mayor and Aldermen meeting, Alderman Louise Povlin voted to have the town of Farragut give our tax dollars to the Farragut Business Alliance. Here is the proposal (taken from page 33 of the [October 24, 2019 BoMA agenda](#))

AGENDA NUMBER V.D.     MEETING DATE  OCTOBER 24, 2019

# REPORT TO THE BOARD OF MAYOR AND ALDERMEN

**PREPARED BY:** David Smoak, Town Administrator

**SUBJECT:** Approval of Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance

**INTRODUCTION:** The purpose of this agenda item is to consider approval of a memorandum of understanding (MOU) between the Town of Farragut and the Farragut Business Alliance (FBA).

**DISCUSSION:** The FBA was formed in 2009 as a non-profit 501(c)6 organization whose primary mission is to help promote businesses in the Town of Farragut. Since that time, the FBA has held several community events, such as the Musicfest at West End, the Taste of Farragut, Light the Park and Dog Daze at Village Green. The FBA also has been leading the marketing of the Shop Farragut campaign during the holiday shopping season.

The Board of Mayor and Aldermen (BMA) approved a one-year MOU with the FBA in June 2018. The attached MOU would be for a one-year term and may be renewed annually unless the agreement is terminated by either party at any time during the agreement. The MOU outlines the economic development initiatives the FBA will be responsible to provide for the Town of Farragut and the businesses located within the Town (see Exhibit A – Program of Work). The FBA's program of work will include helping to increase sales tax revenues and maintaining the positive values and progress of the Town of Farragut.

The FBA is requesting $70,000 from the Town, which is the same level of funding as the current agreement. The FBA has given a proposed budget and how they would utilize these funds in the attachment to this report. Additional attachments to the report include: Proposed MOU and the FBA's current financials.

**FINANCIAL SECTION:**

Account Number: 110-47200-254

| Total Budget | Contracted Amount | Expenditures YTD | Remaining Amount |
|---|---|---|---|
| $88,000 | $70,000 | $0 | $18,000 |

Approved By: [signature]

**FARRAGUT STRATEGIC PLAN:** Approval of this MOU will help facilitate the Town's goal of Promoting a Convenient Retail and Services Destination

**RECOMMENDATION BY:** Town Administrator David Smoak for approval.

**PROPOSED MOTION:** To approve a Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance as attached.

The motion was approved 5-0 with Alderman Povlin voting yes. Taken from the [October 24, 2019 Board of Mayor and Aldermen minutes](#).

**Approval of Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance**

> Farragut Board of Mayor and Aldermen
> October 24, 2019
> Page 4
>
> Motion was made to approve the Memorandum of Understanding between the Town of Farragut and the Farragut Business Alliance. Moved by Alderman Pinchok, seconded by Alderman Povlin; roll call vote, Alderman Burnette, yes; Alderman Meyer, yes; Alderman Pinchok, yes; Alderman Povlin, yes; Mayor Williams, yes; motion passed.

Note in the screenshot below that Alderman Povlin is an owner of Anytime Fitness.

## BOARD OF DIRECTORS

Candace Viox, Water Into Wine (President) - Farragut resident
James H. Nixon II, First Commercial Real Estate (Secretary)
Kevin Morrison, (Treasurer) - Turkey Creek Medical Center of Tennova Healthcare
Herc Ligdis, SouthEast Bank (Past President)
Tony Cox, Republic Newspapers, Inc./Horne Radio, LLC
Debbie Funk, Embroidery Boutique
Darren Tallent, Hampton Inn Farragut
Louise Povlin, Anytime Fitness - Farragut resident and Business Owner
Michelle Austin, JC Penney
Mayor Ron Williams, Town of Farragut - Farragut resident
David Smoak, Town of Farragut (non-voting, ex-officio)

Stephen F. Krempasky, Executive Director - Farragut resident

The Farragut Business Alliance owns the Shop Farragut logo.



You can also see Alderman Povlin mentions her ownership in Anytime Fitness in her biography on the Town of Farragut's website.

## Biography



**Vice Mayor Louise Povlin**
Ward 1 (North Ward)
Vice Mayor Louise Povlin
Phone: 865-966-7057

Louise is a native of Willingboro, N.J., a planned town in southern New Jersey with an extensive sidewalk system. Upon moving to Farragut as an adult, she was ecstatic that the Town offered the same type of trail and sidewalk system that she grew up enjoying as a child.

After graduating from Rutgers University with a B.S. in ceramic engineering, Louise moved to Washington, D.C., to work at the Naval Research Laboratory as a research engineer. She then moved to New York City to work as a patent paralegal. While living in New York, Louise met her husband, Jay, a Middle Tennessee native. They relocated to Knoxville, where she worked at a local patent law firm and trained to become a patent agent. Following the birth of her first two children, Jack and Jared, in Knoxville, Jay's job took the family to Ohio, Wisconsin and South Carolina over the next eight years, and Louise became a stay-at-home mom. Their youngest son, Joshua, was born in Wisconsin.

The family returned to Farragut in 2008. Louise served as a board member for the Fox Run Homeowners Association from July 2012 to December 2015. She was appointed to the Farragut Municipal Planning Commission (MPC) in July 2013. and, upon her appointment to fill a vacant Board of Mayor and Aldermen seat in January 2016, she was selected by the board as the alderman representative to the MPC. She was elected to a full term in August 2016 and again in August 2020.

In October 2012, Jay and Louise opened Anytime Fitness in Farragut, and Louise managed the business from July 2013 to September 2014. Being a small business owner herself, Louise strives to help other Farragut small business owners succeed even before their doors are open.

Currently, Jay works at Mastercraft, and their sons attend the University of Tennessee and Farragut High School. Louise enjoys volunteering in the Farragut schools, spending time on the lake with her family and running on Farragut's great trail and sidewalk system.

You can also see that the Farragut Business Alliance is promoting Anytime Fitness (with no mention of Louise Povlin in it). This is from May 18, 2022.



Here is an advertisement from November 2017 on the FBA's Facebook page.



Here is an advertisement from August 2019, again on FBA's Facebook page.



Here is an advertisement from May 2020, again on FBA's Facebook page.



Here is an advertisement from March 12, 2022 on FBA's Facebook page



Here is an advertisement from April 12, 2022 on FBA's Facebook page



However, there is no mention on Anytime Fitness's website that Alderman Povlin owns the [Farragut location](). Does this strike you as odd?



To sum this up:

Alderman Louise Povlin is on the Farragut Business Alliance's Board of Directors.

Alderman Louise Povlin has voted as Alderman to give taxpayer funds to the Farragut Business Alliance.

Farragut Business Alliance, under its Shop Farragut Facebook page is promoting Alderman Louise Povlin's business Anytime Fitness.

Is this legal? Is this ethical? Farragut does not have an ethics commission.

Why is the town of Farragut taking our tax money and giving it to a third party to promote businesses in town? Can't the businesses simply pay FBA a nominal fee to

advertise their business? Is this a proper use of taxpayer funds?

===========================================================================

Update July 6, 2022.

Please note that the Farragut Business Alliance was advertising Anytime Fitness before Louise Povlin voted to give them Farragut taxpayer funds, as well as after it.

I do not find it believable that Alderman Povlin was not aware of all of this.

I would just like to remind the readers that the Farragut Free Press is an independent publication exclusively on Substack and is not affiliated with any other media.

©2022 Farragut Free Press. All Rights Reserved

5 Likes

© 2023 Reporting Staff · Privacy · Terms · Collection notice
Substack is the home for great writing