# Correcting Inaccuracies on Lane Widths Part II--The Urbanization of Farragut

 **BORIS BAMAVICH**
JUL 1, 2022

♡ 6    ↻                    Share    •••

The Farragut Free Press would again like to correct inaccuracies coming from the current administration.

Both Aldermen Scott Meyer and Louise Povlin continue to state they support 10 foot wide lanes. They cannot admit they made a major mistake at Campbell Station Road and Kingston Pike by allowing the Starbucks and 35 North buildings to be built too close to the road.

They continue to spread misinformation that 10 foot wide lanes are a good thing. NACTO.org states 10 foot lanes are appropriate for **urban areas.**

10 foot wide lanes are used to slow down traffic, not used for adding additional turn lanes. Below is a tractor trailer trying to turn onto Campbell Station Road just before Parkside Drive. Do you think Farragut roads are wide enough?



Ironically, Mayor Ron Williams printed on his signs "Honoring Farragut's Founding" and "Securing Farragut's Future." This is politician double talk.



Farragut was created to be a suburb of Knoxville, not another Bearden or Cedar Bluff. The overbuilding and massive traffic issues that Mayor Williams is still pushing are the furthest thing from honoring Farragut's Founding.


Scott Meyer stated at the June 23 Board of Mayor and Aldermen meeting he loves 10 foot wide lanes.

Louise Povlin defending 10 foot wide lanes on Next Door and doing word Ju-Jitsu on putting money in the 2023 budget for a study on 10 foot lanes. One does not spend money on a study for something unless they intend to go through with it.



**Louise Povlin**
Fox Run • 1 hr ago

Campbell Station Road/Kingston Pike Intersection - A capital project to produce a design to add an additional left turn lane to northbound and southbound Campbell Station Road at Kingston Pike has been budgeted for Fiscal Year 2023. Nothing has happened with this proposal, no funding, no design, just budgeted. Fiscal year 2023 does not begin until July 1, 2022. Once the new fiscal year begins, staff begins tackling the projects that have been budgeted. With regard to this project, the first step is to have a contract for design come to the Board of Mayor and Aldermen for approval, this is an opportunity for public input. If the contract is approved, the contracted design engineer will complete the design and staff will present it to the planning commission for approval, this is another opportunity for public input. Because South Campbell Station Road is a state highway, any proposed design would have to receive TDOT approval. Road design engineers WILL NOT design something they believe to be unsafe. That would be what amounts to malpractice; a loss of license and possibly criminal charges. If you would like to read and understand lane widths, here are two articles from which you can gain independent knowledge so that you can come to the public meetings and provide your informed input.

https://nacto.org/publication/urban-street-design-guide/street-design-elements/lane-width/
https://nacto.org/docs/usdg/lane_widths_on_safety_and_capacity_petritsch.pdf



Lane Width | National Association of City Transportation Offici...
nacto.org

Posted in **General** to **Anyone**

♥ 2                    ♡ Like        💬 Comment        ↱ Share

Here is Alderman Povlin again trying to defend 10 foot wide lanes.



**Louise Povlin** • Fox Run                                    •••

Aerials of Kingston Pike/Campbell Station Road intersection – 1959, 1985, 2007. The rural road has been long gone for quite some time. (edited)

13h    Like    Reply    Share                          😊 ❤️ 2

**Mike M.** • Brixworth                                        •••

Many if not most of us moved to Farragut to get away from Urbanization. Candidates Bill Johns, Adam Atherton, and David White are against Urbanization and 10-foot traffic lanes. They have my vote.

Just now    Like    Reply    Share

And again defending 10 foot wide lanes.



**Mike M.** • Brixworth ···

Farragut roads should remain rural. Trucks travel in every single lane. The BOMA should never have pushed Starbucks and 35 North to the curb.

1 hr ago    Like    Reply    Share

**Louise Povlin** • Fox Run ···

Aerials of Kingston Pike/Campbell Station Road intersection - 1959, 1985, 2007. The rural road has been long gone for quite some time. (edited)

20m    Like    Reply    Share    ❤️ 1

And yet again.



**Farragut Community Discussion**
Louise Brambani Povlin · 4h · 🌐

This is Everett Road. It has two 12' travel lanes, a 40 mph design speed and a posted speed limit of 30 mph. It is challenging to drive 30 mph on this road. In fact, speed studies on Everett Road show that the 85th percentile (the speed at which 85% of drivers drive at or below) on northbound Everett Road near Union Road is 44.1 mph. The 85thpercentile on southbound Everett Road near Union Road is 58.4 mph. Twelve foot travel lanes encourage faster travel speeds which do not make roads safer in a suburban setting. The wide open view with no street trees to narrow the view encourages faster speeds. People driving too fast is the most often heard complaint from residents regarding our Town's arterials and collectors. Twelve foot lanes in a suburban community does not lead to a superior design, it just leads to cars going too fast. By the way, McFee Road is built with the same standards and the biggest complaint from residents on McFee Road is how fast everyone drives. It would be great if we could all get on the same page and stop building roads with 12 foot travel lanes.



You may be thinking that Louise Povlin is not on the ballot this year and you are correct. However it is very clear she supports the overbuilding in town. Alderman Povlin has signs for Ron Williams, Scott Meyer, and their hand-picked replacement Marty Layman in front of her Anytime Fitness business. The incumbents are actively admitting they support 10 foot wide lanes, which are only being considered because the same group allowed Starbucks and 35 North to be built too close to the road. If you want to continue the overbuilding and want 10 foot wide lanes, you want to vote for Louise Povlin endorsed Ron Williams for Mayor, Scott Meyer and Marty Layman for Alderman.

TDOT (Tennessee Department of Transportation) states on their website that 12 foot lanes are "desirable." Page 30

## TDOT - ROADWAY DESIGN GUIDELINES

| Design Element | Desirable | Minimum |
|---|---|---|
| Lane Width | 12 ft | Width of adjacent lane |
| Shoulder Width | Same width as approach shoulder | Interstate: 6 ft<br>Other Highways: 4 ft |
| Cross Slope on Tangent | 0.02 ft/ft | 0.02 ft/ft |
| Beginning of Full-Width Lane [1] | Location where the truck speed has been reduced to 10 mph below the posted speed limit | Location where the truck speed has been reduced to 45 mph |
| End of Full-Width Lane [2] | Location where truck has reached highway posted speed or 55 mph, whichever is less | Location where truck has reached 10 mph below highway posted speed limit |
| Entering Taper | 25:1 | 300 ft |
| Exiting Taper | Interstate: 70:1<br>Other Highways: 600 ft | 50:1 |
| Minimum Full-Width Length | 1000 ft or greater | Interstate Only: 1000 ft |

Notes:

1.   Use Figure 2-11 to determine truck deceleration rates. In determining the applicable truck speed, the designer may consider the effect of momentum grades.

2.   Use Figure 2-11 to determine truck acceleration rates. Also, see Comment 5 in Section 2-150.04.

Table 2-1
Design Criteria for Truck-Climbing Lanes

Remember what Scott Meyer stated at the June 23rd BOMA meeting? "I have never been a proponent of 12 foot lanes unless TDOT requires it. The guidelines were easily found by doing a basic Internet search.



I do not understand why Mayor Williams, Alderman Povlin, and Scott Meyer cannot simply admit they have been wrong.

In my March 24th Farragut Press letter, I stated:

*"Vice Mayor Louise Povlin stated "... on Watt Road, do we really want another tire store?" It is neither her's nor the Aldermen's job to decide whether a business can exist or where it sets up. If the location can handle the activity on it, without significantly disrupting the neighbors and area in general, it should be approved."*

I now understand why Mayor Williams and Aldermen Povlin and Meyer were so mad at this letter. They clearly want to make Farragut urban. Did you move here for that?

I cannot keep track of the number of residents who have told me one of the main reasons they moved to Farragut is because they wanted to be in a suburban

environment. They did not want Farragut to become Bearden or Cedar Bluff, which is exactly what the incumbents want to do here.

*As a reminder, the Farragut Free Press is not affiliated with any other publication and is exclusively on Substack.*

©2022 Farragut Free Press. All Rights Reserved

---

6 Likes

---

© 2023 Reporting Staff · <u>Privacy</u> · <u>Terms</u> · <u>Collection notice</u>
<u>Substack</u> is the home for great writing