

 

# facebook

     

  

**Amazon Influencers' top picks for your home**

Shop now

**Amazon I picks for y**

 Like    Comment    Share



**Farragut Community Discussion** ⋯ ✕

Nancy Bolon · 1 hour ago · 😊

I am 100% in support of freedom of speech but I do find that name calling against others is immature and is a direct reflection on the candidates they represent. It is my opinion, if you cannot speak without such name calling and resort to creating "cartoons" your candidates should consider finding another spokesperson. This is a not a good look and not what Farragut residents represent.

👍 1                                    1 comment

 Like     Comment     Send

  Write a comment...

 **David Zook** ⋯ ✕
1 hour ago · 🌐

I love Tennessee. I just renewed





**Michael Wilson**
Nancy Bolon well I've been called sexist and the 1100+ members of the FCRGD have been told they support sexism by a sitting Alderman and candidate. Waiting for the condemnation on those comments.

All I am saying is Mr. Murphy has a freedom of speech right to send out his opinions. You are free to provide rebuttal.

My point, people should not make a decision about a candidate based on the opinion of Mr. Murphy, you or me. They should speak to the candidates directly and find out what they believe, look at their past votes and actions. Vote on that. That is my opinion.

Still waiting for the condemnation of the candidate who called us names and personally impuned our character. So far, one has said his comments were not right. What say you?

8h  **Like**  **Reply**



**Jay Povlin**
Michael Wilson Just for clarity, please confirm that you condone Mr. Murphy's posts? Also, do you know whether Johns, Atherton & White do as well? He's advising them, as you well know.

The voters have a right to know who the candidates align with.

7h  **Like**  **Reply**



**Nancy Bolon**
Michael Wilson Mike, I don't

Write a reply...

 **Nancy Bolon**
Michael Wilson Mike, I don't speak for any candidate so I cannot answer your question. (and I have never seen what you are referring to because I am not a member of that group) I do believe there has been intimidation by some of the men towards the woman, which is very unfortunate. As a woman, I can speak to the childish cartoon characters and name calling, it's embarrassing. You are correct, Mr. Murphy can say whatever he wishes to say but when he is representing a candidate, it reflects on said candidate. If Mr. Atherton and Mr. Johns are pleased with their chief advisor/spokesperson, so be it. I would be looking for someone a bit more professional and savvy -

7h    Like    Reply

 **Michael Wilson**
Jay Povlin no, I don't agree with all of his posts. It is not my style; I prefer to discuss people's actions, decisions, logic, and words. Sean left FCRGD a couple of months ago when we talked and agreed his style was not within the FCRGD rules.

Sean can provide his opinion and you can provide a rebuttal. Heck, he would even likely post your comments on his site if you sent them to him.

I c... See more

7h    Like    Reply

 **Michael Wilson**
Nancy Bolon well the comments were actually made on Next

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Michael Wilson**

Jay Povlin no, I don't agree with all of his posts. It is not my style; I prefer to discuss people's actions, decisions, logic, and words. Sean left FCRGD a couple of months ago when we talked and agreed his style was not within the FCRGD rules.

Sean can provide his opinion and you can provide a rebuttal. Heck, he would even likely post your comments on his site if you sent them to him.

I cannot speak for the three people running for office and if they condone what Sean says. As I told someone else, don't take Seans' opinion, your opinion or mine to decide who to vote for. Call the candidate and speak to them and vote based on that conversation.

See I don't hang what Scott said about me and the FCRGD group on the Mayor or Marty - even though they seem to be running their campaigns together out of the space next to your gym. I treat them individually and would evaluate each candidate separately. I doubt Mayor and probably Marty would condone Scotts' comments.

7h   Like   Reply

**Michael Wilson**

Nancy Bolon well the comments were actually made on Next Door. They have be subsequently removed as they violated the ND rules. It appears the person was also suspended for a week or so.

Replying to **Michael Wilson** · Cancel

Write a reply...



**Michael Wilson**

Nancy Bolon well the comments were actually made on Next Door. They have be subsequently removed as they violated the ND rules. It appears the person was also suspended for a week or so.

I dont believe that Sean has said he is speaking on behalf of any candidate either. He has posted his opinions and challenged others with differing opinions to send them to him and he will post them too.

You can still see my rebuttal on ND and I can send you the original post if you are interested in reading it.

6h    Like    Reply



**Jay Povlin**

Michael Wilson You sit in on the planning sessions, no? Apparently you guys have moved from Admiral Pub for your

Replying to **Michael Wilson** · **Cancel**

**Rules**

Write a reply...







**Jay Povlin**
Michael Wilson You sit in on the planning sessions, no? Apparently you guys have moved from Admiral Pub for your planning sessions.

You know that Sean is managing Johns, Atherton & White. His infantile behavior reflects on all of you, but especially men that are asking for a woman's vote.

6h    Like    Reply



**Kimberlie J Parks**
Jay Povlin who has ever said that Sean is Managing their campaigns? I think you Might have your wires crossed...

6h    Like    Reply



**Michael Wilson**
Jay Povlin No. I don't sit in on the planning sessions. I have emailed some info and thoughts to Adam and I did speak with Bill Johns after their Thursday night meeting. The only candidate I met at a restaurant was Bill Johns shortly after he announced - we had 🍕 at Mellow Mushroom.

I have not been to any other "planning meetings." Full disclosure, I ameeting with Jim on Wednesday - not a "… See more

6h    Like    Reply



**Jay Povlin**
Michael Wilson

JAWS!! Johns, Atherton, White with Sean leading the way! Leading the way with the politics

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Jay Povlin**
Michael Wilson

JAWS!! Johns, Atherton, White with Sean leading the way! Leading the way with the politics of personal destruction of the only female member of BOMA. Who, by the way, is not on the ballot. Are Johns, Atherton & White proud of the infantile behavior of their advisor and the man they chose to lead their candidate forum? Not to mention the continuing overtones of misogyny.

As a reminder, the Vice Mayor is not on the ballot. The continuing focus on her (a pronoun for a female), is insulting to every woman.

These three must make a decision. We're with Sean and the continued nonsense, or we're not.

These candidates are tied to each other and Sean. They must publicly distance themselves from him and clearly state that they will no longer accept any endorsement or promotion of their campaign on his "press" site. The lot of them (including their minions that repost his nonsense on social media) are insulting everyone in Farragut, especially women.

Those that choose not to disavow themselves from him insult every voter in Farragut, and they will take note.

4h    Like    Reply

Replying to **Michael Wilson** · Cancel

Write a reply...

 **Michael Wilson**
Jay Povlin nice speech. So we must see things your way or else we are banished?

As I said, I don't agree with everything he says or everything you say. He has the right to his opinions and so do you.

Seems the only political attack you have is against Sean. You don't seem to want to discuss any of the ideas these candidates have brought - like listening to the people, establishing an emergency preparedness plan for Farragut, etc.

Just a Louise is not on the ballot; neither is Sean. He pulled his petitions before the deadline.

To me, you both play to your base supporters. He speaks out against Louise and you speak out against him. Kind-of cancel each other out, IMO

Let's see if the others are even willing to hold a meeting with the people. So far. No word that they have any intention to do so.

The good people of Farragut will make their decisions.

4h   Like   Reply

 **Nancy Bolon**
Michael Wilson sure, please send, I don't spend much time on ND anymore, very toxic

4h   Like   Reply

 **Michael Wilson**
Nancy Bolon sent via PM

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...

 **Michael Wilson**
Nancy Bolon sent via PM.

4h    Like    Reply        1 👍

 **Nancy Bolon**
I do have a lot of questions for Mr. Johns. We have a trauma 3 center on Lovell and Parkside Dr, why do we need helo pad? Protect our borders? What is that craziness, we are a small town, what are we protecting ourselves from? When has he set up meetings with Knox County about bike patrols. Farragut has low crime and we are allocated police support based on that. If he believes we need more, who is funding? Property tax? He can write 25 pages of what he's gonna do but is it executable? Why do I put my trust in someone that thinks public office is a joke? Why do I give my vote to a man who's consulting firm doesn't net much in assets? And so on - - - - -

4h    Like    Reply

 **Michael Wilson**
Nancy Bolon all great questions, you should call him and ask. Or, email him. His info is out there. I would be interested in his responses along with the other candidates too.

3h    Like    Reply

 **Jay Povlin**
Michael Wilson sorry, you're not skating away from this. You've appointed yourself a thought leader in Farragut. You are either with the nonsense or you're not. Real simple to everyone but you, apparently.

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...

Case 3:24-cv-00263-TWR-JEM   Document 54   Filed 11/21/23   Page 10 of 28   PageID #: 2613



**Michael Wilson**

Jay Povlin LOL, thought leader? As I have said for the 3rd time, I don't agree with all the things that Sean does or says. I think that is clear. I have told him that and he left FCRGD because of these differences. Hope that is clear enough for you.

You accuse me of being the "thought leader," whatever the heck that is. In the meantime, if I don't agree with you and condemn Sean to the ash heap of history I am what banished from Farragut? Who made you the arbiter of who gets to say what? Why do I (or anyone) have to agree with you 100%?

That, good sir, sounds like the thought police to me... Likely you don't see the hypocrisy of your post..

this is exactly the attitude we have experienced from the current BOMA since we challenged them on Biddle Farm.

3h   Like   Reply



**Jay Povlin**

Michael Wilson outlandish, infantile and overtly hostile behavior does need to be banished. I'm glad we agree. It's not me deciding that, it's the people that are sick of this nonsense.

3h   Like   Reply



**Michael Wilson**

Jay Povlin so let them decide. You don't get to tell everyone what they get to agree with or

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Michael Wilson**
Jay Povlin so let them decide. You don't get to tell everyone what they get to agree with or disagree with. We all decide for ourselves.

Note - the 1st Amendment is not there to protect the speech you agree with but that which makes you uncomfortable. This is an inalienable right that the goverent can't infringe upon.

Jay - don't you agree or do you think government or you should have the right to censor it?

3h    Like    Reply                    1 👍



**Kimberlie J Parks**
Michael Wilson 👏👏👏👏👏

3h    Like    Reply



**Jay Povlin**
Michael Wilson it's not a matter of censorship.  It's a matter of standing against the politics of personal destruction.  Which apparently you endorse.

3h    Like    Reply



**Kimberlie J Parks**
Jay Povlin politics of personal destruction? 🤔

3h    Like    Reply



**Michael Wilson**
Jay Povlin LOL, okay.  That's your opinion.  Notice I don't postba lot of stuff he has written.  Nice try.

3h    Like    Reply



**Jay Povlin**
Michael Wilson you just did.  So I guess you don't keep track of what you post.



Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Kimberlie J Parks**
Jay Povlin he posted an interview... Not what he wrote... smh... You like to poke the bear!

3h    Like    Reply



**Jay Povlin**
Kimberlie J Parks you're either all in with the nonsense or you're not. You cannot pick and choose.

3h    Like    Reply



**Michael Wilson**
Jay Povlin waiting for you to publically condemn Alderman Meyer for his comments. Is his sign in your front yard, you have to pick sides.

3h    Like    Reply                1 



**Kimberlie J Parks**
Jay Povlin 👍 whatever you say! See the thing about that comment is that isn't true... you can pick and choose certain things that you agree with and certain things you don't. That's what freedom of thought is! Haha...

2h    Like    Reply



**Deborah Phillips**
Nancy Bolon I agree with you. Intentional digs, or comments created to throw shade, regardless of the delivery (cartoons, sideways or insincere comments, etc) are never a good look. Wouldn't it be great if the negative claims and veiled insults stopped, and all of that energy was channeled into something positive?

2h    Like    Reply



**Jay Povlin**
Michael Wilson nice deflection. So you're all in with Sean and his promotion of JAWS. Got it. I hope everyone takes notice.

2h   Like   **Reply**



**Michael Wilson**
Jay Povlin I posted an interview not some hit piece or meme. Listen and disagree if you want. Still waiting on you to condemn Alderman Meyer for his sexist comments.

2h   **Like**   **Reply**        1 



**Jay Povlin**
Michael Wilson All in.

2h   Like   **Reply**



**Kimberlie J Parks**
Michael Wilson and just like that. He has now resorted to arguing like a child. Grow up Jay! You are entitled to your own opinion but not your own facts. And because we can think on our own, form our own informed opinions and make rational decisions you feel that you're entitled to shake us down with Judgement. Seems to me you should just stop and move on!

2h   Like   **Reply**

**Michael Wilson**
Kimberlie J Parks well we learned a couple of things. Jay wants to banish speech he doesn't like. His words. He also wants us to condemn Sean but won't do the same regarding Alderman Meyer and his sexist comments about the people in FCRGD. Shows this is a political, not a principle, argument.

Replying to **Michael Wilson** · **Cancel**

Rules

Write a reply...



**Michael Wilson**
Kimberlie J Parks well we learned a couple of things. Jay wants to banish speech he doesn't like. His words. He also wants us to condemn Sean but won't do the same regarding Alderman Meyer and his sexist comments about the people in FCRGD. Shows this is a political, not a principle, argument.

As I said, many things Sean has done and said I disagree with. He left our group because of our differences in how we approach these things. So if I am a Sean advocate - I not doing a very good job.

2h   **Like   Reply**                    1 👍

**Jay Povlin**
Michael Wilson you're confused. I'm fine with his "speech," are you? You have to decide. He can say what he wants, but you have to choose. Yes or no, you support the nonsense. You cannot say yes to some. Choose a side, declare a position. If you post links, you're supporting. Sorry to throw water on your parade.

2h   Like   **Reply**



**Michael Wilson**
Jay Povlin That is your opinion. You are the one that said you want to "banish" his speech. Your premise comes from an and/or position; I approach from a both/and. Most people don't "throw the baby out with the bathwater." They evaluate content and make decisions based on that content. I can

Replying to **Michael Wilson** · **Cancel**

Rules

Write a reply...

 **Michael Wilson**

Jay Povlin That is your opinion. You are the one that said you want to "banish" his speech. Your premise comes from an and/or position; I approach from a both/and. Most people don't "throw the baby out with the bathwater." They evaluate content and make decisions based on that content. I can disregard the satirical and what I would deem as inappropriate things while still listening to say his interviews and considering them for myself. Why must I fall into your way of thinking of having to choose a side? Politically I get that; you want me to confirm your political point of view so you can use that to further discredit Sean. That is your end goal; you are not worried about me but how you can use my comments to your end. Sorry if my failure to conform to your way of thinking upsets you; this isn't the book 1984 and I am free to decide for myself.

1h   Like   Reply

 **Jay Povlin**

Michael Wilson sorry Michael. You're married to all this. Your mistake, not mine. You posted more of the nonsense. You're all in. Team JAWS. Johns, Atherton, White and Sean. With Wilson forging the way ahead.

1h   Like   Reply

 **Michael Wilson**

Deborah Phillips Agree! It wasn't always this way when we disagreed. Back in 2015, Mayor

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...

 **Michael Wilson**
Deborah Phillips Agree! It wasn't always this way when we disagreed. Back in 2015, Mayor McGill disagreed with us on Smith Road Apartments. Many called him names and worse. Yet, when I reached out and asked for an exception to the speaking rules for the FMPC he gave me 20 minutes and allowed me to put a PowerPoint presentation up for all in the room to see. He was humble and realized this is what was best for the community as a whole.

1h   Like   Reply

 **Michael Wilson**
Jay Povlin Yes, you've said it 5 or 6 times when you don't want to respond to any of the points I make. As I said, I will let the people of Farragut decide for themselves. I doubt they want you to tell them what they have to believe. Have a good night!

1h   Like   Reply

 **Jay Povlin**
Michael Wilson Let the people decide. But Micheal Wilson won't decide. "Never mind the man behind the curtain!" Yes or no. Support all of the nonsense or none of it. Answer please.

1h   Like   Reply

 **Michael Wilson**
Jay Povlin I have provided you my answer 4 times now; you just don't like it. I don't answer to you so continuing to ask won't get you anything more that what has been provided already. I get you

---

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Michael Wilson**
Jay Povlin I have provided you my answer 4 times now; you just don't like it. I don't answer to you so continuing to ask won't get you anything more that what has been provided already. I get you don't like the comments he makes about your wife; what I don't understand from you and Eric is you believe Sean is rude and a no one will listen to him, correct? So, why don't you let his POD cast do their thing and allow it to bring down all the candidates you oppose? I can't figure out why you want him shut down when his presence on the scene seems to help your candidates (according to you). Seems you would be using his material to show how bad he is; not trying to shut down his commentary. Just a thought...

1h    Like    Reply



**Jay Povlin**
Michael Wilson YOU PROMOTED IT!!! What don't you get.

1h    Like    Reply



**Michael Wilson**
Jay Povlin Now we are yelling... I posted an interview... you don't like it that's okay, I understand that. You really want your way and seems you are upset because you aren't getting it. You should probably step away from the keyboard. There is more to life than this stuff...

1h    Like    Reply



**Jay Povlin**
Michael Wilson you're promoting a cancer. Your decision, not

Replying to **Michael Wilson** · Cancel

Rules

Write a reply...



**Michael Wilson**
Jay Povlin Now we are yelling... I posted an interview... you don't like it that's okay, I understand that. You really want your way and seems you are upset because you aren't getting it. You should probably step away from the keyboard. There is more to life than this stuff...

1h  Like  Reply

**Jay Povlin**
Michael Wilson you're promoting a cancer. Your decision, not mine.

1h  Like  Reply

**Michael Wilson**
Jay Povlin talk about hyperbole... now it is a cancer? So, call me a bad person at your next dinner party and move on. We disagree on how we deal with people. As I have said, the residents of Farragut will decide in a month.

1h  Like  Reply

**Jay Povlin**
Michael Wilson indeed they will. You're all in.

1h  Like  Reply

**Michael Wilson**
Jay Povlin last word!

1h  Like  Reply

**Kimberlie J Parks**
Michael Wilson he just can't comprehend the ability to agree with parts of articles and not the whole thing... Just like he can't comprehend the ability to agree with some actions but not all. So if you voted for a certain candidate and that candidate is found to have violated federal law and becomes a felon. Does that make you one too Jay Povlin ? Or what about the actions of you on public forums. Should that also reflect on your wife? Should she be Judged by your wrong doings? Oh wait... You were okay with her very public meltdown in front of a group of women! Yep! Your okay with that! Even supporting the lie that she is telling everyone about what happened. I have multiple witnesses and she has ZERO! To bad I didn't get that on video that would have been very damaging! You're just on here to create more hysterical commentary and honestly your only hurting yourself.

7m  Like  Reply

Write a reply...

 **Farragut Community Discussion** ⋯ ✕

**Jay Povlin** · 20 minutes ago · 👥

Johns, Atherton and White must be thoroughly pleased with their campaign manager's continuing attacks on women in Farragut. They and any supporters that repost any of the nonsense should be utterly ashamed of themselves. It's unfortunate that our community has such a cancerous group of men that so freely attack women on social media. Thought of the day!!

 Like      Comment      Send



**Farragut Community Discussion**

Jay Povlin · 1 hour ago · 😩

Johns, Atherton and White must be thoroughly pleased with their campaign manager's continuing attacks on women in Farragut. They and any supporters that repost any of the nonsense should be utterly ashamed of themselves. It's unfortunate that our community has such a cancerous group of men that so freely attack women on social media. Thought of the day!!

👍 Like          💬 Comment          ➤ Send

Be the first to like this

**Seen by 19**

All comments ⌄



**Kimberlie J Parks**
Who's the campaign manager?

34m   **Like**   **Reply**

**Jay Povlin**
Kimberlie J Parks you should be offended by a group of bullying men that consistently work to silence

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply...



**Kimberlie J Parks**
Who's the campaign manager?

34m  **Like**  **Reply**



**Jay Povlin**
Kimberlie J Parks you should be offended by a group of bullying men that consistently work to silence women that express an opinion. And any candidates that use one of them to promote their candidacy.

34m  **Like**  **Reply**



**Kimberlie J Parks**
Jay Povlin you didn't answer my question. Who is this so called Manager?

Just now  **Like**  **Reply**



Write a reply...



Write a reply...



**Deborah Phillips**
What are you referencing when you say that they attack women in social media?

11m  Like  Reply

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply...

Case 2:23-cv-00400-TMH-JCM   Document 5-24   Filed 11/11/23   Page 22 of 28   PageID #: 2363



**Jay Povlin**
Deborah Phillips please ask Michael Wilson.  He can point you to the nonsense.   He's an influencer in that group.

23m    Like    Reply



**Deborah Phillips**
Jay Povlin Have you read rule #2 for this page? I think it is relevant to this post.

17m    Like    Reply

   Write a reply...

**Jay Povlin**
Deborah Phillips I'm sorry to be obsequious.   Kimberlie J Parks knows as well.  This overt bullying and misogyny needs to be stamped out.  Unfortunately you have a group that wants to shout down any contrary views.   By all means necessary.   Can you imagine if they were elected, how the Town would be run?  Only agreeable views accepted!

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply...





**Jay Povlin**

Deborah Phillips I'm sorry to be obsequious.  Kimberlie J Parks knows as well.  This overt bullying and misogyny needs to be stamped out.  Unfortunately you have a group that wants to shout down any contrary views.   By all means necessary.   Can you imagine if they were elected, how the Town would be run?  Only agreeable views accepted!

19m   **Like**   **Reply**



**Deborah Phillips**

Jay Povlin Nevermind, I give up.

3m   **Like**   **Reply**

   Write a reply...



**Jay Povlin**

Deborah Phillips there are  a series of posts from an advisor and manager from a group of candidates, which has overt bullying and utter nonsense.   The citizens should read it and judge for themselves.   I'm not

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply...


Case 2:23-cv-06400-TPM-JCM  Document 5-24  Filed 10/11/23  Page 24 of 28  PageID #:

necessary. Can you imagine if they were elected, how the Town would be run? Only agreeable views accepted!

19m    **Like    Reply**

 **Deborah Phillips**
Jay Povlin Nevermind, I give up.

3m    **Like    Reply**

 Write a reply...

 **Jay Povlin**
Deborah Phillips there are a series of posts from an advisor and manager from a group of candidates, which has overt bullying and utter nonsense. The citizens should read it and judge for themselves. I'm not posting a link because each post is worse than the next. Kimberlie J Parks or Michael Wilson, please provide the link.

12m    **Like    Reply**

 Write a reply...

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply...





**Jay Povlin**
Michael Wilson outlandish, infantile and overtly hostile behavior does need to be banished. I'm glad we agree. It's not me deciding that, it's the people that are sick of this nonsense.

1d     Like     Reply

**Jay Povlin** Have you read rule #2 for this page? I think it is relevant to this post.

44m   **Like**   **Reply**



**Tara Gray Wood**

**Jay Povlin** please post a screenshot of this. It's one of our rules to keep people honest. Any of their comments you feel that women are being attacked is fine. Thank you!

17m   **Like**   **Reply**



**Jay Povlin**
**Tara Gray Wood**



# Farragut Has Its Own Disinform ation Czar

Sean Murphy

13m   **Like**   **Reply**


**Kimberlie J Parks**

Replying to **Jay Povlin** · **Cancel**

**Rules**

Write a reply…

Tom Like Reply



**Kimberlie J Parks**
Tara Gray Wood it's not on Facebook

12m   Like   Reply

**Kimberlie J Parks**
Tara Gray Wood and it's not an attack on women! Lol... He's just using that because that's the only comeback he has

12m   Like   Reply

**Jay Povlin**
Again, seeing his nonsense is so distasteful.  But you requested and I replied.  There are other screeds that are completely demeaning to women.  Even one where he rails on a man, and puts a picture of his wife.  Awful.

11m   Like   Reply

**Tara Gray Wood**
Kimberlie J Parks you are welcome to discuss that with him once he posts. He is entitled to his opinion, and it doesn't have to be from Facebook.

4m   Like   Reply

**Kimberlie J Parks**
Tara Gray Wood great then I fully expect the same treatment when I posts opinions about certain people with no names attached! 👍 Screen printed!

Just now   Like   Reply

Write a reply...

**Jay Povlin**
Deborah Phillips I'm sorry to be obsequious.  Kimberlie J Parks knows as well.  This overt bullying and misogyny needs to be stamped

Replying to **Jay Povlin** · Cancel

Rules

Write a reply...