

Ron Williams is Mayor. He is allowed to be in the building to do his mayoral duties. He is not allowed to talk to voters, which I have documented at least twice.

Ron Williams is quoted in the July 27th Farragut Press saying he

*"visited the Farragut Museum — located in Town Hall — earlier in the day, which was opening day of its new 1982 World's Fair 40th Anniversary exhibit," adding he's also "a member of the Museum Committee."*

Below is a screenshot from Farragut's town calendar. No mention of any event at Town Hall that Ron Williams attended.

