**STATE OF TENNESSEE**  
**COUNTY OF KNOX**  
**TOWN OF FARRAGUT**

**CITATION AND SUMMONS**   NO. 3358

In the Municipal Court of Farragut, Knox County, Tennessee, the undersigned, duly authorized official representative of the Town of Farragut states that:

on __Tuesday__ the __02__ day of __May__, 20__23__

Name __Sean Murphy and Denise Pagels__  Phone _____

Address __716 Bridgeport Drive__

City __Farragut__   State __TN__   Zip __37934__

located in the city, county, and state first above written, did then commit the following offense or offenses, in violation of the state laws or city ordinances in such cases made and provided.

- [ ] Building Code Violation
- [ ] Property Maintenance Code Violation
- [ ] Fire Code Violation
- [x] Sign Ordinance Violation
- [ ] Zoning Ordinance Violation
- [ ] Other Violation

Specifics of Violation __Farragut Municipal Code, Chapter 109, Sec. 109-12, (b), (5)__

Location of Violation __716 Bridgeport Drive, Farragut, TN 37934__

and that said Defendant is hereby:

**CITED TO APPEAR IN THE TOWN OF FARRAGUT MUNICIPAL COURT, 11408 MUNICIPAL CENTER DRIVE FARRAGUT, TENNESSEE 37934, AT 6:00 P.M. ON THE __12__ DAY OF __June__, 20__23__**
                                         Date            Month            Year

Issuing Officer __S/m T/y (STEPHEN TAYLOR)__ Title __OFFICER__

given under my hand this _____ of _____, 20_____
                        Date         Month              Year

I HEREBY AFFIX MY SIGNATURE UNDERSTANDING THAT THIS IS NOT A PLEA OF GUILT, BUT TO HEREBY CERTIFY THAT I HAVE RECEIVED A SUMMONS COPY OF THIS CITATION, AGREE TO APPEAR IN MUNICIPAL COURT ON THE DAY AND AT THE TIME CITED ABOVE, AND WAIVE THE ISSUANCE AND SERVICE OF A WARRANT.

Signature X _____

This _____ day of _____, 20_____. Printed Name: _____

*******************************************************************

**CIVIL WARRANT**

By _____, Clerk
Issued _____, 20_____.
Process Server _____
Set for _____
Reset for _____
Served upon _____
Date Served _____, 20_____.
Served by _____
        Process Server (sign legibly)
How served   Personally [ ]   By Return Receipt Requested Mail [ ]   Other [ ] (Explain below)
Details _____

*******************************************************************

**JUDGMENT**

Judgment that Defendant be:  Dismissed _____   Guilty _____
Fined the sum of _____ court costs of _____
Continued to _____  Continued to _____  Continued to _____

Judge _____   Date Entered _____

For citation questions, please call 865-218-3363. For weather or other emergencies affecting the Court schedule, please visit the following website the day of your scheduled court date: www.townoffarragut.org/104/Municipal-Court. Failure to appear before the Farragut Municipal Court on the day and time cited above may result in an automatic default judgment against you and could result in fines of up to $50 per violation per day and court costs up to $115. If you are disabled and need assistance, please call 865-215-2952.

# IMPORTANT NOTICE REGARDING FARRAGUT MUNICIPAL COURT

Anyone exhibiting symptoms consistent with those known to be associated with the COVID-19 virus may be prevented from entering the courtroom or may be asked to leave the courtroom. Anyone cited to court, appearing as a witness, or desiring to attend any session of the Town of Farragut Municipal Court in person for any reason that has tested positive for the COVID-19 virus should contact the Court Clerk and make that fact known before appearing in court.

Please visit www.townoffarragut.org/court the afternoon of your scheduled court date. This website will be use to notify the public of any changes to the court schedule, including court cancellation or rescheduling of court. If you would like to be notified of schedule changes by a different method, please contact the Court Clerk and provide that information. If you do not provide a contact method, it will be your responsibility to check www.townoffarragut.org/court for the status of court.

If you will have witnesses appearing on your behalf or legal counsel representing you the evening of your scheduled court date, please inform the Court Clerk by the Tuesday before your scheduled court date.

## Court Clerk Contact Information:

Jennifer Hatmaker
865-218-3363
jhatmaker@townoffarragut.org

Maria Rayas
865-218-3387
mrayas@townoffarragut.org