

# NOTICE OF VIOLATION

# CE-2023-108                                                                                                April 21, 2023

Attn: Sean Murphy and Denise Pagels
716 Bridgeport Dr
Farragut, TN 37934

**Subject: Notice of Violation, Town of Farragut Office of Code Enforcement**
      Property address: 716 Bridgeport Dr

Dear Sean and Denise,
In response to a complaint, on April 21, 2023, an inspection was conducted at the above referenced site to determine compliance with The Town of Farragut's property maintenance ordinances. During the investigation the following violations were observed.

1. There is a sign on the property that appears to exceed the size permitted for a temporary parcel sign in a residential zoning district.

Violation :
**Farragut Municipal Code Chapter 109 :**
**Section 109-12. Sign regulations by land use and/or zoning districts.**
All signs shall comply with the following regulations. Any sign that is not specifically permitted shall be prohibited.

> **(b) Signs permitted on land for residential uses.** The following signs are permitted on land used for residential purposes. Recreational facilities developed as part of a residential development shall also follow these regulations:
>
> > **(1) Temporary parcel sign.** Each individual house lot shall be permitted one temporary parcel sign <u>not to exceed six square feet in area and six feet in overall height</u>. This may include a sign where the owner consents and the property is being offered for sale or lease. A temporary parcel sign shall be removed within two days of the termination of the event/activity for which the sign was used. Where the termination of an event/activity is questioned by the sign administrator, the burden shall be on the sign holder to verify that the event/activity has not terminated.

---

11408 MUNICIPAL CENTER DRIVE | FARRAGUT, TN 37934 | 865.966.7057
WWW.TOWNOFFARRAGUT.ORG

Case 3:23-cv-00402-TRM-JEM   Document 6-73   Filed 11/11/23   Page 1 of 2   PageID #: 2651

Please remove or bring the sign into compliance **immediately**. Failure to resolve the issue(s), or any future report of the issue(s), may result in a citation and summons to municipal court, where you may be fined up to $50 per day for each violation.

If you have any questions regarding this notice, please do not hesitate to contact me at (865)966.7057 or hmarlowe@townoffarragut.org . Your attention to this matter is greatly appreciated.

Thank you,

*Holley Marlowe*

Holley Marlowe
Codes/Zoning Enforcement Officer