https://nextdoor.com/p/RqCrQ9T2gCkn?utm_source=share&extras=NTc2MDI3NzE%3D



https://nextdoor.com/p/RqCrQ9T2gCkn/c/940562682?utm_source=share

