Fri, Jun 9, 2023 9:54 PM

Sean the HOA Board has worked to resolve this issue with you in a neighborly manner. We have consulted legal counsel and confirmed we are well within our rights to suspend privileges & use of facilities for non-compliance. We all regret this action is necessary and hope that we can quickly put this behind us and restore to you and your family all of the privileges of our great neighborhood. If you choose to escalate this further to me and/ or the board, that will be unfortunate, but will not change the current course of action. Your issues are (as I understand them) with the Town of Farragut. The fact that you have chosen to use our neighborhood as part of your platform is the reason the HOA has a duty to act and protect the covenants & restrictions and all Brixworth Homeowners. I was going to send you and Sharin a note later tonight advising that you will need to make other plans for your meetings on June 29th & July 6th as you will not have access to the clubhouse at that time. Hope this can be resolved soon and we can all resume enjoyment of our awesome neighborhood!
Maury

**EXHIBIT I**