**Kirk Swor** is 😀 feeling grateful.
Admin 1d

habits segues into my next thought...

- It's hard not to address the elephant in the room, but we are all very well aware of the **neighbor** with the sign(s) on **Brookstone**. You can call the Town of Farragut for more detailed information, but he was unsuccessful in his hearing with the Town of Farragut last month. Because of his failed attempt to defend the signs, he is being fined by the Town; and my understanding is that at some point the signs will have to be removed. A new sign is up now that rehashes grievances, berates the Brixworth HOA, etc., so I am unsure if that will result in a new fine and hearing. Our neighborhood sanctions against him have been in effect since June, and will remain in place until the sign(s) are gone. I wish there was more that we could do. The Town of Farragut is really the only one with teeth in the matter. I hate it for all of us, and I just wish that this neighbor would find another way to express himself that didn't selfishly involve soiling the neighborhood. It is clearly stated in our Brixworth C&R's that you cannot have signs in your yard, and there was a 2021 Amendment to an existing TN bill that gives a private HOA the right to regulate even political signs in private yards. This neighbor was made aware of all of this back in April when I was talking to him offline about it, but he chose to believe his own reality. I will tell you that just last month, he also threatened the Brixworth HOA, and me and my family personally, with a lawsuit unless we settled with him under his terms, which were: