Subject: IP addresses

 **Allison Myers** <IMCEAEX-_O=EXCHANGELABS_OU=EXCHANGE+20ADMINISTRATIVE+20GROUP+…     Tue, Jun 13, 8:25 AM
to Travis Ramsey

You are viewing an attached message. Gmail can't verify the authenticity of attached messages.

Travis,
We have a request for the IP addresses for Sean Murphy, Kimberlie Parks, and Mike Mitchell.
Thanks!

**allison myers**, MMC, CMFO

**TOWN RECORDER**

**EMAIL** • AMYERS@TOWNOFFARRAGUT.ORG

**PHONE** • 865.966.7057 *Office*
865.675.2096 *Fax*

**ADDRESS** • 11408 MUNICIPAL CENTER DRIVE
FARRAGUT, TN 37934



 townoffarragut.org