

## Outrageous Jay Povlin email
1 message

**His Majesty Sean Murphy** <seanmurphy379@protonmail.com>   Wed, Oct 18, 2023 at 6:06 PM
To: Russ <theeglilawfirm@gmail.com>, Wendy Egli <wegli.theeglilawfirm@gmail.com>

**From:** Jay Povlin <jay.povlin@gmail.com>
**Sent:** Monday, October 16, 2023 3:02:24 PM
**To:** Richie Beeler <Richie.Beeler@knoxcounty.org>; Carson Dailey <Carson.Dailey@knoxcounty.org>; Courtney Durrett <Courtney.Durrett@knoxcounty.org>; Kim Frazier <Kim.Frazier@knoxcounty.org>; Terry Hill <Terry.Hill@knoxcounty.org>; Larsen Jay <Larsen.Jay@knoxcounty.org>; Rhonda Lee <Rhonda.Lee@knoxcounty.org>; Dasha Lundy <Dasha.Lundy@knoxcounty.org>; Gina Oster <Gina.Oster@knoxcounty.org>; John Schoonmaker <John.Schoonmaker@knoxcounty.org>; Kyle Ward <Kyle.Ward@knoxcounty.org>
**Subject:** [External]Application from Sean Murphy for a Seat on the Ethics Commission

October 16, 2023

To: Knox County Commission

Re: Application from Sean Murphy to be considered for Knox County Ethics Commission

Dear Commissioners,

I write today regarding an email you received from Mr. Sean Murphy of 716 Bridgeport Drive, Farragut, TN, indicating his desire to be considered for appointment to the Knox County Ethics Commission. **I cannot express in strong enough terms that Mr. Murphy is utterly and completely unqualified to serve on the Knox County Ethics Commission.** It is my hope that after considering the information in this letter, the idea of appointing Mr. Murphy will be dismissed promptly and never revisited.

<u>Demonstrated pattern of aggression and abusiveness toward those he views as his political opponents. This indicates an inability to separate his personal views from the issues that may be before the Ethics Commission.</u>

During his time as a resident of Woodbury Connecticut, Mr. Murphy ran afoul of the community and with law enforcement due to his behavior toward elected and appointed officials attempting to do the people's business.

On January 13, 2013, The Republic-American, a media outlet in CT, published an article regarding the need for police presence to continue at the Woodbury, CT zoning meetings. In that article, zoning commission chairman Martin Overton indicates that he plans to continue to have a police officer present. The next line of that article is a direct quote from Mr. Overton, "I am afraid of that man." The man he is referring to is Sean Murphy. I have spoken to Mr. Overton several times and he confirms that he continues to stand by that statement. Please read the attached article detailing this situation for context on the disruptions caused by Mr. Murphy at zoning meetings.

Fast forward to June 22, 2015, and an article published by Voices News on June 27th. The article details a "Turbulent Meeting Held in Woodbury" and an incident where Mr. Murphy got into a "heated argument" with First Selectman William Butterly. This article details Mr. Murphy's over the top behavior which ended with Resident State Trooper Joe Roden

tapping Mr. Murphy on the shoulder and telling him, "You're done." The State Trooper then escorted Mr. Murphy out of the meeting. The article contains a picture that shows someone standing in front of Mr. Murphy, preventing him from approaching Mr. Butterly. Current Woodbury First Selectman Barbara Perkinson of Woodbury attended this meeting and has confirmed that the article is correct and accurate in its accounting of events. I have attached a PDF of the article, so you have the complete picture of Mr. Murphy's behavior at this meeting.

Fast forward again to Spring of 2017, which is the campaigning season in Woodbury with a voting day in May. Leading up to election day, Mr. Murphy had become so volatile during various public forums that a police escort was assigned to Mr. Butterly while campaigning and canvassing neighborhoods. This has been confirmed by the Town of Woodbury attorney, Tom Kaelin.

May 2, 2017, was election day in Woodbury, and that morning around 11:45, an incident occurred outside the Senior Center while people were inside the building voting. According to several Republican-American articles dated May 3, 4, 5, and 19, Mr. Murphy began shouting at Mr. Butterly from across the parking lot, then drove to where Mr. Butterly was standing and exited his car. At that point, according to the report issued by Troop L of the CT State Police, "Murphy was yelling and screaming at the current First Selectman, William J. Butterly, and at one point, ran up to Butterly in a threatening manner and continued to yell and scream in his face, making Butterly fear for his safety." The article indicates that Mr. Murphy was arrested and charged with breach of peace: threatening. He turned himself in and was released on bond. In an email from Mr. Butterly to the Woodbury staff dated May 5, 2017, the First Selectman indicates, "Mr. Murphy was arrested on a breach of peace warrant, signed by states attorney." Later in the same email, "Unless discouraged by the town attorney, I will be seeking a restraining order from the courts in the morning." The email from the First Selectman is attached for your reference.

In addition to these events at his previous place of residency, Mr. Murphy has continued this behavior while in Farragut. On July 23, 2022, Mayor Ron Williams of the Town of Farragut filed a police report regarding an incident at Farragut Town Hall involving Mr. Murphy. This incident was reported in the July 27, 2023 issue of the Farragut Press. As you can read in the article, once again Mr. Murphy shows no restraint in his behavior and aggressively approaches the Mayor in the Town Hall parking lot. As with the previous incident in CT with Mr. Butterly, Mr. Murphy became agitated, and aggressively shouted at Mayor Williams and his wife.

These events clearly demonstrate that Mr. Murphy has impulse control issues and cannot separate his personal views to be able to effectively serve on the Ethic Commission.

<u>Mr. Murphy's own words indicate an inability to be fair and objective, in addition to biases against certain people and genders.</u>

Since relocating to Farragut, Mr. Murphy started and posts on several blogs where he expresses his views regularly. He has three blogs, Farragut Free Press, Citizen Monitor and Uncontrolled Opposition. All three blog sites contain numerous articles with insulting references to women, consistent degradation of anyone that has a differing political opinion than his, overt hostility toward many elected officials and much more. Mr. Murphy may claim that his postings are free speech, and while this is true, his commentary needs to be taken into consideration in the context of his clear disdain for certain people.

Many of these blogs should be of great concern for women, to which he regularly refers to as "birthing persons." In a blog post on Uncontrolled Opposition dated Feb 5, 2022, titled, "3rd and 4th Wave Feminism is Setting Up our Young Girls for Failure in Life," Mr. Murphy states the following: "They (females) are not being taught humility and to serve others, which are two absolute necessities in successful relationships. The best way to get a deranged feminist to lose her mind is to talk about how women need to be obedient to their men. I have first hand case studies on how effective this is."

In a blog post on Uncontrolled Opposition from April of 2023, "Feminism Fails Birthing Persons with Podcast," closes with the following sentence: "Women are in debt to the

sexual liberation and hookup culture and are slaves to their male bosses at work instead of their husbands at home."

Another Uncontrolled Opposition podcast from May 4, 2023, is titled, "The Key to Taking Back America is Putting Pregnant, Married Birthing Persons Back Into the Kitchen."

Are these attitudes toward women appropriate on the Knox County Ethics Commission?

These three blog sites, maintained and overseen by Mr. Murphy, have numerous examples of his inability to consider situations fairly and objectively. Accordingly, this should disqualify him from consideration for a position on the Ethics Commission.

<u>In Mr. Murphy's email to the County Commission, he indicates involvement in politics</u>, "I have been involved in politics since 2006," and "I was elected to my local Zoning Commission in 2011 to take on and eventually defeat an out-of-control tyrannical chairman."

He briefly held an elected position as *Alternate* Zoning Commission Member with the Town of Woodbury. He was elected from a slate of three candidates, with the voters selecting two for the Alternate Commissioner positions.

As an Alternate Commissioner, he was allowed to vote only when the Chair recognized and seated him for an agenda item. He was not a fully empowered Zoning Commissioner. He was sworn in in June of 2011, resigned at a meeting in Dec 2012, threatened to sue to be reinstated in Jan 2013, was reinstated, then resigned again permanently in May 2013.

Regarding the defeat of the chairman, it should be noted that the chairman continued to serve after Mr. Murphy resigned. Therefore, it is not accurate that Mr. Murphy "defeated" the chairman. Additionally, he refers to "bad actors were done after we exposed and stopped them." There is no evidence that indicates any of the commissioners were in any way reprimanded, sanctioned, or fined for any illicit behavior.

A review of the Zoning Commission meeting minutes from this time paints a disturbing picture of a man whose sole purpose was to disrupt the meetings. I have the meeting minutes available, should you like to review them.

Mr. Murphy also states, "I know many of you are familiar with what is going on in Farragut. The town illegally brought me to court to silence my yard displays criticizing their terrible behavior and actions." The legal action by the Town was quite specific, his sign is out of compliance with the existing ordinances for total square footage. His sign is approximately 32 square feet in size, and the maximum allowed sign is 6 square feet. The Town Attorney, Mr. Tom Hale, was quite clear in his arguments before the court, the Town does not care what the sign content is, the sign is out of compliance with the ordinance due to size. Accordingly, the court ruled in favor of the Town of Farragut and fined Mr. Murphy. He has since filed an appeal to the Knox County Civil Session Court, which should be heard in early 2024. Any statement regarding attempts to silence Mr. Murphy for his critique of the Town is grossly inaccurate.

I hope that this information is helpful as you consider your available choices to the Knox County Ethics Commission.

--
Thanks,

Jay S. Povlin
Mobile # 865-385-7817

>>>CAUTION<<<

This message originates outside of the Knox County email system. Use caution if this message contains attachments, links or requests for information.

This message, including any attachments, is for the sole use of the intended recipient(s) and may contain personal, private, or confidential information as defined by Tennessee and/or federal law. If you are not the intended recipient, please contact the sender and destroy all copies of the original message. If you cannot reach the person who sent this message to you, please provide only your name and contact information to the Knox County Privacy Officer at privacy@knoxcounty.org . Knox County is not responsible for errors or omissions in this message. Any personal comments made do not necessarily represent the views of Knox County.

**10 attachments**

- **3rd and 4th Wave Feminism is Setting Up Our Young Girls for Failure in Life_.pdf**
  1244K
- **Legal wrangle snarls zoning meeting _ Republican American Archives.pdf**
  216K
- **Police called to spat during budget vote in Woodbury _ Republican American Archives.pdf**
  272K
- **Police presence to continue _ Republican American Archives.pdf**
  199K
- **Gadfly arrested after row _ Republican American Archives May.5.2017.pdf**
  188K
- **State police investigating disturbance between Woodbury First Selectman Butterly Murphy _ Republican American Archives.pdf**
  467K
- **Witnesses allege taunting _ Republican American Archives.pdf**
  211K
- **Feminism Fails Birthing Persons with Podcast.pdf**
  4050K
- **Zoner Murphy resigns – again _ Republican American Archives.pdf**
  197K
- **Turbulent Meeting Held in Woodbury _ Top Stories _ primepublishers.com article.pdf**
  185K