# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SEAN MURPHY, et al., | ) |
|     *Plaintiffs*, | ) Case No. 3:23-cv-402 |
| v. | ) Judge Travis R. McDonough |
| TOWN OF FARRAGUT, et al., | ) Magistrate Judge Jill E. McCook |
|     *Defendants*. | ) |

## ORDER

Consistent with the contemporaneously filed memorandum and order, this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
/s/ *LeAnna R. Wilson*
CLERK OF COURT