No. 24-5678

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

> **FILED**
> Dec 20, 2024
> KELLY L. STEPHENS, Clerk

SEAN MURPHY, on behalf of V.M., A.M.,
E.M., A.M., et al.,

    Plaintiffs-Appellants,

v.

FARRAGUT, TN, et al.,

    Defendants-Appellees.

Before: BATCHELDER, COLE, and BUSH, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Tennessee at Knoxville.

THIS MATTER was heard on the record and the pleadings without oral argument.  In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that this matter is DISMISSED.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk